UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE<br>BRIAN A. JACKSON |
| DeRAY McKESSON; and<br>BLACK LIVES MATTER | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

**MOTION FOR LEAVE OF COURT TO PROCEED AS JOHN DOE**

NOW INTO COURT through undersigned counsel comes Officer John Doe Police Officer, who requests that this Court grant him leave of FRCP Rule 10 to allow him to proceed with a fictitious name for the following good cause shown:

1.

On July 7, 2016, Lakeem Keon Scott shot at passing cares along a Tennessee highway, killing one woman and wounding three others, including a police officer while yelling, "police suck! Black lives matter!"

2.

On July 5, 2016, Alton Sterling was shot and killed by a Baton Rouge Police Officer, which started a flurry of activity by DEFENDANTS.

3.

On July 7, 2016, 12 police officers in Dallas Texas were shot.  Activities of BLACK LIVES MATTER was associate with the shooting.

4.

The shooting in Dallas occurred around 9:00 p.m., on July 7, 2016, at a "Black Lives Matter" protest/riot during which at least one sniper shot twelve (12) police officers that were on duty to keep the peace at the rally.  Five officers were killed and seven were seriously injured.

5.

On Saturday, July 9, 2016, **OFFICER JOHN DOE POLICE OFFICER** was a duly commissioned police officer, who was injured during a looting demonstration by person(s)

representing themselves to be BLACK LIVES MATTER, who were protesting the Alton Sterling shooting.

6.

On July 12, 2016, a BLACK LIVES MATTER leader called for attacks on police at a rally in Portland, Oregon.

7.

It was reported that the Louisiana State Police received threats of violence against Baton Rouge Police. On Sunday, July 17, 2016, an out of state African American, who has not been shown to be a member of BLACK LIVES MATTER ambushed several Baton Rouge Police offices with a semi-automatic rifle killing three. The shooter was outraged with the Alton Sterling shooting.

8.

Officer John Doe Police Officer has a family and has a public job that requires him to in the public, where, if his identity were known could subject him to additional violence or injury.

WHEREFORE for the safety of Officer John Doe Police Officer and/or his family, John Doe Police Officer prays that he be allowed to proceed with a fictitious name.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

                                                           s/ Donna U. Grodner
                                                           Donna U. Grodner (20840)
                                                           GRODNER & ASSOCIATES
                                                           2223 Quail Run, B-1
                                                           Baton Rouge, Louisiana 70808
                                                           (225) 769-1919 FAX (225) 769-1997