UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| DeRAY McKESSON; and | * | |
| BLACK LIVES MATTER | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**ORDER ADJUDICATING
MOTION FOR LEAVE OF COURT TO PROCEED AS JOHN DOE**

CONSIDERING the *Motion for Leave of Court to Proceed as John Doe*, the motion is hereby _____.

Specifically, the Plaintiff in this action may proceed with a fictitious name "JOHN DOE POLICE OFFICER."

Baton Rouge, Louisiana, this _____ day of _____, 2016..

_____
Chief Judge Brian A. Jackson