## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CRIMINAL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF DERAY MCKESSON

Defendant DeRay McKesson, through undersigned counsel, moves *ex parte*, pursuant to Local Civil Rule 7(a), for a 21-day extension of time to file pleadings in response to the Complaint filed by Officer John Doe. In support of his motion, Mr. Mckesson represents to the Court as follows:

**1.**

DeRay Mckesson was named as a defendant in Officer John Doe's original Complaint filed on November 7, 2016.

**2.**

Mr. Mckesson waived service, and his deadline to respond to the Complaint is January 6, 2016.

**3.**

Mr. Mckesson has not previously applied for or been granted an extension of time to plead, and no opposing party has filed any objection to an extension. Accordingly, DeRay Mckesson respectfully requests a 21-day extension of time to respond to Officer John Doe's Complaint, through and including January 27, 2017.

**WHEREFORE,** DeRay Mckesson prays that his *ex parte* motion for extension of time to file responsive pleadings be granted and that the time for him to respond to Officer John Doe's Complaint be extended 21 days, through and including January 27, 2017.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 18th day of November, 2017, by e-filing same into the CM/ECF system which will automatically delivery a copy of same to all counsel.

*/s/ William P. Gibbens*
WILIAM P. GIBBENS