UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CRIMINAL NO.:** |
| | * | |
| v. | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the foregoing *Ex Parte* Motion for Extension of time to file responsive pleadings filed by Defendant DeRay Mckesson;

**IT IS ORDERED** that the motion is **GRANTED**. DeRay Mckesson is granted an extension of 21 days, up to and through January 27, 2017, to file pleadings responsive to plaintiff Officer John Doe's Complaint.

Baton Rouge, Louisiana this \_\_\_\_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE