UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**OFFICER JOHN DOE**                                      **CIVIL ACTION**

**VERSUS**

**DERAY MCKESSON, ET AL.**                         **NO. 16-742-BAJ-RLB**

## ORDER

Before the Court is Plaintiff's Motion for Leave of Court to Proceed as John Doe (R. Doc. 2) filed on November 7, 2016.

Defendant DeRay McKesson has made an appearance and has waived service. (R. Doc. 6). The Court has granted Mr. McKesson an extension of 21 days to file a responsive pleading from the time the pleading would otherwise be due. (R. Doc. 4).

Defendant Black Lives Matter has not made an appearance.

In light of the relief requested by Plaintiff,

**IT IS ORDERED** that each defendant shall file a response to Plaintiff's Motion for Leave of Court to Proceed as John Doe **within 14 days** following that defendant's deadline to serve a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure or as otherwise ordered by the Court.

Signed in Baton Rouge, Louisiana, on December 28, 2016.

                                                                    _____
                                                                    **RICHARD L. BOURGEOIS, JR.**
                                                                    **UNITED STATES MAGISTRATE JUDGE**