UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT DERAY MCKESSON'S MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court dismiss the complaint filed by Officer John Doe.

**I.**

On July 9, 2016, defendant DeRay Mckesson and hundreds of other individuals attended a protest in Baton Rouge, Louisiana in the aftermath of the death of Alton Sterling.

**II.**

Officer John Doe—an unnamed individual who has filed the instant lawsuit anonymously—contends that he was injured during that protest by an unknown assailant who hit him in the face with a piece of concrete. Rec. Doc. 1, ¶ 20.

**III.**

Officer Doe further contends that Mr. Mckesson is responsible for the actions of this unknown assailant and therefore liable for Officer Doe's injuries.

**IV.**

Officer Doe's complaint against Mr. Mckesson is based entirely on unsupported, speculative conclusions.

**V.**

Because Officer Doe fails to plead factual allegations that raise a right to relief above the level of mere speculation, his complaint should be dismissed, for the reasons set forth more fully in the attached memorandum.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 25th day of January, 2017, by e-filing same into the CM/ECF system which will automatically delivery a copy of same to all counsel.

*/s/ William P. Gibbens*
WILIAM P. GIBBENS