# Baltimore City Sheriff's Office

## John W. Anderson, Sheriff

Main Office
The Clarence Mitchell Courthouse
100 N. Calvert Street
Baltimore, Maryland 21202

Phone: 410-396-1155
Fax: 410-727-3507

District Court Office
111 N. Calvert Street
Baltimore, Maryland 21202

Phone: 410-396-7412
Fax: 410-396-7439

January 25, 2017

Grodner & Associates
2223 Quail Run Ste. B1
Baton Rouge, LA 70808-9063



RECEIVED
JAN 3 0 2017
BY:......................

To Whom It May Concern:

**Re: Officer John Doe Police Officer v. DeRay McKesson and Black Lives Matter**

I am returning the above case which we were unable to service.

**Reason Being**: On January 10, 2016; January 13, 2017; January 17, 2017; and January 23, 2017, Deputy L. Strand #9677 made attempts to serve DeRay McKesson, Agent for Black Lives Matter, 1104 Bryn Mawr Road, Baltimore, Maryland 21210 however Deputy Strand was unable to make contact on all attempts.

Respectfully,

Mrs. Faye Bell
Court Secretary