UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * * | CHIEF JUDGE BRIAN A. JACKSON |
| DeRAY McKESSON; and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**********************************************************************

**MEMORANDUM IN SUPPORT OF
MOTION TO EXTEND TIME FOR SERVICE**

MAY IT PLEASE THE COURT:

This Court should grant the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, an extension of the time for service for ninety (90) days to serve Black Lives Matter with a summons and the Complaint.

**I.    BACKGROUND**

On November 7, 2016, OFFICER JOHN DOE POLICE OFFICER filed suit against the defendant. [RD 1] Ninety days from filing runs on or about February 7, 2017.

1.

Waivers of service of the summons consistent with FRCP 4(d) and service of summons consistent with FRCP 4(c) were attempted to be served upon Marissa J. Johnson, DeRay McKesson, Brittany Packnett, and Suwilanji Sinyangwe, who are known to be the leadership of Black Lives Matter. No receipt of a waiver or of summons has been returned executed.

2.

FRCP 4(e) provides the following instruction:

(e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

La. C.C. art. 1264, entitled "Unincorporated association" provides the following:

Service on an unincorporated association is made by personal service on the agent appointed, if any, or in his absence, upon a managing official, at any place where the business of the association is regularly conducted. In the absence of all officials from the place where the business of the association is regularly conducted, service of citation or other process may be made by personal service upon any member of the association.

OFFICER JOHN DOE POLICE OFFICER anticipates issuing discovery to determine proper service information so that one or more of the leaders may be served with a summons issued to Black Lives Matter and with the Complaint in this matter.

## II.    FRCP 4

FRCP 4(m) provides as follows:

(m)  Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1) or to service of a notice under Rule 71.1(d)(3)(A).

Here there is sufficient good cause to extend the deadline to service.

## CONCLUSION

This Court should extend the time for service for ninety (90) days.

                             Respectfully submitted:

                             s/ Donna U. Grodner
                             Donna U. Grodner (20840)
                             GRODNER & ASSOCIATES
                             2223 Quail Run, B-1
                             Baton Rouge, Louisiana 70808
                             (225) 769-1919 FAX (225) 769-1997

>Dgrodner@grodnerlaw.com
>
>Denise A. Vinet (17185)
>VINET & DAY, LLC
>11817 Bricksome Ave., Ste A
>Baton Rouge, Louisiana 70816
>(225) 292-7410 FAX (225) 292-4149

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

>s/ Donna U. Grodner
>Donna U. Grodner (20840)
>GRODNER & ASSOCIATES
>2223 Quail Run, B-1
>Baton Rouge, Louisiana 70808
>(225) 769-1919 FAX (225) 769-1997