UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE<br>BRIAN A. JACKSON |
| DeRAY McKESSON; and<br>BLACK LIVES MATTER | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

**ORDER ADJUDICATING
MOTION TO EXTEND TIME FOR SERVICE**

CONSIDERING the foregoing *Motion to Extend Time for Service*, the motion is hereby _____.

Specifically, the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, is granted an additional ninety (90) days to serve the defendant.

Additionally, OFFICER JOHN DOE POLICE OFFICER will keep this Court apprised of all developments with regard to efforts to serve Black Lives Matter.

Baton Rouge, Louisiana, this _____ day of _____, 2017

_____
Magistrate Judge Richard L. Bourgeois, Jr.