**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| v. | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT DERAY MCKESSON'S MOTION TO STAY DISCOVERY**

NOW INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court stay discovery in this matter until after the Court rules on defendant DeRay Mckesson's motion to dismiss.

**I.**

On July 9, 2016, defendant DeRay Mckesson and hundreds of other individuals attended a protest in Baton Rouge, Louisiana in the aftermath of the death of Alton Sterling. Officer John Doe—an unnamed individual who has filed the instant lawsuit anonymously—contends that he was injured during that protest by an unknown assailant who hit him in the face with a piece of concrete and that Mr. Mckesson is responsible for the actions of this unknown assailant.

**II.**

Mr. Mckesson has filed a motion to dismiss Officer Doe's claims because Officer Doe has failed to plead factual allegations that raise a right to relief above the level of mere speculation. *See* Rec. Doc. 15.

**III.**

Officer Doe has indicated that he intends to depose Mr. Mckesson "as soon as is possible." Rec. Doc. 19 at p. 9.

**IV.**

Mr. Mckesson is a resident of Baltimore, Maryland, and in light of the expense of deposing him, Mr. Mckesson respectfully requests that the Court stay discovery until after the Court has ruled on Mr. Mckesson's pending motion to dismiss.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone:  (504) 680-6050
Facsimile:  (504) 680-6051
billy@semmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 3rd day of February, 2017, by e-filing same into the CM/ECF system which will automatically delivery a copy of same to all counsel.

*/s/ William P. Gibbens*
WILIAM P. GIBBENS