UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE<br>BRIAN A. JACKSON |
| DeRAY McKESSON; and<br>BLACK LIVES MATTER | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

*********************************************************************

## OPPOSITION TO MOTION TO STAY DISCOVERY

MAY IT PLEASE THE COURT:

ON February 2, 2017, Mr. DeRay McKesson filed *Defendant DeRay McKesson's Moiton to Stay Discovery* [RD 20], which should be denied, at least in part.

Presently, Officer John Doe recently filed a FRCP 4(m) motion seeking an extension of time to serve Black Lives Matter. Mr. McKesson waived service, but he will not accept a waiver of service for Black Lives Matter, so he must be personally or domiciliarily served with the summons in this matter. Plaintiff may use the Louisiana Long Arm Statute and serve Black Lives Matter through Mr. McKesson by certified mail at his home address. In any event, to the extent that personal service may become necessary, discovery is essential at this time to located the whereabouts of Mr, McKesson so that the Baltimore Sheriff's Office may serve him with process.

La. C.C.P. art. 1264, entitled "Unincorporated association" provides the following:

> Service on an unincorporated association is made by personal service on the agent appointed, if any, or in his absence, upon a managing official, at any place where the business of the association is regularly conducted. In the absence of all officials from the place where the business of the association is regularly conducted, service of citation or other process may be made by personal service upon any member of the association.

Mr. McKesson has admitted he is a member of Black Lives Matter. Ex 1, at 2-3, RFA No. 1. According to La. C.C.P. art. 1264, Black Lives Matter may be served through Mr. McKesson.

OFFICER JOHN DOE POLICE OFFICER anticipates issuing discovery to determine the whereabout of McKesson on a day to day basis so that the Baltimore Sheriff's Office

may personally serve him. At the same time Long Arm Service through certified mail to his last known address will be effectuated.

In any regard, discovery should not be stayed to preclude discovery of information helpful to service of the summons in this matter.

## CONCLUSION

Other than a pending motion, Mr. McKesson has not shown good cause to stay discovery. In the event this Court determines that it will order a stay, the stay should not include information helpful to effectuate service of the summons on Black Lives Matter.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997