UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE<br>BRIAN A. JACKSON |
| DeRAY McKESSON; and<br>BLACK LIVES MATTER | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

*********************************************************************

**MOTION FOR LEAVE OF COURT TO FILE
REPLY TO MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO PROCEED AS JOHN DOE**

NOW INTO COURT through undersigned counsel comes OFFICER JOHN DOE POLICE OFFICER, who respectfully represents that on February 1, 2017, Mr. DeRay McKesson filed *Memorandum in Opposition to Plaintiff's Motion to Proceed as John Doe*, which raises argument or case to law to which a response may assist this Court adjudicate the motion before it.

WHEREFORE OFFICER JOHN DOE POLICE OFFICER prays that this Court grant him leave of Court to file *Reply to Memorandum in Opposition to Plaintiff's Motion to Proceed as John Doe.*

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be

sent to counsel for the defendants by operation of this Court's electronic filing system.

                                              s/ Donna U. Grodner
                                              Donna U. Grodner (20840)
                                              GRODNER & ASSOCIATES
                                              2223 Quail Run, B-1
                                              Baton Rouge, Louisiana 70808
                                              (225) 769-1919 FAX (225) 769-1997