UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE<br>BRIAN A. JACKSON |
| DeRAY McKESSON; and<br>BLACK LIVES MATTER | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**ORDER ADJUDICATING
MOTION FOR LEAVE OF COURT TO FILE
REPLY TO MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO PROCEED AS JOHN DOE**

CONSIDERING the *Motion for Leave of Court to File Reply to Memorandum in Opposition to Plaintiff's Motion to Proceed as John Doe*, the motion is hereby _____.

Specifically, the *Reply to Memorandum in Opposition to Plaintiff's Motion to Proceed as John Doe* shall be filed into the record of this proceeding.

Baton Rouge, Louisiana, this ___ day of _____, 2017.

_____
Chief Judge Brian A. Jackson