UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| v. | * | **16-CV-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
<u>DEFENDANT DERAY MCKESSON'S MOTION TO DISMISS</u>**

NOW INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that he be permitted to file a reply memorandum in support of his motion to dismiss.

In his opposition memorandum, Officer Doe raises the new allegation that Mr. Mckesson and Black Lives Matter entered into a civil conspiracy. Mr. Mckesson respectfully suggests that his reply memorandum will assist the Court in resolving his motion to dismiss.

Accordingly, defendant DeRay Mckesson moves for leave to file a reply memorandum.

        Respectfully submitted,

        */s/ William P. Gibbens*
        William P. Gibbens, 27225
        SCHONEKAS, EVANS, McGOEY
        & McEACHIN, LLC
        909 Poydras Street, Suite 1600
        New Orleans, Louisiana 70112
        Telephone: (504) 680-6050
        Facsimile: (504) 680-6051
        billy@semmlaw.com

        Attorney for defendant DeRay Mckesson

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 14th day of February, 2017, by e-filing same into the CM/ECF system which will automatically delivery a copy of same to all counsel.

                                          */s/ William P. Gibbens*
                                          WILIAM P. GIBBENS