UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CV-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Having considered the foregoing motion,

IT IS HEREBY ORDERED that defendant DeRay Mckesson's Motion for Leave to File Reply Memorandum is GRANTED.

Baton Rouge, Louisiana this _____ day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

1