UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**OFFICER JOHN DOE**                                                     **CIVIL ACTION**

**VERSUS**

**DERAY MCKESSON, ET AL.**                           **NO.: 16-00742-BAJ-RLB**

## ORDER

**IT IS ORDERED** that the **Motion for Leave of Court to File Reply to Memorandum in Opposition to Plaintiff's Motion to Proceed as John Doe (Doc. 23)** filed by Plaintiff is **GRANTED**.

**IT IS FURTHER ORDERED** that **oral argument** on Plaintiff's Motion for Leave of Court to Proceed as John Doe (Doc. 2) and Defendant DeRay Mckesson's Motion to Dismiss (Doc. 15) shall be held on **March 27, 2017, at 2:00 p.m.** in Courtroom 2, Russell B. Long Federal Building & United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana 70801.

Baton Rouge, Louisiana, this 14TH day of February, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1