# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **OFFICER JOHN DOE** | **CIVIL ACTION** |
| VERSUS | |
| **DERAY MCKESSON, ET AL.** | **NO.: 16-00742-BAJ-RLB** |

## ORDER

**IT IS ORDERED** that the **Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Defendant DeRay Mckesson's Motion to Dismiss (Doc. 25)** filed by Defendant is **GRANTED**.

Baton Rouge, Louisiana, this 16th day of February, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1