UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE |
| | BRIAN A. JACKSON |
| DeRAY McKESSON; and | |
| BLACK LIVES MATTER | MAGISTRATE JUDGE |
| | RICHARD L. BOURGEOIS, JR. |

**MOTION FOR LEAVE TO FILE
SUR REPLY TO MEMORANDUM IN REPLY TO
DEFENDANT'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Officer John Doe, who seek leave of Court to file *Sur Reply to Memorandum in Reply to Defendant's Motion to Dismiss*, for the following good cause shown:

1.

On February 12, 2017, the Mr. DeRay McKesson filed *Reply Memorandum in Support of Defendant DeRay McKesson's Motion to Dismiss* [RD 29], wherein Mr. McKesson avers that the Claiborne case is not only controlling, but that Officer John Doe did not address that case.

2.

Plaintiff avers a sur-reply may assist this court with the adjudication of this matter

WHEREFORE, for the foregoing good cause shown, the Plaintiffs pray this Court grant leave for the attached *Sur Reply to Memorandum in Reply to Defendant's Motion to Dismiss*, to be filed into the record of these proceedings.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES

2223 Quail Run, B-1  
Baton Rouge, Louisiana 70808  
(225) 769-1919 FAX (225) 769-1997  
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)  
VINET & DAY, LLC  
11817 Bricksome Ave., Ste A  
Baton Rouge, Louisiana 70816  
(225) 292-7410 FAX (225) 292-4149

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner  
Donna U. Grodner (20840)  
GRODNER & ASSOCIATES  
2223 Quail Run, B-1  
Baton Rouge, Louisiana 70808  
(225) 769-1919 FAX (225) 769-1997
