UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * * | CHIEF JUDGE BRIAN A. JACKSON |
| DeRAY McKESSON; and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

******************************************************************

## ORDER ADJUDICATING MOTION FOR LEAVE TO FILE SUR REPLY TO MEMORANDUM IN REPLY TO DEFENDANT'S MOTION TO DISMISS

CONSIDERING the *Motion for Leave to File Sur Reply to Memorandum in Reply to Defendant's Motion to Dismiss*, the motion is hereby _____.

Specifically, IT IS ORDERED that Plaintiff is granted leave of court to file *Sur Reply to Memorandum in Reply to Defendant's Motion to Dismiss* into the record of this proceeding.

Baton Rouge, Louisiana, this _____ day of _____, 2017.

_____
Chief Judge Brain A. Jackson