AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Louisiana

Officer John Doe Poice Officer )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-742 -BAJ-RLB
)
DeRay McKesson and Black Lives Matter )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marissa J. Johnson
Agent for Black Lives Matter
3224 SE 5th Street
Renton, WA 98058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donna U. Grodner
2223 Quail Run Drive Suite B
Baton Rouge, Louisiana 70808
dgrodner@grodnerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date: December 22, 2016                                    Nicole' L. Toups
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marissa J. Johnson, Agent for Black Lives Matter

was received by me on *(date)* 12/27/2016

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Current whereabouts unknown. No Additional information provided. ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/3/2017

Server's signature: *Mark Arateni*

Printed name and title: Mark Arateni, Detective

Server's address: 516 3rd Ave. RM W-150, Seattle, WA 98104

Additional information regarding attempted service, etc: See KCSO return of service for additional service attempt information.