UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**OFFICER JOHN DOE**             **CIVIL ACTION**

**VERSUS**

**DERAY MCKESSON, ET AL.**       **NO.: 16-00742-BAJ-RLB**

#### ORDER

**IT IS ORDERED** that Plaintiff's **Motion for Leave to File Sur Reply to Memorandum in Reply to Defendant's Motion to Dismiss (Doc. 30)** is **GRANTED**.

Baton Rouge, Louisiana, this 10th day of March, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**