AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| Officer John Doe Police Officer <br><br> *Plaintiff(s)* <br> v. <br> DeRay McKesson and Black Lives Matter <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-742-BAJ-RLB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Black Lives Matter through the Louisiana Long Arm Statute on a member

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Donna U. Grodner
2223 Quail Run Dr., Ste B
Baton Rouge, La 70808
225.769.1919 fax 769.1997 dgrodner@grodnerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
*CLERK OF COURT*

Date: March 07, 2017

*Elisa Clement*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Black Lives Matter__
__Leader Brittny Pachot__
was received by me on *(date)* __3/13/17__ .

☑ I personally served the summons on the individual at *(place)* __815 7th? Marietta NW__
__Washington DC__ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __$10__ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/17/17__

_____
Server's signature

_____
Printed name and title

Donna U. Grodner
Grodner Law Firm
2223 Quail Run Drive, Ste B
Baton Rouge, LA 70808

Additional information regarding attempted service, etc:

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Brittany Packnett
Street, Apt. No.; or PO Box No.: 1805 7th Street NW 7th floor
City, State, ZIP+4: Washington, DC. 20001

PS Form 3800, August 2006 — See Reverse for Instructions

---

7011 3500 0001 1843 3456

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Brittany Packnett
Street, Apt. No.; or PO Box No.: 1805 7th Street NW 7th floor
City, State, ZIP+4: Washington, DC. 20001

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): 
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brittany Packnett
1805 7th Street NW
7th floor
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Damian Simms
C. Date of Delivery: 6/13/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 3500 0001 1843 3456

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540