AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

Officer John Doe Police Officer  )
)
*Plaintiff(s)*  )
v.  )   Civil Action No. 16-742-BAJ-RLB
DeRay McKesson and Black Lives Matter  )
)
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Black Lives Matter through the Louisiana Long Arm Statute on member DeRay McKesson by fedeal express, a commercial courier, at his address

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Donna Unkel Grodner
2223 Quail Run Drive, STe B.
Baton Rouge, La 70808
225.769.1919 fax 225.769.1997 dgrodner@grodnerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date: March 07, 2017

Elisa Clement
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Black Lives Matter
was received by me on *(date)* Served certified mail on DeRay Mckesson 1104 Bryn Mawr Rd, MD 21210

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Certified mail return receiver executed , a person of suitable age and discretion who resides there,
on *(date)* 3/17/17 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 500 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/21/17

Server's signature

DaJauna Mitchell
Printed name and title

Grodner & Associates, A.P.L.C.
Attorneys at Law
2223 Quail Run, Suite B
Baton Rouge, LA 70808

Server's address

Additional information regarding attempted service, etc:



March 21,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **846166795580**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | Signature not required | Delivery location: | 1104 BRYN MAWR RD<br>MD 21210 |
| Service type: | FedEx Priority Overnight | Delivery date: | Mar 17, 2017 09:46 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 846166795580 | Ship date: | Mar 16, 2017 |

Recipient:
DE RAY MCKESSON
1104 BRYN MAWY RD
MD 21210 US

Shipper:
DONNA GRODNER
BAT 70808 US

Thank you for choosing FedEx.

**FedEx Express USA Airbill**

FedEx Tracking Number: 8461 6679 5580

**1 From**

Date: marc 7, 17
Sender's FedEx Account Number: 2253-4657-7
Sender's Name: Donna Grodner
Phone: (225) 769-1919
Company: Grodner Law Firm
Address: 2223 Quail Run Dr. Ste B
City: Baton Rouge   State: La   ZIP: 70808

**2 Your Internal Billing Reference:** OPTIONAL

**3 To**

Recipient's Name: DeRay McKesson
Phone: ( )
Company:
Address: 1104 Bryn mawr Rd
City: Batimore   State: MD   ZIP: 21210

Form I.D. No. 0200 — Sender's Copy

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages / Total Weight / Total Declared Value $ .00

**8 Release Signature**

446