UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | CIVIL NO.: |
| | * | |
| v. | * | 16-CV-742-BAJ-RLB |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT DERAY MCKESSON'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 9(a)

NOW INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully submits the following memorandum in support of his motion to dismiss the complaint filed by Officer John Doe against Mr. Mckesson in his capacity as an alleged "agent" of "Black Lives Matter."

### I.

Officer John Doe alleges that an unidentified assailant hit him in the face with a brick at a protest in July 2016. Officer Doe has sued defendant DeRay Mckesson individually for the injuries he allegedly suffered at the hands of this unknown perpetrator, and Mr. Mckesson has filed a motion to dismiss the complaint against him. *See* Rec. Doc. 15. Officer Doe has also served Mr. Mckesson as an "agent" of "Black Lives Matter," which has also been named as a defendant.

### II.

Mr. Mckesson is not a proper agent for service of "Black Lives Matter," and the complaint against "Black Lives Matter" should be dismissed pursuant to Rule 9(a) of the Federal Rules of Civil Procedure because Mr. Mckesson does not have the authority to "be sued in a

representative capacity" on behalf of "Black Lives Matter," which is a movement and not a juridical entity capable of being sued.

## III.

Because "Black Lives Matter" is not a juridical entity capable of being sued, Officer Doe's complaint should be dismissed pursuant to Rule 9(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 7th day of April, 2017, by e-filing same into the CM/ECF system which will automatically delivery a copy of same to all counsel.

*/s/ William P. Gibbens*
WILIAM P. GIBBENS

2