✉ (http://www.blacklivesmatter.com/contact) f (http://www.facebook.com/blacklivesmatter) t (http://blacklivesmatter.tumblr.com) T (http://www.twitter.com/blklivesmatter) 📷 (http://www.instagram.com/blklivesmatter)

# BLACKLIVESMATTER (http://blacklivesmatter.com)

SEARCH

# ackLivesMatter Movement

## Herstory

Home (http://blacklivesmatter.com/)

Who We Are (http://blacklivesmatter.com/who-we-are/)

   About (http://blacklivesmatter.com/about/)

   Herstory (http://blacklivesmatter.com/herstory/)

   Guiding Principles (http://blacklivesmatter.com/guiding-principles/)

Events (http://blacklivesmatter.com/find-and-submit-events/)

ART (http://art.blacklivesmatter.com)

Get Involved (http://blacklivesmatter.com/getinvolved/)

Contact (http://blacklivesmatter.com/contact/)

## The Creation of a Movement

I created #BlackLivesMatter with Patrisse Cullors and Opal Tometi, two of my sisters, as a call to action for Black people after 17-year-ol[d] Martin was post-humously placed on trial for his own murder and the killer, George Zimmerman, was not held accountable for the crime [he] committed. It was a response to the anti-Black racism that permeates our society and also, unfortunately, our movements.

Black Lives Matter is an ideological and political intervention in a world where Black lives are systematically and intentionally targeted fo[r]. It is an affirmation of Black folks' contributions to this society, our humanity, and our resilience in the face of deadly oppression.

We were humbled when cultural workers (http://dignidadrebelde.com/), artists (http://work.robdontstop.com/), designers (http://designaction.org/)and techies offered their labor and love to expand #BlackLivesMatter beyond a social media hashtag. Opal, Patr[isse] created the infrastructure for this movement project—moving the hashtag from social media to the streets. Our team grew through a ver[y] successful Black Lives Matter ride (http://colorlines.com/archives/2014/09/get_on_the_bus_inside_the_black_life_matters_freedom_ride[)] and designed by Patrisse Cullors and Darnell L. Moore, organized to support the movement that is growing in St. Louis, MO, after 18-yea[r]

Brown was killed at the hands of Ferguson Police Officer Darren Wilson. We've hosted national conference calls focused on issues of critical importance to Black people working hard for the liberation of our people. We've connected people across the country working to end the forms of injustice impacting our people. We've created space for the celebration and humanization of Black lives.

*Alicia Garza*



*Opal Tometi*



*Patrisse Cullors*



## The Theft of Black Queer Women's Work

As people took the #BlackLivesMatter demand into the streets, mainstream media and corporations also took up the call, #BlackLivesMatter appeared in an episode of *Law & Order: SVU* in a mash up (http://www.nbc.com/law-and-order-special-victims-%E2%80%A6/%E2%80%A6/n41296/) containing the Paula Deen racism scandal and the tragedy of the murder of Trayvon Martin.

Suddenly, we began to come across varied adaptations of our work–all lives matter, brown lives matter, migrant lives matter, women's lives matter, and on and on. While imitation is said to be the highest form of flattery, I was surprised when an organization called to ask if they could use "Black Lives Matter" in one of their campaigns. We agreed to it, with the caveat that a) as a team, we preferred that we not use the name to celebrate the imprisonment of any individual and b) that it was important to us they acknowledged the genesis of #BlackLivesMatter. I was surprised when they did exactly the opposite and then justified their actions by saying they hadn't used the "exact" slogan and, therefore, deemed it okay to take our work, use it as their own, fail to credit where it came from, and then use it to applaud incarceration.

I was surprised when a community institution wrote asking us to provide materials and action steps for an art show they were curating, entitled "Our Lives Matter." When questioned about who was involved and why they felt the need to change the very specific call and demand around Black lives to "our lives," I was told the artists decided it needed to be more inclusive of all people of color. I was even more surprised when, in the promotion of their event, one of the artists conducted an interview that completely erased the origins of their work–rooted in the labor and love of queer Black women.

