**change.org**   Start a petition   Browse   Membership                    🔍 Log in

Petitioning Benjamin Washington and 4 others

# Start A Black Lives Matter National Chapter In Louisiana

 Benjamin Washington  Lafayette, LA

### Sign this petition
553 supporters

447 needed to reach 1,000

[First name]
[Last name]
[Email]

United States

**BLACK LIVES MATTER! BLACK LIVES MATTER! BLACK LIVES MATTER!**

This is a call, better yet a cry, for support. In Louisiana, activism is at an all time high. There are campuses and organizations who do the day to day activism work to dismantle the system of oppression and structural racism against black people. In light of the AMAZING movement that is the Black Lives Matter

Share with Facebook friends