# Black Lives Matter
@blacklivesmatter1

- Home
- About
- Reviews
- Videos
- Posts
- Notes
- Photos
- Likes
- Shop
- Email Signup

Create a Page

Like  Share  •••   Sign Up   Message

## Reviews

3.6 ★★★★½  433 Reviews

Tell people what you think

**Norma Murphy**
★★★★★ April 9, 2017
People until you understand why the movement of Black Lives Matter is going on and we all join in love and kindness it will always be a problem that will not be... See More


**Leah Gary**
★★★★★ April 7, 2017
In all truth, ALL LIVES MATTER. We need to all remember that but sometimes I think there is steriotyping especially within police groups. Now while most police ... See More

**Martov Sky**

See more of Black Lives Matter by logging into Facebook
Message this Page, learn about upcoming events and more.

Log In
or

Non-Profit Organization
3.6 ★★★★½ • Always Open

Black Lives Matter is a statement about raising awareness, and Black Lives Matter Media is exposing racism peacefully and proactively locally & worldwide

👍 566,149 people like this and 569,476 people follow this

**About**   See All

🌐 blacklivesmatter.media
🏢 Non-Profit Organization  Community Organizat
🕒 Hours
   Always Open

→ NON-PROFIT ORGANIZATION