



Ex 7

