UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE |
| | BRIAN A. JACKSON |
| DeRAY McKESSON; and | |
| BLACK LIVES MATTER | MAGISTRATE JUDGE |
| | RICHARD L. BOURGEOIS, JR. |

*********************************************************************

## MOTION TO RESET HEARING DATE

NOW INTO COURT through undersigned counsel comes the Plaintiff, who respectfully represents that on May 11, 2017, this Court issued *Notice of Oral Argument* [RD 45] setting the hearing for *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 9(a)* [RD 43] on May 25, 2017, at 10 a.m. on which date, the undersigned has a jury trial beginning on May 25, 2017, and running through May 26, 2017, in Plaquemine, Louisiana; followed by a mediation on May 30, 2017, in Monroe, Louisiana; depositions on May 31, 2017; a summary judgment hearing on June 1, 2017, and out of town on an annual fishing trip on June 2 - 6, 2017.  May 19, 2017, is completely clear; as is the afternoon of May 22, 2017.

WHEREFORE Officer John Doe Police Officer prays that this Court reset the hearing date of the matter.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner<br>
Donna U. Grodner (20840)<br>
GRODNER & ASSOCIATES<br>
2223 Quail Run, B-1<br>
Baton Rouge, Louisiana 70808<br>
(225) 769-1919 FAX (225) 769-1997