UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| DeRAY McKESSON; and | * | |
| BLACK LIVES MATTER | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**ORDER ADJUDICATING
MOTION TO RESET HEARING DATE**

CONSIDERING the *Motion to Reset Hearing Date*, the motion is hereby _____.

Specifically, the hearing in this matter is reset to _____, 2017, at \_\_\_\_ o'clock.

Baton Rouge, Louisiana, this \_\_\_ day of _____, 2017.

_____
Chief Judge Brian A. Jackson