UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE |
| | BRIAN A. JACKSON |
| DeRAY McKESSON; and | |
| BLACK LIVES MATTER | MAGISTRATE JUDGE |
| | RICHARD L. BOURGEOIS, JR. |

******************************************************************

## MEMORANDUM IN SUPPORT OF
## MOTION FOR ENTRY OF PRELIMINARY DEFAULT AND FOR HEARING ON CONFIRMATION OF DEFAULT

MAY IT PLEASE THE COURT:

The Plaintiff, Officer John Doe, pursuant to FRCP Rule 55(a), seeks entry of preliminary default and confirmation of that default as set forth below.

On March 14, 2017, the Defendant, Black Lives Matter, was served with process as indicated by the executed return. [RD 39]

The delays to respond by filing an answer or other pleading have run.

The Plaintiff has not heard from any attorney(s) for the Defendant in this matter seeking any extensions of time.

## CONCLUSION

The Plaintiff, Officer John Doe, prays that this court enter a preliminary default in this matter, and that this matter be set for a confirmation of preliminary default.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on May 26, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

s/Donna U. Grodner
Donna U. Grodner (20840)