UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE |
| | BRIAN A. JACKSON |
| DeRAY McKESSON; and | |
| BLACK LIVES MATTER | MAGISTRATE JUDGE |
| | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

### ORDER FOR HEARING ON CONFIRMATION OF DEFAULT

Considering the foregoing Motion for Entry of Preliminary Default and for Hearing on Confirmation of Default,

IT IS ORDERED that this case is assigned for hearing to confirm preliminary default on the _____ day of _____, 2017, at ___ o'clock in courtroom ____.

Baton Rouge, Louisiana, this _____ day of _____, 2017.

_____
JUDGE BRIAN A. JACKSON

CC:   by formal service
      Black Lives Matter