UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Officer                                                                                              CIVIL ACTION

VERSUS                                                                                           16-cv-742-BAJ-RLB

McKesson

<u>CLERK'S ENTRY OF DEFAULT</u>

Service having been executed on 03/14/2017 on defendant, Black Lives Matter and with no answer, claim or other responsive pleadings having been filed;

IT IS ORDERED the Plaintiff's Motion for Clerk's Entry of Default against Defendant, Black Lives Matter be and is hereby GRANTED.

Baton Rouge, Louisiana, this 1st day of June, 2017.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: *Erika L. Williams*
Deputy Clerk

CC: Black Lives Matter