# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**OFFICER JOHN DOE**                                                              **CIVIL ACTION**

**VERSUS**

**DERAY MCKESSON, ET AL.**                                            **NO.: 16-00742-BAJ-RLB**

## ORDER

**IT IS ORDERED** that **oral argument** on Plaintiff's Motion for Entry of Preliminary Default and for Hearing on Confirmation of Default (Doc. 48) shall be held on **June 14, 2017**, at **2:00 p.m.** in Courtroom 2, Russell B. Long Federal Building & United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana 70801.

Baton Rouge, Louisiana, this 12th day of June, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

1