UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * * | CHIEF JUDGE BRIAN A. JACKSON |
| DeRAY McKESSON; and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

*********************************************************************

## MOTION TO LEAVE TO SUPPLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, who respectfully requests this Honorable Court grant him leave to supplement the record in this matter for the following good cause shown:

1.

Defendant Deray McKesson has no objection to the filing of this motion.

2.

On June 14, 2017, this Court held a hearing on a *Defendant's Motion to Dismiss* [RD 15].

3.

This court will make a decision on whether Black Lives Matter is an entity that may sue or be sued.

4.

On June 14, 2017, Black Lives Matter Chicago, a local chapter of Black Lives Matter,[1] filed a Complaint in United States District Court Northen District of Illinois [RD 1](Ill. N.D. 6/14/2017).

5.

The filing of the complaint by Black Lives Matter Chicago strongly suggests that Black Lives Matter is an entity which may sue or be sued.

Wherefore, OFFICER JOHN DOE POLICE OFFICER prays this Court grant him

---

[1] See RD 44-1 This chapter is using the same form of naming as used other local chapters

leave to supplement the record to present the Complaint filed by Black Lives Matter Chicago to the Court.

        Respectfully submitted:

        s/ Donna U. Grodner
        Donna U. Grodner (20840)
        GRODNER & ASSOCIATES
        2223 Quail Run, B-1
        Baton Rouge, Louisiana 70808
        (225) 769-1919 FAX (225) 769-1997
        Dgrodner@grodnerlaw.com

        Denise A. Vinet (17185)
        VINET & DAY, LLC
        11817 Bricksome Ave., Ste A
        Baton Rouge, Louisiana 70816
        (225) 292-7410 FAX (225) 292-4149

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

        s/ Donna U. Grodner
        Donna U. Grodner (20840)
        GRODNER & ASSOCIATES
        2223 Quail Run, B-1
        Baton Rouge, Louisiana 70808
        (225) 769-1919 FAX (225) 769-1997