UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE<br>BRIAN A. JACKSON |
| DeRAY McKESSON; and<br>BLACK LIVES MATTER | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

*********************************************************************

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO SUPPLEMENT**

MAY IT PLEASE THE COURT:

This Court should grant the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, leave of court to supplement the record in this matter.

On June 14, 2017, this Court held a hearing on a Defendant's Motion to Dismiss [RD 15].

This court will make a decision on whether Black Lives Matter is an entity that may sue or be sued.

On June 14, 2017, Black Lives Matter Chicago, a local chapter of Black Lives Matter,[1] filed a Complaint in United States District Court Northen District of Illinois [RD 1](Ill. N.D. 6/14/2017).

The filing of the complaint by Black Lives Matter Chicago strongly suggests that Black Lives Matter is an entity which may sue or be sued.

**CONCLUSION**

This Court should grant Plaintiff leave to supplement the record to present the Complaint filed by Black Lives Matter Chicago to the Court.

> Respectfully submitted:
>
> s/ Donna U. Grodner
> Donna U. Grodner (20840)
> GRODNER & ASSOCIATES
> 2223 Quail Run, B-1

---

[1] See RD 44-1 This chapter is using the same form of naming as used other local chapters

        Baton Rouge, Louisiana 70808
        (225) 769-1919 FAX (225) 769-1997
        Dgrodner@grodnerlaw.com

        Denise A. Vinet (17185)
        VINET & DAY, LLC
        11817 Bricksome Ave., Ste A
        Baton Rouge, Louisiana 70816
        (225) 292-7410 FAX (225) 292-4149

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

        s/ Donna U. Grodner
        Donna U. Grodner (20840)
        GRODNER & ASSOCIATES
        2223 Quail Run, B-1
        Baton Rouge, Louisiana 70808
        (225) 769-1919 FAX (225) 769-1997