UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

OFFICER JOHN DOE POLICE OFFICER     CIVIL ACTION NO: 16-742
    *
v.     *     CHIEF JUDGE
    *     BRIAN A. JACKSON
DeRAY McKESSON; and     *
BLACK LIVES MATTER     *     MAGISTRATE JUDGE
    *     RICHARD L. BOURGEOIS, JR.
*********************************************************************

**ORDER ADJUDICATING**
**MOTION FOR LEAVE TO SUPPLEMENT**

CONSIDERING the foregoing *Motion for Leave to Supplement*, the motion is hereby

_____.

Specifically, the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, is granted leave

of court to file the Complaint filed by Black Lives Matter Chicago into the record.

Baton Rouge, Louisiana, this _____ day of _____, 2017

_____
Magistrate Judge Richard L. Bourgeois, Jr.