UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE<br>BRIAN A. JACKSON |
| DeRAY McKESSON; and<br>BLACK LIVES MATTER | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

*******************************************************************

## MOTION TO FILE AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT through undersigned counsel comes the Plaintiff, Officer John Doe Police Officer, who pursuant Rule 15, seeks to amend the complaint herein to name Black Lives Matter Network, Inc., and #BlackLivesMatter and to file *Amended Complaint for Damages* to amend and reaver the allegations in the Complaint [RD 1].for the following good cause shown:

1.

An earlier draft of the amended complaint was sent to Mr. DeRay McKesson, through counsel of record, who informed that as a procedural matter there was no objection, but that there would be objection to the contents of the amendments.

2.

On January 25, 2017, Defendant DeRay McKesson filed *Defendant DeRay McKesson's Motion to Dismiss* [RD 15], which is under submission.

3.

On April 7, 2017, Defendant DeRay McKesson filed *Defendant DeRay McKesson's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 9(a)* [RD 43], which is under submission.

4.

The remedy under Rule 9 and Rule 12 is an amendment of the Complaint to cure any defective pleading unless an amendment would be futile.

5.

Following argument held in ths matter, it became clear that an amendment may

allow this action to proceed without further delay. See e.g. RD 27.

6.

Following the hearing, a donation was made to BLACK LIVES MATTER on the BLACK LIVES MATTER official web site and the receipt from the donation indicates that Black Lives Matter may be the trade name for Black Lives Matter Network and #BlackLivesMatter.

7.

Black Lives Matter Network Inc., is a Delaware Corporation.

8.

The receipt also indicates that the entity accepting the money for Black Lives Matter is both Black Lives Matter Network and #BlackLivesMatter.[1]

9.

A link on the receipt indicates that Black Lives Matter, Black Lives Matter Network and #BlackLivesMatter are all either the same entity, or closely related entities, but are all founded by the same persons, who are Alicia Garza, Patrisse Cullors, and Opal Tometi, the same persons who credit themselves with founding BLACK LIVES MATTER..

10.

Additionally, there were remarks made during the hearing that may have suggested that DeRay McKesson is not an activist leader of BLACK LIVES MATTER. Further factual allegations may be necessary to bring this fact forward and to show that DeRay McKesson is a leader amendable to service of process on BLACK LIVES MATTER as an unincorporated association.

11.

Claims made the original Complaint should be clarified and amended.

---

[1] See Exhibit 1: Donation Receipt - it appears that Black Lives Matter Network has partnered with another entity for administrative and financial service.

WHEREFORE, the Plaintiff, Officer John Doe Police Officer, prays that this Court allow him to amend the complaint herein to name Black Lives Matter Network, Inc., and #BlackLivesMatter and to file *Amended Complaint for Damages* to add amend the pleadings in this matter and to serve same in accordance with law.

Respectfully submitted:

s/Donna Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run Drive, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

## CERTIFICATE

I hereby certify that on June 18, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel named below by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the parties marked non-CM/ECF participants:

s/Donna Grodner
Donna U. Grodner (20840)