UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| DeRAY McKESSON; and | * | |
| BLACK LIVES MATTER; and | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*********************************************************************

**ORDER ADJUDICATING
MOTION TO FILE AMENDED COMPLAINT FOR DAMAGES**

CONSIDERING the *Motion to File Amended Complaint for Damages*, the motion is hereby _____.

IT IS FURTHER ORDERED, that the caption is hereby amended to name Black Lives Matter Nation and #BlackLivesMatter as defendants to the instant suit and service shall issue in accordance with law.

IT IS FURTHER ORDERED that the caption will be revised as follows:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| DeRAY McKESSON; and | * | |
| BLACK LIVES MATTER; and | * | |
| BLACK LIVES MATTER NETWORK | * | MAGISTRATE JUDGE |
| and #BLACKLIVESMATTER | * | RICHARD L. BOURGEOIS, JR. |

IT IS FURTHER ORDERED that the *Amended Complaint for Damages* shall be filed into the record of this proceeding and summons issued in accordance with law.

Baton Rouge, Louisiana this _____ day of _____, 2017.

_____
Magistrate Judge Richard Bourgeois