

# Donation Successful!

Thank you for your donation to Thousand Currents. You will soon receive a confirmation email to the account provided.

Thank you for your generous donation to the Black Lives Matter Network. We are made stronger by your commitment to making sure that Black lives do matter, in this country and around the world.

 Your tax-deductible donations and gifts to the Black Lives Matter Network are collected by Thousand Currents (formerly IDEX), a 501(c)(3) non-profit. The Black Lives Matter Network has partnered with Thousand Currents to support us with financial and administrative services.

 With your ongoing support, we know that we will win!

Black love,
The BLM team

 For more information on BLM's partnership with Thousand Currents, see the press release: IDEX and Black Lives Matter announce global partnership (9/6/16)

---

### Donation Confirmation

| | |
|---|---|
| Donation Amount: | **$10.00** |
| Frequency: | **One-Time donation** |
| Confirmation Number: | **7749948** |
| Receiving Organization: | **Thousand Currents** |
| Your Comment: | **Black Lives Matter** |

---

⊕ **Need help or have questions about your donation?**

If you have any questions, contact **info@thousandcurrents.org**.