AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

Officer John Doe Police Officer

*Plaintiff(s)*

v.

DeRay McKesson and Black Lives Matter

*Defendant(s)*

Civil Action No. 16-742-BAJ-RLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Black Lives Matter through the Louisiana Long Arm Statute on a member

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Donna U. Grodner
2223 Quail Run Dr., Ste B
Baton Rouge, La 70808
225.769.1919 fax 769.1997 dgrodner@grodnerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Elisa Clement
*Signature of Clerk or Deputy Clerk*

Date: March 07, 2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Black Lives Matter__

was received by me on *(date)* __6/24/17__.

☒ I personally served the summons on the individual at *(place)* __thym Black Lives Matter 19197 Golden Valley Rd #313 Canyon County CA 91387__ on *(date)* __6/25/17__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __Louisiana Long Arm Statute__ _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ __4__ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Printed name and title
Donna U. Grodner
Grodner Law Firm
2223 Quail Run Drive, Ste B
Baton Rouge, LA 70808

Additional information regarding attempted service, etc:

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Patrisse Cullors
    4828 34 St. Elnora
    Los Angeles, Ca 90019

9590 9402 2868 7069 4649 32

2. Article Number (Transfer from service label)

    7017 0530 0001 0991 5064

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6/26/17

D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

   [JUN 26 2017 postmark]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Black Lives Matter
    19197 Golden Valley Rd #313
    Canyon County Ca 91387

9590 9402 2868 7069 4649 94

2. Article Number (Transfer from service label)

    7017 0530 0001 0991 5057

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X [signature]  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt