UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * * | CHIEF JUDGE BRIAN A. JACKSON |
| DeRAY McKESSON; and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

*******************************************************************

## MOTION TO LEAVE TO SUPPLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, who respectfully requests this Honorable Court grant him leave to supplement the record in this matter for the following good cause shown:

1.

Defendant Deray McKesson objects to the filing of this motion.

2.

On June 14, 2017, this Court held a hearing on a *Defendant's Motion to Dismiss* [RD 15].

3.

This court will make a decision on whether Black Lives Matter is an entity that may sue or be sued.

4.

In September 2016, Black Lives Matter, described as a "chapter-based national organization" partnered with International Development Exchange (IDEX), which if it is not an entity, it could not enter into a legal relationship with another entity.

5.

The partnering of Black Lives Matter Chicago with IDEX strongly suggests that Black Lives Matter is an entity which may sue or be sued.

6.

Internet news also indicates that Black Lives Matter also partnered with J. Walter Thompson New York.

Wherefore, OFFICER JOHN DOE POLICE OFFICER prays this Court grant him leave to supplement the record to present information to this Court that may assist this Court with the adjudication of the matter before it.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner
Donna U. Grodner (20840)