UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| DeRAY McKESSON; and | * | |
| BLACK LIVES MATTER | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**ORDER ADJUDICATING
MOTION FOR LEAVE TO SUPPLEMENT**

CONSIDERING the foregoing *Motion for Leave to Supplement*, the motion is hereby _____.

Specifically, the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, is granted leave of court to file additional news articles into the record.

Baton Rouge, Louisiana, this _____ day of _____, 2017

_____
Magistrate Judge Richard L. Bourgeois, Jr.