UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| DeRAY McKESSON; and | * | |
| BLACK LIVES MATTER | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

******************************************************************

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO SUPPLEMENT**

MAY IT PLEASE THE COURT:

This Court should grant the Plaintiff, OFFICER JOHN DOE POLICE OFFICER, leave of court to supplement the record in this matter.

On June 14, 2017, this Court held a hearing on a Defendant's Motion to Dismiss [RD 15].

This court will make a decision on whether Black Lives Matter is an entity that may sue or be sued.

In September 2016, Black Lives Matter partnered with International Development Exchange IDEX to manage its fiances. According to additional internet news reports, Black Lives Matter also partnered with J. Walter Thompson New York. Where these internet news reports are accurate, forming a partnership with another entity suggest that Black Lives Matter is an entity which may sue or be sued.

**CONCLUSION**

This Court should grant Plaintiff leave to supplement the record to present the internet reports that Black Lives Matter has partnered with other entities.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner
Donna U. Grodner (20840)