Case 3:16-cv-00742-BAJ-RLB   Document 60-3   06/30/17   Page 1 of 8

Home (https://borealisphilanthropy.org) > Grantees (https://borealisphilanthropy.org/grantee/) > Black Lives Matter

# Grantee Profile

SHARE THIS  (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?
U=HTTP%3A%2F%2FBOREALISPHILANTHROPY.ORG&T=)
(HTTPS://TWITTER.COM/INTENT/TWEET?
SOURCE=HTTP%3A%2F%2FBOREALISPHILANTHROPY.ORG&TEXT=:%20HTTP%3A%2F%2FBOREALISF
(HTTP://WWW.LINKEDIN.COM/SHAREARTICLE?
MINI=TRUE&URL=HTTP%3A%2F%2FBOREALISPHILANTHROPY.ORG&TITLE=&SUMMARY=&SOURCE=I
(MAILTO:?SUBJECT=&BODY=:%20HTTP%3A%2F%2FBOREALISPHILANTHROPY.ORG)



## Black Lives Matter

WEBSITE: http://blacklivesmatter.com/ (http://blacklivesmatter.com/)

LOCATION: National and Canada with 38 Local Chapters

SCOPE:

Black Lives Matter launched in response to the acquittal of George Zimmerman, BLM began as a call and demand that Black lives matter. BLM is a chapter-based national organization working to (re)build the Black liberation movement and working for a world where Black lives are no longer systematically and intentionally targeted for demise. Black Lives Matter is a fiscally sponsored project of International Development Exchange (IDEX).

| 20162017 | YOUNG TRANS WOMEN OF COLOR LEADERSHIP GRANT |
|---|---|
| | **FUND:** TRANSFORMING MOVEMENTS FUND |

| 2016 | GENERAL OPERATING SUPPORT GRANT |
|---|---|
| | **FUND:** BLACK-LED MOVEMENT FUND |

# GRANTMAKING (HTTPS://BOREALISPHILANTHROPY.ORG/GRANTMAKING

Black-led Movement Fund (https://borealisphilanthropy.org/grantmaking/black-led-movement-fund/)

Fund for Trans Generations (https://borealisphilanthropy.org/grantmaking/fund-for-trans-generations/)

Immigration Litigation Fund (https://borealisphilanthropy.org/grantmaking/immigration-legal-strategy-support-fund/)

Transforming Movements Fund (https://borealisphilanthropy.org/grantmaking/transforming-movements-fund/)

**Visit our Grantee Directory »**

## GRANT PORTAL (HTTPS://WWW.GRANTINTERFACE.COM/HOME/LOGON? URLKEY=BOREALISPHILANTHROPY)

Site Map (https://borealisphilanthropy.org/site-map/)     Site Credits (https://borealisphilanthropy.org/site-credits/)

Support the future of public radio on KPCC.
Donate before June 30 and you could win an iPad!

DONATE NOW!

# Take Two®

News and culture through the lens of Southern California. Hosted by A Martínez

## 89.3 KPCC

- Listen Live
- News
- Programs
- Events
- Support Us
- About Us

- KPCC on Twitter
- KPCC on Facebook
- KPCC on Google+

Search KPCC

Donate Now

Show Nav

## 89.3 KPCC

Close

- Listen Live
- News
- Programs
- Events
- Support Us
- About Us

## Follow KPCC

- KPCC on Twitter
- KPCC on Facebook
- KPCC on Google+

## 89.3 KPCC

Close
Search:
Search

# Black Lives Matter partners with charity in sign of growth

by Take Two® September 07 2016

Case 3:16-cv-00742-BAJ-RLB    Document 60-3    06/30/17    Page 5 of 8



In this Sunday, July 10, 2016 file photo, people march in a Black Lives Matter rally in Oklahoma City. Black Lives Matter has quietly established a legal partnership with a California charity in a sign of the movement's growth and expanding ambition. Sue Ogrocki/AP

Listen to this story 14 min 18 sec

Share

- Share via Emailemail
- Share on Twitter
- Share on Facebook

Black Lives Matter has teamed up with a California charity to handle its financial matters and receive grants and donations.

Michael R. Blood with the Associated Press reports that the San Francisco-based International Development Exchange's partnership with the national Black Lives Matter movement is a sign of the movement's growth and expanding ambition.

Here's more from the AP story:

> Since November, the nonprofit charity also known as IDEX has been acting as a mostly unseen financial arm of Black Lives Matter, with the ability to receive grants and tax-deductible donations on the group's behalf. More recently, the relationship evolved into a contractual partnership that will run through at least mid–2017.
>
> IDEX is managing the group's financial affairs, allowing Black Lives Matter to focus on its mission, including building local chapters and experimenting with its organizational structure.

IDEX is a small charity that has worked with the needy on several continents, while Black Lives Matter has chapters in nearly 40 U.S. cities and several abroad, Blood reports. The idea is that the two organizations will together seek social change both in the U.S. and abroad.

Case 3:16-cv-00742-BAJ-RLB    Document 60-3    06/30/17    Page 6 of 8



In this photo taken Friday, Sept. 2, 2016, Rajasvini Bhansali, executive director of the International Development Exchange, also known as IDEX, poses at her office in San Francisco. IDEX is managing the Black Lives Matters' financial affairs, allowing the group to focus on its mission, including building local chapters and experimenting with its organizational structure. Eric Risberg/AP

Here's more from AP on how that might look:

> A key aspect of the agreement involves exchanging information and building potential alliances between Black Lives Matter and IDEX's partners overseas. The idea is for the groups and movements to learn from each other.
>
> Black Lives Matter has agreed to make donations to IDEX's partners in Zimbabwe and South Africa, in lieu of an administrative fee for the charity's services, [IDEX Executive Director Rajasvini] Bhansali said.
>
> Part of the tie between the groups is personal: Bhansali has known Garza and fellow Black Lives Matter co-founder Patrisse Cullors for about a decade through their work, especially in the San Francisco Bay Area.
>
> She said Black Lives Matter has a strong interest in learning from social and cultural movements around the globe, which makes it a natural fit with IDEX and its work in needy communities in Africa, Asia and South America, where IDEX has supported more than 500 projects since 1985.

