Sections | Latest | Editor's Picks

FOLLOW US: ▼    LOG IN    SUBSCRIBE NOW

Menu    Search

**Don't Miss**    Cannes Lions    Women to Watch Video    Agency Name    TV Upfronts Game

# Black Lives Matter Partners With J. Walter Thompson New York on Website Promoting Black Businesses

By Lindsay Stein. Published on December 19, 2016.

Sections | Latest | Editor's Picks

Backing Black Business website Credit: Black Lives Matter

Nonprofit organization Black Lives Matter, in partnership with J. Walter Thompson New York, has launched a site to help people easily discover Black-owned small businesses in the U.S.

The website, https://www.backingblackbusiness.com/, which is in beta, is part of Black Lives Matter's plan for 2017 to focus on "building Black power," according to a statement. JWT began working with the movement on a pro bono basis a few months ago as its first strategic and creative agency partner.

ADVERTISING

Most







| Sections | Latest | Editor's Picks |



"We're thrilled to partner with J. Walter Thompson and, in particular, this effort to uplift and sustain Black businesses," said Patrisse Cullors, co-founder of Black Lives Matter in a statement. "Right now, we need to invest in Black businesses more than ever."

The Backing Black Business website is live with more than 300 businesses so far, with the goal of having strong representation of black-owned businesses in all states by the end of next year. Black Lives Matter is promoting the site with local campaign support and an online social and influencer initiative.

Brent Choi, chief creative officer of J. Walter Thompson New York, said in a statement, "Our hope is to reduce the racial disparity that exists in economic well-being through the promotion of Black business ownership."

In this article:

| Agencies | Diversity | Social | Technology |

## Popular In the Community

| THE UN BELIEVES ADS CAN TURN THE TIDE IN... | THE MAN BEHIND MARCEL, PUBLICIS... | WHAT MY FIGHT WITH A CHASE BANK EMPLOYEE... | THE DEATH OF CREATIVE EXCELLENCE | CYBERATTAC WPP GROUP |

| Sections | Latest | Editor's Picks | |
|---|---|---|---|
| "The Unstereotype Alliance." I wasn't… | Good luck with that my friends. I am sure… | Yes, something must be up at Chase. I… | "Meanwhile, a small number of smart folk… | watch out: agencies ar |

## Conversation

 Be the first to comment…

Terms · Privacy

# WPP Confirms Three Subsidia Subpoenaed in DOJ Probe

By E.J. Schultz. Published on December 19, 2016.



WPP CEO Martin Sorrell Credit: Pat Denton

The four major agency holding companies are now ensnared in the Department of Justice's probe into ad production practices after WPP on Monday confirmed that three of its subsidiaries have received subpoenas.

Omnicom Group on Friday said two of its subsidiaries had received DOJ subpoenas, while Publicis Groupe said one of its subsidiaries had gotten one. Interpublic Group earlier confirmed that one of its standalone domestic agencies had been contacted.

subsidiaries have received subpoenas from the U.S. Department of Justice Antitrust Division concerning the Division's ongoing investigation of video production and post-production practices in the advertising industry. WPP and its subsidiaries are fully cooperating with the enquiries."

## Related Stories

Ad Agencies on Defensive as DOJ Production Probe Widens

Omnicom, Publicis Subpoenaed In DOJ Production Investigation

What Industry Insiders Are Saying About the DOJ Production Probe

The DOJ is examining ad agencies for allegedly fixing bids by encouraging production houses to increase their prices so that contracts are awarded to agencies' in-house teams. The Wall Street Journal first reported the probe in early December. The investigation is being led by Rebecca Meiklejohn, who in ad industry circles is known for guiding the Grey/Color Wheel bid-rigging scandal in the early 2000s that sent six executives to prison.




