AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

Officer John Doe Police Officer

*Plaintiff(s)*

v.

DeRay McKesson and Black Lives Matter

*Defendant(s)*

Civil Action No. 16-742-BAJ-RLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Black Lives Matter through the Louisiana Long Arm Statute on a member

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Donna U. Grodner
2223 Quail Run Dr., Ste B
Baton Rouge, La 70808
225.769.1919 fax 769.1997 dgrodner@grodnerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: March 07, 2017



*Elisa Clement*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Black Lives Matter__
was received by me on *(date)* __Alicia Garza__ __Louisiana Long Arm__

☒ I personally served the summons on the individual at *(place)* __Certified mail__
__395 Hudson St 4th Fl NY__ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* __Louisiana Long Arm Alicia Garza__

My fees are $ __4__ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: __7/5/17__

*Server's signature*

Grodner & Associates, A.P.L.C.
Attorneys at Law
2223 Quail Run, Suite B
Baton Rouge, LA 70808

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: