UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER, | * | CIVIL ACTION NO: |
| | * | 16-742-BAJ-RLB |
| | * | |
| VERSUS | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DERAY MCKESSON and | * | MAGISTRATE JUDGE |
| BLACK LIVES MATTER | * | RICHARD L. BOURGEOIS, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**BLACK LIVES MATTER NETWORK, INC.'S
*EX PARTE* MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD, PURSUANT TO LOCAL RULE 7**

Pursuant to Local Civil Rule 7(a), Black Lives Matter Network, Inc. respectfully submits this *ex parte* motion for extension of time to answer or otherwise plead. In support, Black Lives Matter Network, Inc. states as follows:

1. On November 7, 2016, Plaintiff John Doe filed a Complaint against Black Lives Matter, which he identified as a "national unincorporated association with chapter in many states." (Rec. Doc. 1 at 2).

2. On June 18, 2017, Plaintiff John Doe filed a Motion to Amend Complaint, asking this Court to allow him to add Black Lives Matter Network, Inc. and #BlackLivesMatter as defendants in this action. (Rec. Doc. 52).

3. On June 26, 2017, before this Court had an opportunity to rule on Plaintiff's Motion to Amend, one of the co-founders of Black Lives Matter Network, Inc., Patrisse Cullors, was served by certified mail with a summons and a copy of the original Complaint, which does not name Black Lives Matter Network, Inc. as a defendant.

4. Although Black Lives Matter Network, Inc. is not a named defendant in the operative complaint in this case, in an abundance of caution it intends to respond to Plaintiff John Doe's attempted service.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Black Lives Matter Network, Inc. has until July 17, 2017 to answer or otherwise respond.

6. In accordance with Local Civil Rule 7(a), Black Lives Matter Network, Inc. states and certifies that there has been no prior extension of time to plead and the opposing party has not filed an objection in the record to an extension. Accordingly, Black Lives Matter Network, Inc. respectfully requests that the Court grant an extension of 21-days, through and including August 7, 2017, within which to answer or otherwise plead.

WHEREFORE, Black Lives Matter Network, Inc. respectfully requests that this Court grant its Local Civil Rule 7 *ex parte* motion for extension of time and grant an extension of 21 days, through and including August 7, 2017, within which to answer or otherwise plead.

Respectfully submitted, this 11th day of July, 2017.

*/s/ Christine M. Calogero*
Christine M. Calogero, 36818
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24TH Floor
New Orleans, Louisiana  70112
Telephone:    (504) 589-9700
Facsimile:     (504) 589-9701
ccalogero@barrassousdin.com

*Attorney for Black Lives Matter Network, Inc.*

2

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via the Court's CM/ECF system, this 11th day of July, 2017.

/s/ Christine M. Calogero

*1353172_1*