UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER, | * | CIVIL ACTION NO: |
| | * | 16-742-BAJ-RLB |
| VERSUS | * | JUDGE BRIAN A. JACKSON |
| DERAY MCKESSON and | * | MAGISTRATE JUDGE |
| BLACK LIVES MATTER | * | RICHARD L. BOURGEOIS, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing *Ex Parte* Motion for Extension of Time to Answer or Otherwise Plead, filed by Black Lives Matter Network, Inc. pursuant to Local Civil Rule 7(a);

**IT IS ORDERED** that the Motion is GRANTED and Black Lives Matter Network, Inc. has an additional 21-days, through and including August 7, 2017, within which to answer or otherwise plead.

New Orleans, Louisiana, this _____ day of July, 2017.

_____
J U D G E

*1353173_1*