UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**OFFICER JOHN DOE POLICE OFFICER**          **CIVIL ACTION**

**VERSUS**

**NO. 16-742-BAJ-RLB**

**DERAY MCKESSON AND
BLACK LIVES MATTER**

### ORDER

Before the Court is an *Ex Parte* Motion for Extension of Time to Answer or Otherwise Plead (R. Doc. 64), filed by Black Lives Matter Network, Inc. pursuant to Local Civil Rule 7(a).

The original Complaint in this matter names Black Lives Matter as a defendant. Whether that defendant has the capacity to be sued is in dispute and is a decision pending before the district judge. The Court notes that Plaintiff's Motion to File Amended Complaint for Damages (R. Doc. 52) which names Black Lives Matter Network, Inc. has not been ruled on at this time. Accordingly, Black Lives Matter Network, Inc. is not specifically named as a defendant in any operative complaint.

It is unclear, however, whether the purported service on Black Lives Matter Network, Inc. was connected to the proposed Amended Complaint (and therefore premature) or whether it was untimely service of the original complaint as the entity identified as "Black Lives Matter." As the *Ex Parte* Motion for Extension of Time to Answer or Otherwise Plead (R. Doc. 64), filed by Black Lives Matter Network, Inc. has been filed, the Court will consider the motion as filed, while not making <u>any</u> finding on the sufficiency of service, the identity of any particular defendant, or whether such defendant has the capacity to be sued.

Accordingly, pursuant to the local rules of this district, there being no previous extension of time to plead afforded to this party, and there being no opposition to the extension filed by an opposing party,

**IT IS ORDERED** that the Motion (R. Doc. 64) is GRANTED and Black Lives Matter Network, Inc. has an additional 21 days, through and including August 7, 2017, within which to answer or otherwise plead.

Signed in Baton Rouge, Louisiana, on July 14, 2017.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**