UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * * | CHIEF JUDGE BRIAN A. JACKSON |
| DeRAY McKESSON; and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

******************************************************************

**ORDER ADJUDICATING
MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO SUPPLEMENT**

CONSIDERING the *Motion for Leave to File Reply Memorandum in Support of Motion for Leave to Supplement*, the motion is hereby _____..

Specifically, the *Reply Memorandum in Support of Motion for Leave to Supplement* shall be filed into the record.

Baton Rouge, Louisiana, this ___ day of _____, 2017.

_____
Chief Judge Brian A. Jackson