UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * * | CHIEF JUDGE BRIAN A. JACKSON |
| DeRAY McKESSON; and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

*********************************************************************

### REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT

MAY IT PLEASE THE COURT:

On July 5, 2017, Mr. DeRay McKesson filed *Memorandum in Opposition to Plaintiff John Doe's Motion to Supplement*, which raises argument to which a response may assist this Court with the adjudication of the matter before it.

Mr. McKesson argued that the exhibits sought to be offered into evidence relates to Black Lives Matter Network Inc, which he argues is "a separate, incorporated entity that controls the website blacklivesmatter.com." [Rd 61, at 1, ¶ 1] Notably, there is no factual support offered for the statement that Black Live Matter Network, Inc., controls the Black Lives Matter website.

Actually, the evidence offered [RD 52 -3] with the motion to amend is a receipt from a donation. According to the receipt, donations solicited by Black Lives Matter and given to Black Lives Matter through its website actually go to an entity named "Black Lives Matter Network." The donations are collected by Thousand Currents formerly IDEX, a 501 (c)(3) nonprofit. According to the donation receipt, "The Black Lives Matter Network has partnered with Thousand Currents to support us with financial and administrative services." The "us" presumably is Black Lives Matter. All of this legal maneuvering strongly suggests that Black Lives Matter is a juridical entity doing business.

Mr. DeRay McKesson suggested that RD 60-3 also has no relevance as to whether Black Lives Matter is a juridical entity; yet that Black Lives Matter publication provides:

> Black Lives Matter launched in response to the acquittal of George Zimmerman. BLM began as a call and demand that Black lives matter. BLM

is a chapter-based national organization working to 9re0build the Black liberation movement and working for a work where Black lives are no longer systematically and intentionally targeted for demise. **Black Lives Matter is a fiscally sponsored project of International Development Exchange (IDEX).**

Black Lives Matter has money A non-existent entity cannot have money. The other documents suggest Black Lives Matter is partnering with other entities. A non-existent entity cannot form partnerships or enter into contracts. Patrisee Cullors, Opal Tometi, and Alicia Garza as well as Mr. McKesson are all affiliated with the Black Lives Matter entity. It would be interesting to know who was paying the protestors and who was paying Mr. McKesson when he left his job to become a full time protestor. When asked by Sean Hannity for the source of the funding for the protests, Mr. DeRay McKesson did not provide a forthcoming response. See EX A.

While there is nothing wrong with being a paid protester, where Mr. McKesson and multiple other persons travel city to city and are being paid to protest as BLM, it is hard to imagine that Mc McKesson could in argue that the entity they serve and which employs them is non-existent.

## CONCLUSION

This Court should grant Plaintiff leave to supplement the record.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

                                        s/ Donna U. Grodner
                                        Donna U. Grodner (20840)
                                        GRODNER & ASSOCIATES