7/16/2017
Case 3:16-cv-00742-BAJ-RLB   Document 66-3   07/16/17   Page 1 of 28
Texas pool party attendee, dad and lawyer sound off on officer's actions | Fox News

Shows

Home  Video  Politics  U.S.  Opinion  Business  Entertainment  Tech  Science  Health  Travel  Lifestyle  World  O

### HANNITY

# Texas pool party attendee, dad and lawyer sound off officer's actions

Published June 10, 2015

Fox News



**NOW PLAYING**
Attendee, attorney sound off about McKinney pool party chaos

says that he has received death threats.

This is exactly what some eyewitnesses and protesters were calling for, but a resident of that neighborhood happened had a much different take. Here's what Benet Embry said last night right here on this program.

(BEGIN VIDEO CLIP)

BENET EMBRY, MCKINNEY, TEXAS, RESIDENT: Basically, what the situation is, is a pool party gone out may have been 130 kids there. Only seven of those 130 kids, only seven, caused a whole bunch of confus everybody.

This is not Ferguson. This is not Baltimore. This is not Trayvon Martin, Michael Brown or Eric Gardner or a

HANNITY: Let me...

EMBRY: What this is, is an out of control pool party.

(END VIDEO CLIP)

HANNITY: All right, joining me now with reaction, Jahi Bakari. His daughter shot the new video that we just with him is his goddaughter, Ladarienne McKever is with us. And also, she was at the scene. And also with the family who threw the party. Emmanuel Obi is with us. Thank you all for being here. We really apprecia

Let me just start with your daughter took these images. And when I look at this video, and we slow down thi officer did not pull out the gun on this girl in the bikini here. It was two young men. As you can see, they'll the officer is behind him. And it seems that they are provoking him right there. That's the...

(CROSSTALK)

JAHI BAKARI, DAD OF DAUGHTER TOOK VIDEO: Wait a minute. You said he pulled out his gun. Didn't I

HANNITY: I see that part. I'm seeing it.

BAKARI: That's enough.

HANNITY: But he didn't...

BAKARI: He didn't point it at the girls, but he pulled out his gun.

HANNITY: Yes, that's -- but he had two guys behind him. Did you not see the two guys go behind him, see him?

BAKARI: No. No, actually, they were in front of him.

(CROSSTALK)

BAKARI: They didn't provoke anything.

HANNITY: All right, look...

(CROSSTALK)

Case 3:16-cv-00742-BAJ-RLB   Document 66-3   07/16/17   Page 3 of 28

HANNITY: I understand. But for our audience's sake, I think this is really important because if you're askin
career to be over, I think it's important that we see the facts here.

Now, you can see that the officer is dealing with the young lady on the ground. Now, coming up on the out
people are in his face. This guy is, like, mocking him. At that moment, he pulled out the gun. It wasn't on th
put the gun by his side and he holstered his weapon.

BAKARI: I mean, here's the thing that's bothering me. You keep on saying it wasn't at the girls. We value li
and black girls. So the thing I'm asking is, what difference does it make if it was pointed at a girl or a boy?

(CROSSTALK)

HANNITY: I value all life, but I also value the lives of police officers. And when two people behind him are p
doesn't know what's happening there. He doesn't know if those guys have a weapon.

BAKARI: You just said in his face. He see two guys coming up in his face. Replay that video. You just said
guys approaching him.

HANNITY: No, not really.

(CROSSTALK)

HANNITY: If you look at the video, no, he doesn't. What happens is he's trying to do his job, and two peop
provoking the officer. That's obvious on the tape. He's dealing with the young girl right now. Here come the
is doing a little dance, obviously provoking the officer. And at that point, the gun was pulled out. Now, he di
anybody. He went back to the girl. He holstered his weapon.

(CROSSTALK)

BAKARI: He didn't point it at anybody? (INAUDIBLE) He shouldn't have pulled it out. I don't know what regu
allows you to pull your weapon out on unarmed children. Let's start with that. That's a child. And I don't car
officer, a white officer, or purple.

HANNITY: And how does he know...

(CROSSTALK)

HANNITY: How does he know that they're unarmed when he only sees them out of the corner of his eye be
provoking him?

LADARIENNE MCKEVER, ATTENDED PARTY: We're at a pool party.

HANNITY: But how does he...

MCKEVER: (INAUDIBLE) pool party.

HANNITY: Well, you guys -- but there was a lot of words being exchanged. There was violence happening

(CROSSTALK)

MCKEVER: But he started barking (ph) the words first.

HANNITY: Wow.

MCKEVER: He started cursing at us first.

HANNITY: He what?

MCKEVER: He started cussing at us first. Yes. He came at us wrong...

HANNITY: Right.

MCKEVER: ... when we were trying to leave the premises before anything happened...

(CROSSTALK)

HANNITY: ... there were kids that were causing trouble because I spoke to a lot of witnesses there, and tha

(CROSSTALK)

BAKARI: Wait a minute. Time out. Time out. Time out. Time out!

(CROSSTALK)

HANNITY: You don't want to hear my side. But there were also kids -- according to the people that I have ii were also kids that wouldn't listen to the officer, weren't leaving the scene and provoking the officer and not officers.

BAKARI: Sean, can I interrupt for a second? (INAUDIBLE) you did say -- you said that they were not leav Go, he was saying, Come here, he was saying, Sit down, Don't move, Leave. Come on, now. He was not d

HANNITY: Well, what do you want him to say when people aren't listening to him? What do you want him to

MCKEVER: Well, no one's going to listen to him if you're calling us (INAUDIBLE) names for no reason.

HANNITY: So -- so all the incidents -- to quote one of the residents, they said -- that actually called the pol you can't judge this whole incident by a seven-minute or -- or -- a seven-minute or a 30-second tape. He s thing, and I thought the officers acted appropriately.

Case 3:16-cv-00742-BAJ-RLB   Document 66-3   07/16/17   Page 5 of 28

(CROSSTALK)

MCKEVER: But you haven't seen what happened when he first got there.

BAKARI: That's not a difference of opinion. Let me explain something to you, Sean. I don't care -- if it was would still be just as enraged. The thing that bothers me is, this guy, he literally was out of control. Why isr you do your job performance? If you were to go to your studio and start slamming on your guests, you sho not how you treat people.

HANNITY: OK. Appreciate you both for being here. Thank you for sharing your tape with us. A lot of differ here, as we showed you last night.

Joining us now is Emmanuel Obi is with us. And Emmanuel, let's get your perspective on this. Seems like a situation. Cops are often put in difficult situations. What about those two boys that seem to be provoking th he's trying to do his job?

EMMANUEL OBI, ATTORNEY FOR POOL PARTY HOSTS: Sean, thanks for having me. It's a pleasure to b let's focus on the real issues here. And the real issue here is that, you know, for a law enforcement officer use deadly force -- our law does not treat that lightly. There is a standard that has to be met, and that stanc have a reasonable belief of imminent danger.

HANNITY: You don't think…

(CROSSTALK)

OBI: Sean, let me finish. Sean, let me finish my point.

HANNITY: You don't think those two young men coming up behind him, provoking him, represented any thi whatsoever?

OBI: Sean, I...

HANNITY: Really?

OBI: Sean, I -- you know, it's interesting that you're using this word "provocation." But honestly, what happ officer's failure to properly employ crowd dispersion techniques. This guy was all over the place. He create escalated the situation and then created a situation where he now he's assaulting and using unnecessary f lady.

(CROSSTALK)

HANNITY: That's not force, by taking out your weapon because you believe there's a threat behind you. Th