UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| v. | * * | CHIEF JUDGE BRIAN A. JACKSON |
| DeRAY McKESSON; and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**ORDER ADJUDICATING
MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE RD 66-3**

CONSIDERING the *Motion for Leave to Withdraw and Substitute RD 66-3*, the motion is hereby _____..

Specifically, RD 66-3 shall be withdrawn and replaced.

Baton Rouge, Louisiana, this ___ day of _____, 2017.

_____
Magistrate Judge Richard L. Bourgeois, Jr.