UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER, | * | CIVIL ACTION NO: |
| | * | 16-742-BAJ-RLB |
| VERSUS | * | JUDGE BRIAN A. JACKSON |
| DERAY MCKESSON and | * | MAGISTRATE JUDGE |
| BLACK LIVES MATTER | * | RICHARD L. BOURGEOIS, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BLACK LIVES MATTER NETWORK, INC.'S
## MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

Black Lives Matter Network, Inc. respectfully moves this Court to dismiss all of the claims asserted against it in the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6), and/or to strike the claims pursuant to Louisiana's anti-SLAPP statute, Article 971 of the Louisiana Code of Civil Procedure. For the reasons set forth in its accompanying Memorandum, Black Lives Matter Network, Inc. respectfully requests that the Court grant its Motion to Dismiss and Special Motion to Strike.

/s/ Christine M. Calogero
Christine M. Calogero, 36818
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24TH Floor
New Orleans, Louisiana 70112
Telephone:   (504) 589-9700
Facsimile:    (504) 589-9701
ccalogero@barrassousdin.com

*Attorney for Black Lives Matter Network, Inc.*

2

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via the Court's CM/ECF system, this 7th day of August, 2017.

                                                          */s/ Christine M. Calogero*