UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER, | * * * | CIVIL ACTION NO: 16-742-BAJ-RLB |
| VERSUS | * * | JUDGE BRIAN A. JACKSON |
| DERAY MCKESSON and BLACK LIVES MATTER | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF PATRISSE CULLORS IN SUPPORT OF BLACK LIVES MATTER NETWORK, INC.'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**

I, Patrisse Cullors, declare as follows:

1. I make this declaration in support of Black Lives Matter Network, Inc.'s Motion to Dismiss and Special Motion to Strike. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

2. I am a Director and co-founder of Black Lives Matter Network, Inc. (the Network"). Alicia Garza and Opal Tometi are also co-founders of the Network.

3. DeRay McKesson is not affiliated with the Network.

4. The Network is incorporated in Delaware. The Network does not have any chapters, offices, or other physical presence in Louisiana.

5. The Network is "an ideological and political intervention in a world where Black lives are systematically and intentionally targeted for demise. It is an affirmation of Black folks' contributions to this society, our humanity, and our resilience in the face of deadly oppression." *See* Guiding Principles, Black Lives Matter (last visited Aug. 1, 2017), *available at* http://blacklivesmatter.com/guiding-principles/. The organization is dedicated to peaceful protest aimed at "working for the validity of Black life." *See* About

the Black Lives Matter Network, Black Lives Matter (last visited Aug. 4, 2017), *available at* http://blacklivesmatter.com/about/.

6. Following the July 7, 2016 shooting of police officers in Dallas, Texas, the Network released a statement calling for an end to all violence, and calling that shooting a tragedy. *See* The Black Lives Matter Network advocates for dignity, justice, and respect (last visited Aug. 4, 2017), *available at* http://blacklivesmatter.com/the-black-lives-matter-network-advocates-for-dignity-justice-and-respect/.

7. The Network did not advertise, promote, or participate in the July 9, 2016 protest in Baton Rouge, Louisiana.

8. To the best of my knowledge, no members of the Network attended the July 9, 2016 protest in Baton Rouge, Louisiana that is discussed in the Complaint in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on August 7, 2017.

By: */s/ Patrisse Cullors*
    Patrisse Cullors