UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER, | * | CIVIL ACTION NO: |
| | * | 16-742-BAJ-RLB |
| VERSUS | * | JUDGE BRIAN A. JACKSON |
| DERAY MCKESSON and | * | MAGISTRATE JUDGE |
| BLACK LIVES MATTER | * | RICHARD L. BOURGEOIS, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER GRANTING BLACK LIVES MATTER NETWORK, INC.'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

This matter came before the Court upon Black Lives Matter Network, Inc. ("the Network")'s Motion to Dismiss and Special Motion to Strike Plaintiff John Doe's Complaint. Having considered the submissions and argument of the parties, the Court finds that the Plaintiff has insufficiently served the Network, in violation of Federal Rule of Civil Procedure 12(b)(5). The Court further finds that Plaintiff's allegations against the Network, to the extent they exist, violate Louisiana's anti-SLAPP statute, Article 971 of the Louisiana Code of Civil Procedure. The Court also finds that it does not have personal jurisdiction over the Network, and that Plaintiff has not adequately stated any claims against the Network, in violation of Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Therefore,

**IT IS** O**RDERED** that Black Lives Matter Network, Inc.'s Motion to Dismiss and Special Motion to Strike is **GRANTED WITH PREJUDICE**. **IT IS FURTHER ORDERED** that Black Lives Matter Network, Inc. be awarded attorney fees and costs.

2

Baton Rouge, Louisiana, this ___ day of _____ 2017.

_____

**Hon. Brian A. Jackson**

**United States District Court Judge**