UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICER JOHN DOE POLICE OFFICER | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| DeRAY McKESSON; and | * | |
| BLACK LIVES MATTER | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*********************************************************************

**RESPONSE TO BLACK LIVES MATTER NETWORK, INC.'S
MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**

MAY IT PLEASE THE COURT:

On August 7, 2017, Black Lives Matter Network, Inc., filed *Black Lives Matter Network, Inc.'s Motion to Dismiss and Special Motion to Strike*, which should be denied. The motion to dismiss should be denied on the basis that Black Lives Matter Network, Inc., is not a present party in this lawsuit and, thus, has no standing to seek a legal remedy.

At this time Black Lives Matter Network, Inc., is not a named party to this litigation, but it may be a proper agent for service of process on Black Lives Matter.

Black Lives Matter Network, Inc., was served with the original Complaint filed in this matter during the prescriptive period. Black Lives Matter Network, Inc., was served as a member of Black Lives Matter or in the alternative, as a partner. There has been a service challenge in this matter, which remains pending. [See RD 45][1]

> Mr. Mckesson is not a proper agent for service of "Black Lives Matter," and the complaint against "Black Lives Matter" should be dismissed pursuant to Rule 9(a) of the Federal Rules of Civil Procedure because Mr. McKesson does not have the authority to "be sued in a representative capacity" on behalf of "Black Lives Matter," which is a movement and not a judicial entity capable of being sued. [RD 43, at 1-2, ¶ II]

To perfect service, all founders and known leaders of Black Lives Matter have been served with the original Complaint. Additionally, the entities which may be the partners of

---

[1] An unincorporated association is a juridical entity and it is unclear whether it may appear in proper person through an agent. DeRay McKesson appeared in *Defendant DeRay McKesson's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 9(a)* as an agent of Black Lives Matter.

an entity representing itself as Black Lives Matter on social media has been served.

The exact legal nature of the juridical entity which is calling itself Black Lives Matter is alleged in the Complaint to be an unincorporated association, but it may be a partnership.

La. C.C.P. art. 1263, entitled, "Partnership" provides the following:

> Service of citation or other process on a partnership is made by personal service on a partner. Service of citation or other process on a partnership in commendam is made by personal service on a general partner. When the officer certifies that he is unable, after diligent effort, to make service in this manner, he may make personal service on any employee of suitable age and discretion at any place where the business of the partnership or partnership in commendam is regularly conducted.

La. C.C.P. art. 1264, entitled, "Unincorporated association" provides the following:

> Service on an unincorporated association is made by personal service on the agent appointed, if any, or in his absence, upon a managing official, at any place where the business of the association is regularly conducted. In the absence of all officials from the place where the business of the association is regularly conducted, service of citation or other process may be made by personal service upon any member of the association.

As this Court is aware, after having made the $10 donation to Black Lives Matter, the undersigned law firm received a receipt on behalf of the two entities that are collecting monies under the name of Black Lives Matter and on the Black Lives Matter website. [RD 52-3] The entities collecting the money are Black Lives Matter Network and Thousand Currents.  The receipt reads:

> Thank you for your generous donation to the Black Lives Matter Network.  We are made stronger by your commitment to making sure that Black lives do matter, in this country and around the word.
> You tax-deductible donations and gifts to Black Lives Matter Network are collected by Thousand Currents (formerly IDEX), a 501(c)(3) non-profit. The Black Lives Matter Network has partnered with Thousand Currents to support us with financial and administrative services. . . . The BLM team. [RD 52-3]

The entity actually receiving the money donated to Black Lives Matter is Black Lives Matter Network, Inc., through Thousand Currents.  Rather than an unincorporated association, it may be that Black Lives Matter, a named defendant in this lawsuit, is a

partnership of the two entities rather than an unincorporated association. No discovery has been allowed on these issues at this time. Service on a partnership is perfected by service on one or more of the partners.

The motion for leave to amend the Complaint [RD 52] was filed in advance of the prescriptive date. That motion remains pending beyond the prescriptive date. To ensure the Black Lives Matter Network, Inc., which appears to be in partner in Black Lives Matter could not later claim the failure or lack of notice of the lawsuit during the prescriptive period was prejudicial, Black Lives Matter Network, Inc., was served with the original Complaint. See La. C.C. art. 3462.

Should Black Lives Matter Network, Inc., admit that it is a partner in Black Lives Matter and that it is appear on behalf of Black Lives Matter, Officer John Doe reserves his right to address the substantive arguments that Black Lives Matter Network, Inc., has offered in this litigation as a non-party.

## CONCLUSION

The motion to dismiss should be denied on the basis that Black Lives Matter Network, Inc., is not a present party in this lawsuit and, thus, has no standing to seek a legal remedy.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner<br>
Donna U. Grodner (20840)