UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE POLICE OFFICER | CIVIL ACTION NO: 16-742 |
| v. | CHIEF JUDGE |
| | BRIAN A. JACKSON |
| DeRAY McKESSON; and | |
| BLACK LIVES MATTER | MAGISTRATE JUDGE |
| | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**NOTICE OF APPEAL
TO FIFTH CIRCUIT COURT OF APPEAL FROM
FROM ORDER 9/28/2017**

NOW INTO COURT through undersigned counsel comes the Plaintiff, John Doe Police Officer, who respectfully hereby give notice of appeal to the United States Court of Appeals for the Fifth Circuit from *Ruling and Order* [RD 71] and entered on September 28, 2017, which pursuant to 28 USC § 1291 is a final judgment that disposes of all issues in the case.

The judgment from which this appeal is taken disposed of all issues through *Ruling and Order* [RD 71] entered on September 28, 2017. There was no trial or hearing had which may be transcribed.

This appeal is taken by Officer John Doe Police Officer.

The parties to the judgment, orders or decrees appealed from and the names of and addresses of their respective attorneys are as follows:

Plaintiff, Officer John Doe Police Officer is represented by the undersigned

Defendants, DeRay McKesson
Black Lives Matter

Represented by
William P. Gibbens
909 Poydras Street, Suite 1600
New Orleans, LA 70112
Telephone: 504.680.6050
Fax: 504.680.6051

May this notice of appeal be deemed proper in the premises.

Respectfully submitted:

s/ Donna U. Grodner

Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997