# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 21, 2017

Mr. Michael L. McConnell  
Middle District of Louisiana, Baton Rouge  
United States District Court  
777 Florida Street  
Room 139  
Baton Rouge, LA 70801

    No. 17-30864   John Doe v. Deray McKesson, et al  
                    USDC No. 3:16-CV-742

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____  
                    Shea E. Pertuit, Deputy Clerk  
                    504-310-7666

cc w/encl:  
    Ms. Christine Marie Calogero  
    Mr. William P. Gibbens  
    Mrs. Donna Unkel Grodner

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30864

_____

OFFICER JOHN DOE, Police Officer,

    Plaintiff - Appellant

v.

DERAY MCKESSON; BLACK LIVES MATTER; BLACK LIVES MATTER NETWORK, INCORPORATED,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Middle District of Louisiana

_____

**A True Copy**
Certified order issued Nov 21, 2017

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 21, 2017, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with court reporter.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                *Shea E. Pertuit*
                By: _____
                Shea E. Pertuit, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT