# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 29, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30864   John Doe v. Deray McKesson, et al
                      USDC No. 3:16-CV-742

The court has granted appellant's motion to reinstate the appeal. We request that the district court clerk forward the electronic record to us within 15 days of this date.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Shea E. Pertuit, Deputy Clerk
                             504-310-7666

Ms. Christine Marie Calogero
Mr. William P. Gibbens
Mrs. Donna Unkel Grodner
Mr. Michael L. McConnell