

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

March 14, 2018

Mr. Lyle Casey, Clerk  
U.S. Court of Appeals, Fifth Circuit  
600 S. Maestri Place  
New Orleans, LA 70130

VIA FEDERAL EXPRESS

IN RE:   3:16-cv-742-BAJ-RLB  
         Officer v. McKesson  
         USCA No. 17-30864

Dear Sir,

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed return copy of this letter.

**Record on Appeal Consisting of:**

__4__   Volume(s) of the Record            _____   Volume(s) of State Court Record

_____   1st Supplemental Record            _____   2nd Supplemental Record

_____   Volume(s) of Transcript(s); Document #

_____   Sealed PSI; Document #

_____   Sealed Documents and/or Exhibits; Document #

_____   Container(s) of Trial Exhibits

_____   Other:

Very truly yours,

Kylie Hebert, Case Administrator

777 FLORIDA STREET • SUITE 139 • BATON ROUGE, LA 70801-1712