

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Michael L. McConnell
Clerk of Court

Telephone: 225-389-3500
Facsimile: 225-389-3501

March 14, 2018

Mr. Lyle Casey, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

VIA FEDERAL EXPRESS

**RETURN**

**RECEIVED MAR 23 2018 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK**

IN RE:   3:16-cv-742-BAJ-RLB
         Officer v. McKesson
         USCA No. 17-30864

Dear Sir,

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed return copy of this letter.

**Record on Appeal Consisting of:**

__4__  Volume(s) of the Record                    ____  Volume(s) of State Court Record

____  1st Supplemental Record                     ____  2nd Supplemental Record

____  Volume(s) of Transcript(s); Document #

____  Sealed PSI; Document #

____  Sealed Documents and/or Exhibits; Document #

____  Container(s) of Trial Exhibits

____  Other:

Very truly yours,

*Kylie Hebert*
Kylie Hebert, Case Administrator

777 FLORIDA STREET • SUITE 139 • BATON ROUGE, LA 70801-1712

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT
OFFICE OF THE CLERK
F. EDWARD HEBERT BUILDING
600 S. MAESTRI PLACE
NEW ORLEANS, LOUISIANA 70130-3408

OFFICIAL BUSINESS