UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICER JOHN DOE | CIVIL ACTION |
| VERSUS | |
| DERAY MCKESSON, ET AL. | NO.: 3:16-00742-BAJ-RLB |

ORDER OF REFERRAL

Considering the **Mandate of the United States Court of Appeals for the Fifth Circuit (Doc. 84)**, which ordered that this action be remanded to the District Court for further proceedings in accordance with the opinion of the Circuit Court,

**IT IS ORDERED** that this matter is **REFERRED** to the assigned United States Magistrate Judge for the purpose of holding a scheduling conference.

Baton Rouge, Louisiana, this 7th day of February, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA