UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT DERAY MCKESSON'S
UNOPPOSED MOTION FOR A STAY**

**NOW INTO COURT**, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court stay this matter until after the Supreme Court rules on Mr. Mckesson's petition for writ of certiorari.

**I.**

On July 9, 2016, defendant DeRay Mckesson and hundreds of other individuals attended a protest in Baton Rouge, Louisiana in the aftermath of the death of Alton Sterling. Officer John Doe contends that he was injured during that protest by an unknown assailant who hit him in the face with a piece of concrete and that Mr. Mckesson is responsible for the actions of this unknown assailant.

**II.**

In September 2017, this Court granted Mr. Mckesson's motion to dismiss and dismissed Officer Doe's claims.

**III.**

Officer Doe appealed that dismissal, and in April 2019 the Fifth Circuit filed an opinion reversing this Court in part and reinstating Officer Doe's negligence claim against Mr. Mckesson.

The Fifth Circuit's opinion was withdrawn and modified twice, once in August 2019 and again in December 2019. In addition, in January 2020, the case was the subject of an internal Fifth Circuit en banc poll. A divided Fifth Circuit declined to rehear the case en banc, with eight judges voting for rehearing and eight judges voting against.

## IV.

On March 5, 2020, Mr. Mckesson timely filed a petition for writ of certiorari with the Supreme Court, seeking review of the Fifth Circuit's decision. Officer Doe's response is due on April 9, 2020, and the parties anticipate a ruling from the Supreme Court in May 2020.

## V.

Mr. Mckesson has consulted counsel for Officer Doe about this request for a stay, and Officer Doe does not oppose it.

Accordingly, defendant DeRay Mckesson respectfully requests that the Court stay these proceedings until the Supreme Court rules on the pending petition for a writ of certiorari.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com