UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| v. | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having considered the foregoing unopposed motion to stay proceedings pending the Supreme Court's ruling on defendant DeRay Mckesson's petition for writ of certiorari,

IT IS ORDERED that this action is STAYED pending the Supreme Court's ruling on Mr. Mckesson's petition for writ of certiorari.

Signed in Baton Rouge, Louisiana, on the _____ day of _____, 2020.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE