# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**OFFICER JOHN DOE**                                                    **CIVIL ACTION**

**VERSUS**

**DERAY MCKESSON, ET AL.**                          **NO: 16-00742-BAJ-RLB**

## ORDER

**IT IS ORDERED** that Defendant DeRay McKesson's **Unopposed Motion to Stay Proceedings (Doc. 87)** is **GRANTED**.

**IT IS FURTHER ORDERED** that all proceedings in this matter are stayed pending a ruling by the United States Supreme Court on Defendant McKesson's Petition for a writ of certiorari in *DeRay McKesson v. John Doe*, No. 19–1108.

**IT IS FURTHER ORDERED** that the Scheduling Conference currently scheduled to be held on April 9, 2020 before the Magistrate Judge is terminated.

**IT IS FURTHER ORDERED** that within 10 days following the United States Supreme Court's ruling on Defendant's Petition, the parties shall file a joint status report with a proposal for further proceedings in this matter.

Baton Rouge, Louisiana, this 25th day of March, 2020.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1