# Supreme Court of the United States

No. 19-730

DERAY MCKESSON,

Petitioner

v.

JOHN DOE

(23 Mar. 2020 – OT 2019). The foregoing motion to dismiss the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States
By: *Danny Bickell*
Danny Bickell
Deputy Clerk

A true copy. SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: *Danny Bickell*



U.S. COURT OF APPEALS
RECEIVED
MAR 25 2020
FIFTH CIRCUIT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2020

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 17-30864   John Doe v. DeRay Mckesson, et al
                      USDC No. 3:16-CV-742

Dear Mr. McConnell,

Enclosed is a copy of the Supreme Court order dismissing certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Stacy M. Carpenter, Deputy Clerk