## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| v. | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>DEFENDANT DERAY MCKESSON'S</u><br><u>UNOPPOSED MOTION TO REINSTATE STAY</u>

**NOW INTO COURT**, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court reinstate the stay this matter until after the Supreme Court rules on Mr. Mckesson's petition for writ of certiorari.

As is explained in the attached memorandum, because of the complex procedural history in the Fifth Circuit, Mr. Mckesson filed two petitions for writ of certiorari: one before the Fifth Circuit's en banc opinion issued in January 2020, and one after the en banc opinion. Because the Fifth Circuit withdrew and reissued its final judgment in the case, Mr. Mckesson dismissed his original cert petition. However, Mr. Mckesson replaced that cert petition with a second petition seeking review of the January 2020 judgment, and that second cert petition is still pending before the Supreme Court and is set for conference on September 29, 2020.


Because his second cert petition is still pending before the Supreme Court, defendant DeRay Mckesson respectfully requests that the Court reinstate its stay until the Supreme Court rules on the pending petition for a writ of certiorari. Mr. Mckesson has consulted counsel for Officer Doe about this request, and Officer Doe does not oppose it.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
   & McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com

Case 3:16-cv-00742-BAJ-RLB   Document 92   09/03/20   Page 2 of 2