## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| v. | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT DERAY MCKESSON'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO REINSTATE STAY

**NOW INTO COURT**, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court reinstate the stay this matter until after the Supreme Court rules on Mr. Mckesson's petition for writ of certiorari.

**I.**

As is explained further below, because of the complex procedural history in the Fifth Circuit, Mr. Mckesson filed two petitions for writ of certiorari: one before the Fifth Circuit's en banc opinion issued in January 2020, and one after the en banc opinion. Because the Fifth Circuit withdrew and reissued its final judgment in the case, Mr. Mckesson dismissed his original cert petition. However, Mr. Mckesson replaced that cert petition with a second petition seeking review of the January 2020 judgment, and that second cert petition is still pending before the Supreme Court and is set for conference on September 29, 2020.

**II.**

The appeal of this case began in September 2017, when this Court granted Mr. Mckesson's motion to dismiss the plaintiff's complaint. *See* Rec. Doc. 71. On April 24, 2019, the Fifth Circuit

reversed this Court in part and reinstated the plaintiff's negligence claim. Ex. "A." On August 8, 2019, the Fifth Circuit withdrew and modified its original opinion. Ex. "B." Mr. Mckesson filed a timely cert petition with the Supreme Court on December 6, 2019, under Docket No. 19-730. *See* Ex. "C."

**III.**

On December 16, 2019, *after* Mr. Mckesson had filed his cert petition, the Fifth Circuit withdrew and modified its August 9, 2019 opinion. Ex. "D." Then, after conducting an internal en banc poll, the Fifth Circuit issued another order denying rehearing en banc, with eight judges in favor of rehearing and eight judges against, on January 28, 2020. Ex. "E."

**IV.**

Because of the superseding opinions issued after his original cert petition was filed, Mr. Mckesson dismissed his original cert petition on March 2, 2020. Ex. "F." The Supreme Court granted that motion on March 23, 2020. *See* Rec. Doc. No. 90.

**V.**

On March 5, 2020, Mr. Mckesson filed a new cert petition timely seeking review of the Fifth Circuit's last, final opinion in the case, under Supreme Court Docket No. 19-1108. Ex. "G." That petition has been distributed for conference on September 29, 2020. Ex. "H."

**VI.**

Because his cert petition is still pending before the Supreme Court, defendant DeRay Mckesson respectfully requests that the Court reinstate its stay until the Supreme Court rules on the pending petition for a writ of certiorari. Mr. Mckesson has consulted counsel for Officer Doe about this request, and Officer Doe does not oppose it.

          Respectfully submitted,

          */s/ William P. Gibbens*
          William P. Gibbens, 27225
          SCHONEKAS, EVANS, McGOEY
            & McEACHIN, LLC
          909 Poydras Street, Suite 1600
          New Orleans, Louisiana 70112
          Telephone: (504) 680-6050
          Facsimile: (504) 680-6051
          billy@semmlaw.com