| | Search documents in this case: | Search |
|---|---|---|

### No. 19-1108

| Title: | DeRay McKesson, Petitioner<br>v.<br>John Doe |
|---|---|
| Docketed: | March 10, 2020 |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
| Case Numbers: | (17-30864) |
| Decision Date: | December 16, 2019 |
| Rehearing Denied: | January 28, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Mar 05 2020 | Petition for a writ of certiorari filed. (Response due April 9, 2020)<br><br>**Petition**      **Certificate of Word Count**      **Proof of Service** |
| Apr 09 2020 | Brief of respondent Black Lives Matter Global Network, Inc. in support filed.<br><br>**Main Document**      **Certificate of Word Count**      **Proof of Service** |
| Apr 09 2020 | Amicus brief of National Association for the Advancement of Colored People not accepted for filing. (April 15, 2020) |
| Apr 09 2020 | Amicus brief of National Association for the Advancement of Colored People not accepted for filing. (April 15, 2020) |
| Apr 09 2020 | Brief amicus curiae of National Association for the Advancement of Colored People filed.<br><br>**Certificate of Word Count**      **Main Document**      **Proof of Service** |

EXHIBIT H

| | |
|---|---|
| Apr 09 2020 | Brief amici curiae of Floyd Abrams, et al. filed.<br><br>**Main Document**      **Certificate of Word Count**      **Proof of Service** |
| Apr 09 2020 | Brief amicus curiae of Institute for Free Speech filed.<br><br>**Main Document**      **Proof of Service**      **Certificate of Word Count** |
| Apr 09 2020 | Brief amicus curiae of Howard University Human and Civil Rights Clinic filed.<br><br>**Certificate of Word Count**      **Proof of Service**      **Main Document** |
| Apr 09 2020 | Brief amici curiae of First Amendment Scholars filed.<br><br>**Main Document**      **Certificate of Word Count**      **Proof of Service** |
| Apr 09 2020 | Brief amicus curiae of The Rutherford Institute filed.<br><br>**Main Document**      **Proof of Service**      **Certificate of Word Count** |
| Apr 13 2020 | Waiver of right of respondent John Doe to respond filed.<br><br>**Main Document** |
| Apr 28 2020 | DISTRIBUTED for Conference of 5/15/2020. |
| May 11 2020 | Response Requested. (Due June 10, 2020) |
| May 29 2020 | Brief of respondent John Doe in opposition filed.<br><br>**Main Document**      **Proof of Service** |
| Jun 17 2020 | DISTRIBUTED for Conference of 9/29/2020. |
| Jun 19 2020 | Reply of petitioner DeRay McKesson filed. (Distributed)<br><br>**Main Document**      **Proof of Service**      **Certificate of Word Count** |

| NAME | ADDRESS | PHONE |
|---|---|---|

| | | |
|---|---|---|
| Attorneys for Petitioner | | |
| David Thomas Goldberg<br>　　Counsel of Record | Donahue, Goldberg, Weaver & Littleton<br>109 South Fifth Street, Suite 4201<br>Brooklyn, NY 11249<br><br>david@donahuegoldberg.com | 2123348813 |
| Party name: DeRay McKesson | | |
| Attorneys for Respondent | | |
| Donna Unkel Grodner<br>　　Counsel of Record | Grodner & Associates<br>2223 Quail Run Drive<br>Suite B<br>Baton Rouge, LA 70808<br><br>dgrodner@grodnerlaw.com | 2257691919 |
| Party name: John Doe | | |
| David Meir Zionts<br>　　Counsel of Record | Covington & Burlington LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, DC 20001<br><br>dzionts@cov.com | (202) 662-6000 |
| Party name: Black Lives Matter Global Network, Inc. | | |
| Other | | |
| Erin Glenn Busby<br>　　Counsel of Record | University of Texas School of Law Supreme Court Clinic<br>727 East Dean Keeton Street<br>Austin, TX 78705<br><br>ebusby@law.utexas.edu | 7139660409 |
| Party name: The Rutherford Institute | | |
| Allen Joseph Dickerson<br>　　Counsel of Record | Institute for Free Speech<br>1150 Connecticut Avenue, NW<br>Suite 801<br>Washington, DC 20036<br><br>adickerson@ifs.org | (202) 301-3300 |
| Party name: Institute for Free Speech | | |

| Justin David Hansford<br>  Counsel of Record | Howard University School of Law<br>2900 Van Ness St. NW<br>Washington, DC 20008<br><br>Justin.Hansford@law.howard.edu | 2027028538 |

Party name: Howard University Human and Civil Rights Clinic

| Hyland Hunt<br>  Counsel of Record | Deutsch Hunt PLLC<br>300 New Jersey Ave. NW<br>Suite 900<br>Washington, DC 20001<br><br>hhunt@deutschhunt.com | 2028686915 |

Party name: First Amendment Scholars

| Hope R. Metcalf<br>  Counsel of Record | Peter A. Gruber Rule of Law Clinic<br>127 Wall Street<br>P.O. Box 209090<br>New Haven, CT 06520-9090<br><br>hope.metcalf@yale.edu | 203-432-9404 |

Party name: National Association for the Advancement of Colored People

| H. Jefferson Powell<br>  Counsel of Record | Duke Law School<br>Corner of Science & Towerview<br>Durham, NC 27708-0360<br><br>jefferson.powell01@gmail.com | 9196137168 |

Party name: Floyd Abrams, Erwin Chemerinsky, Walter Dellinger, Geoffrey R. Stone, Nadine Strossen, and Kenneth P. White