## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| v. | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Having considered the foregoing unopposed motion to reinstate stay pending the Supreme Court's ruling on defendant DeRay Mckesson's petition for writ of certiorari,

IT IS ORDERED that this action is STAYED pending the Supreme Court's ruling on Mr. Mckesson's petition for writ of certiorari, and the conditions of the Court's March 25, 2020 Order (Rec. Doc. No. 89) are reinstated.

Signed in Baton Rouge, Louisiana, on the _____ day of _____, 2020.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE