UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **OFFICER JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | |
| **DERAY MCKESSON, ET AL.** | **NO: 16-00742-BAJ-RLB** |

### ORDER

Considering Defendant DeRay McKesson Unopposed Motion To Reinstate Stay **(Doc. 92)**:

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **STAYED** pending a ruling by the United States Supreme Court on Defendant McKesson's Petition for a writ of certiorari in *DeRay McKesson v. John Doe*, No. 19–1108, and that the conditions of the Court's March 25, 2020 Order (Doc. 89) are reinstated.

Baton Rouge, Louisiana, this 9th day of September, 2020

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA