# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 04, 2020

Mr. Michael L. McConnell  
Middle District of Louisiana, Baton Rouge  
United States District Court  
777 Florida Street  
Room 139  
Baton Rouge, LA 70801

    No. 17-30864   John Doe v. DeRay Mckesson, et al  
                     USDC No. 3:16-CV-742

Dear Mr. McConnell,

Enclosed is a copy of the Supreme Court order granting certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Stacy M. Carpenter, Deputy Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 4, 2020

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130-3408

     Re: **DeRay Mckesson
          v. John Doe,
          No. 19-1108 (Your docket No. 17-30864)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

                                        Sincerely,

                                         SCOTT S. HARRIS, Clerk

                                         By

                                         Hervé Bocage
                                         Judgments/Mandates Clerk

Enc.
cc:     All counsel of record


U.S. COURT OF APPEALS
RECEIVED
DEC 04 2020
FIFTH CIRCUIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 4, 2020

Mr. David Thomas Goldberg, Esq.
Donahue, Goldberg, Weaver & Littleton
109 South Fifth Street, Suite 4201
Brooklyn, N. Y. 11249

    **Re: DeRay Mckesson**
        **v. John Doe,**
        **No. 19-1108**

Dear Mr. Goldberg:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

    The petitioner is given recovery of costs in this Court as follows:

        **Clerk's costs:**    $300.00

    This amount may be recovered from the respondent.

                      Sincerely,

                      SCOTT S. HARRIS, Clerk

                      By *[signature]*
                      Herve Bocage
                      Judgments/Mandates Clerk

cc: All counsel of record
    Clerk, USCA 5th Cir.
        (Your docket No. 17-30864)

# Supreme Court of the United States

No. 19-1108

DERAY MCKESSON,

Petitioner

v.

JOHN DOE

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner DeRay Mckesson recovers from John Doe, Three Hundred Dollars ($300.00) for costs herein expended.

November 2, 2020

**Clerk's costs: $300.00**

**Justice Barrett took no part in the consideration or decision of this case.**

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States