UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN DOE                                                                                           CIVIL ACTION

VERSUS

DERAY MCKESSON, ET AL.                                                     NO. 16-00742-BAJ-RLB

### ORDER

Consistent with the July 10, 2023 Judgment and Mandate of the United States Court of Appeals for the Fifth Circuit (Doc. 96), which, relevant here, (1) affirmed dismissal of all claims against Defendant Black Lives Matter, (*id.* at 12-13); (2) affirmed denial of leave to amend to add new Defendants "#BlacksLivesMatter" and Black Lives Matter Network, Inc., (*id.* at 13 n.5); (3) affirmed dismissal of Plaintiff Doe's claims of *respondeat superior* and civil conspiracy against Defendant McKesson, (*id.* at 14-15); (4) reversed dismissal of Plaintiff Doe's claim of negligence against Defendant McKesson, (*id.* at 15-37); (5) reversed denial of leave to amend Plaintiff Doe's claim of negligence against Defendant McKesson, (*id.* at 37); (6) affirmed this Court's July 28, 2017 Ruling and Order denying Plaintiff Doe leave to proceed anonymously, (*id.* at 34 n.12); and remanded to this Court for additional proceedings only as to Plaintiff Doe's negligence claim against Defendant McKesson, (*id.* at 6, 37):

**IT IS ORDERED** that on or before August 15, 2023, Plaintiff shall file and serve his amended complaint on Defendant McKesson (and Defendant McKesson only). Consistent with the Fifth Circuit's Mandate, Plaintiff Doe's amended complaint shall be limited only to repleading his negligence claim against Defendant McKesson, and shall disclose the identity of Plaintiff Doe.

**IT IS FURTHER ORDERED** that, consistent with the requirements of Fed. R. Civ. P. 15(a)(3), Defendant McKesson's response to Plaintiff's amended complaint shall be submitted within 14 days after service of the amended complaint.

**IT IS FURTHER ORDERED** that a telephone status conference be and is hereby **SET** for August 17, 2023 at 1:30 p.m. to select a new trial date and related deadlines. Dial-in instructions will be emailed to counsel prior to the conference.

**IT IS FURTHER ORDERED** that prior to the August 17, 2023 telephone conference, counsel shall meet and confer and select among the following three trial settings: March 11-15, 2024; March 25-29, 2024; or April 8-12, 2024.

Separately, the Court will issue a partial judgment dismissing with prejudice Plaintiff's Doe's claims of *respondeat superior* and civil conspiracy against Defendant McKesson, dismissing with prejudice all claims against Defendant Black Lives Matter, and terminating Defendant Black Lives Matter and proposed Defendants "#BlacksLivesMatter" and Black Lives Matter Network, Inc. as parties to this case.

**There will be no extension of the deadlines set forth herein absent a showing of good cause.**

Baton Rouge, Louisiana, this 1st day of August, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**