# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOHN DOE                                                        CIVIL ACTION

VERSUS

DERAY MCKESSON, ET AL.                        NO. 16-00742-BAJ-RLB

## PARTIAL JUDGMENT

Consistent with the July 10, 2023 Judgment and Mandate of the United States Court of Appeals for the Fifth Circuit (Doc. 96):

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Doe's claims of *respondeat superior* and civil conspiracy against Defendant McKesson be and are hereby **DISMISSED WITH PREJUDICE**, leaving only Plaintiff Doe's claim of negligence against Defendant McKesson.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Doe's claims against Defendant Black Lives Matter be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Black Lives Matter and proposed Defendants "#BlacksLivesMatter" and Black Lives Matter Network, Inc. be and are hereby **DISMISSED WITH PREJUDICE** and **TERMINATED** as parties to this case.

Baton Rouge, Louisiana, this 1st day of August, 2023

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**