UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

**************************************************************

**MOTION TO RESET STATUS CONFERENCE FOR AS SOON AS POSSIBLE**

NOW INTO COURT through undersigned counsel comes JOHN FORD, who pursuant to FRCP 16 respectfully represent that this Court set a phone conference for 8/17/23 at 1:30 p.m, [RD 98, and 99 at 2] at which time the undersigned has a mediation set in the Jacobs v. Wells 16-865 matter. Offers were exchanged on that file, but a settlement has not been reached such that the mediation will proceed as scheduled.

Wherefore the JOHN FORD prays that this Court reset the telephone conference as soon as is possible to avoid the scheduling conflict to 10:30 a.m., which time has been pre-cleared with opposing counsel.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919  FAX (225) 769-1997
Dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on August 16, 2023, a copy of the foregoing was filed and served electronically by and with the Clerk of Court using the CM/ECF system.

s/Donna Grodner
Donna U. Grodner (20840)