UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**ORDER ADJUDICATING
MOTION TO RESET STATUS CONFERENCE FOR AS SOON AS POSSIBLE**

CONSIDERING the *Motion to Reset Status Conference for as Soon as is Possible*, the motion is _____.

Specifically, the Status Conference is reset to the _____, 2023, at _____ o'clock.

Baton Rouge, Louisiana, this ___ day of _____, 2023.

_____
Judge Brian A. Jackson