UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

**MOTION FOR EXPEDITED HEARING ON
MOTION TO RESET STATUS CONFERENCE FOR AS SOON AS POSSIBLE**

NOW INTO COURT through undersigned counsel comes JOHN FORD,, who seeks expedited consideration of the *Motion to Reset Status Conference for as Soon as is Possible*, on the basis that this Court set a phone conference for 8/17/23 at 1:30 p.m, [RD 98, and 99 at 2] at which time the undersigned has a mediation set in the Jacobs v. Wells 16-865 matter. Offers were exchanged on that file, but a settlement has not been reached such that the mediation will proceed as scheduled.

Wherefore JOHN FORD prays that this Court grant expedited consideration of the *Motion to Reset Status Conference for as Soon as is Possible*.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919  FAX (225) 769-1997
Dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on August 16, 2023, a copy of the foregoing was filed and served electronically by and with the Clerk of Court using the CM/ECF system.

s/Donna Grodner
Donna U. Grodner (20840)