UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN FORD                              *         CIVIL ACTION NO: 16-742
                                       *
v.                                     *         JUDGE BRIAN A. JACKSON
                                       *
DeRAY McKESSON                         *         MAGISTRATE JUDGE
                                       *         RICHARD L. BOURGEOIS, JR.
*********************************************************************

**ORDER ADJUDICATING**
**MOTION FOR EXPEDITED HEARING ON**
**MOTION TO RESET STATUS CONFERENCE FOR AS SOON AS POSSIBLE**

CONSIDERING the *Motion for Expedited Hearing on Motion to Reset Status Conference for as Soon as is Possible*, the motion is _____.

Specifically, the Status Conference is reset to the _____, 2023, at _____ o'clock.

Baton Rouge, Louisiana, this ___ day of _____, 2023.


_____
Judge Brian A. Jackson