## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JOHN DOE                                                   CIVIL ACTION

VERSUS

DERAY MCKESSON, ET AL.                          NO. 16-00742-BAJ-RLB

### ORDER

Considering Plaintiff's **Motion to Reset Status Conference (Doc. 102)** and **Motion for Expedited Hearing on Motion to Reset Status Conference (Doc. 103),**

**IT IS ORDERED** that the Motions are **GRANTED.**

**IT IS FURTHER ORDERED** that the telephone status conference currently set for Thursday, August 17, 2023 at 1:30 P.M. is **RESET** to Thursday, August 17, 2023 at 10:30 A.M. Dial-in instructions will be sent to Counsel prior to the conference.

Baton Rouge, Louisiana, this 16th day of August, 2023

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**