UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN FORD                                                                CIVIL ACTION

VERSUS

DERAY MCKESSON, ET AL.                              NO. 16-00742-BAJ-RLB

## SCHEDULING ORDER

**IT IS ORDERED** that the stay in this matter be and is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. Deadline to join other parties or to file a motion for leave to amend the pleadings: **EXPIRED**.

2. Deadline to complete fact discovery: **December 31, 2023**.

3. Deadline to complete expert discovery: **January 15, 2024**.

4. Deadline to file dispositive motions and Daubert motions: **January 31, 2024**.

5. Deadline to file proposed joint pretrial order: **March 10, 2024**.

6. Deadline to file an affidavit of settlement efforts: **March 15, 2024**.

7. Pre-trial conference date: **March 19, 2024 at 1:30 p.m.**

    The pre-trial conference shall occur **in chambers**.

8. Deadline to file motions in limine: **March 15, 2024**. Responses to motions in limine shall be filed by **March 29, 2024**.

    Motions in limine are **disfavored**. The parties must confer in advance of filing any motions in limine in an attempt to resolve any such issue. Should a motion be necessary, the filing party must include a certification that he has conferred in a good faith effort to resolve the issue and was unable to reach an agreement.

9. A 5-day **jury** trial is scheduled for **April 8–12, 2024**, beginning each day

JURY

at for 8:30 a.m., in Courtroom 2.

Baton Rouge, Louisiana, this 25th day of August, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2