**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **DEFENDANT DERAY MCKESSON'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court enter summary judgment dismissing the lawsuit filed against him by Officer John Ford.

**I.**

On July 9, 2016, defendant DeRay Mckesson and hundreds of other individuals attended a protest in Baton Rouge, Louisiana in the aftermath of the death of Alton Sterling.

**II.**

Officer John Ford contends that he was injured during that protest by an unknown assailant who hit him in the face with a piece of concrete and that Mr. Mckesson is responsible for the actions of this unknown assailant because Mckesson "negligently organized" the protest.

**III.**

However, Officer Ford cannot prove that Mr. Mckesson organized the protest at all, that Mr. Mckesson breached any duty owed to Officer Ford, or that Mr. Mckesson was the cause-in-fact of Officer Ford's injuries.

**IV.**

For the reasons outlined in the attached memorandum, the Court should grant this motion and dismiss Officer Ford's lawsuit.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 31st day of January, 2024, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

*/s/ William P. Gibbens*
WILIAM P. GIBBENS