UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN DOE** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT DERAY MCKESSON'S EXHIBIT LIST FOR HIS MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully submits the following list of exhibits to his motion for summary judgment:

Exhibit "A" – Deposition Transcript of Plaintiff, Officer John Ford.

                Respectfully submitted,

                */s/ William P. Gibbens*
                William P. Gibbens, 27225
                SCHONEKAS, EVANS, McGOEY
                & McEACHIN, LLC
                909 Poydras Street, Suite 1600
                New Orleans, Louisiana 70112
                Telephone: (504) 680-6050
                Facsimile: (504) 680-6051
                billy@semmlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 1st day of February, 2024, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

                */s/ William P. Gibbens*
                WILIAM P. GIBBENS