JOHN BRADLEY FORD                        November 27, 2023

                                                              1

            UNITED STATES DISTRICT COURT

            MIDDLE DISTRICT OF LOUISIANA


OFFICER JOHN DOE          CIVIL ACTION
POLICE OFFICER            16-743-BAJ-RLB
                          CHIEF JUDGE
VERSUS                    BRIAN A JACKSON

DeRAY McKESSON; and       MAG. JUDGE
BLACK LIVES MATTER        RICHARD L.
                          BOURGEOIS, JR.




            Deposition of JOHN BRADLEY FORD, via

Zoom videoconferencing, taken in the

above-entitled cause, pursuant to the

following stipulation, before Dawn H. Hymel,

Certified Court Reporter for the State of

Louisiana, on Monday, the 27th of November,

2023, commencing at 2:56 p.m.




JOHNS, PENDLETON, FAIRBANKS AND FREESE

EXHIBIT
A

JOHN BRADLEY FORD                                    November 27, 2023

```
 1    APPEARANCES:

 2    Appearing on Behalf of Plaintiff, Officer John
      Doe Police Officer:
 3
          GRODNER LAW FIRM, APLC
 4        BY:  DONNA U. GRODNER, ESQ.
          2223 Quail Run Drive
 5        Baton Rouge, Louisiana  70808

 6

 7    Appearing on Behalf of Defendant, DeRay
      McKesson:
 8
          SCHONEKAS, EVANS, McGOEY
 9            & McEACHIN, LLC
          BY:  WILLIAM P. GIBBENS, ESQ.
10        909 Poydras Street, Suite 1600
          New Orleans, Louisiana  70112
11

12

13    ALSO PRESENT:

14        DARREN SIBLEY, Paralegal

15

16
      REPORTED BY:
17
          DAWN H. HYMEL
18        Certified Court Reporter #81016

19

20

21

22

23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

JOHN BRADLEY FORD                                    November 27, 2023

                                                              12

1    the -- the -- the -- the Alton Sterling

2    shooting was July 5th and then these protests

3    were -- this protest in Baton Rouge was July

4    9th, what -- were you -- were you all with the

5    police department doing anything to prepare

6    for any sort of events?

7         A. Yes, sir.  We've had several briefings

8    and, you know, meetings about the protesters

9    coming.

10        Q. Okay.  And in any of those briefings or

11   meetings, was there -- was there ever any

12   discussion of DeRay McKesson?

13        A. Yes, sir.

14        Q. Okay.  Tell me about that.

15        A. Basically we was informed that because

16   of the shootings that we were going to have

17   Black Lives Matters coming from several

18   states.  We were told that DeRay McKesson was

19   a Black Lives Matter leader and that they were

20   coming to Baton Rouge to try to get a response

21   from the police department, and that it would

22   probably be violent and, you know, that was

23   his track record everywhere that he went, it

24   was a violent protest, so it was preparing for

25   the worst pretty much.

JOHN BRADLEY FORD                              November 27, 2023

13

1        Q. Okay.  And who was telling you these

2    things?

3        A. It would be Operations and they

4    would -- they were getting the intel from

5    several sources.  They was disseminating that

6    to the teams.

7        Q. Okay.  And so who -- can you give me

8    any names, though, of who, who in Operations

9    would that -- would that have been?

10       A. I can see his face.  I can't remember

11   his name.  I can find out, but I can't

12   remember his name.

13       Q. Okay.  But it was somebody in

14   Operations at the Baton Rouge Police

15   Department told you that DeRay McKesson was

16   coming in for a protest and to expect

17   violence?

18       A. Yes, sir.

19       Q. And did they -- did whoever this was

20   explain to you how they -- how they learned

21   this information?

22       A. Well, my understanding is they looked

23   at, you know, prior protests from Black Lives

24   Matter in different cities and they talked to

25   the police departments in those cities, you

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

JOHN BRADLEY FORD                                    November 27, 2023

14

1    know, about a lot of intel.  They also -- they

2    had somebody, and I don't know who, but they

3    did have an informant that would call us and

4    give us information on what was being said and

5    done and movements and things like that.

6         Q. Okay.  So tell me more about that.  So

7    you don't know who the informant is?

8         A. No.

9         Q. And do you know where this person was?

10   I mean, how was -- do you know how they were

11   getting information?

12        A. No.  I know that what I was -- what our

13   teams were told was that they had an informant

14   that was close to Black Lives Matter

15   activists.  They also had an informant with,

16   they call it North Baton Rouge, people that's

17   in North Baton Rouge that was there when DeRay

