**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **OFFICER JOHN FORD** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT DERAY MCKESSON'S
UNOPPOSED MOTION TO RESCHEDULE PRETRIAL CONFERENCE**

NOW INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court reschedule the pretrial conference in this matter, which is currently set for Tuesday, March 19, 2024 at 1:30 p.m.

Counsel for Mr. Mckesson is scheduled to handle an evidentiary hearing in Lake Charles, Louisiana on March 19, 2024 in the matter of *State of Louisiana v. Lanzalaco*, Case No. 14825-23, Fourteenth Judicial District Court for the Parish of Calcasieu. The defendant in that case lives in Las Vegas, Nevada and has already made arrangements to travel to Lake Charles for the hearing date.

Counsel for Officer John Ford does not object to rescheduling the pretrial conference and is available on Monday, March 18, 2024.

1

2

Accordingly, if the Court is available, Mr. Mckesson respectfully requests that the pretrial conference in this matter be rescheduled for March 18, 2024.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 16th day of February, 2024, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

*/s/ William P. Gibbens*
WILIAM P. GIBBENS