## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**OFFICER JOHN FORD**                    *        **CIVIL NO.:**

                                                    *

              **v.**                               *        **16-CR-742-BAJ-RLB**

                                                    *

**DERAY MCKESSON**                       *

                                                    *

                                                    *

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing unopposed motion to reschedule the pretrial conference in this

matter,

**IT IS ORDERED** that the pretrial conference, currently scheduled for Tuesday, March

19, 2024 at 1:30 p.m. is rescheduled to _____ at _____ a.m./p.m.

Baton Rouge, Louisiana, this _____ day of February, 2024

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE