UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN FORD | CIVIL ACTION |
| VERSUS | |
| DERAY MCKESSON, ET AL. | NO. 16-00742-BAJ-RLB |

ORDER

Considering Plaintiff's **Unopposed Motion to Reschedule Pretrial Conference (Doc. 112)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the pretrial conference currently set for March 19, 2024, at 1:30 P.M. be and is hereby **RESET** to Monday, March 18, 2024, at 2:30 P.M. in chambers.

Baton Rouge, Louisiana, this 21st day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA