UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

### UNOPPOSED MOTION TO FILE BRIEF BEYOND PAGE LIMITATION

NOW INTO COURT through undersigned counsel comes John Ford, who respectfully represents on January 31, 2024, Mr. DeRay McKesson filed *Motion for Summary Judgment* [RD 109], to which Mr. John Ford may file an opposition. Pursuant to LR 7(g) the page limitation for the opposition is 25 pages; however, due to the number of footnotes, much of the space in and pages of the brief is consumed by not only by footnotes but also by direct quotations to testimony.

There is no opposition to this motion.

WHEREFORE JOHN FORD prays that this Court allow the filing of the summary Judgment opposition in excess of the 25 page - page limitation.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/ Donna U. Grodner
Donna U. Grodner (20840)