UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

******************************************************************

**ORDER ADJUDICATING**
**UNOPPOSED MOTION TO FILE BRIEF BEYOND PAGE LIMITATION**

CONSIDERING the *Unopposed Motion to File Brief Beyond Page Limitation*, the motion is _____.

Specifically, JOHN FORD shall be allowed to the summary Judgment opposition in excess of the 25 page - page limitation.

Baton Rouge, Louisiana, this ___ day of _____, 2024.

_____
Judge Brian A. Jackson