UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TRAVERSING RESPONSE TO STATEMENT OF FACTS

1. There is no evidence that Mr. Mckesson organized the protest held in Baton Rouge, Louisiana on July 9, 2016.

*Denied.*

*See Section III D of brief at 7-9.*

2. Mr. Mckesson did not engage in any acts of violence at the protest held in Baton Rouge, Louisiana on July 9, 2016.

*Denied.*

*McKesson likely threw his water bottle at police. See Section III (F) of brief, with support cited in Section III (E).*

3. Mr. Mckesson did not direct anyone to commit acts of violence at the protest held in Baton Rouge, Louisiana on July 9, 2016.

*Denied.*

*Here, McKesson led the protestors to block the public highway, Mckesson, 71 F.4th at 289, which would be his own negligent, illegal action (not speech or advocacy), and the 'but for" cause of the police confrontation. See Section III and IV of brief.*

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/ Donna U. Grodner
Donna U. Grodner (20840)