UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


OFFICER JOHN DOE           CIVIL ACTION
POLICE OFFICER             16-743-BAJ-RLB
                           CHIEF JUDGE
VERSUS                     BRIAN A JACKSON

DeRAY McKESSON; and        MAG. JUDGE
BLACK LIVES MATTER         RICHARD L.
                           BOURGEOIS, JR.




        Deposition of JOHN BRADLEY FORD, via

Zoom videoconferencing, taken in the

above-entitled cause, pursuant to the

following stipulation, before Dawn H. Hymel,

Certified Court Reporter for the State of

Louisiana, on Monday, the 27th of November,

2023, commencing at 2:56 p.m.

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

                                                                    2

 1    APPEARANCES:

 2    Appearing on Behalf of Plaintiff, Officer John
      Doe Police Officer:
 3
          GRODNER LAW FIRM, APLC
 4        BY:  DONNA U. GRODNER, ESQ.
          2223 Quail Run Drive
 5        Baton Rouge, Louisiana  70808

 6

 7    Appearing on Behalf of Defendant, DeRay
      McKesson:
 8
          SCHONEKAS, EVANS, McGOEY
 9            & McEACHIN, LLC
          BY:  WILLIAM P. GIBBENS, ESQ.
10        909 Poydras Street, Suite 1600
          New Orleans, Louisiana  70112
11

12

13    ALSO PRESENT:

14        DARREN SIBLEY, Paralegal

15

16
      REPORTED BY:
17
          DAWN H. HYMEL
18        Certified Court Reporter #81016

19

20

21

22

23

24

25

JOHNS, PENDLETON, FAIRBANKS AND FREESE                 504 219-1993

                                                            Ex 1

JOHN BRADLEY FORD                                      November 27, 2023

3

```
 1                    I N D E X

 2                                              PAGE

 3     EXAMINATION BY:

 4            Mr. Gibbens                          4

 5            Ms. Grodner                         65

 6            Mr. Gibbens                         95

 7            Ms. Grodner                         97

 8            Mr. Gibbens                         98

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

Ex 1

JOHN BRADLEY FORD                          November 27, 2023

4

1              S T I P U L A T I O N

2          It is stipulated and agreed by and

3    between all parties that this deposition is

4    hereby being taken for all purposes pursuant

5    to the Federal Rules of Civil Procedure.

6          All formalities, with the exception of

7    the reading and signing of the deposition by

8    the witness, are waived.

9          All objections, except those as to the

10   form of the question and the responsiveness of

11   the answer, are reserved until the deposition

12   is used or sought to be used in evidence.

13              -0-

14        JOHN BRADLEY FORD, 35860 N. Corbin

15   Road, Walker, Louisiana, 70785, after having

16   been duly sworn, testified as follows:

17        THE COURT REPORTER:

18            Usual stipulations everyone?

19        MR. GIBBENS:

20            Yes.

21        MS. GRODNER:

22            Consistent with the Code, yeah.

23   EXAMINATION BY MR. GIBBENS:

24      Q.  Okay.  So, good afternoon, Mr. Ford.

25   My name is Billy Gibbens.  I represent DeRay

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

                                                                5

 1    McKesson in this case.

 2            How are you today?

 3    A. I'm good, sir.  How are you?

 4    Q. Good.  Thank you.

 5            So let's -- I guess before we get

 6    started, why don't you tell me, where are you

 7    right now?

 8    A. I'm in Dalhart, Texas.

 9    Q. Okay.  And you look -- is it -- are you

10    at your house?

11    A. No, sir.  I'm in a hotel room.

12    Q. Okay.  Got it.  Is there anybody else

13    in the room with you?

14    A. No, sir.

15    Q. Okay.  So what are you doing -- it's,

16    you said, Dalhart?

17    A. Yes, sir.  I'm -- I'm working.

18    Q. Okay.  And what are you doing these

19    days?

20    A. I'm a safety coordinator with the oil

21    and gas industry.

22    Q. Okay.  And how long have you been doing

23    that?

24    A. Four years, I believe, sir.

25    Q. And before that, you were with the

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

6

1    Baton Rouge Police Department?

2        A. Yes, sir.

3        Q. All right.  So let's -- so tell me, so

4    when did you leave Baton Rouge Police

5    Department?

6        A. September of 2019.

7        Q. Okay.  And why did you -- why did you

8    leave?

9        A. I ended up leaving the department

10   after -- after my injuries.  I know it was

11   several months later, but I just -- I kept

12   seeing a lot of black spots in my vision and

13   some squiggly kind of like clear, I guess,

14   lines is the best way I can describe it.  The

15   night that I got the concussion, you know, I

16   started seeing stuff like that in my vision,

17   but I -- I -- I just didn't trust my vision

18   well enough to continue staying, you know, as

19   a police officer.  I felt like I wasn't able

20   to continue my career because of that.

21       Q. Okay.  Okay.  We'll get into some of

22   that a little bit later.  But so September '19

23   you left, and then you've been -- what is

24   the -- what's the company that you work for

25   now?

Ex 1

JOHN BRADLEY FORD                                   November 27, 2023

1        A. I work for Sunland Construction.

2        Q. And that's as a safety coordinator?

3        A. Yes, sir.

4        Q. Okay.  And you've been -- are you --

5    what, are you full-time, part-time?

6        A. It's actually called a seasonal

7    employee.

8        Q. Okay.  So how -- how -- how -- how

9    frequently do you work?

10       A. I work pretty much the entire year.  I

11   don't know what they -- they call us a

12   seasonal so they don't have to -- something

13   about full-time and insurance.  I'm not sure.

14       Q. Okay.  But, so you work -- so you work

15   year-round and do you work like, what, 40-hour

16   workweeks or --

17       A. We usually work six tens a week.

18       Q. Okay.  So six -- what does that mean?

19       A. Six days a week, ten-hour days.

20       Q. Okay.  Six days a week, ten-hour days,

21   and you've been doing that since you started

22   in September '19?

23       A. Well, four years, so for the last four

24   years I've been working pretty much that

25   schedule.

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

8

```
 1      Q. Okay.  Got it.  All right.  Let's go
 2  back to your time at the Baton Rouge Police
 3  Department.  When did you start there?
 4      A. I believe May of 2012.
 5      Q. Okay.  And before that, what did you
 6  do?
 7      A. I was with the Livingston Parish
 8  Sheriff's Office.
 9      Q. Okay.  As a deputy?
10      A. Yes, sir.
11      Q. Okay.  And how long were you with
12  Livingston, in Livingston?
13      A. Approximately eight years.
14      Q. All right.  And then were you in law
15  enforcement before that, --
16      A. Yes, sir.
17      Q. -- Livingston?  Okay.  Where were you
18  then?
19      A. I was with the Natchez Police
20  Department.  That's Mississippi.
21      Q. Okay.  All right.  So, let's see.  If
22  my math is right, it looks like you were with
23  Livingston, in Livingston from about maybe
24  2004 to 2012.
25          Is that about right?
```

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

1        A. Yes, sir.

2        Q. Okay.  And then Natchez, what years

3    were you there?

4        A. From 2000 to 2004.

5        Q. Okay.  Were you in law enforcement

6    before that?

7        A. I've worked -- I kind of bounced

8    around, but I did correctional type jobs.  I

9    think I was with Concordia Parish Sheriff's

10   Office before Natchez.

11       Q. Okay.  All right.  So aside from what

12   you're doing now for Suncoast [sic], were you

13   always in -- were you always working in law

14   enforcement?

15       A. Yes, sir.  Fresh out of high school I

16   went military.  I did my military obligation,

17   four years, and I did seven Reserve, and I

18   bounced around jobs after that.  I can't tell

19   you -- I had a lot of construction type jobs

20   and just looking for work wherever pretty

21   much.

22       Q. Okay.  So at the -- at the time you

23   left the Baton Rouge Police Department, what

24   was your -- what position did you have there?

25       A. I was a corporal on the Street Crimes

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                          November 27, 2023

10

1    Unit and I also was a K-9 handler.

2        Q. And what is -- what were your

3    responsibilities in the Street Crimes Unit?

4    What did you do?

5        A. We basically was formed to combat the

6    crime in the city, you know, so we were a

7    specialized unit and we just stayed in the

8    neighborhoods where we had the most crime.  We

9    did a lot of specialized patrols, we did a lot

10   of arrests on narcotics, weapons, murderer

11   suspects, warrants, and we also helped the

12   SWAT team on any callouts that they had.

13       Q. Okay.  And then how about as a K-9

14   handler, what was your -- what was your duties

15   with that?

16       A. I had a single-purpose narcotics dog,

17   so anytime they needed a dog to try to help

18   sniff out some, you know, narcotics, whether

19   it be a house or a vehicle, they would call

20   me.

21       Q. Okay.  In your time with the Baton

22   Rouge Police Department, did you ever have any

23   complaints filed against you?

24       A. None that I'm aware of.

25       Q. Okay.  How about with Livingston?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

11

1        A. No.

2        Q. And what about Natchez?

3        A. No, sir.  No formal complaints, any of

4    them.

5        Q. Okay.  And any lawsuits filed against

6    you?

7        A. Oh, God.  I think, as far as a

8    blanketed lawsuit, I think there were some at

9    Baton Rouge, I believe, I think in relation to

10   this, what we're talking about now today.

11       Q. Okay.  So some -- some -- you were part

12   of the lawsuits that were filed after those --

13   the protests?

14       A. I was told I was named, but I'd never

15   got served with anything.

16       Q. Got it.  Okay.  All right.  Let's talk

17   about those protests.  So the -- they were --

18   my understanding is that those protests were

19   in response to the Alton Sterling shooting, --

20       A. Yes, sir.

21       Q. -- which was July the 5th of 2016.

22          Is that -- was that your understanding

23   of what those protests were about?

24       A. Yes, sir.

25       Q. Okay.  Now, so leading up, I guess, to

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

                                                          12

1     the -- the -- the -- the Alton Sterling

2     shooting was July 5th and then these protests

3     were -- this protest in Baton Rouge was July

4     9th, what -- were you -- were you all with the

5     police department doing anything to prepare

6     for any sort of events?

7          A. Yes, sir.  We've had several briefings

8     and, you know, meetings about the protesters

9     coming.

10         Q. Okay.  And in any of those briefings or

11    meetings, was there -- was there ever any

12    discussion of DeRay McKesson?

13         A. Yes, sir.

14         Q. Okay.  Tell me about that.

15         A. Basically we was informed that because

16    of the shootings that we were going to have

17    Black Lives Matters coming from several

18    states.  We were told that DeRay McKesson was

19    a Black Lives Matter leader and that they were

20    coming to Baton Rouge to try to get a response

21    from the police department, and that it would

22    probably be violent and, you know, that was

23    his track record everywhere that he went, it

24    was a violent protest, so it was preparing for

25    the worst pretty much.

JOHNS, PENDLETON, FAIRBANKS AND FREESE           504 219-1993

                                                          Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

13