Pause.

## When you design an event / campaign / et cetera based on the work of queer Black women, don't invite them to participate in shaping it,

but ask them to provide materials and ideas for next steps for said event, that is racism in practice. It's also hetero-patriarchal. Straight men, unintentionally or intentionally, have taken the work of queer Black women and erased our contributions. Perhaps if we were the charismatic Black men many are rallying around these days, it would have been a different story, but being Black queer women in this society (and apparently within these movements) tends to equal invisibility and non-relevancy.

We completely expect those who benefit directly and improperly from White supremacy to try and erase our existence. We fight that every day. But when it happens amongst our allies, we are baffled, we are saddened, and we are enraged. And it's time to have the political conversation about why that's not okay.

We are grateful to our allies (http://apen4ej.org/justice4trayvon/) who have stepped up to the call that Black lives matter, and taken it as an opportunity to not just stand in solidarity (http://www.notonemoredeportation.com/2014/08/18/marisa-franco-if-michael-brown-was-the-last-not-the-latest/)with us, but to investigate the ways in which anti-Black racism is perpetuated in their own communities. We are also grateful to those allies who were willing to engage in critical dialogue with us about this unfortunate and problematic dynamic .And for those who we have not yet had the opportunity to engage with around the adaptations of the Black Lives Matter call, please consider the following points.

## Broadening the Conversation to Include Black Life

Black Lives Matter is a unique contribution that goes beyond extrajudicial killings of Black people by police and vigilantes. It goes beyond the narrow nationalism that can be prevalent within some Black communities, which merely call on Black people to love Black, live Black and buy Black, keeping straight cis Black men in the front of the movement while our sisters, queer and trans and disabled folk take up roles in the background or not at all. Black Lives Matter affirms the lives of Black queer and trans folks, disabled folks, Black-undocumented folks, folks with records, women and all Black lives along the gender spectrum. It centers those that have been marginalized within Black liberation movements. It is a tactic to (re)build the Black liberation movement.

When we say Black Lives Matter, we are talking about the ways in which Black people are deprived of our basic human rights and dignity. It is an acknowledgement Black poverty and genocide is state violence. It is an acknowledgment that 1 million Black people are locked in cages in this country–one half of all people in prisons or jails–is an act of state violence. It is an acknowledgment that Black women continue to bear the burden of a relentless assault on our children and our families and that assault is an act of state violence. Black queer and trans folks bearing a unique burden in a hetero-patriarchal society that disposes of us like garbage and simultaneously fetishizes us and profits off of us is state violence; the fact that 500,000 Black people in the US are undocumented immigrants and relegated to the shadows is state violence;.the fact that Black girls are used as negotiating chips during times of conflict and war is state violence; Black folks living with disabilities and different abilities bear the burden of state-sponsored Darwinian experiments that attempt to squeeze us into boxes of normality defined by White supremacy is state violence. And the fact is that the lives of Black people—not ALL people—exist within these conditions is consequence of state violence.

*When Black people get free, everybody gets free*

#BlackLivesMatter doesn't mean your life isn't important–it means that Black lives, which are seen as without value within White supremacy, are important to your liberation. Given the disproportionate impact state violence has on Black lives, we understand that when Black people in this country get free, the benefits will be wide reaching and transformative for society as a whole. When we are able to end hyper-criminalization and sexualization of Black people and end the poverty, control, and surveillance of Black people, every single person in this world has a better shot at getting and staying free. When Black people get free, everybody gets free. This is why we call on Black people and our allies to take up the call that Black lives matter. We're not saying Black lives are more important than other lives, or that other lives are not criminalized and oppressed in various ways. We remain in active solidarity with all oppressed people who are fighting for their liberation and we know that our destinies are intertwined.