Blood reports that the agreement is one of several steps Black Lives Matter appears to be taking in response to criticism that it lacks direction and purpose.

An umbrella group known as the Movement for Black Lives, which includes Black Lives Matter, has published a detailed agenda of goals, including channeling more money into poverty programs, raising taxes on the wealthy, obtaining reparations for past racial injustices and spending as much as $4 trillion on jobs for black workers, Blood reports.

Phil Buchanan, president of The Center for Effective Philanthropy, says when you look back at other social movements in U.S. history-- from the civil rights movement to more recent efforts for marriage equality-- "it's not surprising to see that what starts as an organic, spontaneous reaction of outrage and concern would end up taking on a more organized form over time through some kind of non-profit organization."

"As the Black Lives Matter movement gets clearer about their policy objectives," Buchanan says, "they will then need resources to pursue those objectives. And I think the backing of major foundations like the Ford Foundation [which hopes to raise $100 million for the Movement for Black Lives] and others, if that ends up coming to fruition, that could be very very powerful."

*AP political writer Michael Blood and Phil Buchanan, president of The Center for Effective Philanthropy, joined Alex Cohen to discuss the story. To hear the full interview, click the blue player above.*

### The best SoCal news in your inbox, daily.

Catch up each morning with KPCC's Short List newsletter.

U.S.

Home  Video  Politics  U.S.  Opinion  Business  Entertainment  Tech  Science  Health  Travel  Lifestyle  World  On Air

- PROGRAMMING ALERT -
**MORNING BRIEF: AUTHOR SAYS US MISSED CHANCE TO KILL ISIS LEADER BAGHDADI**

U.S. HOME   CRIME   TERRORISM   ECONOMY   IMMIGRATION   DISASTERS   MILITARY   EDUCATION   ENVIRONMENT   PERSONAL FREEDOMS   REGIONS

US
# Black Lives Matter partners with charity in sign of growth

Published September 06, 2016
Associated Press

In this photo taken Friday, Sept. 2, 2016, Rajasvini Bhansali, executive director of the International Development Exchange, also known as IDEX, poses at her office in San Francisco. Black Lives Matter has quietly established a legal partnership with the California charity in a sign of the movement's growth and expanding ambition. The nonprofit charity also known as IDEX has been acting since November as a mostly unseen financial arm of Black Lives Matter, which two years ago grew out of street protests and a hashtag. (AP Photo/Eric Risberg) (The Associated Press)

LOS ANGELES –  Black Lives Matter has quietly established a legal partnership with a California charity in a sign of the movement's growth and expanding ambition.

Since November, the San Francisco-based International Development Exchange has been acting as a mostly unseen financial arm of Black Lives Matter, with the ability to receive grants and tax-deductible donations on the group's behalf. More recently, the relationship evolved into a contractual partnership that will run through at least mid-2017.

The Associated Press has learned that IDEX is managing the group's financial affairs, allowing Black Lives Matter to focus on its mission, including building local chapters and experimenting with its organizational structure.

Leaders say the goal is to jointly seek social change in struggling communities in the U.S., as well as abroad.

## You Might Also Like                                                              Ad Content by


**Female Cop Living An Unexpected Double Standard**
*Sponsored | Post Popular*


**Female Cop Hid Her Double Life For 7 Years**
*Sponsored | Wife Wine - Wife It Up*


**Truck driver killed after migrants block road near Calais**
*Fox News World*

6/28/2017 Calif. Charity to Handle Finances for Black Lives Matter - The Chronicle of Philanthropy

Case 3:16-cv-00742-BAJ-RLB    Document 60-3    06/30/17    Page 8 of 8

**THE CHRONICLE OF PHILANTHROPY**

ELSEWHERE ONLINE
SEPTEMBER 06, 2016

# Calif. Charity to Handle Finances for Black Lives Matter

The Black Lives Matter movement has teamed with a San Francisco charity that supports social and economic projects abroad to manage the loose-knit antiracism network's financial affairs, reports the Associated Press. The International Development Exchange, or IDEX, has been receiving grants and donations on behalf of Black Lives Matter since November, and the informal relationship recently evolved into a contractual partnership.

IDEX has backed hundreds of programs to benefit needy communities in Africa, Asia, and South America. Its executive director, Rajasvini Bhansali, has long known Black Lives Matter co-founders Alicia Garza and Patrisse Cullors through their Bay Area activism. Ms. Bhansali said Black Lives Matter has a strong interest in learning from similar movements in other countries, making IDEX a natural partner.

The financial pact signifies the growth and expanding ambition of Black Lives Matter, which coalesced two years ago to protest police shootings of unarmed African-Americans and is best known for online and street-level activism, AP writes. In lieu of an administrative fee for IDEX's services, Black Lives Matter will donate to IDEX partner organizations in Zimbabwe and South Africa, Ms. Bhansali said.

Read a *Chronicle of Philanthropy* article on how Black Lives Matter is seeking support from grant makers.

Copyright © 2017 The Chronicle of Philanthropy