In this article:

Agencies    Regulation

Case 3:16-cv-00742-BAJ-RLB   Document 60-4   06/30/17   Page 6 of 9

Interactive mobile video is here

AGENCIES (/AGENCIES)

# JWT Becomes the First Ad Agency to Collaborate Directly With Black Lives Matter

Pro bono work on Backing Black Business initiative


(http://adweek.com/subscribe-widget)

Subscribe to Adweek Today! (http://adweek widget)

Get a full year of print and digital editions for just $149 (http://adweek.com/subs widget)



The official Black Lives Matter organization has entered into a strategic and creative partnership with J. Walter Thompson New York, marking the first such pairing on a formal assignment. The relationship kicked off with the beta launch of Backing Black Business, (https://www.backingblackbusiness.com) a web tool that lets users discover black-owned small businesses throughout the country.

JWT New York picked up the pro bono assignment for the nonprofit advocacy group without a review after reaching out to the organization directly.

"[The partnership] started with four creatives who had a passion to support Black Lives Matter," JWT New York CCO Brent Choi said. "They came up with an idea, and we presented it to them. Through a number of conversations, it became clear that we didn't just want to offer ideas, but to be a partner to the organization and the movement. We believe in the power of ideas to change behavior, so this relationship became a perfect marriage."

## POPULAR NOW

1 See All 23 Grand Prix Winners From the 2017 Cannes Lions Festival (http://adweek.com/creativity/see-all-23-grand-prix-winners-from-the-2017-cannes-lions-festival/)

2 Facebook Will Soon Let Brands Target Ads at Entire Families or Specific People Within Households (http://adweek.com/digital/facebook-will-soon-let-brands-target-ads-at-entire-families-or-specific-people-within-households/)

3 The Year's 15 Best Commercials, as Picked by the Cannes Lions Film Jury (http://adweek.com/creativity/the-years-15-best-commercials-as-picked-by-the-cannes-lions-film-jury/)

cause is ever-changing, our scope will as well. It is open-ended, but our mandate is to create meaningful communications to support Black Lives Matter and their cause."

Artist and advocate Patrisse Cullors, one of the co-founders of the official Black Lives Matter organization as well as the larger BLM movement, said, "We're thrilled to partner with J. Walter Thompson and in particular this effort to uplift and sustain black businesses. Right now, we need to invest in black businesses more than ever."

The Google Maps-based Backing Black Business effort aims to help users support entrepreneurs in their vicinity while simultaneously highlighting racial disparities in business ownership. Its beta version launched yesterday with over 300 individual businesses represented. "Our hope is to reduce the racial disparity that exists in economic well-being through the promotion of Black business ownership," Choi said.

The announcement comes at a time when JWT looks to focus on diversity as a way to move the general conversation forward. Much of the news surrounding the agency this year concerned the ongoing discrimination lawsuit filed by global communications chief Erin Johnson against now-former CEO and chairman Gustavo Martinez. Tamara Ingram took over as global CEO after Martinez resigned

5 See the Weird, Wonderful Thai Spot That Was One of the Funnier Ads Screened in Cannes (http://adweek.com/creativity/see-the-weird-wonderful-thai-spot-that-was-one-of-the-funnier-ads-screened-in-cannes/)

before laying out her plans for a Diversity and Inclusion Council (http://www.adweek.com/agencyspy/jwt-will-move-beyond-the-gustavo-martinez-scandal-with-a-diversity-and-inclusion-council/109294) in May.

JWT and Black Lives Matter plan to work together throughout 2017, and the press release calls it "[a year] about building Black power." But Choi's comments seem to suggest the agency sees the potential for a much longer relationship.

Asked if the outcome of the 2016 election impacted JWT's strategy for Black Lives Matter going forward, Choi said, "Nothing has changed. Everything has changed. The team at Black Lives Matter have a lot to do regardless of who won the election. Our collaboration will focus on what we can control and the ways in which they need our support."

Choi said the assignment is different than that of a typical nonprofit "for a number of reasons, but mainly because they are trying something new by working with us, and we have a lot of creative freedom given [their] iterative approach to communications."

"It's been challenging and at the same time I think this partnership has been enriching for both teams," he added.