18   came into town and they were privy to some of

19   the meetings he had with the New Black Panther

20   Party and other black activists in Baton

21   Rouge.

22        Q. Okay.  So let's start -- let me start

23   with the -- you said there was an informant

24   that was -- that was close to a Black Lives

25   Matter activist.  Do you know what -- what

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

JOHN BRADLEY FORD                                November 27, 2023

16

1    the -- you never spoke to the informant?

2          A. No, sir.

3          Q. Okay.  And you don't know -- you don't

4    have any names for who that informant may have

5    been?

6          A. No, sir.

7          Q. And what about any reports that -- I

8    mean, what you got was just verbally relayed

9    to you, or were there documents talking about

10   what this informant said?

11         A. I never seen documents.  They were just

12   verbal.

13         Q. Okay.  All right.  So I think there

14   were -- it sounds like there were two, sort of

15   two sort of subject matters that you got from

16   this informant, and one of them was

17   information about what Black Lives Matter was

18   planning to do when they came to Baton Rouge;

19   is that right?

20         A. Yes, sir.

21         Q. And then one of them was specific

22   information about what Mr. McKesson had done

23   or was doing when he got to Baton Rouge?

24         A. Yes, sir.

25              THE COURT REPORTER:

JOHNS, PENDLETON, FAIRBANKS AND FREESE          504 219-1993

JOHN BRADLEY FORD                              November 27, 2023

26

 1  like a few meetings in two days.  A lot of

 2  information was passed on to us.  I just -- I

 3  can't for the life of me remember anybody

 4  specifically that was heading the meetings,

 5  and it was different officers heading

 6  different meetings.

 7      Q. Uh-huh.  Okay.  Can you at least give

 8  me any names of people that, you know, that it

 9  could have been, people who, you know,

10  typically spoke at these meetings and gave you

11  information?

12      A. I do remember one and, like I said, I

13  cannot remember his name.  I can see his face

14  and I know him.  And I believe he was a

15  captain.

16          Lord, they got a TV going in here.

17          I cannot remember his name.  I can see

18  his face as plain as day.

19      Q. Okay.  And what did this person tell

20  you?

21      A. Basically -- basically what I stated

22  earlier with -- that they had been getting

23  intel that DeRay McKesson was coming to Baton

24  Rouge, he was going to be the leader of the

25  Black Lives Matter protests.

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

JOHN BRADLEY FORD                                November 27, 2023

38

1    recall for sure what he -- what it had written
2    on it.
3        Q. Okay.  But he was just in a T-shirt?
4        A. As far as I can remember, yes, sir.
5        Q. Okay.  Now, you said you heard -- you
6    heard him talking to a lot of people.  What
7    did -- did you hear anything in particular
8    that he said?
9        A. Well, the casual conversations, no.
10   There was too much traffic and it was loud out
11   there.  But I could hear his chants and stuff
12   like that.
13       Q. Okay.  What did you hear him say?
14       A. The main thing they started off with
15   was no justice, no peace, no racist police.
16   That was the main chant that I actually heard
17   him from his own voice say.
18       Q. Okay.  Besides that, did you hear him
19   say anything else?
20       A. Nothing personal, no.
21       Q. Okay.
22       A. No -- no personal conversation.
23       Q. Okay.  And this is just -- and so
24   I'll -- I know there's some other times that
25   you saw him and I'll -- I wanted to ask you

JOHNS, PENDLETON, FAIRBANKS AND FREESE          504 219-1993

JOHN BRADLEY FORD                                    November 27, 2023

43

1    they stopped there, but everybody was

2    following him, and the New Black Panther Party

3    and him, when they started moving back out

4    towards the road, they all -- the whole crowd

5    started following him.

6         Q. Okay.  Did you see him making any hand

7    gestures, signaling people, or anything like

8    that?

9         A. I don't remember any signaling, like --

10   like what you're asking, I don't believe.

11        Q. Okay.  Did you ever -- did you see him

12   throw anything?

13        A. I did not see him throw anything

14   personally.

15        Q. Did you see him directing anybody to

16   throw anything?

17        A. Not personally, no, sir.

18        Q. Okay.  When you say "not personally,"

19   are you -- have you been told by anybody else

20   that they saw -- they saw him throwing things

21   or directing people to throw things?

22        A. When I say "not personally," I mean I