```
 1      Q. Okay.  And who was telling you these
 2   things?
 3      A. It would be Operations and they
 4   would -- they were getting the intel from
 5   several sources.  They was disseminating that
 6   to the teams.
 7      Q. Okay.  And so who -- can you give me
 8   any names, though, of who, who in Operations
 9   would that -- would that have been?
10      A. I can see his face.  I can't remember
11   his name.  I can find out, but I can't
12   remember his name.
13      Q. Okay.  But it was somebody in
14   Operations at the Baton Rouge Police
15   Department told you that DeRay McKesson was
16   coming in for a protest and to expect
17   violence?
18      A. Yes, sir.
19      Q. And did they -- did whoever this was
20   explain to you how they -- how they learned
21   this information?
22      A. Well, my understanding is they looked
23   at, you know, prior protests from Black Lives
24   Matter in different cities and they talked to
25   the police departments in those cities, you
```

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

14

1   know, about a lot of intel.  They also -- they

2   had somebody, and I don't know who, but they

3   did have an informant that would call us and

4   give us information on what was being said and

5   done and movements and things like that.

6       Q. Okay.  So tell me more about that.  So

7   you don't know who the informant is?

8       A. No.

9       Q. And do you know where this person was?

10  I mean, how was -- do you know how they were

11  getting information?

12      A. No.  I know that what I was -- what our

13  teams were told was that they had an informant

14  that was close to Black Lives Matter

15  activists.  They also had an informant with,

16  they call it North Baton Rouge, people that's

17  in North Baton Rouge that was there when DeRay

18  came into town and they were privy to some of

19  the meetings he had with the New Black Panther

20  Party and other black activists in Baton

21  Rouge.

22      Q. Okay.  So let's start -- let me start

23  with the -- you said there was an informant

24  that was -- that was close to a Black Lives

25  Matter activist.  Do you know what -- what

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

 1    activist they were -- they were close to?  Are

 2    you talking about --

 3         A. DeRay.

 4         Q. Okay.  So there was an informant

 5    working for Baton Rouge Police that was

 6    close -- that was -- was this person in

 7    contact with DeRay McKesson?

 8         A. I don't believe it was a Baton Rouge

 9    officer, Mr. Gibbens.  I don't believe it was

10    an officer.  I think it was a citizen.

11         Q. Right, the informant.  Okay.

12         A. Yes, sir.

13         Q. But this -- this -- the informant was

14    in contact with DeRay?

15         A. Yes, sir.

16         Q. Okay.

17         A. That was my understanding, yes, sir.

18         Q. Okay.  And who at the -- who at the

19    Baton Rouge Police Department would know who

20    this person, who this informant is?

21         A. It had to be somebody in Operations or

22    above.  Maybe the chief's office.  I'm not --

23    I'm just not privy to that kind of

24    information.

25         Q. Okay.  But you've never spoken to

Ex 1

1    the -- you never spoke to the informant?

2        A. No, sir.

3        Q. Okay.  And you don't know -- you don't

4    have any names for who that informant may have

5    been?

6        A. No, sir.

7        Q. And what about any reports that -- I

8    mean, what you got was just verbally relayed

9    to you, or were there documents talking about

10   what this informant said?

11       A. I never seen documents.  They were just

12   verbal.

13       Q. Okay.  All right.  So I think there

14   were -- it sounds like there were two, sort of

15   two sort of subject matters that you got from

16   this informant, and one of them was

17   information about what Black Lives Matter was

18   planning to do when they came to Baton Rouge;

19   is that right?

20       A. Yes, sir.

21       Q. And then one of them was specific

22   information about what Mr. McKesson had done

23   or was doing when he got to Baton Rouge?

24       A. Yes, sir.

25           THE COURT REPORTER:

Ex 1

1           Ma'am, you're muted.  Ms. Grodner,

2      you're muted.

3      MS. GRODNER:

4           I'm going to object.  I think that

5      mischaracterizes his previous

6      testimony.  He said there were two

7      separate informants, and I think you

8      kind of melded it into it was only one

9      informant, but the way you asked the

10     question, it was --

11 BY MR. GIBBENS:

12   Q. Yeah.  Well, I thought -- yeah, I

13 thought that you were saying two informants.

14 So how many informants were there?

15     A. Well, what I was saying, Mr. Gibbens,

16 is the way they were telling us is they had

17 information from before McKesson got there and

18 after he got there.  Now, whether that was two

19 different people or if they got their intel

20 from two different places, I'm not sure, but I

21 just remember that they did call police

22 departments and they was looking at track

23 records of, you know, of what other cities

24 he's been to and what happened while he was

25 there leading protests and stuff.

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

18

```
 1      Q. Okay.  Do you know, how did Baton
 2   Rouge, the Baton Rouge Police Department, know
 3   that he was coming in the first place?
 4      A. That, like I said, I'm not privy to all
 5   of that, but I know that when we had our
 6   briefing about getting ready for the protest,
 7   we were told during that briefing that DeRay
 8   McKesson, and I'd never heard his name really
 9   before that, so I didn't keep up with it, but
10   that's the first I heard his name, but that he
11   was leading the protest and was on his way to
12   Baton Rouge to meet with New Black Panther
13   Party and some activists from Baton Rouge.
14      Q. Okay.  And so -- but that information
15   then is -- did that come from an informant or
16   did that come from just, you know, the police,
17   you know, Baton Rouge police talking with
18   other police departments and, you know, like
19   looking -- seeing what was out there on
20   Twitter and that kind of thing?
21      A. I think both, Mr. Gibbens.
22         MS. GRODNER:
23             Objection.  Calls for -- I'm going
24         to -- I'm going to object.  It calls
25         for speculation.  I don't think you've
```

Ex 1

JOHN BRADLEY FORD                         November 27, 2023

1            laid a foundation that he was actually

2            privy to how they got the information.

3   BY MR. GIBBENS:

4       Q. Okay.  You can answer the question.

5       A. Say the question again, Mr. Gibbens.

6       Q. I said, did the information about what

7   Mr. McKesson was -- when the police were

8   telling you what they thought Mr. McKesson was

9   coming in to do, do you know if that was based

10  on information that came from an informant, or

11  was that based on, you know, some kind of

12  investigation that Baton Rouge police did by

13  talking to other police departments and

14  looking at what Mr. McKesson was posting on

15  Twitter?

16            MS. GRODNER:

17                I'm going to object to the

18            compound, vague nature of the question.

19            I think it's confusing.

20  BY MR. GIBBENS:

21       Q. Okay.  You can answer.

22            MS. GRODNER:

23                Son, I'm on a depo.  I'll call you

24            back.

25       A. My understanding, Mr. Givens, was --

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

1   I'm sorry, Gibbens, my understanding, I mean,

2   this was so long ago, but when we sat down to

3   talk about it, I remember them just talking

4   about talking to the police departments and

5   all of that, but also that they had an

6   informant on the ground, so this is after he

7   got here.  Once he got to Baton Rouge, there

8   was somebody that was listening to a lot of

9   the meetings he was having with the New Black

10  Panther Party and some black activists in

11  North Baton Rouge where they met at a store

12  where Alton Sterling was shot, so I know they

13  had an informant on the ground during those

14  meetings.

15  BY MR. GIBBENS:

16      Q. Okay.  Now, can you give me any names

17  of anyone who actually told you these things?

18      A. We had several -- several police

19  officers, if you're talking about my side on

20  the police department, we had --

21      Q. Yes.

22      A. -- several police officers talking

23  during several meetings, so, I mean, it's

24  just -- I don't -- I'm not really sure.  I

25  mean, I -- I -- I can't even remember the main

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

21

1    guy's name.  He's retired, since retired.

2        Q. Okay.

3        A. But I can't even remember his name, but

4    I can --

5            THE COURT REPORTER:

6                I'm sorry.  You're kind of

7            freezing, Mr. Ford.  I'm sorry.

8            THE WITNESS:

9                    Just a little bit.

10           THE COURT REPORTER:

11                   Okay.

12           MS. GRODNER:

13               Your last thing you said was there

14           were several police officers talking

15           during meetings and I think you froze

16           up then.  Go ahead.

17           THE WITNESS:

18               Okay.  Donna, I got a little bit

19           of what you said.

20           MS. GRODNER:

21                   Okay.

22           THE WITNESS:

23                   I can hear you now.

24           MS. GRODNER:

25               Okay.  You were saying that

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

```
 1          several police officers were talking

 2          during the meetings and then you froze

 3          up.

 4               Was there something else that you

 5          wanted to add to that?

 6          THE WITNESS:

 7               It -- (audio distortion).

 8          THE COURT REPORTER:

 9               We're not understanding anything,

10          Mr. Ford.  You're breaking up.

11          MS. GRODNER:

12               Your Wi-Fi connection is unstable.

13          THE WITNESS:

14               I can hear you now.

15          MS. GRODNER:

16               Okay.  Your Wi-Fi connection is

17          unstable.  Is there a business

18          office --

19          THE WITNESS:

20               Yeah, there's Wi-Fi in this hotel

21          room.

22          MS. GRODNER:

23               Sir?  Do you have a Wi-Fi -- do

24          you have a Wi-Fi connection?  Mr. Ford,

25          can you hear me?
```

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1          THE WITNESS:

2                (Inaudible) -- my phone.

3          MS. GRODNER:

4              Sir?

5          THE WITNESS:

6              I may try to hotshot off my phone.

7          Let me see.  Can you hear me now?

8          MS. GRODNER:

9              I can hear you.

10         THE WITNESS:

11             I keep freezing up.  This Internet

12         is bad.

13         MS. GRODNER:

14             Yeah.  Does the hotel have a

15         Wi- -- does the hotel have a Wi-Fi?

16         THE WITNESS:

17             That's what I'm on.

18         MS. GRODNER:

19             Okay.  Their bandwidth is kind of

20         narrow.  Do they have a business office

21         there in the hotel downstairs where

22         they make copies or anything?

23         THE WITNESS:

24             I don't think -- They might have a

25         media room in there.

Ex 1

JOHN BRADLEY FORD                          November 27, 2023

                                                        24

```
 1          MS. GRODNER:
 2              Okay.  They might have -- you
 3          might be closer to the Wi-Fi source if
 4          you were there with your laptop.
 5              Do we want to take ten minutes and
 6          let him go downstairs and see if we can
 7          get a better connection from the
 8          business office?
 9          THE WITNESS:
10              I can -- (witness froze).
11          MR. GIBBENS:
12              Yeah, that's fine with me.
13          MS. GRODNER:
14              Okay.  It is -- I've got 3:19.  Do
15          we want to say 3:30?  You want to just
16          walk your laptop down and see if your
17          signal doesn't get better as you get
18          closer to the router, I guess, on the
19          first floor?
20          THE WITNESS:
21              I'll try that.
22          MS. GRODNER:
23              Okay.  Okay.  We'll be here when
24          you get back --
25          MR. GIBBENS:
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

```
 1            All right.
 2       MS. GRODNER:
 3            -- or when you get there.
 4            Sorry about that, everybody.  It
 5       happens every now and then.
 6       MR. GIBBENS:
 7            That's okay.
 8       THE COURT REPORTER:
 9            Okay.  We're off the record?
10            (Witness relocating).
11            (Off-the-record discussion).
12       THE COURT REPORTER:
13            All right.  Back on the record?
14       MR. GIBBENS:
15            Yes.
16  BY MR. GIBBENS:
17     Q. All right.  Okay.  Mr. Ford, I was,
18  when we left, I was trying to see if you could
19  give me any names of anyone who, you know,
20  specifically who told you any of these things
21  about Mr. McKesson and his plans in Baton
22  Rouge, and I think your answer was you
23  can't -- you don't remember any names in
24  particular?
25     A. No, sir, I don't.  Like I said, we had
```

1  like a few meetings in two days.  A lot of

2  information was passed on to us.  I just -- I

3  can't for the life of me remember anybody

4  specifically that was heading the meetings,

5  and it was different officers heading

6  different meetings.

7       Q. Uh-huh.  Okay.  Can you at least give

8  me any names of people that, you know, that it

9  could have been, people who, you know,

10  typically spoke at these meetings and gave you

11  information?

12      A. I do remember one and, like I said, I

13  cannot remember his name.  I can see his face

14  and I know him.  And I believe he was a

15  captain.

16          Lord, they got a TV going in here.

17          I cannot remember his name.  I can see

18  his face as plain as day.

19      Q. Okay.  And what did this person tell

20  you?

21      A. Basically -- basically what I stated

22  earlier with -- that they had been getting

23  intel that DeRay McKesson was coming to Baton

24  Rouge, he was going to be the leader of the

25  Black Lives Matter protests.

Ex 1

JOHN BRADLEY FORD                                         November 27, 2023

1                And not in the same meeting, I don't

2        believe, I think it was a little bit later,

3        but they told us that the New Black Panther

4        Party was also coming and that we were told

5        that they would be armed, and that was a day

6        or two before the actual protest.

7            Q. Okay.  So there were two separate

8        meetings where you were told some information

9        about Mr. McKesson?

10           A. Yes, sir.

11           Q. And one of these meetings it was

12       possibly a captain who you can't -- you can

13       picture, but you can't remember the name?

14           A. He was in Operations.

15           Q. Okay.  And at the second meeting, was

16       it the same person or was it a different

17       person that was telling you?