And, to keep it real–it is appropriate and necessary to have strategy and action centered around Blackness without other non-Black communities of color, or White folks for that matter, needing to find a place and a way to center themselves within it. It is appropriate and necessary for us to acknowledge the critical role that Black lives and struggles for Black liberation have played in inspiring and anchoring, through practice and theory, social movements for the liberation of all people. The women's movement, the Chicano

liberation movement, queer movements, and many more have adopted the strategies, tactics and theory of the Black liberation movement. And if we are committed to a world where all lives matter, we are called to support the very movement that inspired and activated so many more. That means supporting and acknowledging Black lives.

Progressive movements in the United States have made some unfortunate errors when they push for unity at the expense of really understanding the concrete differences in context, experience and oppression. In other words, some want unity without struggle. As people who have our minds stayed on freedom, we can learn to fight anti-Black racism by examining the ways in which we participate in it, even unintentionally, instead of the worn out and sloppy practice of drawing lazy parallels of unity between peoples with vastly different experiences and histories.

When we deploy "All Lives Matter" as to correct an intervention specifically created to address anti-blackness,, we lose the ways in which the state apparatus has built a program of genocide and repression mostly on the backs of Black people—beginning with the theft of millions of people for free labor—and then adapted it to control, murder, and profit off of other communities of color and immigrant communities. We perpetuate a level of White supremacist domination by reproducing a tired trope that we are all the same, rather than acknowledging that non-Black oppressed people in this country are both impacted by racism and domination, and simultaneously, BENEFIT from anti-black racism.

When you drop "Black" from the equation of whose lives matter, and then fail to acknowledge it came from somewhere, you further a legacy of erasing Black lives and Black contributions from our movement legacy. And consider whether or not when dropping the Black you are, intentionally or unintentionally, erasing Black folks from the conversation or homogenizing very different experiences. The legacy and prevalence of anti-Black racism and hetero-patriarchy is a lynch pin holding together this unsustainable economy. And that's not an accidental analogy.

In 2014, hetero-patriarchy and anti-Black racism within our movement is real and felt. It's killing us and it's killing our potential to build power for transformative social change. When you adopt the work of queer women of color, don't name or recognize it, and promote it as if it has no history of its own such actions are problematic. When I use Assata's powerful demand (http://www.liberationink.org/content/assata-unisex) in my organizing work, I always begin by sharing where it comes from, sharing about Assata's significance to the Black Liberation Movement, what it's political purpose and message is, and why it's important in our context.

# The Appropriation of Black Struggle

When you adopt Black Lives Matter and transform it into something else (if you feel you really need to do that–see above for the arguments not to), it's appropriate politically to credit the lineage from which your adapted work derived. It's important that we work together to build and acknowledge the legacy of Black contributions to the struggle for human rights. If you adapt Black Lives Matter, use the opportunity to talk about its inception and political framing. Lift up Black lives as an opportunity to connect struggles across race, class, gender, nationality, sexuality and disability.

And, perhaps more importantly, when Black people cry out in defense of our lives, which are uniquely, systematically, and savagely targeted by the state, we are asking you, our family, to stand with us in affirming Black lives. Not just all lives. Black lives. Please do not change the conversation by talking about how your life matters, too. It does, but we need less watered down unity and a more active solidarities with us, Black people, unwaveringly, in defense of our humanity. Our collective futures depend on it.

This is the Official #BlackLivesMatter Organization founded by Patrisse Cullors, Opal Tometi, and Alicia Garza. #BlackLivesMatter is an online forum intended to build connections between Black people and our allies to fight anti-Black racism, to spark dialogue among Black people, and to facilitate the types of connections necessary to encourage social action and engagement.

✉ (http://www.blacklivesmatter.com/contact)  f (http://www.facebook.com/blacklivesmatter)  t (http://blacklivesmatter.tumblr.com)  ᴛ (http://www.twitter.com/blklivesmatter)  ⓘ (http://www.instagram.com/blklivesmatter)

Website Designed & Developed by Haki Creatives. Design for Social Change. (http://www.hakicreatives.com)