23   didn't see him do it, but, yes, I did hear

24   them say that he was directing the crowd and

25   that he was kind of agitating the crowd to do

JOHN BRADLEY FORD                                    November 27, 2023

44

1    certain things, to commit crimes and stuff, as

2    far as walking out into the road, but I wasn't

3    standing there like other cops were.

4        Q. Okay.  So who told you that he was

5    doing these things?

6        A. Just other police officers that was out

7    there.

8        Q. Okay.  Can you give me any names?

9        A. I -- Mr. Gibbens, that's so long ago.

10   I don't know who it all was.  We had several

11   agencies out there that wasn't even with Baton

12   Rouge Police Department.

13       Q. Okay.  And what did these people tell

14   you?

15       A. This was after the fact, but, you know,

16   just talking around the police department,

17   they were talking about how DeRay was

18   agitating the crowd to do certain chants, he

19   was agitating the crowd to move out into the

20   highway to block traffic, and so forth.

21       Q. Okay.  Anything else?  Did they tell

22   you he was doing anything else?

23       A. I'm sure they did.  If I can recall

24   anything, I'll let you know.  I'll let you

25   know if I -- if I can remember anything.

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

JOHN BRADLEY FORD                                    November 27, 2023

48

1   saw Mr. DeRay, Mr. McKesson throwing anything

2   at the protest?

3       A. I don't remember anybody telling me

4   that they saw him throw anything.  They -- I

5   know I personally saw him with a water bottle

6   in his hand, but I never saw him throw a water

7   bottle.  But as far as anybody saying they saw

8   him throw anything, I don't have anybody that

9   told me that that I -- that I remember.

10      Q. And what about, did anybody tell you

11  that they saw -- they saw him directing other

12  people to throw anything?

13      A. No, I don't remember anyone telling me

14  that they saw him directly tell somebody to

15  throw anything.

16      Q. Okay.  Did anybody tell you that they

17  heard him telling people to go out into the --

18  into Airline Highway?

19      A. Yes.

20      Q. Okay.  And who was that?

21      A. About half the Shield Team, I guess.  I

22  don't know names specifically, but there were

23  several people out there when he was telling

24  them to block the roads.

25      Q. Okay.  And so they -- somebody told you

JOHNS, PENDLETON, FAIRBANKS AND FREESE                 504 219-1993

JOHN BRADLEY FORD                              November 27, 2023

50

1    and then the last time you said you saw him

2    downtown?

3         A. Yes, sir.  They had some protests

4    downtown, too, that we went to.

5         Q. Okay.  So that -- All right.  When was

6    it -- at some point I think you were -- you

7    were hit with something, a rock or a piece of

8    concrete or something?

9         A. Yes, sir.

10        Q. Okay.  When did that happen?

11        A. That was late in the evening.  I

12   believe it's going to be between 10:00 and

13   11:00 p.m.

14        Q. Okay.  Do you know where Mr. McKesson

15   was at that time?

16        A. He was in the crowd.  I had just seen

17   him probably two minutes before that happened,

18   but as far as exactly the exact time, I don't

19   know where he was standing in the crowd.

20        Q. Okay.  And this -- at this point, where

21   were you?

22        A. We were behind the shield guys and,

23   like I say, we was on the Arrest Team, so we

24   were arresting agitators, and I had just went

25   into the crowd to make an arrest when I got

JOHN BRADLEY FORD                                    November 27, 2023

51

 1   hit.

 2       Q. Okay.  But this was on -- was this on

 3   Airline Highway?  Was this downtown?

 4       A. Oh, I'm sorry.  This was -- we were

 5   standing on Airline Highway pushing the crowd

 6   back into the Circle K parking lot.

 7       Q. Okay.  And you were -- and you said you

 8   were going to -- you were going in to make an

 9   arrest and that's when you got hit in the

10   head?

11       A. Yes, sir.

12       Q. Okay.  And did you actually -- did you

13   arrest anybody at that time?

14       A. Yes, sir.

15       Q. Okay.  So you got -- just -- I guess if

16   you can kind of narrate for me what happened

17   here.

18       A. Basically, we -- there was a lot of

19   stuff being thrown into the roadway and in our

20   direction, toward the police from that parking

21   lot.  We were identifying agitators, and so we

22   had people, like my sergeant, telling us when

23   to go in to make the arrest.  We would -- we

24   would actually point out who we was going to

25   get based on who was agitating the crowd.

JOHN BRADLEY FORD                              November 27, 2023

52