18           A. They were all present in every meeting,

19       like I said, but, you know, different people

20       gave different pieces of information, you know

21       what I'm saying, so it's like it wasn't just

22       one person always talking to us.

23           Q. Okay.  Got it.  Let me give you a few

24       names and you tell me if any of these people

25       had anything to do with this.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

28

1          So David Kennedy, do you know who that

2    is with Baton Rouge police?

3          A. Yeah.  He was on my team.

4          Q. Okay.  Did he give you any information

5    about --

6          A. No, there were --

7          Q. -- Mr. McKesson?

8          A. They wouldn't -- all of us were on the

9    Street Crimes Unit.  We didn't -- we didn't

10   have privy to none of that information.

11         Q. Okay.  What about Nick Collins?

12         A. No.  He's on Street -- Street Crimes.

13         Q. Okay.  What about Troy Lawrence?  Do

14   you know who that is?

15         A. Yes.  He was -- he was our sergeant in

16   Street Crimes.

17         Q. Okay.  So would he have been getting

18   this information?

19         A. No, sir.

20         Q. Okay.  What about Lorenzo Coleman?

21         A. No, sir.  He was also a sergeant with

22   Street Crimes.

23         Q. Okay.  What about Ronald Norman?

24         A. No, sir.  He was a corporal with Street

25   Crimes.

Ex 1

```
 1        Q. Okay.  How about Jesse Barcelona?

 2        A. No, sir.

 3        Q. Who was that?

 4        A. He was Street Crimes.

 5        Q. What about Fred Thornton?

 6        A. No, sir.  He was Street Crimes.

 7        Q. Okay.  Brandi Hayworth?

 8        A. I don't remember who that is.

 9        Q. Okay.  And what about Joseph Hill?  Do

10   you know who that is?

11        A. I don't remember him.

12        Q. Okay.  Because they -- both of these

13   people were listed, Hayworth and Hill, were

14   listed in your interrogatory responses as

15   potential witnesses in the case.

16           Did you give those names to

17   Ms. Grodner?

18           MS. GRODNER:

19               Objection.

20        A. Yes.

21           MS. GRODNER:

22               Objection.  We're not going to

23           have any discussions about what he told

24           me or didn't tell me, so you need to

25           rephrase your question, Counselor,
```

Ex 1

JOHN BRADLEY FORD                               November 27, 2023

30

1        please.

2    BY MR. GIBBENS:

3        Q. All right.  Brandi Hayworth and Joseph

4    Hill, did those names come from you?

5        A. Say that one more time.

6        Q. Did Brandi Hayworth and Joseph Hill,

7    are either of those names -- are either of

8    those individuals people that you -- that

9    you're aware of that have any knowledge about

10   this case?

11       A. Yeah, I believe I know those officers

12   as different names.  If I saw a picture of

13   them, I could tell you for sure.

14       Q. Okay.  So do you -- do you recognize

15   those names or no?

16       A. Parts of the names, but I don't know --

17   I can't put a face to that name right now.

18       Q. Okay.  Are those -- is Brandi Hayworth,

19   is she somebody that you know from working in

20   Street Crimes?

21       A. I don't believe, no.  She was not in

22   Street Crimes.

23       Q. Okay.  Was she in Operations?

24       A. She worked for the department, but I

25   couldn't tell you what division.

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

31

1        Q. Okay.  Was she -- was she one of the

2    people who would have given you information

3    about what Mr. McKesson was doing?

4        A. No.

5        Q. Okay.  And how about Joseph Hill, was

6    Joseph Hill -- did he work in Street Crimes?

7        A. No, sir.

8        Q. Okay.  Do you know where he worked?

9        A. No, sir.

10       Q. Was he -- did he work for Baton Rouge

11   Police Department?

12       A. Yes, sir.

13       Q. And was he one of the people that would

14   have given you information about what

15   Mr. McKesson was doing?

16       A. I don't believe so.

17       Q. Okay.  Okay.  So aside from the -- you

18   told -- you told me about there were two

19   meetings talking about what was -- what might

20   be happening in Baton Rouge after Alton --

21   after the Alton Sterling shooting.

22           Were there any more meetings about that

23   or were there just the two?

24       A. I -- I remember having several meetings

25   throughout the days leading to the protests

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

32

1    and, you know, as far as the information that

2    was given to us was pretty much everything I

3    just told you, but it was over, you know,

4    several meetings, and if they heard anything

5    else, they would -- they would let us know and

6    pass it down.

7        Q. Okay.  Now, as far as the -- one of the

8    things you mentioned was that you heard that

9    there was going to be a meeting between

10   Mr. McKesson and some -- and the New Black

11   Panther Party?

12       A. Yes, sir.

13       Q. Is that one of the things?  Now, did

14   you -- did you ever hear that that meeting

15   actually occurred?

16       A. Yes, sir.

17       Q. Okay.  When did that meeting occur?

18       A. That would have been, I think, the

19   morning -- the morning of the protests I

20   believe that meeting occurred, because we did

21   get intel that McKesson met with the New Black

22   Panther Party and some, I was told, black

23   activists from North Baton Rouge.  I wasn't

24   given the names of who that would be, but I

25   was told it was some activists from black --

Ex 1

1    you know, from North Baton Rouge, and that

2    McKesson had told them, you know, pretty much

3    what they was going to do.

4        Q. Okay.  And what was -- what did he tell

5    them to do?

6        A. From what they told us, the informant

7    told them that they wanted to try to overwhelm

8    the police department with numbers, that they

9    had several coming from out of state or that

10   was already there, I guess, but they were

11   going to block that highway right in front of

12   the police department, which is Airline

13   Highway, and that they -- they wanted to cause

14   a response from the police department, and

15   told us, you know, be careful and make sure

16   that laws were being broken if we were going

17   to make contact with the protesters, you know,

18   that kind of information, and that they were

19   looking to get us to make some arrests is what

20   they wanted.

21       Q. Okay.  Do you have any names of the

22   people that Mr. McKesson met with?  Did they

23   provide any of that information?

24       A. I don't remember any names being given

25   to us, just -- just by party and activists.

JOHN BRADLEY FORD                                    November 27, 2023

34

1       Q. Okay.  And, again, this, what you're

2   telling me now, this is something -- you

3   don't -- you can't give me the name of the

4   person that told you this information?

5       A. No, sir.  Like I said, it was so long

6   ago.  I -- I just can't remember who all

7   spoke, but it was several people that spoke

8   throughout the couple of days, but I know that

9   Operations was pretty much the ones giving out

10  the information, the intel that they were

11  receiving from their sources.

12      Q. Okay.  All right.  Let's talk about the

13  protest itself.  So this was on July 9th of

14  2016.

15          How did you find out that the protest

16  was actually happening?

17      A. Just through those meetings.  And I

18  believe the first time I heard that they were

19  coming to Baton Rouge would have been my

20  supervisors inside of the Street Crimes Unit,

21  which would be Troy Lawrence and Lorenzo

22  Coleman, told us that, you know, we needed to

23  start getting ready, that we had protests

24  coming, you know, but that was pretty much a

25  vague thing, but nothing official until we had

JOHNS, PENDLETON, FAIRBANKS AND FREESE          504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

35

1    the meeting with the Operations people.

2        Q. Okay.  But then -- then on the -- when

3    the protest actually started, somebody -- did

4    somebody assign you to go out -- to go out

5    there and do anything?

6        A. Yes, sir, I see what you're saying.

7    The best I can remember, when the protest

8    actually started and people were gathering up,

9    we were called on the radio and told to report

10   back to the police department.  My team showed

11   back up to the police department, and that's

12   when we were told, hey, you know, they're

13   gathering up, so we started getting ready for

14   them blocking highways, because we was already

15   told they was going to block highways.

16       Q. Okay.  And so where did you -- where

17   were you assigned to go?

18       A. I was actually assigned to the Arrest

19   Team.  My whole team became the Arrest Team.

20       Q. Okay.  And where, physically, where

21   were -- where did you go?

22       A. Everywhere, but I guess if -- we

23   started at the police department, on the

24   grounds of the police department, so we were

25   on foot in front of the police department in

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

36

1    the beginning.

2        Q. Okay.  During the protest, did you ever

3    see Mr. McKesson?

4        A. Yes, sir, several times.

5        Q. All right.  Tell me about that.  Where

6    did you see him?

7        A. The first time I saw him was when they

8    were out into the road blocking Airline

9    Highway.  And throughout the protest, he was

10   in the Circle K parking lot and walking down

11   Airline Highway.  I saw him downtown, also, at

12   a different time.

13       Q. Okay.  So let's start with the first

14   time.  The first time you saw him was at --

15   did you say that was on Airline Highway?

16       A. Yes, sir.  They was over there on the

17   corner of Goodwood Boulevard, which runs

18   beside the police department, and Airline

19   Highway.  There's a Circle K there, store, and

20   that's where everybody gathered up in the

21   beginning.

22       Q. Okay.  And what was -- what was

23   Mr. McKesson doing?

24       A. He was just leading the crowd, just --

25   I know that they were -- he was talking to a

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

Ex 1

1    lot of people.  He had New Black Panther Party

2    that was all standing around him.  We kept a

3    good eye on them because they were all armed.

4    Every one of them had guns.

5           And, you know, while I was positioning

6    with my team to move to the corner of our

7    police lot, that's when they had all started

8    walking out into the highway.  The --

9    McKesson, the New Black Panther Party, was

10   all -- they were all in the front with the

11   guns, and then, you know, a lot of the crowd

12   followed them out into the highway.

13   Q. Okay.  So how did you -- how did you

14   know that it was Mr. McKesson?

15   A. Well, we were shown a picture of him,

16   and plus I kind of did my own research once we

17   found out he was coming, I started looking,

18   and we were shown police, not police, but the

19   police showed us pictures of him so we would

20   know who he was.

21   Q. Okay.  And do you know what he was

22   wearing?

23   A. I believe that day he had a T-shirt on.

24   I can't remember -- it had something on the

25   front of it.  I can't remember.  I can't

JOHN BRADLEY FORD                                        November 27, 2023

38

1    recall for sure what he -- what it had written

2    on it.

3        Q. Okay.  But he was just in a T-shirt?

4        A. As far as I can remember, yes, sir.

5        Q. Okay.  Now, you said you heard -- you

6    heard him talking to a lot of people.  What

7    did -- did you hear anything in particular

8    that he said?

9        A. Well, the casual conversations, no.

10   There was too much traffic and it was loud out

11   there.  But I could hear his chants and stuff

12   like that.

13       Q. Okay.  What did you hear him say?

14       A. The main thing they started off with

15   was no justice, no peace, no racist police.

16   That was the main chant that I actually heard

17   him from his own voice say.

18       Q. Okay.  Besides that, did you hear him

19   say anything else?

20       A. Nothing personal, no.

21       Q. Okay.

22       A. No -- no personal conversation.

23       Q. Okay.  And this is just -- and so

24   I'll -- I know there's some other times that

25   you saw him and I'll -- I wanted to ask you

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    about those in particular, but the whole --

2    the whole day, were those the only things that

3    you heard him say, no justice, no peace, no

4    racist police?

5        A. No, I heard him when they were -- there

6    were several things that were shouted.  I did

7    hear him say stuff about racist cops and stuff

8    like, they murdered Alton Sterling, just

9    little short quotes type stuff, you know.

10       Q. Okay.  So besides -- So you said he

11   said, they murdered Alton Sterling, something

12   about racist cops.  Do you remember what in

13   particular that was?

14       A. Mr. Gibbens, to be honest with you,

15   they said so many things about white police,

16   it was just a lot of -- a lot of hatred, you

17   know, a lot of hate speech and stuff towards

18   white police.  This was hours and hours and

19   hours of stuff, you know, they were -- they

20   were yelling.  I mean --

21       Q. Yes.  Well, you're saying "they," but

22   I'm just asking -- I just want to know

23   specifically --

24           THE COURT REPORTER:

25               Wait.  I'm sorry, ma'am.  You're

Ex 1

1          muted, Ms. Grodner.