```
 1    I -- the shields opened, I went into the
 2    crowd, and I had to chase my guy just a little
 3    ways.  I caught him in kind of like a bear
 4    hug-type hold and was bringing him back
 5    towards the shields, back into the highway to
 6    get behind the shield guys, and I looked back
 7    for a second to make sure nobody was running
 8    at me.  There was people running everywhere at
 9    this time.  It was very chaotic.  When I
10    turned and looked backward, back behind me,
11    that's when I got hit in the -- in the face.
12        Q. Okay.  So this -- the person that you
13    went to arrest was -- did you identify that
14    person as an agitator or did somebody tell you
15    he was an agitator?
16        A. I -- well, actually, I identified him.
17    He was yelling and coming up and hitting the
18    shields and doing, you know, agitating, trying
19    to get the crowd to come back into the roadway
20    and stuff.
21        Q. Okay.  And about how -- do you have any
22    idea about how many people were arrested that
23    day?
24        A. Ooh, there was a lot.  I'd be afraid to
25    give you a number, sir.  I don't really --
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

JOHN BRADLEY FORD                                    November 27, 2023

1    there was a lot of people.

2         Q. But as far as your unit and your

3    participation, the people that you all were

4    arresting were people who had been identified

5    as people who were agitating the crowd?

6         A. Yes, sir.

7         Q. All right.  So you had arrested this

8    guy, and do you have any record of who that

9    person -- who the person was that you arrested

10   when you got hit?

11        A. I don't personally have it with me, no.

12   I don't know what his name was, but I'm sure

13   there is a record of -- I know once I got hit,

14   he and I both fell down, because I drug him

15   down with me when I fell, but I handed him off

16   to another police officer because I was

17   injured.

18        Q. Okay.

19        A. And so I don't know if that other

20   officer actually did the arrest.  I'm sure he

21   did, because I think I went home shortly

22   after.

23        Q. Okay.  So tell me about the injury.

24   You were hit in the head.  Do you know what

25   you were hit with?

JOHN BRADLEY FORD                                    November 27, 2023

97

1                     I just have one follow-up.

2    EXAMINATION BY MS. GRODNER:

3         Q. When we gave you your admissions, we

4    asked you, did you hear him giving orders, and

5    you said you did.

6              So is your -- what's with your memory?

7    Are you having memory problems?  Are you

8    confused?

9         A. That's why I try to say I don't recall

10   because I do, I have some memory problems,

11   but, you know, I'm just trying to remember

12   specifically, like, hearing him giving like --

13   I know that he -- I did say that he told them

14   to come out into the road, didn't I?

15        Q. Yes, you did.

16        A. Okay.  Well, that's -- that's the only

17   time then.  I'm sorry.  I do recall that, but

18   I don't -- I don't recall any other specific

19   orders given, just him, you know, having them

20   follow him, you know, into the road and stuff

21   like that.

22        Q. Okay.  You're not saying you didn't

23   hear other orders, but you do have specific

24   recollection of him telling people to come out

25   into the road and block the highway, correct?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

JOHN BRADLEY FORD                                    November 27, 2023

98

1       A. That I -- yeah, that -- that I

2   personally heard.  I'm sorry.  I probably

3   didn't make that clear.

4   EXAMINATION BY MR. GIBBENS:

5       Q. Okay.  Yeah, let me follow up with

6   that, because I -- because I think what your

7   testimony was earlier was that they were

8   following his body language.

9           So what exactly did you hear him say?

10      A. Yeah, I -- the initial time that they

11  went out into the Airline Highway, he did

12  have -- have the body language and

13  positioning, like I was saying, and people

14  following him, and he was telling them, let's

15  block the road.  I thought I told you that,

16  but if I didn't, that's what I meant to say.

17          MR. GIBBENS:

18              Okay.  All right.  Thank you very

19          much.

20          THE WITNESS:

21              Thank you.

22          MS. GRODNER:

23              He's going to read and sign.

24                  Brad, where do you want her to

25              mail your copy of your deposition, or

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993