2          MS. GRODNER:

3              I don't think he was finished with

4          his answer.  I think he was -- he was

5          just saying there were hours and hours

6          and I think you cut into what he was

7          saying about --

8          MR. GIBBENS:

9              Go ahead.

10         MS. GRODNER:

11             -- the things that he was hearing

12         DeRay say over those hours and hours.

13  BY MR. GIBBENS:

14     Q. Go ahead.  I didn't mean to cut you off

15  if you have more to say.

16     A. They -- Yeah.  It was so many hours,

17  Mr. Gibbens, you know, it would be impossible

18  unless I wrote it down, you know, but he

19  chanted a lot of hate speech towards white

20  police officers in particular, a lot of stuff

21  about KKK, that we're just the new KKK, and

22  stuff like that.  There's a lot of hate speech

23  that I heard.

24     Q. Okay.  And so a couple of times,

25  though, you said "they were saying," so I'm

JOHN BRADLEY FORD                                    November 27, 2023

41

```
 1    just trying to get what did -- what did you
 2    hear DeRay McKesson say?
 3        A. That's -- that's what I heard him say.
 4        Q. Okay.  What did you -- what did you
 5    hear him say about KKK?
 6        A. That, like, the police were the new
 7    KKK.
 8        Q. Okay.  And anything else he said
 9    besides they murdered Alton Sterling and the
10    police are the new KKK?
11        A. I can't recall anything else.  Just a
12    lot of hate speech.
13        Q. Okay.  All right.  So you first saw him
14    at the corner of Goodwood and Airline, and at
15    that time he was with the members of the New
16    Black Panther Party and talking to a lot of
17    people.  I think that's what you said at that
18    point.
19            Was he doing anything else?
20        A. No, sir.  Just, you know, I think he
21    was getting them ready to walk into the
22    highway about the time that I was walking up
23    to them, the corner of the police department.
24        Q. And why do you think that he was
25    getting them ready to walk out?
```

Ex 1

1      A. Well, they were following him all over

2    the area.  I mean, anywhere he was going, they

3    were following with him.  And when he walked

4    up to the New Black Panther Party, you know, a

5    crowd walked with him to them, and they

6    stopped and conversed for -- and, like I said,

7    I don't know what he said, it was too loud,

8    you know, too much noise, but after a short

9    little time that they stood there is when they

10   all walked out into the highway.

11     Q. Okay.  What -- did you -- did you see

12   him directing people where to go or what to

13   do?

14     A. He was directing them with his body

15   language moving around.  They were moving with

16   him.  They just followed him and New Black

17   Panther Party when they walked out to the

18   highway.

19     Q. Okay.  Was he -- you say he was

20   directing people with his body language.  What

21   do you mean by that?

22     A. Well, you know, just -- just by his

23   body language, you know, of him moving people

24   from one area to the next, and once they moved

25   to where the Black Panthers were, like I said,

Ex 1

JOHN BRADLEY FORD                                   November 27, 2023

43

1    they stopped there, but everybody was

2    following him, and the New Black Panther Party

3    and him, when they started moving back out

4    towards the road, they all -- the whole crowd

5    started following him.

6         Q. Okay.  Did you see him making any hand

7    gestures, signaling people, or anything like

8    that?

9         A. I don't remember any signaling, like --

10   like what you're asking, I don't believe.

11        Q. Okay.  Did you ever -- did you see him

12   throw anything?

13        A. I did not see him throw anything

14   personally.

15        Q. Did you see him directing anybody to

16   throw anything?

17        A. Not personally, no, sir.

18        Q. Okay.  When you say "not personally,"

19   are you -- have you been told by anybody else

20   that they saw -- they saw him throwing things

21   or directing people to throw things?

22        A. When I say "not personally," I mean I

23   didn't see him do it, but, yes, I did hear

24   them say that he was directing the crowd and

25   that he was kind of agitating the crowd to do

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

44

1   certain things, to commit crimes and stuff, as

2   far as walking out into the road, but I wasn't

3   standing there like other cops were.

4        Q. Okay.  So who told you that he was

5   doing these things?

6        A. Just other police officers that was out

7   there.

8        Q. Okay.  Can you give me any names?

9        A. I -- Mr. Gibbens, that's so long ago.

10  I don't know who it all was.  We had several

11  agencies out there that wasn't even with Baton

12  Rouge Police Department.

13       Q. Okay.  And what did these people tell

14  you?

15       A. This was after the fact, but, you know,

16  just talking around the police department,

17  they were talking about how DeRay was

18  agitating the crowd to do certain chants, he

19  was agitating the crowd to move out into the

20  highway to block traffic, and so forth.

21       Q. Okay.  Anything else?  Did they tell

22  you he was doing anything else?

23       A. I'm sure they did.  If I can recall

24  anything, I'll let you know.  I'll let you

25  know if I -- if I can remember anything.

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

45

1        Q. Okay.  And so let me ask you then

2    specifically about some of these people that

3    were in the Street Crimes with you.

4            So David Kennedy, was he -- was he out

5    there with you at the protest?

6        A. Yes.

7        Q. Okay.  Did he tell you about anything

8    that he saw DeRay McKesson do?

9        A. I don't recall anything specific.  Just

10   everything that I saw pretty much he saw, I

11   guess, because we were all standing together.

12       Q. Okay.  What about Nick Collins?

13       A. Same.

14       Q. He didn't -- you don't remember him

15   telling you anything specific about

16   Mr. McKesson?

17       A. Not in that first initial push into the

18   road, no, but later on, about him getting in

19   the highway when he was arrested.

20           (Reporter clarification).

21       A. When he was arrested later on.

22       Q. Okay.  What did -- what did Mr. Collins

23   tell you?

24       A. That he walked out into the highway

25   after being warned several times and that's

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

46

1    when he was arrested.

2        Q. Okay.  Did Collins tell you that he saw

3    DeRay throwing anything?

4        A. No.

5        Q. Did he tell you that he saw DeRay

6    instructing anybody else to throw anything?

7        A. No, I don't believe so.

8        Q. Okay.  What about Troy Lawrence, did he

9    tell you anything about Mr. McKesson?

10       A. It would be the same as the rest of the

11   Street Crimes, like I said.  We all -- we all

12   were together pretty much most of that day.

13       Q. Okay.  And so that was what you --

14   that -- that he was agitating the crowd and

15   doing certain chants?

16       A. That was -- if anybody told me that, it

17   would have been the Shield Team or another

18   agency that were right there with the

19   protesters when we first arrived.

20       Q. Okay.  So what about Troy Lawrence

21   then, what did he tell you about?

22       A. He saw what I saw is what I'm saying.

23   He was -- we were all together.

24       Q. Okay.  So he didn't tell -- but did he

25   tell you anything that he saw?  I mean, he --

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    So let me just say it this way.  Did he -- he

2    didn't -- he didn't tell you anything that you

3    hadn't seen for yourself, Troy Lawrence?

4         A. Correct.

5         Q. Okay.  What about Lorenzo Coleman?

6         A. Same.

7         Q. Okay.  He didn't -- he didn't tell you

8    anything that you hadn't seen or heard for

9    yourself?

10        A. Correct.

11        Q. What about Ronald Norman?

12        A. Same.

13        Q. Jesse Barcelona?

14        A. Same.

15        Q. Fred Thornton?

16        A. Same.

17        Q. Okay.  And then I know these two we're

18   not sure who they are, but Brandi Hayworth, --

19        A. No.

20        Q. -- do you remember her telling you

21   anything about what happened at the protest?

22        A. Not right off, I do not.

23        Q. Okay.  And what about Joseph Hill?

24        A. No, sir.

25        Q. Okay.  Did anybody tell you that they

Ex 1

JOHN BRADLEY FORD                                   November 27, 2023

48

1    saw Mr. DeRay, Mr. McKesson throwing anything

2    at the protest?

3        A. I don't remember anybody telling me

4    that they saw him throw anything.  They -- I

5    know I personally saw him with a water bottle

6    in his hand, but I never saw him throw a water

7    bottle.  But as far as anybody saying they saw

8    him throw anything, I don't have anybody that

9    told me that that I -- that I remember.

10        Q. And what about, did anybody tell you

11    that they saw -- they saw him directing other

12    people to throw anything?

13        A. No, I don't remember anyone telling me

14    that they saw him directly tell somebody to

15    throw anything.

16        Q. Okay.  Did anybody tell you that they

17    heard him telling people to go out into the --

18    into Airline Highway?

19        A. Yes.

20        Q. Okay.  And who was that?

21        A. About half the Shield Team, I guess.  I

22    don't know names specifically, but there were

23    several people out there when he was telling

24    them to block the roads.

25        Q. Okay.  And so they -- somebody told you

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

49

1     that they heard DeRay say -- telling people to

2     block the road?

3          A. Yes, to go out into Airline Highway.

4          Q. So let me just make sure we're clear on

5     what it was that he said.  Was he telling

6     people to go out into Airline Highway or was

7     he telling people to block the road?

8          A. Go out and to block the traffic coming

9     down Airline Highway.  But as far as

10    specifically how he worded it, I'm not sure.

11         Q. Okay.  Now, at some point in the --

12    well, let me -- let me see before we get to

13    this.

14            So you said that you saw him at the

15    corner of Goodwood and Airline and that was in

16    the -- was he in the street at that point?

17         A. When I first saw him, he was in the

18    parking lot.

19         Q. The Circle K parking lot?

20         A. Yes, sir.

21         Q. Okay.  And then you saw him walking

22    down Airline?

23         A. Yeah.  That was much later in the -- in

24    the evening.

25         Q. Okay.  And then I think -- and then --

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

50

1  and then the last time you said you saw him

2  downtown?

3      A. Yes, sir.  They had some protests

4  downtown, too, that we went to.

5      Q. Okay.  So that -- All right.  When was

6  it -- at some point I think you were -- you

7  were hit with something, a rock or a piece of

8  concrete or something?

9      A. Yes, sir.

10     Q. Okay.  When did that happen?

11     A. That was late in the evening.  I

12 believe it's going to be between 10:00 and

13 11:00 p.m.

14     Q. Okay.  Do you know where Mr. McKesson

15 was at that time?

16     A. He was in the crowd.  I had just seen

17 him probably two minutes before that happened,

18 but as far as exactly the exact time, I don't

19 know where he was standing in the crowd.

20     Q. Okay.  And this -- at this point, where

21 were you?

22     A. We were behind the shield guys and,

23 like I say, we was on the Arrest Team, so we

24 were arresting agitators, and I had just went

25 into the crowd to make an arrest when I got

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

 1  hit.

 2      Q. Okay.  But this was on -- was this on

 3  Airline Highway?  Was this downtown?

 4      A. Oh, I'm sorry.  This was -- we were

 5  standing on Airline Highway pushing the crowd

 6  back into the Circle K parking lot.

 7      Q. Okay.  And you were -- and you said you

 8  were going to -- you were going in to make an

 9  arrest and that's when you got hit in the

10  head?

11      A. Yes, sir.

12      Q. Okay.  And did you actually -- did you

13  arrest anybody at that time?

14      A. Yes, sir.

15      Q. Okay.  So you got -- just -- I guess if

16  you can kind of narrate for me what happened

17  here.

18      A. Basically, we -- there was a lot of

19  stuff being thrown into the roadway and in our

20  direction, toward the police from that parking

21  lot.  We were identifying agitators, and so we

22  had people, like my sergeant, telling us when

23  to go in to make the arrest.  We would -- we

24  would actually point out who we was going to

25  get based on who was agitating the crowd.

Ex 1

JOHN BRADLEY FORD                                          November 27, 2023

1    I -- the shields opened, I went into the

2    crowd, and I had to chase my guy just a little

3    ways.  I caught him in kind of like a bear

4    hug-type hold and was bringing him back

5    towards the shields, back into the highway to

6    get behind the shield guys, and I looked back

7    for a second to make sure nobody was running

8    at me.  There was people running everywhere at

9    this time.  It was very chaotic.  When I

10   turned and looked backward, back behind me,

11   that's when I got hit in the -- in the face.

12       Q. Okay.  So this -- the person that you

13   went to arrest was -- did you identify that

14   person as an agitator or did somebody tell you

15   he was an agitator?

16       A. I -- well, actually, I identified him.

17   He was yelling and coming up and hitting the

18   shields and doing, you know, agitating, trying

19   to get the crowd to come back into the roadway

20   and stuff.

21       Q. Okay.  And about how -- do you have any

22   idea about how many people were arrested that

23   day?

24       A. Ooh, there was a lot.  I'd be afraid to

25   give you a number, sir.  I don't really --

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

53

1    there was a lot of people.

2        Q. But as far as your unit and your

3    participation, the people that you all were

4    arresting were people who had been identified

5    as people who were agitating the crowd?

6        A. Yes, sir.

7        Q. All right.  So you had arrested this

8    guy, and do you have any record of who that

9    person -- who the person was that you arrested

10   when you got hit?

11       A. I don't personally have it with me, no.

12   I don't know what his name was, but I'm sure

13   there is a record of -- I know once I got hit,

14   he and I both fell down, because I drug him

15   down with me when I fell, but I handed him off

16   to another police officer because I was

17   injured.

18       Q. Okay.

19       A. And so I don't know if that other

20   officer actually did the arrest.  I'm sure he

21   did, because I think I went home shortly

22   after.

23       Q. Okay.  So tell me about the injury.

24   You were hit in the head.  Do you know what

25   you were hit with?

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                          November 27, 2023

54

1       A. Well, it tasted like a piece of

2   asphalt-type grainy, you know, substance.   It

3   was a hard either rock or some type of

4   asphalt.

5       Q. Okay.  So you said it tasted.  It hit

6   you in the mouth?

7       A. Yes, sir.

8       Q. Okay.  And you, when you got hit, you

9   handed off the person you had arrested to

10  somebody else.  Do you know who that was?

11      A. I do not.  I had several officers

12  around me and I just started asking for help

13  and one of the officers come and grabbed him.

14  I guess they could see the blood on my face

15  and stuff.

16      Q. Okay.  And what did you do?  Did you go

17  to the hospital?

18      A. Well, I left, and I believe -- I can't

19  remember if I went to the emergency room first

20  or if I went to the dentist first, but I had

21  a -- I went and sit in a dental chair I know

22  from about midnight to about 4:00 in the

23  morning, and I got seen for a concussion, was

24  diagnosed with a concussion after that.

25      Q. Okay.  So you went to a dentist, and

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    who was the dentist?

2        A. Dr. Hughes.

3        Q. Okay.  And what did Dr. Hughes do for

4    you?

5        A. I had several teeth in the front, some

6    were broken completely out, some were broken

7    in half, and I think some were pushed up,

8    like, towards the roof of my mouth, so he just

9    repaired what he could repair that night and

10   then we ended up doing like a, I think it's

11   called a bridge.  I don't know all the

12   technical terms of what he did, but he just

13   fixed my teeth a little bit for me that night.

14       Q. Okay.  All right.  And I take it you

15   probably -- did you have some other dental

16   work you had to have done after that?

17       A. Yes, sir.  I think I did total like 18

18   hours in a chair.

19       Q. Okay.  Okay.  And then you said you

20   were also -- were you also diagnosed with a

21   concussion?

22       A. Yes, sir.

23       Q. And who diagnosed you with that?

24       A. I can't remember the doctor's name, but

25   I'm sure we have it.  But it was a neuro, I

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

56

1    guess a -- I can't remember the doctor's name.

2    Ms. Donna might have that.

3         MS. GRODNER:

4              (Nods head).

5    BY MR. GIBBENS:

6         Q. Yeah.  Well, where did that -- did

7    you -- were you -- did you go to the hospital

8    for that?

9         A. Yes, sir.

10        Q. And when was that?  The same night that

11   this happened?

12        A. I thought it was the same night.

13        Q. Uh-huh.  Okay.  And what did they do

14   for you with the concussion?

15        A. I don't remember everything they did.

16   They just asked me a lot of questions.  They

17   did a -- I think they did X-rays.  I know they

18   ran some tests and they told me I had a

19   concussion, and I had to go through concussion

20   protocols for the police department, they have

21   policies, and I was put on medical leave

22   basically at that time.

23        Q. Okay.  How long were you on medical

24   leave?

25        A. I want to say two or three days.

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1      Q. Okay.  And did you end up going back to

2   work eventually?

3      A. Yes, sir.

4      Q. And you were on medical leave for those

5   two or three days because of the concussion

6   protocol?

7      A. Yes, sir.

8      Q. Got it.  Okay.  Did you have any other

9   injuries from the -- from this asphalt hitting

10  you, aside from --

11     A. I remember my lip was cut.  My tongue

12  was cut.  The inside of my cheek had a cut.

13  Of course, the broken teeth and stuff and the

14  concussion.

15     Q. Okay.  Now, are you -- are you claiming

16  that you've had some, I guess, lingering

17  effects from the concussion?

18     A. Yes, sir.  My vision is my biggest

19  complaint.  Well, my vision and my PTSD, I

20  believe.  But my vision is -- is -- I still

21  see the dots and the black marks and those

22  squiggly clear lines, like, look kind of like

23  bubbles almost, but, I mean, that's the best

24  way I can explain it.

25     Q. Okay.  Have you seen any doctors about

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

58

1   that?

2       A. Just that time period of when that

3   happened.  I'm supposed to go back for the

4   vision part of it and I'm about to have to

5   have dental work redone because the teeth are

6   falling back out of the repair work that I

7   had.

8       Q. Okay.  So let me -- let's -- if we

9   could kind of -- let's go through this

10  chronologically.

11          So you, on the day of the incident, you

12  saw a dentist and you saw somebody who

13  diagnosed you with a concussion.

14      A. Yes, sir.

15      Q. Right?  Okay.  Since that time, what

16  other doctors have you seen related to this

17  incident?

18      A. I saw Dr. Hughes several times, but

19  that's the dentist.

20      Q. Uh-huh.

21      A. I can't remember how many times I went

22  back, but I went there several times.

23      Q. Okay.

24      A. As far as the concussion part of it, I

25  saw that doctor that day and I believe I went

Ex 1

1    back once more, and I can't remember how long

2    that was, but I was told I would -- I would

3    need to come back, and I don't think I've been

4    back yet with my vision part of it.

5        Q. Okay.  Any other doctors or healthcare

6    providers that you've seen related to this

7    injury?

8        A. No, sir, I don't believe so.

9        Q. Okay.  And so the doctor for the

10   concussion, the last time you saw him, was

11   that in 2016?

12       A. It may have been in 2017 at the

13   beginning.

14       Q. Okay.

15       A. I can't remember.

16       Q. All right.  But no other -- but since

17   that date, have you seen any other doctors for

18   any kind of brain injury or any kind of brain

19   problem related to the concussion?

20       A. I don't recall, no, sir.

21       Q. So aside from whoever this doctor was,

22   and we'll have to get those, the doctor for

23   the concussion and Dr. Hughes, you haven't

24   seen any other healthcare -- doctors or

25   healthcare professionals for any treatment or

Ex 1

JOHN BRADLEY FORD                                          November 27, 2023

                                                                    60

1    diagnosis related to this injury?

2        A. Not that I recall.

3        Q. All right.  So tell me a little bit

4    more about the vision issues that you're

5    having.

6        A. Basically it's like black, like, specks

7    in my vision, like.  Like, when I move my

8    eyes, it moves with my sight picture, I guess

9    you would say, to the point to where, you

10   know, family make fun of me sometimes because

11   I'm always swatting like there's something in

12   my face, but there's nothing there, but --

13   like, it looks like gnats, like, moving.

14   That's the best way I can explain it, but --

15   And besides the black dots and specks and

16   stuff, there's, like, almost like clear

17   bubbles that I see.  I don't know.  I can't

18   explain it no better than that.

19       Q. Okay.  Have any doctors told you that

20   the vision problems are a result of getting

21   hit by the asphalt?

22       A. The doctor that I saw and told, from

23   best I can recollect, and we'd have to look at

24   the paper, but I told him that I was seeing

25   that stuff and he said that could be, you

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

                                                            Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    know, directly related to the concussion.  And

2    as far as that goes, I can't remember

3    everything that was -- that he told me, but

4    that's just the best I can remember.

5        Q. Okay.  And then tell me about the PTSD.

6    You mentioned that.  What's going on there?

7        A. The incident itself aggravated my PTSD

8    pretty bad.  At the time that this happened,

9    you know, I -- I was doing pretty good as far

10   as my anxiety levels, my fear of crowds or

11   anything like that, you know, I was having

12   little to no problems.

13           But after this incident, all of that

14   really elevated, so my anger issues started

15   coming back, my, you know, outbursts as far

16   as, you know, getting -- getting upset quick,

17   you know, and having anxiety, a lot of

18   anxiety.  And as far as being around crowds,

19   that's pretty much ultimately what got me out

20   of the police department.  I just couldn't do

21   it anymore.  I just didn't want to be around

22   any crowds after that, especially like going

23   with family to events, you know, like

24   festivals.  You know, they have a lot of

25   festivals in Louisiana.  And I just stopped.

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    I told them I wasn't going no more.  Stuff

2    like that really increased.

3       Q. Okay.  Did you -- did you seek any

4    treatment for that?

5       A. At the time, I was already seeing a

6    person for PTSD, but I had -- I had stopped

7    going to that doctor, as well, during this

8    time.  I stopped going to him.  But, no, I

9    think what we do, veterans kind of counsel

10   each other on stuff, you know, and police

11   officers, you know.  I like talking to other

12   police officers and veterans more than a

13   doctor.

14      Q. Yeah.  So the person that you were

15   seeing for PTSD, have you -- when's the last

16   time you've seen that -- was this a doctor, a

17   psychologist, or --

18      A. Yeah, it was a psychiatrist, I guess,

19   for the V.A.

20      Q. When is the last time that you saw that

21   doctor?

22      A. During that time frame, somewhere

23   around there was probably the last time I

24   talked to him.

25      Q. Was that before or after the January --

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

1    the July 9th, 2016, protest?

2        A. I believe before.

3        Q. Okay.  So aside from the vision

4    problems, the dental problems, and then the

5    PTSD, is there anything else, any other kind

6    of injuries or anything that you're suffering

7    as a result of getting hit with the -- with

8    the piece of asphalt?

9        A. I don't know, you know, if I discussed

10   with you the psychological effects or not,

11   but, besides the PTSD, but it's just -- it's

12   put a hardship on me as far as, you know, with

13   my family and having to leave a career that I

14   loved.  I would still be at the police

15   department today if that injury wouldn't have

16   happened.

17           I did not want to seek a new

18   profession, you know.  I'm 54 years old and

19   I've had to learn a new profession, and I

20   absolutely would not have seeked out other

21   employment if it wasn't for that.

22       Q. Uh-huh.

23       A. And that's -- that's depressed me.  I'm

24   not going to lie to you.  I really miss being

25   in law enforcement, and everybody that I know,

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

64

1    they can't believe I got out, and it was

2    embarrassing.  I didn't want to tell them the

3    reason I got out, you know, --

4        Q. Uh-huh.

5        A. -- but it was -- it was all, you

6    know -- the vision was the main thing, but

7    psychologically, you know, I was suffering,

8    too, and I didn't -- it was embarrassing, you

9    know.

10       Q. Uh-huh.

11       A. I didn't tell a lot of people about

12   that.

13       Q. Yeah.  As far as financially, are you

14   making less money now that you're with your

15   new job as opposed to what you were making at

16   the police department?

17       A. I'd say I probably average about the

18   same.  At the police department, with overtime

19   and detail work, I was making about, probably

20   about the same that I'm making now.

21       Q. Okay.

22       A. I need more money.

23       Q. Don't we all.

24          MR. GIBBENS:

25              I think that's all the questions

Ex 1

1          that I have, Mr. Ford, so thank you

2          very much.

3          THE WITNESS:

4                  Thank you, sir.

5          MS. GRODNER:

6                  I just have a few follow-ups.

7     EXAMINATION BY MS. GRODNER:

8          Q. You talked about having to go into a

9     new profession.  You remember that?

10         A. Yes, ma'am.

11         Q. You went into a new profession and

12    you're a safety coordinator at Sunland

13    Construction.

14                 What type of training and licensures

15    did you have to get to go into this new

16    profession?

17         A. To start, Ms. Donna, I had to go to a

18    100-hour NCCER training course for safety.  It

19    was a 100-hour course and I got four

20    certifications for that, and that got my foot

21    in the door with WHC Energy Services.  I

22    continued my education.  I went and got OSHA

23    10 and then I got OSHA 30.  And there's a lot

24    of other small courses I did that I can't even

25    remember.  It's a bunch of courses.  But those

Ex 1

JOHN BRADLEY FORD                                      November 27, 2023

1    are my main three courses that I -- that I had

2    to go through.

3        Q. And you did all that at your own

4    expense, correct?

5        A. Yes, ma'am.

6        Q. And what type of -- were you fully

7    trained for police department work that you

8    were doing at the time, and what type of

9    training and continuing training did you have

10   under your belt that you had to leave behind?

11       A. Oh, Lord.  It would take me a couple of

12   hours.  That I had with the police department?

13       Q. Yes, sir, that you had to leave behind

14   when you could no longer work there because of

15   the vision problems.

16       A. It's 28 years' worth.  I mean, it's K-9

17   training, narcotics training, SWAT training,

18   and these are like -- these aren't hours,

19   these are, you know, weeks of training at a

20   time.  Continued training with SWAT is every

21   day.  You have to train every day for that.

22   You have to train every day for K-9 besides

23   your initial school.  Continuing education and

24   certifications that I would have to go do

25   annually.  This -- I don't know.  Weeks and

JOHNS, PENDLETON, FAIRBANKS AND FREESE                  504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

 1   weeks every year that I would have to

 2   continue, and that's for 28 years.

 3       Q. And did you have to leave all that

 4   training and knowledge behind and start

 5   another career?

 6       A. Yes, ma'am.

 7       Q. Now, you said that you were embarrassed

 8   about the psychological reasons that caused

 9   you to quit.  We talked about the vision, but

10   you talked about psychological reasons.

11           Tell us why the vision interfered with

12   your job and then we'll talk about the

13   psychological.

14       A. Well, the vision part of it, you know,

15   as you know, being a -- as a police officer,

16   you have to be very distinct.  You have to be

17   very clear on what you're looking at.  Well,

18   you know, if you're dealing with suspects,

19   especially in Baton Rouge, there's a lot of

20   shootings in Baton Rouge, so you have to be

21   clear on what you're seeing a suspect in his

22   hands, and at night it was much worse.

23           So I just felt like I couldn't clearly,

24   you know, trust my vision to continue, because

25   if I thought he had a gun, but he didn't, I'm

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

68

1    in big trouble.  I could go to prison for

2    that.  Or if he had a knife or a box cutter,

3    anything.  I just felt like I was taking a

4    risk, you know, continuing my service as a

5    police officer and -- and having all these

6    vision problems.  I just -- it just made me

7    nervous.

8        Q. Now, was it the black dots that you

9    thought would -- you may confuse for a weapon

10   of some sort or not see a weapon --

11       A. Yes, ma'am.

12       Q. -- or see a weapon?  Can you explain

13   further exactly what you mean there?

14       A. Yeah, that's exactly what I mean.

15   It's, you know, seeing the black dots and

16   stuff, and every time I move my eyes slightly,

17   it's like there's a lot of black dots, and it

18   just got to a point to where it really made me

19   nervous.  I had a long conversation with my

20   wife about it, and I just felt it was best to

21   go ahead and leave the profession because of

22   that.

23       Q. And you said you were embarrassed about

24   the psychological reasons that you left.  Just

25   for the purposes of your deposition, we do

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    need you to go ahead and explain that.

2        A. Well, you know, coming from the

3    military background and being in law

4    enforcement so many years, I always shot a --

5    I shot a perfect 120 out of 120 every time I

6    went to the range, you know.  I was real good

7    at shooting.

8            When I was looking down my sights after

9    this, with all the dots and stuff, it was

10   confusing as far as trying to acquire my

11   target through the sights because of the black

12   dots and stuff and, you know, it just -- it's

13   embarrassing, you know, to -- I felt weaker.

14   I felt like I was weaker than I was before,

15   you know, mentally and -- and, you know,

16   physically, and I just felt like -- I don't

17   know if -- I kind of felt like a failure.  You

18   know what I mean?

19       Q. Did you have confusion or memory loss

20   at any time after this?

21       A. Yes.  My short-term memory loss was

22   kind of bad.  It was getting harder to retain

23   things, so like if I go to a class that they

24   put out information for like an hour and then

25   require a test at the end of it, I couldn't

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

1    retain a lot of stuff like I used to, if that

2    makes sense.

3        Q. Did you have any sort of confusion or

4    dizziness or headaches or anything like that

5    associated with the concussion?

6        A. I had a lot of headaches.  A lot of

7    pain in my jaw, too.  My jaw hurt a lot.  My

8    neck.

9        Q. Tell us about your jaw and your neck.

10       A. My jaw would actually even pop

11   sometimes when I'd move it, but I remember the

12   pain in my -- both sides of my jaw, and I

13   talked to the dentist about it several times.

14   And I had a lot of headaches.  I did get

15   lightheaded sometimes.  The confusion there in

16   the beginning was pretty bad.

17           But the memory loss, like I said, the,

18   like, remembering dates and times of things

19   sometimes, I couldn't remember it.  I think I

20   did it during this deposition.  I can't

21   remember this guy's name and I know him very

22   well.  He's a captain.  That's all I can

23   remember.  I cannot remember his name, and I

24   should.  I worked with him for six years.  But

25   I can't recall him, you know.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1            So I do things like that a lot.  I do
2       it on this job right now, and it's -- it's --
3       it's a hardship.  It really is.  So I write
4       everything down.  If you -- if you hang out
5       with me a little bit, you'll see I got a
6       notepad and I write a lot of stuff in that
7       notepad, and that's why I do it, so I can
8       recall it, you know, on my job now.
9            So memory loss is a factor, and I can't
10      retain.  I just can't retain stuff like, you
11      know.  Normally, before that incident, if they
12      put out information at a meeting, I could
13      remember it.  I can go to my car, you know, my
14      unit and I can remember what was all said, but
15      I can't do that no more.  I have to write it
16      down.
17         Q. When you referenced brain problems,
18      explain what you meant.
19         A. Basically that's part of it is
20      recalling, retaining information, getting
21      confused on some subjects and stuff like that
22      is what I mean by the brain injuries.
23         Q. Now, you talked about -- we talked
24      about your injuries, but can you tell us about
25      the initial pain and what it was like when you

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    were initially struck with the rock?  And just

2    give us a general overview of your pain since

3    that time.  I know it's several years, but

4    we've been in the Court of Appeals for a

5    while.

6        A. At the -- at the time of the injury, I

7    just remember my head hurting real bad.  My

8    face got hot.  I can remember my teeth and

9    gumlines, my jaw was hurting.  My neck was

10   hurting.  And it was just a pretty sharp pain

11   in my head.  And my eyes were even kind of

12   hurting like when I moved my eyes, if that

13   makes any sense, you know.  Like, when I moved

14   my eyes, it was a pain associated with that.

15       Q. And take us forward in time.  Are you

16   still having any of these specific pains?

17   Tell us about that.

18       A. The jaw -- my jaw pain has not been

19   near as bad as it was.  I can still feel pain

20   like at certain times when I move it a certain

21   way, I feel both sides of my jaw, they pop and

22   it hurts.  My teeth hurt all the time.  That's

23   never let up.  My eyes, as far as moving my

24   eyes, that doesn't hurt like it did, but I

25   just see the different spots and stuff.  I

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

JOHN BRADLEY FORD                                   November 27, 2023

73

1    still see that.  That's still as bad as it was

2    the day it happened.  My neck hurts, I'd say,

3    about the same.  But I don't have headaches

4    every day like I was having, but I still have

5    headaches.  That's about all I can recall.

6         Q. Does anything affect your headaches,

7    like bright sun or loud noises or anything

8    like that?

9         A. Oh, the sunlight.  I do have a -- I

10   forgot about that.  I'm glad you said that.

11   But I do have light sensitivity.  I don't

12   remember having it before that, but now

13   this -- I had to put tint on my truck.  I had

14   to re-tint my truck.  The sun hurts my eyes.

15        Q. Now, let's go back to the parking lot

16   at the Circle K.  You previously testified

17   that two minutes before this incident you saw

18   DeRay in the crowd.

19        Did he have a water bottle in his hand

20   when you saw him the two minutes before?

21        A. Yes, I remember seeing him with a water

22   bottle.

23        Q. Now, why don't you tell us about where

24   did the -- do you know where the water bottles

25   came from?  If so, explain to us what you saw.

Ex 1

1       A. Well, they're going to deny it, Ms.

2   Donna, but Black Lives Matter went and they

3   looted the store, the Circle K.  We watched

4   them loot it, and I know it's on video, and I

5   don't know why we can't get a copy of it, but

6   it was on video, but --

7       Q. Where was DeRay during this looting of

8   the Circle K?

9       A. I remember him walking back and forth.

10  I don't know if he went inside the -- I lost

11  him a few times, but I know he was in the

12  parking lot while it was -- you know, the

13  store was being looted.  They brought several

14  cases of water out back towards the corner

15  closest to Airline Highway and Goodwood.

16      Q. Is that where DeRay got his bottle of

17  water, from the cases that they sat down by

18  the corner?

19      A. Yes, ma'am.

20      Q. Okay.  So he actually went over and

21  picked up one of those bottles of water out of

22  the cases that were looted and sat down on the

23  corner.

24          What did they do with those cases of

25  water that were looted from the store and sat

JOHN BRADLEY FORD                                    November 27, 2023

1    down on the corner of Goodwood and Airline

2    Highway?  What did the crowd of protesters do

3    with it?

4        A. I know many of them did get thrown at

5    the police.  Now, whether they were drinking

6    on some of them, too, I don't know, but I know

7    some of them were being hurled at the police

8    at the time.

9        Q. Do you know what DeRay did with the

10   bottle that you saw him with right after

11   this -- this theft of these water bottles?

12       A. No, ma'am.

13       Q. Do you know what he did with his

14   bottle?

15       A. No, ma'am.

16       Q. Do you know if when he was arrested he

17   had a bottle of water in his hand?

18       A. I cannot remember.

19       Q. Okay.  Okay.  Now, you were asked if

20   you heard him directing.  Do you recall him

21   saying anything or giving orders?

22       A. I just recall people moving with him.

23   Everywhere he would go, they would -- they

24   would follow him, and when -- like I said,

25   each time that he went out into the road, the

Ex 1

JOHN BRADLEY FORD                          November 27, 2023

76

1    crowd followed him.

2        Q. Okay.  You previously said he was heard

3    giving orders during the day.  What did you

4    mean when you said that?

5            MR. GIBBENS:

6                Object to form.

7            THE WITNESS:

8                    I didn't hear you.

9            MR. GIBBENS:

10               I'm just objecting, but you can

11           answer.

12       A. What did you say, Ms. Donna?

13   BY MS. GRODNER:

14       Q. You previously stated he was heard

15   giving orders throughout the day.  When you

16   stated that, what was the basis of that

17   statement?

18           MR. GIBBENS:

19               Objection to form.

20   BY MS. GRODNER:

21       Q. Did you hear me?  Did you hear me?

22       A. Yeah, you asked did I -- did I hear him

23   give the orders?

24       Q. No, sir.  I said, you previously stated

25   that he was heard giving orders throughout the

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    day.

2        A. Yes, ma'am.

3        Q. What was the basis of you making that

4    statement?

5        A. Just to let Mr. Gibbens know that --

6    that he was out there giving orders, other

7    police officers did hear him give orders, and

8    that he did direct them to go out into that

9    road and block traffic.

10       Q. Now, you were -- you were talking about

11   meetings that you had with the higher-ups,

12   briefings.

13           You recall that testimony about

14   briefings?

15       A. Yes, ma'am.

16       Q. You said there were several, and then

17   another place it seemed like there was some

18   suggestion that there were only two.

19           Was it several meetings that you all

20   had, these briefings, or was it only two?  I

21   wanted you to clarify.

22       A. There were several.  There were several

23   meetings.

24       Q. And do you have any personal knowledge

25   of how many confidential informants there

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

                                                             78

1    would have been giving information to the

2    Baton Rouge Police Department?

3         A. It was going to be more than one, but I

4    know, and I guess I didn't make it clear to

5    Mr. Gibbens on that, but they had one that was

6    actually with the -- I would call it a

7    kick-off meeting before the protests when they

8    were with Black Lives Matter and New Black

9    Panther Party and there was black activists

10   from North Baton Rouge present, there was an

11   informant with that meeting.

12        Q. Now, did you talk to any of those

13   activists yourself, any of the activists from

14   North Baton Rouge?

15        A. No, I didn't talk to them personally.

16        Q. Did you talk to people from North Baton

17   Rouge who were at the protests?

18        A. Yes.

19        Q. What did they tell you?

20        A. I've had several that -- a couple I

21   knew personally from working at the Baton

22   Rouge Police Department, but there were

23   several out there just telling me that they

24   were sorry about all this, that they wanted to

25   protest the injustice, but they didn't want to

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    commit crimes, and that they asked DeRay to go
2    home personally and that he refused to go
3    home, that they did not want them from -- all
4    the people from out of town that was coming,
5    they wanted them to leave.
6         Q. And that was -- was that an African-
7    American person that told you that or was that
8    a white officer or --
9         A. African-American.
10        Q. And it was a person that was in the
11   crowd, in the protest crowd?
12        A. Yes, ma'am.
13        Q. Do you recall whether they told you
14   anything else about what was going on?
15        A. You know, like, we also had a black
16   pastor that came out and talked to the
17   protesters by loudspeaker, we gave him a
18   loudspeaker, and he was telling them to go
19   home, too, but some of the protesters that I
20   spoke with that were friendly, they just kept
21   apologizing for all the out-of-towners.  They
22   said, this is not Baton Rouge way, this is not
23   our way, we didn't want them here and we
24   wanted them to leave and we asked them to
25   leave and they wouldn't leave, and they, you

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

80

1    know, told us that they planned on being

2    violent.

3        Q. Now, who's the "theys?"  Who's the

4    "theys" there?

5        A. Talking about the Black Lives Matter

6    people that were coming from out of town.

7        Q. Told who what?

8        A. That when the black -- the black guys

9    that I was talking to at the protest, they're

10   citizens of Baton Rouge.

11       Q. Okay.

12       A. They live there.  They're local.  And

13   they were mixed in with the Black Lives Matter

14   that was the out-of-town group --

15       Q. Okay.

16       A. -- that came there to protest.  Matter

17   of fact, they told me they got paid to come

18   there and protest.

19       Q. Who's the "they" that got paid to come

20   there?

21       A. The Black Lives Matter protesters that

22   were coming into Baton Rouge was telling the

23   locals that they were being paid to come

24   there.

25       Q. Okay.  And so you referenced a black

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    pastor.  Can you tell us the name of that

2    black pastor, what church he's with?

3         A. I can get that information for you,

4    Ms. Donna.  He's on video, too.  He was on

5    video, too.

6         Q. All right.  And you also referenced

7    that there was -- the Shield Team would know

8    just as much as your team would know, the

9    Street Crimes Team.

10        A. Yes, ma'am.

11        Q. So if we could get the names of the

12   Shield Team, those would be further people

13   that would have witnessed the same things that

14   you all witnessed?

15        A. Yes, ma'am, because my team with the

16   Street Crimes Unit, we were behind the Shield

17   Team, so they was -- they was actually closest

18   to the protesters than we were the whole time.

19        Q. Okay.  Now, you mentioned a black

20   pastor that came out.  He talked on a bullhorn

21   or --

22        A. Yes, ma'am.

23        Q. -- a loudspeaker or something?

24        A. Yes, ma'am.

25        Q. And was there anyone else from around

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

Ex 1

JOHN BRADLEY FORD                                          November 27, 2023

                                                                    82

1    Baton Rouge that also came out and asked these
2    protesters to please leave?
3         A. I was told that there was, but I don't
4    have firsthand information.
5         Q. What was the -- At any time did you all
6    let these out-of-state protesters know that it
7    was a violation of Louisiana law for them to
8    be protesting and blocking a highway?
9         A. Yes, ma'am.  On video we gave several,
10   you know, with loudspeakers and bullhorns, we
11   cited the laws and we cited that we were going
12   to enforce the law, if they committed a crime
13   in Baton Rouge, that they would be arrested.
14        Q. How did you all go about doing that?
15   How did you notify them?
16        A. By bullhorn, loudspeakers.
17        Q. Okay.  Okay.  And what kind of things
18   were said over these loudspeakers to notify
19   the crowd and to give them a warning?
20        A. We just told them that if they walked
21   out into the highway, that they would be
22   arrested for blocking traffic and that -- I
23   remember them telling the actual law as far as
24   the statute, Louisiana statute, they read the
25   statute out loud and told them that we were

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

                                                                   Ex 1

JOHN BRADLEY FORD                          November 27, 2023

83

1    going to be enforcing that and they were not

2    going to be permitted to block traffic.

3        Q. Now, did the Dallas shooting of 12

4    officers just days before this, did that have

5    any -- it was at a Black Lives Matter protest.

6    Did that play any role in the actions of the

7    Baton Rouge police or the -- the -- the

8    actions that they felt they needed to take in

9    the face of this particular protest?

10       A. Yes, ma'am, I'm sure it did.  I know

11   that we -- we set up a lot of different types

12   of barricades anticipating the violence, and

13   we had a lot of medical personnel on staff,

14   and we were anticipating that we could

15   actually have some shootings during the

16   protest.  And then when we were told that the

17   New Black Panther Party was armed and when we

18   saw them armed, we kind of figured we was

19   going to, you know, have some shootings

20   because of it.

21       Q. Were you in fear for your life?

22       A. Yes, ma'am.

23       Q. Now, you talked about being on Goodwood

24   and Airline at the corner of the Circle K when

25   the looting took place and you saw DeRay

Ex 1

JOHN BRADLEY FORD                          November 27, 2023

84

1    McKesson two minutes before.

2            Approximately how many feet away from

3    him were you when you saw him with the water

4    bottle?

5        A. I was probably about 20 feet from him

6    and he was probably about 10 or 15 feet from

7    the cases of water.

8        Q. Did you ever hear him order the crowd

9    to stop throwing those water bottles?

10       A. No, ma'am.

11       Q. Did you ever hear him at any time or

12   see him or get the idea that he was trying to

13   tamp things down, calm things down, encourage

14   people to stop violating the law?

15       A. No, ma'am.

16       Q. Did you ever see him at any time try to

17   encourage people to stop throwing objects at

18   police?

19       A. No, ma'am.

20       Q. Now, were there -- this happened during

21   the evening hours, you said, between -- after

22   ten o'clock.

23            Were there times during the day that

24   things were being thrown --

25       A. Yes, ma'am.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

Ex 1

JOHN BRADLEY FORD                                  November 27, 2023

1      Q. -- or was it just that -- Okay.  Tell

2   us about that.

3      A. Yes, ma'am.  That's been several

4   different, I guess you could call it almost in

5   phases that they were enticing the police, you

6   know, they would step out into the road, and

7   then when we started to come around to push

8   them back, they'd -- they'd jump back into the

9   parking lot, but when we'd get back over in

10  front of them, they'd start throwing

11  bottles and -- not just bottles, just all kind

12  of stuff, trash and, you know, some rocks were

13  thrown, I believe, and -- but this happened

14  several times.

15     Q. Was DeRay -- was there some reason why

16  he couldn't see what was going on or was he in

17  a position where he could observe all this?

18     A. Yeah, he was always on the front line,

19  so he could see.

20         MR. GIBBENS:

21             Objection to form, but you can

22         answer.

23         MS. GRODNER:

24             I'm sorry.  What was the problem

25         with the question?

Ex 1

JOHN BRADLEY FORD                              November 27, 2023

86

```
 1            MR. GIBBENS:
 2                Well, you're calling for
 3                speculation, but you can answer.  I'm
 4                just making my objection.
 5   BY MS. GRODNER:
 6       Q. What was I asking?  Okay.  Did you see
 7   what he --
 8            MR. GIBBENS:
 9                You were asking if he could see.
10            MS. GRODNER:
11                Yeah.
12   BY MS. GRODNER:
13       Q. You could see him, correct, with your
14   own eyes?
15       A. Yes, ma'am.
16       Q. Okay.  So you're not guessing about
17   anything?  This is something you witnessed,
18   correct?
19       A. Yes, ma'am.
20       Q. And so he was aware that the crowd had
21   been throwing things at police all day,
22   correct?
23       A. Yes, ma'am.
24            MR. GIBBENS:
25                Objection to form.
```

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1    BY MS. GRODNER:

2        Q. And these guys that had shields, when

3    you were behind them, could you hear things

4    bouncing off their shields?

5        A. Yes, ma'am.

6        Q. What was that like?  Tell us what that

7    was like.

8        A. Just sounded like objects, you know,

9    hitting the -- hitting the plastic, and so

10   that, you know, you could tell that it was

11   stuff being thrown, and then some of the

12   things were coming over the top of them, so

13   they was coming back toward the back.

14       Q. And that was something that had been

15   going on for several hours?

16       A. Yes, ma'am.  Like I said, it was kind

17   of in phases.  It didn't happen the whole time

18   of the protest, just different parts of the

19   day and night they -- they started throwing

20   things.

21       Q. Was it your opinion, with the command

22   and control that you observed DeRay exercising

23   over this crowd, that he could have stopped

24   this?

25           MR. GIBBENS:

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                          November 27, 2023

1                    Objection to form.

2        A. Yes, ma'am, he could have -- he could

3    have told them to stop.

4    BY MS. GRODNER:

5        Q. Do you think -- do you think that his

6    followers would have listened to him?

7            MR. GIBBENS:

8                Objection.

9        A. Yes, ma'am.  He's the leader.

10   BY MS. GRODNER:

11       Q. What about the criminal activity, did

12   you ever see him encouraging people to violate

13   the law by getting in the highway and blocking

14   cars?

15       A. Yes, ma'am.  He -- he led them a couple

16   of times out into the road, which is a

17   violation of the law, so that's -- that's

18   encouraging them to follow him and breaking

19   law.

20       Q. Were there any gunshots fired during

21   this protest?

22       A. I believe so.  I -- I -- I -- I don't

23   recall which day it was, but I believe there

24   was some gunfire.

25       Q. Were there any threats made on the

Ex 1

1    families of any of the police officers?

2        A. Every minute they were out there.  They

3    threatened to rape our kids, kill us, come

4    find us where we lived, stuff like that.

5        Q. Was that the locals that were doing

6    this or was it the group that came --

7        A. No, that was the out-of-towners.  That

8    was the Black Lives Matters that was coming in

9    from out of town.

10       Q. The ones that DeRay McKesson was

11   leading?

12       A. Yes, ma'am.

13           MR. GIBBENS:

14               Objection to form.

15   BY MS. GRODNER:

16       Q. Were there any threats like, hurt one

17   of us, we'll hurt three of you, or --

18       A. Yes, ma'am.

19       Q. Tell us about that.

20       A. They -- they were -- they would chant a

21   lot of different hate speech, but one of the

22   things a lot of them were saying was, if you

23   hurt one of us, and I'm assuming they're

24   meaning, you know, African-Americans, you hurt

25   one of us, we'll hurt three of you.  They

JOHN BRADLEY FORD                                    November 27, 2023

1    would say that a lot, stuff like that.

2        Q. Now, you talked about having to disarm

3    people during this protest.  You said DeRay

4    McKesson met with the New Black Panthers,

5    correct?

6        A. Yes, ma'am.

7        Q. And when he met with them, did they

8    have weapons on them?

9        A. I'm not sure at the initial meeting if

10   they were armed, but I know when they came out

11   to the site, the protest site, they had

12   weapons.

13       Q. Okay.  So when they met at the store

14   where Alton Sterling was killed, there were no

15   weapons?  Is that what you're telling us?

16       A. I just -- I don't recall.  I don't -- I

17   don't remember.

18       Q. But when they came out to the protest

19   area by the police department, they were

20   brandishing weapons?

21       A. Yes, ma'am.

22       Q. Was DeRay McKesson, was he able to see,

23   did you see him in close enough proximity that

24   he could see that these people had weapons?

25              MR. GIBBENS:

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

1                    Objection to form.

2        A. Yes, ma'am.  He was standing right with

3    them.

4    BY MS. GRODNER:

5        Q. And did they actually approach the

6    police with firearms, brandishing firearms?

7        A. Yes, ma'am.

8        Q. What type of statement were they making

9    walking towards the police with -- with

10   firearms?

11       A. It was very threatening.

12       Q. At any time did you hear DeRay McKesson

13   say, ha, ha, we're not going to shoot anybody,

14   we're just carrying these guns around for

15   show?  Did he ever say anything like that?

16       A. No, ma'am.

17       Q. Was he light and jovial or was he

18   acting like he was going to back everything

19   they were saying up?

20           MR. GIBBENS:

21               Objection to form.

22       A. He was very stern acting.

23   BY MS. GRODNER:

24       Q. And so when DeRay McKesson walked out

25   with these New Black Panthers with weapons,

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

1    was he trying to distance himself from those

2    people, like, I'm not part of that group, or

3    was he with them and leading them?

4             MR. GIBBENS:

5                 Objection to form.

6        A. (Inaudible).

7             (Reporter clarification).

8        A. He was with them.

9    BY MS. GRODNER:

10       Q. Now, was one of your jobs to remove

11   weapons from these protesters that were

12   carrying weapons?

13       A. Yes, ma'am.

14       Q. Tell us about that.  How did you go

15   about approaching these people who were armed

16   with weapons and trying to disarm them in this

17   crowd?

18       A. We were told that, you know, if they're

19   committing a crime, that we were to disarm

20   them and arrest them.  So once they started

21   blocking the highways, they were committing a

22   crime, so we did make arrests and we disarmed

23   these people and arrested them on the spot.

24            They also were armed in BREC Park,

25   Baton Rouge, you know.  Prior to that, they

JOHN BRADLEY FORD                                          November 27, 2023

1    walked through BREC Park and we went to arrest

2    them there, but then they moved back out into

3    the highway and that's where we disarmed them

4    and made the arrests.

5        Q. Well, is it legal to have weapons in a

6    public park --

7        A. No, ma'am.

8        Q. -- where children play?

9        A. It's illegal.  It's illegal in Baton

10   Rouge.

11       Q. Was DeRay McKesson aware that these

12   people had weapons in a park where children

13   play?

14            MR. GIBBENS:

15                 Objection.

16       A. Yes, ma'am.

17   BY MS. GRODNER:

18       Q. Sir?  I'm sorry.  I didn't get your

19   answer.

20       A. Yes, ma'am.

21       Q. How do you know that?  Did you see him

22   with your own eyes right there with the --

23   the -- the New Panthers carrying weapons in a

24   public park where children play?  Did you

25   witness that yourself?

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

94

1        A. Yes, ma'am.

2        Q. Why did you want to be a John Doe to

3    start with in this lawsuit?  What was your

4    interest in doing that?

5        A. Well, to be honest, Black Lives Matter

6    has already killed a lot of police officers,

7    they've been known to be very violent to

8    police officers, and I was in fear of my life.

9    I didn't want my name out there for my

10   family's sake and for mine.  I was scared that

11   there might be some retaliation.

12       Q. Okay.  Besides the Shield Team and this

13   black pastor and your treating physicians, are

14   there any other persons who were kind of front

15   line that could tell us the same things that

16   you've told us here today?

17       A. Yeah.  Special Response Team was also

18   present.

19       Q. Is that with Baton Rouge Police

20   Department?

21       A. Yes, ma'am.

22       Q. Okay.  So the names of those --

23       A. They had --

24       Q. I'm sorry?

25       A. They had -- the Louisiana State Police

Ex 1

1    was out there, also, and East Baton Rouge

2    Parish Sheriff's Office, and Livingston Parish

3    Sheriff's Office was out there, too.

4        Q. Okay.  But if we had the names of the

5    Shield Team and the Special Response Team from

6    Baton Rouge Police Department, that would be

7    two other groups that witnessed the same

8    things that you witnessed, correct?

9        A. Yes, ma'am.

10            MS. GRODNER:

11                That's all I have.  I tender back.

12            MR. GIBBENS:

13                Just a -- just a couple

14    follow-ups.

15    EXAMINATION BY MR. GIBBENS:

16        Q. When you were talking about --

17    Ms. Grodner asked you about the water bottles

18    that were taken out of the Circle K.

19            Did you -- did you witness Mr. McKesson

20    picking up a bottle of water from those cases

21    of water that were taken out of the Circle K?

22        A. Yes, sir, he grabbed a bottle of water.

23    And I didn't say that, you know, he threw it,

24    I just -- I noticed that he did have a bottle

25    of water from that pile, those cases that were

Ex 1

1    out there.

2        Q. But did you -- you actually saw him

3    picking it up from the case, one of those

4    cases?

5        A. Yes, sir.

6        Q. Okay.  And then you were asked the

7    question about that.  I think your statement

8    was that Mr. McKesson was heard giving orders

9    and directing the crowd.

10            Now, I just want to clarify.  You

11   personally did not hear him giving any orders,

12   did you?

13       A. Not personal orders, no, I didn't -- I

14   didn't hear him.

15       Q. Okay.  And so this was just -- that was

16   something that you were told by other people?

17       A. Yes.

18       Q. Okay.  But you can't give us any

19   specific names of anybody who actually told

20   you that?

21       A. I don't recall, no, sir.

22            MR. GIBBENS:

23                Okay.  All right.  Thank you.

24            That's all I have.

25            MS. GRODNER:

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

97

1                I just have one follow-up.

2        EXAMINATION BY MS. GRODNER:

3        Q. When we gave you your admissions, we

4        asked you, did you hear him giving orders, and

5        you said you did.

6                So is your -- what's with your memory?

7        Are you having memory problems?  Are you

8        confused?

9        A. That's why I try to say I don't recall

10       because I do, I have some memory problems,

11       but, you know, I'm just trying to remember

12       specifically, like, hearing him giving like --

13       I know that he -- I did say that he told them

14       to come out into the road, didn't I?

15       Q. Yes, you did.

16       A. Okay.  Well, that's -- that's the only

17       time then.  I'm sorry.  I do recall that, but

18       I don't -- I don't recall any other specific

19       orders given, just him, you know, having them

20       follow him, you know, into the road and stuff

21       like that.

22       Q. Okay.  You're not saying you didn't

23       hear other orders, but you do have specific

24       recollection of him telling people to come out

25       into the road and block the highway, correct?

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1      A. That I -- yeah, that -- that I

2  personally heard.  I'm sorry.  I probably

3  didn't make that clear.

4  EXAMINATION BY MR. GIBBENS:

5      Q. Okay.  Yeah, let me follow up with

6  that, because I -- because I think what your

7  testimony was earlier was that they were

8  following his body language.

9          So what exactly did you hear him say?

10     A. Yeah, I -- the initial time that they

11 went out into the Airline Highway, he did

12 have -- have the body language and

13 positioning, like I was saying, and people

14 following him, and he was telling them, let's

15 block the road.  I thought I told you that,

16 but if I didn't, that's what I meant to say.

17         MR. GIBBENS:

18             Okay.  All right.  Thank you very

19         much.

20         THE WITNESS:

21             Thank you.

22         MS. GRODNER:

23             He's going to read and sign.

24             Brad, where do you want her to

25         mail your copy of your deposition, or

Ex 1

1          she can email it to you?  Do you want

2          her just to have her email it to you,

3          that way you can --

4          THE WITNESS:

5                  Yes, ma'am.

6          MS. GRODNER:

7              Or do you want her to mail it to

8          you?  I don't know where you're going

9          to be with your job.

10         THE WITNESS:

11             It would be best to email it and

12         then I can scan it and send it back.

13         MS. GRODNER:

14             Okay.  Do you want to give her an

15         email address?

16         THE WITNESS:

17                 Yes, ma'am.

18         MS. GRODNER:

19             Okay.  Is that okay with you,

20         Dawn?

21         THE COURT REPORTER:

22             I know that my office usually just

23         sends, you know, mails a compressed

24         transcript.  I'm assuming they can

25         email it.

Ex 1

JOHN BRADLEY FORD                          November 27, 2023

100

1          MS. GRODNER:

2                If you want to -- if you want to

3          mail it to me, I'll find out where he

4          is at the time and get it to him if the

5          email is a problem.

6          THE COURT REPORTER:

7                Well, why don't you go ahead and

8          give me the email and I'll talk to my

9          office later.

10          MS. GRODNER:

11                Okay.  All right.

12          THE COURT REPORTER:

13                So, go ahead, Mr. Ford.

14          THE WITNESS:

15                It's Brad, B-r-a-d,

16          4014@yahoo.com.

17          THE COURT REPORTER:

18                Thank you.

19          THE WITNESS:

20                Yes, ma'am.

21                (Whereupon, the deposition

22          concluded at 4:51 p.m.)

23

24

25

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

101

1                        WITNESS' CERTIFICATE

2

3

4              I, JOHN BRADLEY FORD, do hereby

5        certify that the foregoing testimony was given

6        by me, and that the transcription of said

7        testimony, with corrections and/or changes, if

8        any, is true and correct as given by me on the

9        aforementioned date.

10

11       _____        _____
         DATE SIGNED                    SIGNATURE
12

13

14       _____Signed with corrections as noted.

15

16       _____Signed with no corrections noted.

17

18       DATE TAKEN:  November 27, 2023

19

20

21

22

23

24

25

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

Ex 1

JOHN BRADLEY FORD                                November 27, 2023

```
 1            R E P O R T E R ' S   P A G E

 2

 3        I, DAWN H. HYMEL, Certified Court Reporter

 4    in and for the State of Louisiana, the

 5    Officer, as defined in Rule 28 of the Federal

 6    Rules of Civil Procedure and/or Article

 7    1434(B) of the Louisiana Code of Civil

 8    Procedure, before whom this sworn testimony

 9    was taken, do hereby state on the record;

10        That, due to the interaction in the

11    spontaneous discourse of this proceeding,

12    dashes (--) have been used to indicate pauses,

13    changes in thought, interruptions by another

14    speaker, and/or talkovers; that same is the

15    proper proceeding, and that the dashes (--) do

16    not indicate that words or phrases have been

17    left out of this transcript;

18        That any words and/or names which could

19    not be verified through reference material

20    have been denoted with the abbreviation (sp).

21

22                    _____
                      DAWN H. HYMEL, #81016
                      Certified Court Reporter
23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1

JOHN BRADLEY FORD                                    November 27, 2023

1              REPORTER'S CERTIFICATE

2           This certification is valid only for a
   transcript accompanied by my original
3  signature and original required seal on this
   page.
4           I, Dawn H. Hymel, Certified Court
   Reporter in and for the State of Louisiana, as
5  the officer before whom this testimony was
   taken, do hereby certify that the witness was
6  sworn by me upon authority of R.S. 37:2554,
   and did testify as set forth in the foregoing
7  pages; that this testimony was reported by me
   in the stenotype reporting method, was
8  prepared and transcribed by me or under my
   personal direction and supervision, and is a
9  true and correct transcript to the best of my
   ability and understanding; that the transcript
10 has been prepared in compliance with
   transcript format guidelines required by
11 statute or by rules of the board; and that I
   am informed about the complete arrangement,
12 financial or otherwise, with the person or
   entity making arrangements for deposition
13 services; that I have acted in compliance with
   the prohibition on contractual relationships,
14 as defined by Louisiana Code of Civil
   Procedure Article 1434 and in rules and
15 advisory opinions of the board; that I have no
   actual knowledge of any prohibited employment
16 or contractual relationship, direct or
   indirect, between a court reporting firm and
17 any party litigant in this matter, nor is
   there any such relationship between myself and
18 a party litigant in this matter.  I am not
   related to counsel or to the parties herein,
19 nor am I otherwise interested in the outcome
   of this matter.

20

21

22                _____
                  DAWN H. HYMEL, #81016
23                Certified Court Reporter

24

25

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

Ex 1





Ex 1