The Deposition of

# DERAY MCKESSON

In the Matter of

## JOHN FORD

versus

## DERAY MCKESSON

Taken On

## DECEMBER 22, 2023

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUDGE BRIAN A JACKSON

MAGISTRATE JUDGE

RICHARD L. BOURGEOIS, JR.

CIVIL ACTION NO. 16-742

• • • • • • • • • • • • • • • • • • • • • • • • •

JOHN FORD

VERSUS

DERAY MCKESSON

• • • • • • • • • • • • • • • • • • • • • • • • •

The Videoconference deposition of DERAY

MCKESSON appearing remotely from Huntsville, Texas

taken in connection with the above captioned

cause, pursuant to the following stipulation

before Debra Smith, Certified Court Reporter,

appearing remotely from Lafayette, Louisiana, on

Friday, December 22, 2023, beginning at 8:51 a.m.

---

**2**

REMOTE APPEARANCES:

FOR THE PLAINTIFF, JOHN FORD:

DONNA U. GRODNER

GRODNER & ASSOCIATES

2223 QUAIL RUN, B-1

BATON ROUGE, LOUISIANA 70808

dgrodner@grodnerlaw.com

FOR THE DEFENDANT, DERAY MCKESSON:

WILLIAM P. GIBBENS

SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC

909 POYDRAS STREET, SUITE 1600

NEW ORLEANS, LOUISIANA 70112

billy@semmlaw.com

ALSO PRESENT:

DARREN SIBLEY

---

**3**

INDEX

TITLE PAGE......................................1

APPEARANCES....................................2

INDEX PAGE......................................3

STIPULATION OF COUNSEL.........................4

EXAMINATION:

    BY MS. GRODNER............................. 5

EXHIBITS:

    #1   MAP................................. 93

CERTIFICATE PAGE.............................. 129

---

**4**

1         STIPULATION
2
3
4         It is stipulated and agreed by and between
5    counsel for the parties that the deposition of
6         DERAY MCKESSON
7    is hereby taken by counsel for the plaintiff, for
8    all purposes, including trial, pursuant to the
9    Federal Rules of Civil Procedure.
10        That the witness reserves the right to read
11   and sign the deposition.
12        Counsel for all parties reserve all
13   objections, except as to the form of the question
14   and responsiveness of the answer, at the time of
15   taking said deposition, but they also reserve the
16   right to make objections at the tie said
17   deposition or any part thereof may be offered in
18   evidence, with the same rights as if the testimony
19   had been taken and given in Open Court.
20        That Debra Smith, Certified Court Reporter,
21   officiated in administering the oath to the above-
22   mentioned witness.
23
24
25

---

**5**

1    REPORTED REMOTELY FROM LAFAYETTE, LOUISIANA
2              DERAY MCKESSON,
3    after having been duly sworn, was examined and did
4    testify as follows:
5    EXAMINATION BY MS. GRODNER:
6    Q   State your name for the record, please sir.
7    A   DeRay McKesson.
8    Q   And what's your current residential address?
9    A   719 St. Nicholas Avenue, New York, New York
10       10031.
11   Q   And your current business address?
12   A   30 East 125th Street, New York, New York. I
13       don't know the zip code.
14   Q   It's 10035. How long have you been at that
15       address, sir?
16   A   Which address?
17   Q   The 125th Street address. The business
18       address.
19   A   I believe three years. Three years.
20   Q   And which floor are you on in that building?
21       What's the suite number?
22   A   There is no suite. It is our mailing address.
23       We do not have a physical office at Campaign
24       Zero.
25   Q   Okay.

**6**

1    A   That is the easiest.
2    Q   All right. So your mailing address is the UPS
3        store on the corner?
4    A   Correct.
5    Q   All right.
6    A   We have a coworking space in New York that
7        changes, but we don't have a -- I have
8        employees everywhere.
9    Q   What do you mean when you say that that you
10       have employees everywhere for Campaign Zero?
11   A   I can repeat it. We have employees all across
12       the country. Does that make sense to you?
13   Q   Yes, sir. I'm sorry. I misunderstood. I
14       apologize.
15   A   It's okay.
16   Q   Okay. So do you have other offices in other
17       cities or just employees working from home? I
18       mean just give us a general overview of what
19       you're talking about when you say you have
20       employees across the country?
21   A   Our employees work from home.
22   Q   Do you still do a podcast?
23   A   Yes.
24   Q   That's weekly?
25   A   Yes.

**7**

1    Q   And how long have you done that podcast?
2    A   I believe it started in 2016.
3    Q   In November of 2014 did you go to Creve Coeur,
4        Illinois?
5    A   I don't recall.
6    Q   Did you bring ten thousand dollars in bond
7        money and six thousand dollars in direct
8        action devices to Creve Coeur, Illinois?
9    A   No.
10   Q   Have you ever been to Creve Coeur, Illinois?
11   A   I do not no where Creve Coeur, Illinois is.
12   Q   Do you not know what a direct action device
13       is?
14   A   Nope.
15   Q   Do you know if in 2024 Black Lives Matter or
16       protest members were planning to be arrested
17       in gathering bond monies for those purposes in
18       2014?
19   A   You just said two different years. You said
20       2024 and then 2014. Which is it?
21   Q   Yes, sir. It's 2014. I apologize. Sometimes
22       I --
23           (Internet cut out)
24       COURT REPORTER:
25           You just froze up, Donna.

**8**

1        MS. GRODNER:
2    Q   Sometimes I transpose numbers. I'll admit
3        that.
4    A   I just want to make sure.
5    Q   In 2014 --
6           (Internet cut out)
7    A   No
8        COURT REPORTER:
9           Okay. Donna, you know you cut out,
10          right? Can you restate your question.
11      MS. GRODNER:
12          Sure. Sure.
13   MS. GRODNER:
14   Q   In 2014, were you aware that protesters were
15       gathering bond monies so that they could bail
16       out when they were arrested at protests?
17   A   In Creve -- Creve Coeur is that what you said?
18   Q   No, sir. I said in twenty -- I think I said
19       2024 again.
20   A   No. No. You said 2014. You're talking about
21       in Creve Coeur, Illinois right?
22   Q   No, sir. I said the year. In the year 2014
23       do you know if protesters were collecting
24       money as bond money so that they could be
25       bailed out quickly when they were arrested?

**9**

1  A  Oh, in any place in the country?
2  Q  Yes, sir.
3  A  Oh, yes.
4  Q  Do you know who was keeping those monies or
5     what those funds were called?
6  A  No.
7  Q  Do you know if in 2015 protesters were
8     continuing to collect monies so that they
9     would have bond money on hand when they were
10    arrested?
11 A  Yes.
12 Q  Do you know if in 2016 there was monies being
13    collected to bond out protesters in the event
14    they were arrested?
15 A  Yes.
16 Q  What about 2017?  Same question.
17 A  Yes.
18 Q  2018?
19 A  What did you say?
20 Q  2018?
21 A  Yes.
22 Q  2019?
23 A  Yes.
24 Q  2020?
25 A  Yes.

**10**

1  Q  2021?
2  A  Yes.
3  Q  2022?
4  A  Yes.
5  Q  2023?
6  A  I don't know about 2023.
7  Q  In January of 2015 were you aware that
8     protesters associated with Black Lives Matter
9     shut down the Boston highway?
10 A  2015.  I believe so.
11 Q  Were you part of that protest?
12 A  No.
13 Q  You were not in Boston in January of 2015?
14 A  Correct.
15 Q  Were you aware that during that arrest
16    seventeen people were arrested for blocking
17    traffic?
18 A  Yes.
19 Q  Were you aware that there was violence at that
20    particular protest in January 15, 2015?
21 A  I'm aware that the police were violent to
22    protesters.  Yes.
23 Q  Were the protesters protesting on a public
24    highway?
25 A  I believe so.  I was not there.

**11**

1  Q  And in response to the protesters protesting
2     on a public highway police were violent is
3     that your understanding?
4  A  Yes.
5  Q  Do you know if any of the police were —
6        (Internet cut out)
7     COURT REPORTER:
8        Donna, you're cutting out again.
9     You're gonna have to restate your
10    question.  Okay.  Donna, you froze up.
11    MS. GRODNER:
12       Okay.  How am I now?
13    COURT REPORTER:
14       Now I can hear you.  You need to
15    restate that last question.
16    MS. GRODNER:
17       Okay.
18 MS. GRODNER:
19 Q  Were you aware of any police being injured as
20    a result of the January 15, 2015 protest that
21    shut down a Boston highway?
22 A  No.
23 Q  In April of 2015, are you aware of protests in
24    Baltimore?
25 A  April of 2015.  I believe so.

**12**

1  Q  Where were you living in April of 2015?
2  A  In between St. Louis and Baltimore.
3  Q  What city specifically in the St. Louis area
4     were you living in?
5  A  I was not living in any specific city in St.
6     Louis.
7  Q  Where was your residence in 2015 in April?
8  A  I did not have a residence in 2015 of April.
9  Q  What did your driver's license indicate was
10    your residence in April of 2015?
11 A  Baltimore.
12 Q  And what address was that?
13 A  I don't remember actually.
14 Q  Okay.  How -- where were you staying during
15    this period of time between St. Louis and
16    Baltimore in 2015?
17 A  I was in a host of places in St. Louis City
18    and county.  Staying with friends.
19 Q  Were you at that time engaged in protest
20    activities?
21 A  Yes.
22 Q  Were you aware that the protest in April of
23    2015 in Baltimore turned violent?
24 A  No.
25 Q  Were you aware that protesters in Baltimore

13

1    blocked public highways?
2  A  Yes.
3  Q  Were you aware that police made arrests of
4    protesters in April 28, 2015 in Baltimore for
5    blocking public highways?
6  A  Yes.
7  Q  Were you aware of officers being seriously
8    injured in Baltimore in April of 2015?
9  A  No.
10  Q  Were you aware of protesters throwing cinder
11    blocks at officers in April of 2015 during the
12    protests in Baltimore?
13  A  No.
14  Q  Were you aware of protesters pelting officers
15    with rocks during the protests in April of
16    2015 in Baltimore?
17  A  No.
18  Q  Were you aware of looting, fires in buildings,
19    and cars engulfed in flames in Baltimore in
20    April of 2015?
21  A  I saw pictures of cars engulfed in flames.
22    Otherwise, no.
23  Q  So you were not present, but you saw the
24    photographs after the fact.  Is that what
25    basically you're communicating?

14

1  A  Yes.  That is what I'm communicating.
2  Q  But you were not present during the protests
3    in April of 2015 in Baltimore.  Is that
4    correct?
5  A  No.  That is not correct.
6  Q  What is correct?
7  A  Was I present?  I was present.  I was present
8    at, I believe that is Freddie Gray.  I would
9    need to look at a calendar real quick and see
10    when Freddie Gray was killed, but that was
11    when I was – if I can look at a calendar, I
12    can confirm, but otherwise I can just tell you
13    I believe I was in Baltimore around that time,
14    but I don't remember Freddie Gray's death.
15  Q  If I tell you that this particular violent
16    protest started hours after the funeral of
17    Freddie Gray would that help you with where
18    you were at that time?
19  A  I was in Baltimore during that time.  I was at
20    the protest in the time frame around Freddie
21    Gray's death.
22  Q  And you did not observe the rocks being thrown
23    at officers, the looting, and the fires.  Is
24    that your testimony?
25  A  Rocks being thrown.  Did not see looting.  I

15

1    saw pictures of cars on fire and rocks being
2    thrown -- there was an encounter of the police
3    and protesters at the bus station where the
4    police were throwing things at protesters and
5    protesters were throwing things at the police.
6    I don't know if they were rocks.  Maybe rocks.
7    I wasn't there.
8  Q  Were there arrests as a result of that
9    violence?
10  A  I don't know.
11  Q  Were you arrested or taken down to a police
12    station in April of 2015?
13  A  Nope.
14  Q  In April of 2015 were you identifying yourself
15    as a leader of Black Lives Matter?
16  A  Nope.
17  Q  Were you identifying yourself as a member of
18    Stay Woke?
19  A  Yes.  I want to clarify a question.  When you
20    say Black Lives Matter I am confused as to
21    what you mean.  Are you talking about the
22    broad movement or the organization?
23  Q  Is there a difference in your mind?
24  A  Yes, because I -- yes.  So the organization is
25    a legal entity that I have never been

16

1    affiliated with.  The movement would be like
2    asking me if I'm a part of the civil rights
3    movement and that is a very different question
4    to me.  So those are very distinct things both
5    in my mind and in my experience.
6  Q  Well what would you be -- what's the -- what
7    would you be comfortable -- how would you like
8    for me to refer --
9      (Internet cut out)
10    COURT REPORTER:
11      You cut out again, Donna.
12  MS. GRODNER:
13  Q  Would you like for me to say BLM Movement?
14    Would you like for me to say --
15    COURT REPORTER:
16      Donna, you cut out again.
17    MS. GRODNER:
18      Okay.  When you're saying I cut out.
19    I mean I can't respond if I'm cutting
20    out, but am I back on with you?
21    COURT REPORTER:
22      You are back on.  I can't help it.
23    Your internet must be all over the place.
24    MS. GRODNER:
25      I don't know why that would be.  I am

17

1 so sorry.
2 COURT REPORTER:
3 That's okay.
4 MS. GRODNER:
5 Do I have a -- I checked. I had a
6 steady signal.
7 MR. GIBBENS:
8 You're good now.
9 MS. GRODNER:
10 Okay. Sorry about that.
11 MS. GRODNER:
12 Q What would be the best way for me to -- which,
13 if either of those two, Black Lives Matter you
14 said a movement plus the legal entity. Was
15 there a legal entity in 2015 to your
16 knowledge?
17 A Well I don't know. This is what I'm -- I
18 don't -- I mean I'm just trying to understand
19 better what you're asking, so if you ask me
20 about the organization named Black Lives
21 Matter, I know nothing. Never been a part of
22 them. Have no relationship with them. Have
23 never had a relationship with them. So if
24 that's what you're asking then I have an
25 answer for that. If you were asking have I

18

1 been a part of what people call the Black
2 Lives Matter movement which again is not an
3 organization, it's not a set of organizations,
4 there's not defined leadership structure, that
5 is very different to me. Those are just two
6 different things. So even when you said have
7 I identified myself as a member of Black Lives
8 Matter I don't really know what that -- I'm
9 just trying to understand what that means to
10 you when you ask me.
11 Q Well I'm glad you told us they were two
12 separate things. Do you know a Patrisse
13 Cullors?
14 A Do I know who she is? Yes.
15 Q Have you ever met her? Spoke with her?
16 Talked with her?
17 A Yes.
18 Q When did you first meet with Patrisse Cullors?
19 A I met with her is loose, but we have been in
20 the same room together in September of 2014.
21 October. September or October of 2014.
22 Q That was the only time you've met with
23 Patrisse Cullors or been in a room with her?
24 A Your question was when was the first time?
25 That was the first time. I don't -- you know

19

1 we've probably been in the same room three or
2 four times since 2014.
3 Q Have you spoken by phone since 2014 or had
4 internet or texts or e-mail exchanges?
5 A Maybe around that time in 2014, but we do not
6 work together. Have not worked together and
7 are not friends.
8 Q When did you -- what about Alicia Garza? Have
9 you met with Alicia Garza? Ever been in the
10 same room with her?
11 A Essentially the same answer with Patrisse. I
12 met her I believe the first time in September
13 or October of 2014. We've probably been in
14 the same room together a handful of times
15 since then. We are not friends. Have never
16 been friends and have never worked together.
17 Q What about Opal Tometi? Same question.
18 A Yeah. I don't remember when I met her. I did
19 not meet her when I met the other two, so I
20 don't remember when I met her, but we have --
21 same answer. We are not friends. Have never
22 been friends. Have never worked together.
23 Q Have they ever asked you to do anything for
24 the Black Lives Matter movement? Any of the
25 three of them?

20

1 A No, because we do not work together and have
2 never worked together.
3 Q Are you a Marxist?
4 A Am I a Marxist? That is not how I would
5 identify.
6 Q Are you familiar with a woman named Assata
7 Shakur?
8 A Yes.
9 Q And is she someone that you would say that you
10 were fighting for or fighting because of her?
11 A Would I? Her chant inspired many protesters.
12 Q And what was her chant that did that and did
13 her chant inspire you?
14 A Her chant was inspirational to me and I would
15 have to Google the chant. If I can Google it,
16 I can tell you, but I don't remember it off
17 the top of my head. It ends with we have
18 nothing to lose, but our chains which I agree
19 with.
20 Q Are you aware that she was convicted of being
21 an accomplice in the 1973 slaying of the New
22 Jersey State Trooper, Werner Foerster, who
23 left behind a wife and three year old son?
24 A Yes.
25 Q Were you aware that she had escaped prison and

**21**

1    fled to Cuba where she got asylum?
2  A  Yes.
3  Q  Have you given a talk or an interview on
4    whiteness, white supremacy and privilege?
5  A  Have I ever?
6  Q  Yes, sir.
7  A  Yes.
8  Q  How many times?
9  A  I do not know the number.
10  Q  Multiple times?  More than fifty?
11  A  That topic is never the focus of any talk that
12    I have ever given, because I spend all of my
13    time focused on black people and in that talk
14    about white supremacy, but I do not know a
15    number.  I do not want to guess.
16  Q  Now Mr. McKesson we've watched a video that
17    was specifically dedicated to you giving an
18    interview on whiteness, white supremacy and
19    privilege.  Do you not remember giving that
20    interview?
21  A  You asked if I had given talks on white
22    supremacy.  Those are different than
23    interviews.  If people have asked me questions
24    specifically about whiteness, then sure, so
25    there have probably been many interviews that

**22**

1    have been solely about this topic.  Yes.
2  Q  Mr. McKesson, my question was we have seen an
3    interview, a video of you giving an interview
4    specifically the sole topic being whiteness,
5    white supremacy and privilege.  Do you not
6    remember giving that interview?
7  A  I don't remember.  I just want to -- this is
8    just a point of clarification and I'm really
9    not trying to fight with you.
10  Q  If you can answer the question first before
11    you explain, I would appreciate it.  So you're
12    welcome to explain.  Just yes, no.  I don't
13    remember and then you can explain if that's
14    what you wish to do, but I do need you to
15    answer the question first before you explain
16    your answer.
17  A  My answer to you for all of these will be I
18    don't remember.
19  Q  Okay.  Thank you, sir.  Who is Gabriel Perry?
20  A  I don't remember.
21  Q  Are you associated or were you associated with
22    any LLC's, corporations, or non-profits in
23    2015?
24  A  I don't know what that means.  What is
25    associated?

**23**

1  Q  What's your definition of associated?  Did you
2    or did you not teach school?
3  A  I did.
4  Q  Which grade did you teach?
5  A  Sixth grade.
6  Q  So if I was a sixth grader and I asked you for
7    the definition of associated what would you
8    say it was?
9  A  I don't have a definition.
10  Q  I'm gonna ask you again, Mr. McKesson, have
11    you ever been associated with any LLC's,
12    corporations, or non-profits in 2015?
13  A  I don't know what the question is.  I really
14    don't.  I'm not trying to be adversarial, but
15    I don't know what associated means.  Do I know
16    organizations?  Yes.  If the question is do I
17    know non-profits then I do know non-profits.
18  Q  No, sir.  I said associated with.  Member,
19    working.
20    MR. GIBBENS:
21      Are you asking -- are you asking --
22    MS. GRODNER:
23      If he doesn't understand what the
24    word associated means I can move on.
25    MR. GIBBENS:

**24**

1    Okay.
2    MS. GRODNER:
3      That's fine.  We'll keep that answer
4    if that's his answer.  He doesn't know
5    what associated means.  We'll move on.
6    THE WITNESS:
7      I would like to just say that you
8    would not define it as well for me.
9    MS. GRODNER:
10      Yes, sir.  I'm not required to define
11    a word that is of common understanding
12    for you.
13    COURT REPORTER:
14      Wait a minute.  Everybody --
15    MR. GIBBENS:
16      Let's just move on.
17    COURT REPORTER:
18      Everybody is talking over each other.
19    MR. GIBBENS:
20      Let's have another question, Donna.
21    MS. GRODNER:
22      I don't want to argue with you, Mr.
23    McKesson.  You don't know what the word
24    means, we can move on.
25    MR. GIBBENS:

**25**

1    Let's give a more specific word
2    please, Donna.
3    MS. GRODNER:
4    That's okay. We'll move on.
5    MR. GIBBENS:
6    Okay.
7 MS. GRODNER:
8  Q  Mr. McKesson, in August of 2015, were you
9    identified as a threat actor by the FBI?
10  A  I don't know the dates.
11  Q  Don't know the dates of what, sir?
12  A  I don't know if that month is accurate. Has
13    the FBI identified -- I don't know. Actually,
14    the whole question I don't know.
15  Q  You don't know if the FBI has ever identified
16    you as a threat?
17  A  Do not know.
18  Q  You don't know if the FBI has ever identified
19    Ms. Elzie -- Johnetta Elzie as a threat?
20  A  Nope.
21  Q  High severity, physical, with a massive social
22    following? You're not aware of that?
23  A  I think you're talking about Baltimore and
24    that is not the FBI. That was a third-party
25    vendor, but no not to my knowledge the FBI has

**26**

1    not.
2  Q  Who was the third-party vendor that you just
3    referenced?
4  A  You tell me. I don't know. I just know it
5    wasn't the FBI.
6  Q  Yes, sir. How did you know it was a third-
7    party vendor then who had identified you and
8    Ms. Elzie as threat actors?
9  A  Because they made it public.
10  Q  How so? How did they make it public?
11  A  The internet.
12  Q  Was it an article? A podcast or what do you
13    mean when you say the internet? Facebook?
14    Twitter? What was it?
15  A  I don't remember.
16  Q  What did you do in reaction to that
17    designation by the third-party vendor?
18  A  I read it.
19  Q  Did you take any action to dispel that or tell
20    anybody that you weren't a threat of violence?
21  A  I read it.
22  Q  No. Did you take any action in response to
23    reading it to inform persons that you were not
24    a threat of violence?
25  A  Yes.

**27**

1  Q  What did you do?
2  A  I told them that I was not a threat of
3    violence.
4  Q  Who did you tell that to?
5  A  The people around me or anybody that asked.
6  Q  So if I call Ms. Elzie. Johnetta Elzie.
7    She's gonna testify that you told her that?
8    You were not a threat.
9  A  I have no clue what another person will tell
10    you.
11  Q  Have you spoken to Ms. Johnetta Elzie in the
12    past year?
13  A  No.
14  Q  Is she speaking to you?
15  A  We have not spoken.
16  Q  Why is that?
17  A  We do not work together anymore.
18  Q  Why do you not work together anymore?
19  A  We do different things and wanted to go
20    different ways.
21  Q  Why did you want to go different ways?
22  A  Because we do different things and wanted to
23    go different ways.
24  Q  Would she agree with that statement that
25    that's why she's not speaking to you, because

**28**

1    you do different things and wanted to go
2    different ways? Is that what she would say is
3    the truth?
4  A  I don't know what she would say.
5  Q  So you're not aware of any disagreements or
6    falling outs that she has claimed that she had
7    with you?
8  A  I am aware.
9  Q  What are those? Tell us what you're aware of.
10  A  I don't recall the details.
11  Q  What do you recall about it in the broad
12    picture?
13  A  Exactly what you said that there are
14    disagreements.
15  Q  Was there a Samuel -- let's see Samuel
16    Sinyangwe? Did I pronounce that right?
17  A  Sinyangwe.
18  Q  Sinyangwe. Okay. Have you spoken to him in
19    the past year?
20  A  No.
21  Q  Has he spoken to you in the past year?
22  A  No. We have not spoken.
23  Q  Can you tell us why?
24  A  We decided to do different work and go
25    different ways.

29

1  Q  Sir?
2  A  We decided to do different work and go
3     different ways.
4  Q  Isn't it in fact true that he claimed you took
5     something from him?
6  A  I do not know.
7  Q  You're unaware of those claims?
8  A  I don't know what claim you're talking about,
9     but we had many disagreements.
10  Q  Are you aware of him saying that you took
11     something from him?
12  A  I am aware that we have had a lot of
13     disagreements.
14  Q  Are you aware of him saying that you took
15     something from him?  It's a yes or no
16     question, sir.  Either you're not or you are
17     aware of that.
18  A  I am aware that we had disagreements.
19  Q  And, in fact, didn't he get a restraining
20     order against you?
21  A  No.
22  Q  Did he get a restraining order against Stay
23     Woke?
24  A  No.
25  Q  What about Campaign Zero?

30

1  A  No.
2  Q  Did he send a letter to Campaign Zero asking
3     you to stop taking his product?  Demanding.
4     I'm sorry.  A letter from the lawyer demanding
5     that you stop taking his product.
6  A  Yes.
7  Q  Tell us about that.
8  A  He sent a letter to Campaign Zero asking us to
9     stop administering a website.
10  Q  And who was us at the time?  Who were the
11     members of Campaign Zero at that time?
12  A  I would have to pull up a list, but I don't
13     have that information readily accessible.
14  Q  Was it more than just yourself and him and Ms.
15     Elzie?
16  A  Yes.
17  Q  Less than ten members?  More than ten members?
18  A  I won't guess.  I can pull up a list or I can
19     tell you I don't know the rest of the people.
20  Q  Now it appears that you're looking at a
21     computer screen.  I see something reflecting
22     back on your face.  Are you reading stuff as
23     we do this deposition, because I see your eyes
24     going back and forth.  What are you looking at
25     on the screen if you don't mind my asking?

31

1  A  I'm looking at this wonderful Zoom.
2  Q  I'm sorry.
3  A  I'm looking at Zoom.
4  Q  You're not looking at articles on the computer
5     while we do your testimony?
6  A  Nope.
7  Q  In December of 2015 are you aware of a protest
8     in a mall in Minneapolis, Minnesota?
9  A  I don't know the dates.
10  Q  Are you aware of a protest at the mall in
11     Minnesota in 2015?
12  A  I don't know the year.  I can look it up.
13  Q  Are you aware of any protests at a mall at any
14     time?
15  A  In America?
16  Q  In Minnesota.
17  A  Oh, in Minnesota.  Yes.
18  Q  Tell us about that.  Were you there?
19  A  No.
20  Q  What did you learn about the protest at the
21     mall in Minnesota?
22  A  There was a protest in a mall in Minnesota.
23  Q  Did you attend a protest at an airport in
24     Minneapolis?
25  A  No.

32

1  Q  Were you aware that Black Lives Matter staged
2     a protest at an airport terminal in
3     Minneapolis in December of 2015 just days
4     before Christmas?
5  A  I don't know what you mean when you say Black
6     Lives Matter, but no.
7  Q  Sir?
8  A  I don't know what you mean -- again, when you
9     say Black Lives Matter, I'm unclear what
10     you're saying and my answer to you is no.
11  Q  Let's say that we're talking about -- you said
12     there was a Black Lives Matter.  I have
13     written down movement.  So let's say from --
14     you shook your head yes.
15  A  Yes.
16  Q  Okay.  So let's say from now forward unless I
17     say Black Lives Matter, the legal entity,
18     we're gonna be talking about the Black Lives
19     Matter Movement which you told us you were
20     associated with.
21  A  That is not what I said.  I just said my
22     answers would be very different, but okay, if
23     that is how you use it then that makes sense
24     to me.
25  Q  So you are -- were not associated with Black

33

1    Lives Matter Movement?
2  A  Again this is our last problem.  I don't know
3      what associated means, but I think we're
4      stuck.
5        COURT REPORTER:
6          You heard his answer, Donna?
7        MS. GRODNER:
8          He said I think we're stuck.
9        COURT REPORTER:
10          Yeah.  I just wanted to make sure you
11          heard.
12        MS. GRODNER:
13          Yeah.  I don't know what he means by
14          I think we're stuck, so I said you are or
15          were not associated with the Black Lives
16          Matter Movement.
17        THE WITNESS:
18          I don't know what associated means.
19      MS. GRODNER:
20  Q  What was your -- did you have anything to do
21      with Black Lives Matter Movement at all in
22      your life time?
23  A  Yes.
24  Q  Tell us about that.
25  A  I was one of the people -- the people identify

34

1      as one of the many leaders in the Black Lives
2      Matter Pride Movement.
3        COURT REPORTER:
4          What kind of movement?
5        THE WITNESS:
6          Broad.  It's the broad movement.
7        COURT REPORTER:
8          Gotcha.
9      MS. GRODNER:
10  Q  So you said one of the many leaders.  Who were
11      other leaders that you knew of in the broad
12      Black Lives Matter Movement?
13  A  The beautiful thing is that there are hundreds
14      of them and I do not have a list of the
15      hundreds.
16  Q  Yes, sir.  Just give us those that you do know
17      of.
18  A  I don't recall names, but if I look up, I can
19      find some, but I don't have any at hand, but
20      there were hundreds of them and that was the
21      whole point of the movement is that there were
22      many, many people who were leading.
23  Q  You didn't consider Johnetta Elzie a leader?
24  A  Yes.
25  Q  Okay.  So was there anybody else that you know

35

1      the name of off the top of your head that you
2      considered a leader of the Black Lives Matter
3      broad movement?
4  A  No.
5  Q  What about Mr. Samuel?  You didn't consider
6      him a leader?
7  A  If you're asking that, he would be,
8  Q  Sir?
9  A  Yes.
10  Q  Yes what?
11  A  I'm answering as to your question.
12  Q  So you did consider him a leader?
13  A  Yes.
14  Q  Anyone else that you know of that you
15      considered a leader besides --
16  A  No.  Nothing comes to my mind without looking
17      at a list.
18  Q  Was a problem that you had with Johnetta Elzie
19      and Mr. Sam that they considered themselves
20      leaders, but you did not?  Was that one of the
21      falling outs that you all had?
22  A  No.
23  Q  Let's talk -- let's go back to that airport
24      terminal.  Were you aware that the Black Lives
25      Matter protesters shut down terminal one and

36

1      terminal two of the Minneapolis airport two
2      days before Christmas in 2015?
3  A  No.
4  Q  Now were you -- you told us you knew about the
5      protest at the mall.  Correct?
6  A  I knew that there was a protest at a mall in
7      Minnesota.
8  Q  Do you know that that shut down businesses
9      days before Christmas?
10  A  No, because I don't know when it was.
11  Q  Did you know what the Black Christmas is?
12  A  Without you defining it, no.
13  Q  Yes, sir.  I'm asking you if you could define
14      it.
15  A  No.  I don't know.
16  Q  Were you aware of protests on the San
17      Francisco Bay bridge in January of 2016?
18  A  I don't know dates.
19  Q  Yes, sir.  My question was -- so does that
20      sound correct to you?  January 18, 2016
21      protests, San Francisco Bay bridge?
22  A  No.  I'm not making up dates.  If it is a
23      requirement to answer with the date, then no.
24      I don't know.
25  Q  Are you aware of protests on the San Francisco

---

**37**

1    Bay bridge?
2  A  No.
3  Q  Are you aware of protesters demonstrating at
4    the Oakland Homes of the mayor and police
5    chief of San Francisco?
6  A  No.
7  Q  What about the Oakland airports?
8  A  Nope.
9  Q  You told us you were involved in hundreds of
10    protests.  You recall that?
11  A  No.
12  Q  It was in your answers to discovery.  That
13    you've been involved in hundreds of protests.
14    Is that true or false?
15  A  Yes.  We were in the street for four hundred
16    days in Ferguson.  That is hundreds of days.
17  Q  So the four hundred days in Ferguson, you're
18    counting that as hundreds of protests?  Those
19    four hundred days that you were in the street
20    protesting in Ferguson?
21  A  Four hundred is multiples of one hundred which
22    is hundreds.  Yes.
23  Q  So you consider each day a new protest?  Is
24    that where we're getting the number hundreds
25    of protests?

---

**38**

1  A  Yes.
2  Q  Okay.  If we were to take that four hundred
3    days and back it out, how many days does that
4    leave you of protesting?
5  A  I don't know.  I don't know what backing out
6    means, so I don't know how to answer that
7    question.
8  Q  Subtract.  We would take the number and
9    subtract the four hundred days you just told
10    us about that you protested in Ferguson.  How
11    many protests have you attended?
12  A  Subtract it from what?
13  Q  If you were not to include the four hundred
14    days that you protested in Ferguson, how many
15    protests have you attended in your life time?
16  A  I don't know.
17  Q  Give us an estimate.
18  A  I don't have one.
19  Q  Is it more than a thousand?
20  A  I don't know.
21  Q  Would you say you spent more than ninety
22    percent of your time protesting since 2015?
23  A  No.
24  Q  More than eighty percent?
25  A  No.

---

**39**

1  Q  More than fifty percent?
2  A  No.  Since 2015 to today, no.
3  Q  What year was the Ferguson four hundred days?
4  A  2014 is when it began.
5  Q  In May of 2014?
6  A  No.  Not May.  I said 2014 is when it began.
7    I remember Mike Brown was killed by a police
8    officer on August 9, 2014.  That is when the
9    protest began.  I don't know where May came
10    from.
11  Q  Okay.  So since 2015 if you spent four hundred
12    days protesting from August 9th and four
13    hundred days, so more than fifty percent of
14    your time in 2014 and 2015 was involved in
15    protests.  Correct?
16  A  You said back out of the four hundred days.
17    I'm confused about the question.
18  Q  Yes, sir.  More than fifty percent of your
19    time in 2014 and 2015 was spent protesting.
20    Correct?
21  A  No.  So this is a basic math lesson is that
22    from August to December is not fifty percent,
23    so even if I protested every day from August
24    to December, that would not be fifty percent.
25    So I don't know how you got that, but the

---

**40**

1    other months from January -- I can't -- I
2    don't know.  Looks like I can't use a computer
3    or anything, so I need to look a the dates,
4    but it is certainly not fifty percent from
5    August to December.  That is just
6    mathematically wrong.
7  Q  So you're saying August of 2014 to December of
8    2015?
9  A  No.  I'm saying -- what you said is I spent
10    fifty percent of 2014 and '15 protesting.  I'm
11    just saying from August to December of 2014 is
12    not fifty percent of the year.  That's not
13    fifty percent exactly, but I don't have --
14  Q  If I had took the two years -- three hundred
15    sixty-five days twice and I took seven hundred
16    -- that's seven hundred and seventy and I
17    backed out four hundred, that's less than four
18    hundred, so it's more than fifty percent of
19    your time was spent protesting just for the
20    simple math.  Is that correct or did I
21    subtract wrong?  Is 770 minus 400 is that
22    number that results from that is that more
23    than or less than four hundred days?
24  A  I can't --
25  Q  All right.

---

41

1  A  I'm just -- I don't think the math is --
2  Q  That's all right. We'll move forward if you
3      don't know whether that number will be greater
4      than or less than four hundred.
5  A  You asked me a math question. I wasn't a math
6      teacher and I'm not gonna guess numbers.
7  Q  Yes, sir. Yes, sir. Okay. Let's -- tell us
8      about the violence that you observed in
9      Ferguson?
10 A  The police killed an eighteen year old boy.
11     The police killed nine more -- nine to ten
12     more people after they killed Mike Brown in
13     the region and I continually saw the police
14     hurt, shoot at people, beat people, grab
15     people. The violence of police was largely
16     unmitigated during that entire period and that
17     violence I saw on a daily basis.
18 Q  Okay. You didn't actually see the eight or
19     nine killing that you told us about did you
20     when I asked you if you observed? Did you
21     actually observe eight or nine killings? I'm
22     not clear.
23 A  No.
24 Q  So the violence that you actually observed
25     you're saying is on a daily basis of police

42

1      being violent to protesters. Is that your
2      testimony?
3  A  I saw one of the killings by video.
4  Q  Yes, sir. My question was the violence that
5      you were describing was police violence
6      against protesters on a daily basis. Is that
7      your testimony?
8  A  And the public. Protesters and the general
9      public, but yes.
10 Q  And so the violence that you witnessed was
11     that in making arrests?
12 A  No.
13 Q  So your testimony is in Ferguson the police
14     just without provocation arrested protesters
15     who were not blocking a highway?
16 A  I didn't say anything about arrests, so I
17     don't know where that came from. So the
18     answer to that question is no.
19 Q  Were the protesters blocking streets and roads
20     and businesses in Ferguson?
21 A  Every day is that your question or ever?
22 Q  At anytime? Is it every day?
23 A  The first question you asked was at any time.
24     The answer to that is yes. Was it every day?
25     No.

43

1  Q  How many days of the four hundred days were
2      they blocking streets, businesses, highways?
3  A  I don't know.
4  Q  More than half?
5  A  I don't know.
6  Q  But you knew that by them blocking those
7      streets and businesses that that was causing
8      police to respond correct?
9  A  No.
10 Q  No? Okay.
11 A  Some of the streets the police actually shut
12     down just to be clear.
13 Q  I'm sorry.
14 A  Some of the streets were closed like the
15     police closed them.
16 Q  You understood that the presence of protesters
17     and as you termed it the public at large being
18     in the streets triggered police response. You
19     knew that when you were in Ferguson. Correct?
20 A  Does it trigger a violent response? No.
21 Q  But you knew it was triggering for the police
22     to be present. Correct?
23 A  Not the police necessarily.
24 Q  But that's why they were there right, because
25     the protesters were in the streets blocking

44

1      streets and businesses and you knew that as
2      early as 2014 and 2015. Correct?
3  A  I mean I don't know what to tell you. The
4      police were not only violent to people who
5      were in the streets.
6  Q  Tell us what you mean by that.
7  A  There were many -- you know I think about one
8      night where I was -- I and many people were in
9      a coffee shop, inside a coffee shop, private
10     property and the police tear gassed the
11     building. Tear gassed the windows. We were
12     not shutting down anything. It was a private
13     building. We were not breaking any laws, so
14     no the police were not only violent when
15     people were outside. It's just not true.
16 Q  Had the proprietor of that business asked your
17     group to leave?
18 A  No. That person invited us in.
19 Q  Okay. So the proprietor of that business, the
20     coffee shop asked you all in and the police
21     ordered you all to leave, you refused to
22     leave, so there was tear gas. Is that your
23     testimony?
24 A  Didn't order us to leave. Just tear gassed
25     us. I am as shocked as you.

---

**45**

1  Q  I didn't say I was shocked. Was that the
2     first time you had been tear gassed?
3  A  No.
4  Q  What are the other occasions before that that
5     you had been tear gassed?
6  A  There was so many I've lost count, but the
7     first time I was tear gassed was the second
8     night I was in St. Louis.
9  Q  What was going on in St. Louis that second
10    night?
11 A  There was gonna be a curfew. We would have to
12    clear the street at midnight and at eight
13    o'clock the police unprovoked started tear
14    gassing us and chasing us down streets in swat
15    cars and that was the first time I was ever
16    tear gassed.
17 Q  What was the next time?
18 A  I don't recall.
19 Q  What was some other times that you can recall?
20    I mean I know there was so many you can't
21    recall all of them, but can you recall any
22    others that you were tear gassed by police
23    while protesting?
24 A  Yeah. I mean it was a almost daily
25    occurrence. This is why I don't have, you

---

**46**

1     know, any special memories, but yeah it was a
2     lot. It was tear gas, pepper balls, pepper
3     spray. The whole gambit was frequent.
4  Q  And was that in your own neighborhood. Well,
5     you told us you didn't have a home at that
6     time. Where was -- at the time that you were
7     being tear gassed were you on -- largely on
8     public property?
9  A  I don't -- I don't know. I believe so.
10 Q  What do you understand to be the difference
11    between public and private property?
12 A  Public property is owned by the government.
13    Private property is owned by a private
14    citizen.
15 Q  Did you ever protest in California?
16 A  Ever?
17 Q  Yes, sir.
18 A  Sure. Yes.
19 Q  What cities?
20 A  I don't remember. I'd have to look up
21    something.
22 Q  What would you have to look up?
23 A  Where I was? I don't know all the cities in
24    California.
25 Q  How would you look up where you were in

---

**47**

1     California?
2  A  Oh, I would look at pictures or I'd like look
3     at Twitter or something and see what I said
4     where I was, but I don't know off the top of
5     my head.
6  Q  You would look at your own Twitter account?
7  A  Uh-huh, (yes) and see if I tweeted about being
8     somewhere. I don't know all the cities in the
9     country or every city I visited.
10 Q  Yes, sir. You told us that you were in
11    California, but your testimony today is that
12    you do not recall what cities?
13 A  Absolutely. Yeah. No. I do not -- and it's
14    true, I do not know every city in California
15    that I might have been to.
16 Q  Do you know any that you might have been to in
17    California where you went to to protest?
18 A  Do I know any? Yes.
19 Q  Yes, sir. What are the names of those cities?
20 A  Los Angeles. Los Angeles is the one that
21    comes to mind.
22 Q  Did you wear your Patagonia jacket and your
23    read tennis shoes when you went to protest in
24    Los Angeles?
25 A  Again, we don't have dates, so I don't know

---

**48**

1     what I was wearing.
2  Q  Now let's go to January 9th of 2016. Let's
3     talk about 2016. Where were you in January of
4     2016?
5  A  I don't know dates. If I can't look at
6     anything, then I have no clue where I was in
7     2016.
8  Q  But your Twitter account is that a public
9     account?
10 A  Yes.
11 Q  And that would show everywhere you were in
12    2016 correct?
13 A  No.
14 Q  No.
15 A  Well I didn't tweet every time I came home. I
16    didn't tweet every time I visited friends, so
17    no it would not show everywhere I was. That
18    is not true.
19 Q  Let's talk about July of 2016. Were you aware
20    that there were nationwide protests in July of
21    2016 staged by the Black Lives Matter
22    Movement?
23 A  I don't know dates, so I don't know what was
24    happening in 2016 without being able to check
25    something.

---

49

1  Q  Are you aware of nationwide protests in July
2     of 2016?
3  A  I do not know dates.  So, no, if that is the
4     question.
5  Q  Are you aware of nationwide protests in 2016?
6  A  No.  I'm not making up dates, so no.  I don't
7     know any dates.
8     THE WITNESS:
9        Is this a break?
10     MR. GIBBENS:
11        Yeah.  Why don't we take a five
12     minute break.
13     COURT REPORTER:
14        Okay.  Going off the record.
15        (OFF THE RECORD)
16     COURT REPORTER:
17        Back on the record.
18  MS. GRODNER:
19  Q  Are you aware of protests in St. Paul,
20     Minnesota that shut down I-94 in July of 2016?
21  A  I'm not aware of any of the dates or a shut
22     down, but I am aware of protests in St. Paul.
23  Q  Did you attend any protests in St. Paul on I-
24     94?
25  A  No.

50

1  Q  Are you aware that officers were injured, hit
2     by glass bottles, and fireworks in St. Paul
3     during a protest?  St. Paul, Minnesota.
4  A  No.
5  Q  Are you aware of protests in D.C. in July of
6     2016 and marches in Washington on public
7     streets?
8  A  I know there were protests in D.C.  Again, I
9     don't know the dates, but there were protests
10     in D.C.
11  Q  Do you know a Eugene Pertier?
12  A  The name sounds familiar.
13  Q  Are you aware of protests in Atlanta, Georgia
14     in July of 2016 on I-75 and 85?
15  A  I don't the dates.  I do know there were
16     protests in Atlanta.
17  Q  Did you attend the protests in Atlanta?
18  A  No.
19  Q  In what cities in the United States have you
20     attended protests?
21  A  I don't know all of the cities in the United
22     States that I attended protests.  The one that
23     come to mind are Baltimore, New York, LA,
24     Baton Rouge.  Those are the ones that most
25     easily come to mind.

51

1  Q  So four cities.  Baltimore, New York, LA, and
2     Baton Rouge are the only cities that you
3     recall protesting in.  Is that correct?
4  A  No.
5  Q  Do you recall protesting in other cities?
6  A  I don't know all of the cities.  Those are the
7     ones I said that come easiest to mind.
8  Q  And you can't think of any others right now
9     besides those four.  Is that correct?
10  A  Yes.
11  Q  You're aware of protests in Miami?
12  A  What was your question?  You said was I?
13  Q  I said are you aware of any protests in --
14  A  I can hear you.  You froze for a second.
15  Q  Okay.  Are you aware of any protests in Miami?
16  A  I don't know dates.  I'm sure there were
17     protests in Miami.
18  Q  Are you aware they blocked I-395 in Miami?
19  A  No.
20  Q  Are you aware of police violence or violence
21     on police in Miami?
22  A  No.
23  Q  Are you aware of police violence or violence
24     on police in Dallas?
25  A  Police violence.  Yes.

52

1  Q  Tell us about that.  The police violence in
2     Dallas.
3  A  I know there are cases where the police have
4     killed many people in Dallas over the years.
5     I'm aware of that.
6  Q  You're not aware of any police being killed in
7     Dallas is that correct?
8  A  I don't know Dallas specifically as I recall.
9  Q  So you weren't aware that two days or within
10     forty-eight hours of the protests on the
11     Saturday in Baton Rouge there were five police
12     officers gunned down in Dallas, Texas.  You
13     weren't aware of that?
14  A  I am now remembering this incident, but again
15     in the absence of dates I don't really know --
16     I don't remember the dates or the cities
17     specifically, but this incident if you're
18     saying it was Dallas, I do remember this
19     happening.
20  Q  And you knew that before you went to Baton
21     Rouge that twelve police officers had
22     been shot during a Black Lives Matter protest
23     in Dallas?
24  A  No.
25  Q  You weren't aware of that before you went to

53

1   Baton Rouge?
2   A   Nope.
3   Q   When did you find out that five police
4       officers of the twelve shot in Dallas was
5       within forty-eight hours before the protest
6       started in Baton Rouge? When did you learn of
7       that?
8   A   I don't -- I don't know.
9   Q   But it was after the protests in Baton Rouge?
10      Is that your testimony?
11  A   No. My testimony is I don't know. I truly
12      don't know.
13  Q   What did you do when you got to Baton Rouge?
14      You told us you got there on the eighth which
15      was, I guess, a Friday. What did you do when
16      you got there?
17  A   I went to sleep and then --
18  Q   Who were you -- I'm sorry.
19  A   And then I went -- I met up with my friends
20      and we met some people who lived in Baton
21      Rouge and then I went to sleep again.
22  Q   So where did you come from? Had you come from
23      a protest in another city when you flew to
24      Baton Rouge?
25  A   I was the Chief of Human Capital in Baltimore

54

1       City public schools. I came from work.
2   Q   The chief of what? I'm sorry.
3   A   The Chief of Human Capital for Baltimore City
4       public schools. The school system in
5       Baltimore.
6   Q   Yes, sir.
7   A   I came from work. I was the Chief of Human
8       Capital. I left the office, went home, and
9       then went to the airport.
10  Q   As the Chief of Human Capital, what was your
11      job duties?
12  A   I managed all human capital functions for the
13      school system.
14  Q   What does that mean?
15  A   So benefits, retirement, unemployment, labor
16      relations, staffing, new teachers. I managed
17      that for the school system.
18  Q   Who were you with on the eighth in Baton
19      Rouge?
20  A   That was Friday?
21  Q   Yeah.
22  A   I met up with Brittany -- and Johnetta Elzie.
23          COURT REPORTER:
24              I'm sorry, I didn't catch --
25  MS. GRODNER:

55

1   Q   Anybody else?
2           COURT REPORTER:
3               Wait a minute. Wait a minute. Can
4       you repeat the names again, DeRay?
5           THE WITNESS:
6               Brittany. Just spelled traditionally
7       Brittany and then Packnett is P-A-C-K-N-
8       E-T-T and then Johnetta is John I think
9       it is John like Johnetta like John and
10      then N-E-T-T-A. Her last name is Elzie.
11      E-L-Z-I-E.
12          COURT REPORTER:
13              Okay. Thank you.
14  MS. GRODNER:
15  Q   Now you said you met with some people in Baton
16      Rouge. Who were they?
17  A   I don't know them. They were local activists.
18  Q   Were you called to come to Baton Rouge? Did
19      somebody from Baton Rouge call you and ask you
20      to come to Baton Rouge?
21  A   Call me? No.
22  Q   Did anybody from the Alton Sterling family or
23      representing the family call you to come to
24      Baton Rouge?
25  A   Call me? No.

56

1   Q   Did you meet with anybody from the Alton
2       Sterling family on the eighth or anyone
3       representing the Alton Sterling family on the
4       eighth?
5   A   I don't remember.
6   Q   You don't remember doing so?
7   A   No. I don't remember.
8   Q   Why did you come to Baton Rouge?
9   A   Somebody from the organizing community reached
10      out to somebody else on our team and asked us
11      to come.
12  Q   Who was from the organizing committee reached
13      out to who on your team?
14  A   I don't remember who it was from -- from Baton
15      Rouge and I actually don't remember who they
16      reached out to. It just wasn't me. I know
17      that.
18  Q   So your testimony is that your belief that
19      someone from Baton Rouge reached out to who?
20  A   I just told you I don't remember exactly. I
21      mean this was 2016. I don't remember exactly
22      who they reached out to, I just know it wasn't
23      me.
24  Q   Well how would you know that that happened?
25      Did somebody tell you that? Were you there?

57

1    I mean how do you know that that happened?
2  A  Somebody told me.
3  Q  And who was that somebody who told you that
4    somebody from Baton Rouge called and wanted
5    you to come to Baton Rouge?
6  A  Like I said I don't remember. I mean it could
7    have been a host of a small group of us. The
8    people who were there, but I don't remember
9    who exactly it was. I don't want to lie to
10   you.
11 Q  You said there was an organizing team. Who
12   was on the or what was the organizing team?
13 A  I didn't say team. There was a set of
14   organizers who were in Baton Rouge and I don't
15   know them personally. I met them that night
16   and that was really our only time meeting each
17   other.
18 Q  Okay. You said you met a team of organizers.
19   How do you know that those organizers called
20   for you to come to Baton Rouge?
21 A  I don't have another way of saying it, but
22   somebody from the Baton Rouge organizing
23   community reached out to somebody on our team.
24 Q  And you were told that by somebody else. Is
25   that correct?

58

1  A  On our team. Yeah. I just don't remember who
2    exactly it was on my team.
3  Q  Who was on your team?
4  A  I told you their names and I can repeat them.
5    So Brittany Packnett, Johnetta Elzie and you
6    know Samuel Sinyangwe.
7    COURT REPORTER:
8      What's Samuel's last name?
9    THE WITNESS:
10     S-I-N-Y-A-N-G-W-E. Sinyangwe.
11   COURT REPORTER:
12     Thank you.
13 MS. GRODNER:
14 Q  What about Jamira Burley? Who is she?
15 A  She is a friend.
16 Q  She wasn't there with you?
17 A  She was in Baton Rouge. She did not come with
18   us, but she was in Baton Rouge.
19 Q  She wasn't part of your group?
20 A  I know Jamira. She, again, I already told you
21   who our group was. We did meet Jamira there
22   in Baton Rouge and Jamira is my friend, but I
23   don't know when Jamira got there actually.
24 Q  What about Sharhonda Bossier? Who's she?
25 A  Same. Friend and I don't know when she got

59

1    there. She did not come with us, but we did
2    see her in Baton Rouge.
3  Q  On the video that you live streamed, Johnetta
4    said there were fifteen of you all. You've
5    told us of four. Who are the other fifteen
6    that Johnetta said were with you all?
7  A  I don't know who.
8  Q  There's fifteen of us. Who was she
9    referencing?
10 A  You'd have to ask Johnetta.
11 Q  She's gonna be one of your witnesses to appear
12   at trial. Correct?
13 A  You can ask Billy. I don't know their trial
14   strategy. I'm just telling you what I do
15   know.
16 Q  You have watched that live stream before
17   haven't you? When you live streamed yourself
18   being arrested in Baton Rouge. You have
19   watched that before haven't you?
20 A  I actually haven't watched the whole thing,
21   because I was the person arrested, so I don't
22   need to relive that moment over and over.
23 Q  So you've never watched the whole video?
24 A  That's correct. I've actually never watched
25   the whole video.

60

1  Q  Is the place that you went to that night was
2    that the Triple S grocery store food mart?
3  A  I don't think. I don't think I went to a
4    grocery store that night.
5  Q  Did you meet with the new Black Panthers that
6    night?
7  A  No.
8  Q  On the eighth?
9  A  No.
10 Q  Because the police made a report that you did
11   meet with the new Black Panthers that night on
12   the eighth at the Triple S. Do you not
13   remember that or did that not happen? What's
14   your testimony under oath?
15 A  I don't even know what a Triple S is, so I
16   don't know anything about this.
17 Q  Did you go to the place that night where Mr.
18   Alton Sterling was shot?
19 A  I don't know if I went that night or the next
20   morning. I did see it at some point or maybe
21   I went after I got out of jail from being
22   arrested. I don't know. I did see it when I
23   was in Baton Rouge. For sure I do not
24   remember which day.
25 Q  Okay. So it could have been the eighth. Is

61

1    that correct?
2  A  Or the ninth or the tenth.  Yes.
3  Q  All right and who is Gary Chambers?
4  A  He is a local activist.  Yeah.
5  Q  Did you talk to him before you went?  Did you
6     meet with him while you were there?
7  A  Did not talk to him before I went and no he
8     was not one of the people I remember meeting
9     there.  I know him only on the internet.  I
10    think I know him from Twitter.
11 Q  But you had his phone number.  Correct?
12 A  I think so, but I don't know Gary.  I don't
13    think I -- I don't know.  Do I have his phone
14    number actually?  I would need to check, but I
15    can't check things, so I honestly don't know,
16    but I do know who Gary is.
17 Q  What does he look like?
18 A  He is African-American male.
19 Q  Yes, sir.
20 A  He has short hair.
21 Q  What color?
22 A  I believe it's black.
23 Q  Is he light, dark, medium skinned?  What's his
24    skin color as an African-American?
25 A  I would describe him as brown skin.

62

1  Q  Brown.  What color eyes?
2  A  I don't know.
3  Q  How tall is he?
4  A  I don't know.
5  Q  What's his height?
6  A  I don't know.  I don't know his height.
7  Q  What's his body build?  Is he slim?  Is he
8     heavy?  Is he fat?  I mean what's his body
9     build?
10 A  The question makes me uncomfortable.  I don't
11    know his body type.
12 Q  Okay.  Did Gary Chambers ask you to leave
13    Baton Rouge?
14 A  I don't think so.
15 Q  Did Gary Chambers call and ask you to attend
16    Alton Sterling's funeral?
17 A  I don't remember really talking to Gary, so I
18    don't have much recollection of this.
19 Q  Do you know why you didn't attend Alton
20    Sterling's funeral?
21 A  When was the funeral?  I think -- did I not go
22    because I was in jail.  I legitimately don't
23    know.  I mean I can't look up anything, so I
24    can tell you around the time where I would
25    have been, but I don't remember when the

63

1     funeral was for me not to attend.  So if you
2     don't know either then that's fine, but I
3     legitimately don't know when the funeral was.
4  Q  Did Gary Chambers, in fact, ask you not to
5     attend?
6  A  No.
7  Q  Didn't he, in fact, say when the funeral
8     started if you're here to protest, leave now?
9  A  This whole encounter I literally do not know
10    anything about and I don't remember when the
11    funeral is.
12 Q  Did Reverend Jesse Jackson ask you to attend
13    the funeral?
14 A  I don't know when the funeral was, so I don't
15    remember talking to Jesse about this.
16 Q  Did Al Sharpton ask you attend the funeral?
17 A  No.  I don't know when the funeral was.
18    don't remember talking to Sharpton about this.
19 Q  Do you remember the Circle K across from the
20    police headquarters?
21 A  Circle K.  No.  Is that -- what is Circle K?
22    Is it a gas station?  A grocery store?  I
23    don't know.  We don't have Circle K.  I don't
24    know a Circle K.  The police department in
25    Baton Rouge is a old hospital and I remember

64

1     it being empty actually across the street from
2     it, so no I don't know.
3  Q  You said you remember what being empty?
4  A  Like I don't remember anything being across
5     the street from it, but --
6  Q  You don't remember anything being across the
7     street from the police station?  Is that your
8     testimony?
9  A  The police station is the old -- the old
10    hospital and maybe there's another one, but I
11    was at the one that is the old hospital.
12 Q  Yes, sir.  My question was you don't recall a
13    store being across the street from that old
14    hospital.  Is that correct?
15 A  Correct.
16 Q  Did you meet with the new Black Panthers the
17    morning of that Saturday protest at a park
18    across the street from the Baton Rouge police
19    headquarters?
20 A  No.
21 Q  Is it your testimony that at no time did you
22    meet with any members of the new Black
23    Panthers?
24 A  Correct.  I have no recollection of that.
25 Q  Are you saying it didn't happen or you're

Page 65

1   saying you don't recall?
2  A  I'm saying I definitely did not do it, but you
3     asked me anybody who identifies. I don't know
4     how people identified, but I did not go to a
5     meeting of the New Black Panthers. That is
6     true.
7  Q  And you did not meet with them on Saturday,
8     July 9th at the park across the street from
9     the police headquarters?
10 A  Correct.
11 Q  And you did not meet with any members of the
12    new Black Panthers at the Triple S store on
13    the eighth the Friday before?
14 A  Correct.
15 Q  But you don't recall who you did meet with the
16    night before. Is that correct?
17 A  Correct.
18 Q  Tell us what you did -- you said you came in,
19    you went to sleep, you got up, you met with
20    some people. You said you don't remember who
21    or where and then you went back to sleep. Is
22    that your testimony when you came to Baton
23    Rouge?
24 A  Yeah. I think we might have met at a church
25    actually now that I'm thinking about it, but I

Page 66

1     left work, got on a plane and landed, took a
2     nap, we met with some people. I think it was
3     at a church. I think it was actually at a
4     church and then went back to sleep. It was a
5     long Friday.
6  Q  And Johnetta Elzie was with you?
7  A  For most of it. Yes.
8  Q  She would be with you when you met people at
9     this church?
10 A  Yes.
11 Q  What about Sam? Was he with you?
12 A  No. He was not in Baton Rouge.
13 Q  Now you said somebody contacted your team.
14    You recall that?
15 A  Yes.
16 Q  What did you do after your team was contacted?
17 A  Went to Baton Rouge.
18 Q  Okay, because in your answers to discovery you
19    said that you notified others of the protest.
20 A  Oh, Twitter. I amplified a message on Twitter
21    about it.
22 Q  What did you say?
23 A  I amplified a message, so I retweeted a
24    message.
25 Q  What was that message?

Page 67

1  A  I cannot look, so I don't know.
2  Q  Is it correct that you had over a quarter
3     million followers on Twitter by 2016?
4  A  I don't -- I don't want to make up numbers and
5     without being able to check I do not know.
6  Q  Are you saying that would be a false statement
7     if I said by 2016 you had over a quarter
8     million followers on Twitter?
9  A  I'm saying honestly I just don't know. I
10    don't remember the follow count by year, so I
11    don't.
12 Q  How many do you have now?
13 A  I can't check, but it is I think nine hundred
14    and forty thousand'ish.
15 Q  What is Stay Woke?
16 A  It's a legal name of Campaign Zero. We have a
17    DBA that is Campaign Zero so they are the same
18    thing. Stay Woke is my personal LLC. Stay
19    Woke is an LLC, but we own the domain Stay
20    Woke. Staywoke.com was also a website of ours
21    back then.
22 Q  You said a personal website of ours. Is that
23    what you said?
24 A  No. So Stay Woke could be a couple of things.
25    So Campaign Zero we owned staywoke.org,

Page 68

1     staywoke.com, the websites. We don't anymore,
2     but we did then I believe and then my personal
3     LLC is named Stay Woke.
4  Q  In what year did you establish Stay Woke, your
5     LLC?
6  A  I don't remember. I believe 2016, but I don't
7     know for sure.
8  Q  Did you do a television documentary in 2016
9     called Stay Woke the Black Lives Matter
10    Movement?
11 A  I was interviewed for a documentary, but I did
12    not. Yes, I was interviewed for a
13    documentary.
14 Q  And that aired in May 26th of 2016?
15 A  Sure. I don't know the dates, but that sounds
16    right.
17 Q  And you were in that documentary film with
18    Jesse Williams, Felicia Garza, Patrisse
19    Cullors, Johnetta Elzie, Darnell Moore,
20    Michele Angelle Davis, Brittany Packnett. Is
21    that correct?
22 A  I don't remember the list of people, but that
23    sounds right.
24 Q  Have you authored any books?
25 A  Yes.

**69**

1 Q  Do you remember the name of the book that you
2     authored?
3 A  Yes.
4 Q  What is the name?
5 A  On the Other Side of Freedom.
6 Q  Is that the full name?
7 A  Yeah.  The subtitle is the Case for Hope.
8 Q  And what is that book about?
9 A  It is about my reflections on the protests, my
10    ideas about activism and identity.
11 Q  Was that a fictional book or did you consider
12    that to be truthful?
13 A  Truthful.
14 Q  So the statements that you made in that book
15    you consider to be truthful.  Is that correct?
16 A  Correct.
17 Q  What is DeRay.com?
18 A  My website.
19 Q  Now you told us Stay Woke and staywoke.com
20    aren't owned by Campaign Zero anymore.  Do
21    those go to Samuel?  Those were his products
22    that you had to give back to him when you all
23    split?
24 A  No.
25 Q  Who has those websites now?  Staywoke.org and

**70**

1     staywoke.com?
2 A  We don't know the current owners.
3 Q  Who's we?
4 A  I don't know anybody.  The current owners are
5     not listed publicly so I have no clue and none
6     of the Campaign Zero staff know who actually
7     manages those domains today.
8 Q  Were those actually created by Samuel?
9 A  No.
10 Q  Did the leaders of Black Lives Matter, Parisse
11    Cullors, Opal Tometi and Alicia Garza, did
12    they claim that you hijacked Black Lives
13    Matter?
14 A  You're talking about the global network.
15    You're using them differently in the sentence.
16 Q  I referenced three women.  Patrisse Cullors,
17    Opal Tometi, and Alicia Garza.  Did they claim
18    that you hijacked Black Lives Matter?
19 A  I have no clue.
20 Q  Would you agree that you and Johnetta and
21    Brittany Packnett all met in Ferguson?
22 A  Yes.  We met in St. Louis.  In St. Louis.  We
23    did not meet in Ferguson proper just as a
24    point of reference.
25 Q  So who notified you that there would be --

**71**

1     well, let's back up.  You mentioned that you
2     were notified on Twitter of protests in July.
3     What -- were you notified that there would be
4     protests across the country, the week of rage?
5     What were you notified about?  Who notified
6     you?
7 A  I was made aware on Twitter.  There was no one
8     specific person.  People would tweet and I
9     would see it.
10 Q  And then you turned around and tweeted to all
11    of your followers that you were going to Baton
12    Rouge to protest on July 9, 2016.  Is that
13    correct?
14 A  I believe that I made a statement that I was
15    in Baton Rouge.  I don't believe I said I was
16    going to Baton Rouge actually.  I think I did
17    say I was in Baton Rouge when I was there, but
18    I'd have to look.
19 Q  Okay.  Your interrogatory answers said that --
20    that you received a tweet and then you spread
21    the -- let's see exactly what you said.  Said
22    you received a tweet and that you turned
23    around and spread the --
24 A  Yes.  Like re-tweeted.
25 Q  And you re-tweeted?

**72**

1 A  Uh-huh, (yes).
2 Q  And it suggests that you did that before you
3     got there.  Is that incorrect?  You did it
4     after you got there?
5 A  No.  No.  You asked me two different things.
6     You said -- you asked if I said I was going to
7     Baton Rouge.  That's what I'm saying I don't
8     believe I said I was going to Baton Rouge
9     before I got there.  I amplified the message
10    that there would be protests in Baton Rouge.
11    That is correct.
12 Q  Okay and you provided the time and the place.
13    Correct?
14 A  I believe I re-tweeted something that had the
15    time and the place.  Yes.
16 Q  To your Twitter followers.  Correct?
17 A  Correct.
18 Q  Were you also aware that on the same day there
19    were multiple Black Lives Matter protests
20    across the country?
21 A  I don't remember that, but I am sure that
22    there were protests across the country.
23 Q  Why do you say that?
24 A  Because the police did not stop killing people
25    so people continued to protest.

73

1  Q  Now you never received any funding from any
2     source for the purpose of protesting.  Is that
3     correct?
4  A  Correct.  Not for the purpose of protesting.
5  Q  What purposes did you receive funding?
6  A  For my -- you know, people, my friends tell me
7     --
8  Q  I couldn't hear you, sir.  I'm sorry.
9  A  My friends helped me pay for food and my rent
10    when I still had an apartment and things like
11    that.  I was never paid to protest.
12 Q  Who were these friends?
13 A  Oh, you know, my sister's friends, my family.
14    I don't have a list of people, but yeah.
15 Q  Did you receive any monies from George Soros
16    at any time?
17 A  No.
18 Q  So your sources of funding during 2016 was
19    your sister, you said your mother, your family
20    members.
21 A  Not my mother.  My mother left when I was
22    three, so she was not a part of this.  I never
23    said that, but my -- hold on one second.  Let
24    me just close this door for a minute.  They're
25    vacuuming.  So family and friends like people

74

1     I went to college with and family and friends
2     that I had worked with before, but no not
3     George Soros and not my mother, because she
4     left when I was three.
5  Q  Approximately how much money did you receive
6     from these third-parties?
7  A  I don't have a -- I don't know.  I don't have
8     a -- I can't look at anything, so I don't have
9     an approximate number.
10 Q  What would you look at if you wanted to figure
11    out how much you received from those sources?
12 A  I don't know.  I'd try to look at my bank
13    account from back then and see how much money
14    I even had or something.  I don't know.  I
15    actually don't know what I would look at, but
16    I don't want to make up numbers.
17 Q  What is crowd funding?
18 A  When people donate to a cause on the internet.
19 Q  Did you ever receive money from crowd funding?
20 A  We as a collective did.  Yes.
21 Q  Who is we as a collective that you're
22    referencing?
23 A  The same four people you named before.  So me,
24    Brittany, Netta and Sam.
25 Q  And when you say we collectively there was a

75

1     lump sum given to the four of you?
2  A  No.  People would donate in, you know, and
3     would help us pay for food or hand warmers or
4     shirt.
5  Q  How did that work?  How did they know that the
6     money that they were giving to crowd funding
7     was going to you and Brittany and Elzie and
8     Sam?
9  A  At the time there was a link that people would
10    donate to and we -- I don't know if you saw,
11    but we used to run a newsletter for I don't
12    know probably the first ninety days of the
13    protest that assembled all the news in one
14    place and people would donate to help support
15    the newsletter.
16 Q  You said the first ninety days of which
17    protest?
18 A  The beginning.  So Ferguson.  So August of
19    2014.
20 Q  So what did the newsletter have to do with
21    your crowd funding monies?
22 A  That's what people were donating to support.
23    That was like how they donated, because we ran
24    a newsletter and people would donate to
25    support.  Pay to post the newsletter on the

76

1     website and send it out by e-mail and all
2     those things.
3  Q  And so what about 2015 were you still getting
4     money from crowd funding in 2015?
5  A  The protest ended in 2015, because I remember
6     there were four hundred days from August, so I
7     believe so.
8  Q  So in 2016 did you get money from crowd
9     funding?
10 A  I don't believe so.
11 Q  Was there another source similar to crowd
12    funding?  A PayPal that you received money
13    from in 2016?
14 A  No.
15 Q  Tell us what you did on July 9th?
16 A  Of 2016?  Yes?  Is that what you're talking
17    about?  That's also my birthday so that's why
18    I'm asking.  Okay.
19 Q  Yes, sir and you were, in fact, arrested one
20    hour before your birthday ended.  Correct?
21 A  I believe so.  Yeah.  It was pretty late.  I
22    mean I don't remember the exact time, but yes.
23 Q  Around 11:00 p.m.?
24 A  Yeah.  So on July 9th I woke up --
25 Q  Were you marching towards the interstate or

77

1    away from the interstate at the time that you
2    were arrested?
3  A  Away.
4  Q  So you had already been turned away from the
5    interstate?
6  A  I had already turned around. The police said
7    to get out of the street, I said okay and got
8    out of the street and was arrested not in the
9    street. I was on the other side of the line.
10  Q  Sir, we've seen the video and we're trying to
11    determine if you were -- we know that you were
12    trying to get onto I-12 correct?
13  A  That is not -- in the video I'm arrested --
14    this is why I made the video, because they
15    told me to get out of the street and I was
16    getting out of the street, so I haven't seen
17    that part of the video because I lived that
18    part.
19  Q  We've seen the entire video, sir, so let's go
20    back over it again. You were marching towards
21    I-12 correct?
22  A  I believe that is the name of the highway, but
23    sure, yes.
24  Q  And you were marching -- your claim is you
25    were marching on the side of Airline Highway

78

1    correct?
2  A  My claim -- you asked me about when I was
3    arrested.
4  Q  No, sir. I didn't. I'm trying to determine--
5    the point of time I'm trying to determine is
6    if you were going to or coming from I-12 at
7    the time that you were arrested. That's all.
8    I'm not trying to determine where the red
9    shoes were at the time of the arrest.
10  A  I don't know to or from. I just don't know.
11    I don't know that much about the highway area
12    to know whether I was going to or from it. I
13    just know where I was.
14  Q  Did you look at a map before you went to that
15    site?
16  A  No.
17  Q  Did you investigate whether or not there were
18    sidewalks?
19  A  No.
20  Q  Did it matter to you whether or not there were
21    sidewalks?
22  A  No.
23  Q  So you started at the police headquarters.
24    Correct? On Airline Highway.
25  A  Yes.

79

1  Q  Is it your testimony you were never in the
2    street on Airline Highway? Is that your
3    testimony?
4  A  Yes. At the police station. Yes.
5  Q  You were never on Airline Highway in the
6    street. Is that your testimony?
7  A  This is -- I'm just trying to understand. At
8    the police station not in the street. After
9    the police station, yes.
10  Q  What do you mean by that? After the police
11    station yes.
12  A  So remember that -- I thought you said you saw
13    it, but remember that night we started at the
14    police station. Nobody was in the street and
15    then the protest marched to Airline Highway
16    and so that's when people were in the street
17    and so I was there for both. I was not in the
18    street. Nobody was in the street at the
19    police department and then after people left
20    the police department we were in the street.
21  Q  So with regard to the police department were
22    you outside their front doors? You said you
23    were on the property itself. Where were you
24    on the property of the police department?
25  A  I didn't say I was on the property. I said I

80

1    was there, but there's like a -- like a
2    sidewalk area and then there's a median so
3    people were like on -- in the median, on the
4    sidewalk, on the edge of the -- I don't know
5    what you call it, but like the grass hits the
6    -- whatever that is, the sidewalk edge. So I
7    was there at the police department. You know
8    the police department is gated so nobody was,
9    you know, on the actual property of the police
10    department because it was gated.
11  Q  So you were in the median or in the grass. Is
12    that your testimony?
13  A  No. The sidewalk and median and the sidewalk.
14  Q  When you walked to Airline Highway, down
15    Airline Highway towards I-12 were there people
16    following you?
17  A  No. I was following people. People were
18    behind me, but they were not following me. I
19    was following people.
20  Q  Okay. So if there's a large group behind you,
21    your testimony is that you were not leading
22    them, but they were just following behind you?
23  A  Absolutely. Correct. I was not leading them.
24  Q  Do you have any video showing that there were
25    people in front of you that you were following

81

1    towards I-12 when you marched towards I-12?
2  A  I don't know.  I believe I tweeted videos that
3     night.  That would be on Twitter, but I don't
4     have them in front of me.
5  Q  Is there ever an occasion prior to July 9th
6     where you told anyone that they should not
7     show violence against police?
8  A  Yes.
9  Q  Give us an example.
10  A  There were many times, you know, as we were
11     thinking through planning where I and
12     everybody else was very clear that we were not
13     the perpetrators of violence and we should not
14     extend violence.  That the police were violent
15     and that's how we were in the street and it
16     made no sense to try and inflict that violence
17     back on them.  So that was a message that we
18     all said in the early days and the middle and
19     the end of the protest.
20  Q  So who was this planning group you're
21     referencing?
22  A  Oh, I mean I'm -- so again there was no -- the
23     beautiful thing is that everybody was sort of
24     planning things so you know I was a part of
25     hundreds of incredible leaders who were

82

1     planning things, we were having discussions
2     about what we should do or shouldn't do and
3     that's when I -- when I say planning it's
4     beautifully community lead so it's hundreds of
5     people at any given point across the protests
6     that I participated in or protesters that I
7     knew whether I was there or not.
8  Q  If you had to offer proof of that in court
9     what proof would you offer that you did that?
10  A  I don't know.  Maybe Twitter.  I'm sure I
11     tweeted.  I'm sure I tweeted sentiments
12     aligned to this.
13  Q  Who is a person in the planning group that you
14     would call as a witness to say that you said
15     that?
16  A  The planning group is not a proper noun
17     remember, so there's no group.  I use planning
18     broadly.  There were hundreds of people who
19     were helping to plan associated things with
20     the protest.
21  Q  Who are one of these planning people that
22     heard you say these statements about non-
23     violence that we could call if we wanted to
24     verify that you said that?
25  A  Oh, Brittany Packnett, but I'm sure I could

83

1     think of a list of people.  There's a big list
2     of people.  Who would have --
3  Q  Now are you and Brittany Packnett still
4     speaking?
5  A  I've not spoken to Brittany in -- I've not
6     spoken to Brittany in awhile.
7  Q  How long has it been?
8  A  I don't know.
9  Q  Over a year?
10  A  Yes.
11  Q  Two years?
12  A  I don't know.
13  Q  And why did that friendship break up or that
14     business relationship break up?
15  A  We just went to do different things.
16  Q  Didn't she feel like, in fact, that you were
17     trying to take all of the accolades for
18     yourself and not letting the Black Lives
19     Matter Movement actually share in any
20     successes?
21  A  I don't know what Brittany thinks.
22  Q  Did Brittany think that you were self-
23     promoting rather than promoting a cause?  Is
24     that what she told you was the reason she was
25     angry with you?

84

1  A  Brittany never said she was angry with me, but
2     I don't know what Brittany thinks so you'd
3     have to ask Brittany.
4  Q  You know that she stopped speaking to you
5     purposely and will not return your calls and
6     won't speak to you.  Correct?
7  A  No.
8  Q  You don't know that?
9  A  I don't know anything about not returning my
10     calls.  I mean I haven't called, so you can't
11     not return a call that hasn't been made but
12     either way I don't -- you'd have to ask
13     Brittany how Brittany feels.  I don't know.  I
14     don't want to speak for Brittany.
15  Q  Okay.  So when you got to Airline you told us
16     you were on the sidewalk, the median, and the
17     sidewalk.
18  A  At the police station.  Remember that the
19     highway hits the police station so when you
20     keep saying the highway they are disconnected.
21     In my remembrance they are not disconnected.
22     So at the police station we were not in the
23     street.  We were on a sidewalk, median,
24     sidewalk.  That is true.
25  Q  And so the sidewalk you were on was right

85

1  outside the fence you described?
2  A  Correct.  There were two.  Remember sidewalk,
3  sidewalk.  There are two sidewalks.  Sidewalk,
4  median, sidewalk.  So there is a sidewalk that
5  is literally where the police department
6  building is and then there's a median and then
7  there's a sidewalk across the street.  I was
8  in between those like at any one of those at
9  the police department.
10 Q  And then you and others began marching towards
11    I-12?
12 A  I followed the people leading who were
13    marching towards I-12.  Yes.
14 Q  Who were you following?
15 A  I don't know any specific people.  There were
16    just people in front of me who were -- who
17    knew where they were going and I certainly did
18    not know anything about that area well.
19 Q  Now while you were there at the police
20    headquarters on the street, sorry you said the
21    sidewalk, the sidewalk, across the street on
22    the median.
23 A  Yeah.  Sidewalk, median, sidewalk.  Yes.
24 Q  To get to the median did you cross at the
25    light or did you just walk across the street?

86

1  A  At the cross walk actually in Baton Rouge at
2     the cross walk.
3  Q  And there were cars on that road traversing
4     that road, Airline Highway, correct?
5  A  Actually, not really.  I think the police
6     pretty much shut down that entire area in
7     anticipation of the protest.
8  Q  We've seen videos of you with cars on I -- on
9     -- passing next to you.  That would be on
10    Airline Highway.  You never left Airline
11    Highway area did you?
12 A  I did not.
13 Q  Okay.  So if there were cars on a highway near
14    you that would be Airline Highway correct?
15 A  Again, you asked about the police station.
16    They are close.  They are just not the same
17    thing.  The police station is not -- you know
18    the highway goes all the way down.
19 Q  But your testimony is they closed the Airline
20    Highway at the police station.  Is that your
21    testimony?
22 A  My memory is that the street that we were
23    standing across from -- I wish there was a
24    map, but that they --
25 Q  We have a map.  We can pull up a map and you

87

1  can show us.  Is that what you would like to
2  do?  Show us on a map where the street was
3  blocked by the police.
4  A  If you have a map.
5  Q  Is that what you would like to do?
6  A  Yes.
7  Q  Okay.  Darren, I'm gonna allow you to share a
8     screen.  Can you open up that map so he can
9     show us where this barricade across Airline
10    Highway was.
11 A  I did not say there was a barricade.
12 Q  Where the police blocked Airline Highway.  I'm
13    sorry.
14 A  Oh, this isn't a picture of the area.
15 Q  Darren, you have to choose the next map.
16 A  This is Google maps.  This is -- I thought you
17    said you had a picture.
18 Q  You want a photograph of the police station?
19    Is that -- because here's Airline Highway on
20    the map.  There's the Circle K across the
21    street.  There's the police station.
22 A  Where's the police station?  This is the
23    police station?
24 Q  The cars are on it right there.
25 A  That's the old -- that's the old hospital.

88

1  Okay.  Yeah.  So if you just go down a little
2  bit to Goodwood Boulevard.  So the protest
3  were -- had started out right there.  So when
4  I say sidewalk, median, sidewalk it looks like
5  it's across Goodwood Boulevard and nobody was
6  shutting down -- like nobody was on Airline
7  Highway at the very beginning as I said before
8  they intersect.  The protest then lead to
9  Airline Highway, but there was definitely not
10 a lot of traffic on Goodwood Boulevard because
11 the police were limiting if they had not
12 completely shut down the street they certainly
13 were limiting traffic from driving in front of
14 the police department.  That is my
15 remembrance.
16 Q  Okay.  So let's go over that testimony.  So
17    you see where they have the Hosanna Christian
18    Academy right there on Goodwood.
19 A  Correct.
20 Q  Your testimony is you were somewhere on the
21    sidewalk in that area.
22 A  No.  Not that area.  It literally was like
23    right in between -- it's essentially where the
24    word is Goodwood Boulevard.  It's like from
25    the D in Goodwood to the D in Boulevard.  It

89

1  was a pretty tight area, but I don't remember
2  ever seeing this Christian Academy, but it was
3  sort of like right there.  It was close to
4  Airline Highway, but it was not on Airline
5  Highway.  So it was closer to the
6  intersection, because there was a light -- I
7  remember there being a light right there.
8  Q  Okay.  So then you tell us you -- from there
9  between the D on Goodwood and the D on
10  Boulevard you then went to the corner or did
11  you go across the street to the police
12  station?  Where did you go?
13  A  I don't know if I'm -- I'm saying the same
14  thing and you are hearing something different,
15  so I don't know what I'm doing wrong, but like
16  the protest -- where the mouse is the --
17  everybody started out like even with the mouse
18  up a little bit like in the middle of the
19  street, everybody started out around here, but
20  not actually in the street.  They were on the
21  sidewalk, the median, and the sidewalk.  That
22  is like where the protest began on the
23  sidewalk not shutting anything down.  What I
24  was saying to you is that my memory is that
25  there was not a lot of traffic on this street

90

1  at all when they were outside, because the
2  police had limited traffic there.  Does that
3  make sense?
4  Q  So your testimony is there's a median on
5  Goodwood Boulevard?
6  A  That's what I remember.  Yes.
7  Q  Okay.  So from Goodwood Boulevard you went to
8  the corner, correct, to Airline Highway and
9  then you began proceeding towards the
10  interstate?  You see where the blue line is
11  from A to B?
12  A  Yeah.  Correct.  Yes.  So I followed the
13  people who were leading as we went to the
14  highway.  That is correct.
15  Q  And so you actually, from what we can tell,
16  were arrested right around B so you would have
17  been beyond B and then you turned around and
18  came back or were you arrested while you were
19  marching towards I-12?  That's what we're
20  unclear about.
21  A  I don't know what I-12 is, so I don't know
22  what that means, but I was definitely arrested
23  on Airline Highway.  I don't know what --
24  Q  Did you go down Airline Highway and turn
25  around and go back towards the police

91

1  department before you were arrested?
2  A  I was turning around and walking back towards
3  the police department when I was arrested.
4  Q  Okay.  So you see where the A is?
5  A  Yes.
6  Q  We can all agree that you were -- that you had
7  to be in that area to get to point B.  Right?
8  A  I was where Goodwood Boulevard is, but if --
9  yes, so like was I near the A?  Absolutely.
10  But when I walked towards Airline Highway.
11  Q  So under oath you're admitting that you were
12  in the area where that A is on the night of
13  this incident?
14  A  Yes.  Near Goodwood Boulevard.  Yes.
15  Q  Prior to your arrest?
16  A  Prior to -- yeah.  We left Goodwood Boulevard
17  and walked to where the B is which means I had
18  to pass the A.  That is correct.
19  Q  Okay and I want to be clear on this.  Are you
20  saying that you're not sure if you had already
21  been turned around and were walking back to
22  the police department at the time of your
23  arrest?
24  A  No.  I said -- I was clear about that.  I can
25  repeat it back to you, but I was walking away

92

1  -- I was walking towards A -- I was at B
2  walking towards A when I was arrested.
3  Q  Okay.  All right.
4  A  And not in the street when I was arrested.
5  Q  Now were there any stores that you stopped at
6  between A and B or did you just go directly
7  from A to B or beyond B and back?  Was there
8  any reason why you would have stopped and
9  maybe sat down and took a breather or anything
10  like that?
11  A  No.  No stores.
12  Q  Okay.  And your testimony is you were arrested
13  around 11:00 p.m.  Correct?
14  A  No.  That is not my testimony.  I don't
15  remember the time.
16  Q  Okay.  You threw your phone down when you were
17  arrested.  Correct?
18  A  Correct.
19  Q  And you've seen the live stream that Johnetta
20  Elzie picked up your phone.  Correct?
21  A  We've already talked about this.  No, I've not
22  seen the whole live stream, remember.
23  Q  If she said there was one hour left to your
24  birthday that would put it at eleven o'clock.
25  Right?

93

1  A  Around that.  Yes.
2  Q  Okay.  Thank you.  Now how many people were
3     from out of state in the group that you were
4     with?  Brittany -- I'm sorry, Ms. Johnetta
5     said there were fifteen of you all in your
6     group.  Do you dispute that?
7  A  I don't know.  You'd have to ask Netta.  I
8     don't know where the fifteen came from.  I
9     don't know.  Again, Netta was -- remember
10    Netta was in Baton Rouge before I got there.
11    I don't know how many days before I got there,
12    but I got there on Friday, so I don't know --
13    I have no clue who the fifteen is.  I just
14    know the people I said.  So it was me,
15    Brittany, and Netta were together and we met
16    Sharhonda and Jamira in Baton Rouge.
17 Q  Were you involved in the Baltimore protest in
18    the wake of Freddy Gray's death on April 18th
19    through 24th outside the western district
20    police station?
21 A  Can we unshare this or do we need to -- I just
22    want to make my screen back big.  Are we still
23    talking about the map?
24 Q  We'll attach this map as Exhibit #1.  Darren
25    will email it to the court reporter.  Okay.

94

1     We can stop the share.
2  A  I don't know the dates, but I believe that I
3     was -- those dates sound correct and I was in
4     Baltimore for the protest around Freddy Gray.
5     Yes.
6  Q  And are you aware -- were you aware in April
7     of 2015 that there were injuries to twenty
8     police officers, two hundred and fifty
9     arrests, two hundred and eighty-five to three
10    hundred businesses damaged, a hundred and
11    fifty vehicle fires, sixty structural fires,
12    twenty-seven drug stores looted?
13 A  No.
14 Q  Were you aware of any of that?  That there
15    were any damage to any police officers,
16    arrests, businesses, cars, were you aware of
17    any violence?
18 A  No.  Violence to me is against people and no I
19    wasn't aware of any of that besides the police
20    killing people and I did see property damage.
21    I saw on the news.  I saw that there was
22    property damage on the news and I was aware of
23    that.
24 Q  Okay.  You said that you saw police killing
25    people during that Baltimore protest.  Is that

95

1     your testimony?
2  A  No.
3  Q  Okay.  And were you aware that by watching
4     that news station that police officers were
5     injured?
6  A  No.
7  Q  Were you arrested?
8  A  No.
9  Q  Did you know that others were arrested?
10 A  Yes.
11 Q  You knew that protest was on -- blocking a
12    public highway correct?
13 A  A highway?  No.  I don't.  I don't know
14    anything about blocking a highway in
15    Baltimore.
16 Q  Blocking public streets.  Excuse me.
17 A  Yes.
18 Q  What about McKinney, Texas?  Did you
19    participate in any protests in McKinney,
20    Texas?
21 A  Yes.
22 Q  Would that have been on or about June 12,
23    2015?
24 A  That sounds correct, but without looking at
25    anything else I don't know the dates.

96

1  Q  You were aware of property damage during that
2     protest?
3  A  No.
4  Q  Were you aware of arrests during that
5     protests?
6  A  No actually.
7  Q  Were the protesters blocking a public street
8     or highway during that protest?
9  A  I don't -- I don't think so.
10 Q  What did you do at that protest?
11 A  I was there.  I was with people in the street,
12    but I remember being it being a cul-de-sac so
13    it wasn't like a -- it was sort of like a
14    neighborhood where the pool was.
15 Q  So you were on the street in a cul-de-sac is
16    that correct?
17 A  Correct.
18 Q  Was that a private cul-de-sac or was it a
19    public cul-de-sac?
20 A  I don't know.
21 Q  So if I got in my car could I drive to that
22    cul-de-sac and drive out?  Drive in and drive
23    out?
24 A  I don't -- I was only in McKinney, Texas for a
25    night so I don't remember much about it

97

1    besides the -- we were at the pool.  At the
2    cul-de-sac by the pool.
3  Q  Who was the pool owned by?
4  A  I don't know.
5  Q  Did it matter?
6  A  In what way?
7  Q  To you in any way.  Who owned the pool or the
8    cul-de-sac that you were at.
9  A  No.
10  Q  Let's talk about Ferguson.  Are you aware that
11    in Ferguson there was looting of businesses
12    during that protest?
13  A  For the four hundred days I was aware there
14    was property damage.
15  Q  Were you aware of looting?
16  A  No.
17  Q  Were you aware of looting during the protest
18    in Baton Rouge?
19  A  No.  I was aware of property damage.
20  Q  Now you had a bottle of water -- did you ever
21    have a bottle of water in your hand during
22    that protest?
23  A  No.
24  Q  Never had any bottled water in your hand?
25  A  No, because I didn't travel with water because

98

1    I didn't want to have to go to the bathroom
2    often.  So I don't recall ever actually in any
3    other protest having -- traveling with water.
4  Q  So if you had a bottle of water you would not
5    have drank the water, because you would not
6    have wanted to have to use the restroom.  Is
7    that correct?
8  A  I would not have carried water with me.
9  Q  And you would not have carried the bottle?
10    You would have gotten rid of it?
11  A  I would not have brought a bottle.
12  Q  Yes, sir.  If you were -- if you picked up a
13    bottle or you were given a bottle you would
14    not -- you would have gotten rid of that
15    bottle.  Correct?
16  A  I would not have picked up water.  I would not
17    have a bottle, so I don't want to -- I don't
18    know the hypothetical.  What I do know is that
19    I did not carry water bottles with me.  That
20    is true.
21  Q  Okay.  Are you aware of vandalization of
22    vehicles during the Ferguson protest in August
23    of 2015?
24  A  No.
25  Q  Are you aware of vandalizing businesses in

99

1    August of 2015 during the Ferguson protest?
2  A  No.
3  Q  How many days were you there in Ferguson in
4    2015 of August?
5  A  In August specifically I don't know.  I was in
6    Ferguson for four hundred days starting from
7    August 9th.  If you look at a calendar you
8    might be able to back into it, but I can't
9    look at a calendar so I don't know.
10  Q  And during that four hundred days you're not
11    aware of any broken windows, assaults or
12    burglaries during those protests by
13    protesters?
14  A  I am aware of property damage as I have said.
15  Q  But you're not aware of any broken windows or
16    burglaries by protesters.  Is that correct?
17  A  I think broken windows probably falls under
18    property damage, but burglaries and whatever
19    the last thing is you said, no.
20  Q  You're not aware of protesters burning a gas
21    station.  Is that correct?
22  A  I saw that the gas station burned on the news.
23    I don't know who did it.  So if the question
24    is am I aware that protesters did it?  I am
25    not.  I did see that the gas station burned on

100

1    the news.  Yes.
2  Q  Were you aware that in Ferguson in August of
3    2015 protesters were throwing rocks at police?
4  A  No.
5  Q  Were you aware in August of 2015 that Molotov
6    cocktails and fireworks were thrown at police?
7  A  No.
8  Q  Were you aware that the National Guard was
9    called out in Ferguson on August 18th of 2015?
10  A  Yes.
11  Q  How were you aware of that?
12  A  I was there.  I saw them.
13  Q  Were you aware that Black Lives Matter took
14    credit for organizing that protest?
15  A  I don't know what Black Lives -- what you mean
16    when you say Black Lives Matter, so no.
17  Q  So if I mean the movement -- the Black Lives
18    Matter Movement does that help you answer the
19    question?
20  A  Yes and the answer is no, because no one
21    person speaks for the entire movement so I
22    don't know what it means that the movement
23    claimed credit, so no.
24  Q  Isn't it correct that in 2015 you and two
25    other activists created a mapping police

101

1  violence?
2  A  Yes.  It was three other people, not two, but
3  yes.
4  Q  And who were they?
5  A  Samuel Sinyangwe, Brittany Packnett, and
6  Johnetta Elzie.
7  Q  Are you aware that it was listed as one of the
8  biggest moments in Black Lives Matter in 2015?
9  A  I was not aware.  That is a good thing.
10  Q  Do you recall being interviewed on April 28,
11  2015 by Wolf Blitzer on CNN?
12  A  Yes.
13  Q  And do you remember him talking to you and
14  confronting you about the inexcusable
15  violence?
16  A  Was that his -- was that his phrase?  I don't
17  remember that being his phrase, so no.
18  Q  Do you recall justifying the violence in
19  Baltimore, Maryland by the Black Lives Matter
20  protests with a comparison to the deaths of
21  African-Americans?
22  A  I remember being very clear about what I said
23  then and I stand by it.  I wish I had it to
24  read to you, but I was clear then and I would
25  rather just have those words be my reply.

102

1  Q  Isn't it correct that you justified the
2  violence as looking for justice?
3  A  I don't -- your paraphrase of Wolf Blitzer, I
4  don't believe he actually said that phrase to
5  me so it worries me to -- I don't know if
6  you're paraphrasing me correctly without
7  actually reading it, so I don't know how to
8  answer this one.
9  Q  Are you denying that you said that the
10  violence was justified as looking for justice?
11  Are you denying that you said that?
12  A  I'm denying that I used the word justified and
13  I don't know I am nervous about your retelling
14  of my quote, because I don't believe I used
15  the word justified.  I feel actually pretty
16  confident I did not use the word justified in
17  that interview.
18  Q  But you do recall saying that the violence was
19  looking for justice?  You do recall saying
20  that part?
21  A  No.  I'm saying that like --
22  Q  Or are you saying you didn't say that at all?
23  A  I am confident that what you are saying is not
24  what I said, so I don't know how to answer
25  this.  I will say just no to all of it,

103

1  because those are not my words.  My words were
2  clear then and I am confident that when you
3  said Wolf Blitzer said he did not say and what
4  you're saying I said was not my quote.  I have
5  a quote.  If somebody could read it that would
6  be great, but if you're asking me you're
7  paraphrase my answer will be no to every time
8  you paraphrase it, because I did not say those
9  things.  I did not use the word justified.
10  Absolutely a hundred percent confident in that
11  so you repeating it makes me really worried.
12  Q  Did you say the word looking for justice?
13  A  Again, I've already said that I'm concerned
14  about your paraphrasing, so all of this I'll
15  just say no to.  Unless you read the exact
16  quote I think you are making up words and that
17  makes me nervous.
18  Q  Is it correct that you do not recall what you
19  said as we sit here today?
20  A  Again, absent the actual quote I'm nervous
21  about you making words, so I have nothing --
22  but the quote is the quote and I stand by
23  that.
24  Q  Do you remember giving an interview on Fox
25  news with Sean Hannity?

104

1  A  Yes.
2  Q  Do you remember that you were presented as a
3  leader of Black Lives Matter?
4  A  Yes.  Time out.  Billy, can I go to the
5  bathroom for like five minutes?
6  MR. GIBBENS:
7  Yeah.  Can we take a quick break?
8  MS. GRODNER:
9  Sure.
10  COURT REPORTER:
11  All right.  Going off the record.
12  (OFF THE RECORD)
13  COURT REPORTER:
14  We're back on.
15  MS. GRODNER:
16  Q  Do you recall giving an interview with Fox
17  News with Sean Hannity?
18  A  Yes.
19  Q  During that interview do you recall advising
20  Mr. Hannity that you had participated in
21  protests in Ferguson, Baltimore, McKinney,
22  Texas?
23  A  I believe.  That sounds correct.
24  Q  Do you recall saying that you intended to have
25  Black Lives Matter registered as a 501(k) as a

105

1    tax exempt status?
2    A  I don't know what a 501(k) is.  501(c)(3)
3       maybe, but not a 501(k).  I don't know what
4       501(k) is.
5    Q  So your testimony was -- I'm sorry.  So what
6       you told him, Mr. Sean Hannity, was that you
7       wanted to have Black Lives Matter registered
8       as a 501(c)(3) is that correct?
9    A  Yeah.  I'm confident I won't say 501(k)
10      because that's not a thing, but --
11   Q  Yes, sir.  I corrected my statement.  Let me
12      rephrase it for you.  Is it correct that you
13      told Mr. Sean Hannity during that interview
14      that you wanted to have Black Lives Matter
15      registered as a 501(c)(3)?
16   A  No.  Not Black Lives Matter again because I
17      don't know anything about the Black Lives
18      Matter organization.  Campaign Zero we did
19      make a 501(c)(3).
20   Q  Isn't it in fact true that you tweeted that
21      you wanted to convert the movement Black Lives
22      Matter into a 501(c)(3)?
23   A  No.
24   Q  Now on August 10, 2015 did you -- were you
25      part of a protest on Interstate 70 and Earth

106

1    City, Missouri?
2    A  I don't know the name of a town, but perhaps.
3    Q  Do you recall blocking rush hour traffic that
4       day?
5    A  No.  I don't know that -- I don't know the
6       name of that town or the date, so I don't
7       know.
8    Q  You don't recall being in Earth City,
9       Missouri?
10   A  No.  I do not.
11   Q  Are you denying you were there?
12   A  No.
13   Q  Okay.  Are you denying that Interstate 70 was
14      blocked during rush hour traffic?
15   A  I don't know where Interstate -- without being
16      able to see it, I don't know where Interstate
17      70 is so I am not confirming or denying.  I
18      literally just don't know what that is.
19   Q  On January -- I'm sorry.  Go ahead.
20   A  Not without looking at something.
21   Q  On January 19, 2016 do you recall being on the
22      Stephen Colbert T.V. show?  Late show with
23      Stephen Colbert.
24   A  I was on twice so I believe that was one of
25      them.

107

1    Q  Do you recall representing yourself as a
2       leader of Black Lives Matter?
3    A  I think that is how they introduced me.  Yes.
4    Q  Were you aware that there were a thousand
5       Black Lives Matter activists marching miles
6       upon miles in mid-town Manhattan July 7th
7       through 8th, 2016?
8    A  No, but that sounds right.
9    Q  Were you aware that they blocked public
10      highways and there were forty-two protesters
11      arrested and a police officer injured?
12   A  No, but that sounds right.
13   Q  You ever heard of Lakeem Keon Scott who on
14      July 7, 2016 shot at passing cars along the
15      Tennessee Highway yelling police suck, Black
16      Lives Matter?
17   A  No.
18   Q  Now you told us you weren't aware of the July
19      7, 2016 Black Lives Matter protest in Dallas
20      when twelve police officers were shot.  Do you
21      maintain that testimony?
22   A  Again, I have to rely on you for the dates so
23      if I have to agree to the whole statement,
24      then I honestly without looking at something
25      don't know, but like I said when you asked me

108

1    the first time do I know that officers got
2       shot at some point in Dallas, yes, I don't
3       know the time frame.
4    Q  Now is it correct that there were some posts
5       from your Twitter account that were between
6       you and Johnetta Elzie that you wanted to have
7       a week of rage and have Marshal law declared
8       in the United States so that there wouldn't be
9       an election for president?
10   A  No.  That is not correct.
11   Q  There weren't in fact some posts out there
12      from your phone that were found to say that?
13   A  I've already said no.  I can repeat it.  No.
14   Q  What about the summer of chaos?  Are you
15      familiar with the summer of chaos?
16   A  No.
17   Q  Well, do you recall getting a text from a
18      Samuel Sinyangwe about two thousand people
19      being bussed from different cities and another
20      six thousand to eight thousand expected to
21      drive to Cleveland for the convention?
22   A  Yes.
23   Q  And he talked about a summer of chaos didn't
24      he in that text message?
25   A  I don't know.

109

1  Q  You received the text message didn't you?
2  A  Without looking at it, I don't -- I'm so
3     nervous by your retelling of the Wolf Blitzer
4     thing that in the absence of actually seeing
5     it I cannot say confidently without you
6     reading it what was there, so I will -- I'm
7     forced to say I don't know, because I am
8     nervous about your paraphrasing so I'm really
9     not trying to be difficult but that Wolf
10    Blitzer incident is -- that was just not what
11    I said and I'm nervous that this is a pattern.
12    So, I'm sorry Billy, I'm really not trying to
13    be difficult, I just can't say yes to things
14    where -- where you were paraphrasing like you
15    did before so I'm sorry.
16 Q  So your testimony is that I read you exactly
17    what he wrote then you would be able to say
18    whether or not you received that text?  Is
19    that your testimony?
20 A  Yes.
21 Q  All right.  Let me read it to you then.  I
22    wanted to touch base with you about the summer
23    of chaos.  So far we have two thousand people
24    being bussed from different cities.  Bussed in
25    from different cities and out of the six

110

1     thousand to eight thousand expected to drive
2     into Cleveland for the convention.  You did or
3     did not receive that text message?
4  A  I don't remember that text message from Sam to
5     me.
6  Q  So did you attend the convention in Cleveland?
7  A  I think I know what you're talking about and I
8     did go to an organizer committee meeting in
9     Cleveland at some point, but again you've not
10    provided dates or a title, but I did go to a
11    big organizer meeting in Cleveland.  I don't
12    know if it was two thousand people, but I
13    definitely did go to a big organizer
14    convention in Cleveland or meeting.  Not
15    convention.
16 Q  Was that around the republican convention?
17 A  No.  I don't think so.
18 Q  No.
19 A  In the absence of actually having -- I don't
20    know, but I don't remember having to do
21    anything with the republican convention.
22 Q  Now you said that someone tweeted to you that
23    there would be a protest in Baton Rouge.  Do
24    you recall that testimony?
25 A  I did not say that.

111

1  Q  No?
2  A  No.
3  Q  How did you know that the protest was gonna be
4     in front of the Baton Rouge police station?
5  A  I learned that when I was in Baton Rouge on
6     Twitter.  You know they were -- the local
7     protesters were tweeting all the details and I
8     followed them on Twitter and saw their tweets.
9  Q  I'm sorry.  The local what?
10 A  The local protesters were tweeting about what
11    they were gonna do.  Public.
12 Q  Who were these local protesters that you're
13    referencing?  What are their names?
14 A  I don't know their Twitter handles.
15 Q  But Gary Chambers didn't invite you to come to
16    Baton Rouge did he?
17 A  We've already talked about this and my answer
18    is the same now as it was before which is no.
19 Q  While you were in Baton Rouge you saw
20    protesters throwing things at police during
21    the day and into the evening didn't you?
22 A  No.
23 Q  Did you see all the litter in the street?
24 A  I don't remember litter.  I just remember
25    there was just a ton of police.  That's really

112

1     all I remember about that night.  I mean then
2     I was in jail.
3  Q  I'm sorry.
4  A  And then I was in jail.  That's what I
5     remember about that night.  A lot of police.
6     I sat on a bus in zip ties and then I was in
7     jail.  That was the night.
8  Q  Do you recall making the statement on July 10,
9     2016 that the police want protest -- excuse
10    me.  Let me start over.  "The police want
11    protesters to be too afraid to protest."
12 A  Yes.
13 Q  Was it correct that Johnetta Elzie complained
14    that when you entered the mayor's race, "when
15    I got there he had too many white people
16    working on his campaign in Baltimore.  A very
17    black city."
18 A  I believe she said that.
19 Q  Is it correct that Johnetta also said that, "I
20    had to correct DeRay several times throughout
21    the years on how he characterized the role he
22    played in co-founding Campaign Zero and how he
23    was erasing me as a black woman."
24 A  I think she said that.
25 Q  Did she also say, "After feeling unheard and

113

1 reduced several times by him and others within
2 the group, I decided to leave Campaign Zero at
3 the end of 2016."
4 A  I think she said that.
5 Q  Now isn't it correct that on Saturday, July 9,
6 2016 while you were in Baton Rouge you were
7 specifically asked by the locals to leave?
8 A  No.
9 Q  Didn't Gary Chambers, the representative of
10 the Sterling family, ask you to leave?
11 A  No.  Not that I know of.
12 Q  Isn't it correct that people thought that you
13 were using the movement to make money for
14 yourself and to promote your own career?
15 A  I don't know what people thought.
16 Q  Did Johnetta Elzie in fact say, "The fame has
17 definitely gotten to his head over the years
18 and it's only a matter of time before things
19 would fall apart."
20 A  I think that's what she said.
21 Q  Now what was #8cantwait?
22 A  It is the first and only database of police
23 use of force policies in the country and the
24 campaign to get departments to do all eight.
25 Q  And who developed that database?

114

1 A  The database was developed by me and Sam.
2 Q  Is it correct that Sam said, "It became clear
3 that DeRay preferred to continue operating
4 without regard for the vision or expertise of
5 other co-founders or regard for their work
6 being done by others in the movement."
7 A  I think he said that.
8 Q  Is it correct that Johnetta said, "I was
9 working with a person who was interested in
10 advancing black liberation and himself at the
11 same time which isn't a bad thing, but does
12 become problematic when you begin to
13 prioritize the self over the people."
14 A  I believe she said that.
15 Q  Now why was it that you felt that you should
16 come to Baton Rouge to protest the Alton
17 Sterling shooting?
18 A  I'm not trying to be difficult, so I'll just
19 repeat what I said when you asked me this the
20 first two times, but a local organizer reached
21 out to somebody from our team and asked us to
22 come and I came.
23 Q  What was it about Alton Sterling being shot
24 that you felt a need to come to Baton Rouge
25 and protest?

115

1 A  I would go to any place that people asked us
2 to come and I could make it so his killing was
3 as horrific as the many other killings that I
4 either amplified the cases or supported the
5 families or supported the local organizers, so
6 this one was no different.
7 Q  Tell us why you say that shooting was
8 horrific.
9 A  Because Alton Sterling didn't do anything that
10 warranted death.
11 Q  Well tell us what happened with the shooting.
12 A  The police killed Alton Sterling.
13 Q  Okay.  Well tell us how did it come down?  Was
14 he armed?  Did he have a weapon on him?
15 A  In the absence of being able to look at the
16 dates and things again I don't -- I'm not
17 gonna do a retelling.  What I do know is that
18 Alton should be alive today.
19 Q  And you don't know whether he was armed or
20 unarmed.  Is that correct?
21 A  No.  It's not that I don't know, but I don't
22 think it's a game to replay people's deaths
23 even if it's a deposition.  So this is
24 something that if I just get dinged on, but I
25 sat with too many families to repeat their

116

1 deaths to you as a game.  I won't do that.
2 Q  Let's say that we're just trying to find out
3 what you really care about.
4 A  I won't --
5 Q  And so we're trying to find out.  You didn't
6 go to Alton Sterling's funeral.  You weren't
7 invited by the family.  So what was it about
8 it that made you take advantage of Alton
9 Sterling's death to come to Baton Rouge on
10 behalf of Black Lives Matter and protest?  So
11 what do you know about Alton Sterling?
12 A  Yeah.  I won't replay his death or anybody's
13 death so speak as you asked.  I've sat with
14 too many families who have lost people and
15 been to too many funerals to do that.
16 Q  Is Gary Chambers gonna say that you met with
17 the family?  Alton Sterling's family and that
18 you went to the funeral?
19 A  No.
20 Q  Okay.  Is Gary Sterling gonna say that -- I
21 mean, I'm sorry, Gary Chambers gonna say on
22 behalf of the family that you showed any care
23 for Alton Sterling when you were here?  Did
24 you bring flowers to his mother?
25 A  You should ask Gary.

117

1  Q  Let's ask you.  Did you bring flowers to his
2     mother?
3  A  You should ask Gary.
4  Q  I'll take that as a no.  Mr. McKesson, did you
5     know that three police officers were shot in
6     Baton Rouge following these protests that were
7     held on July 9th and 10th in Baton Rouge?
8  A  No.
9  Q  And you didn't know about the police officers
10    being shot and killed in Dallas either.  Is
11    that correct?
12 A  You've asked this now three times.
13 Q  Yes, sir.
14 A  And my answer is the same.  Is that I -- I do
15    not know the time frame and do not know the
16    time frame because I've not been able to look
17    at anything, but I did know that officers were
18    shot at some point in Dallas.
19 Q  Well what about Baton Rouge?  Did you know
20    that officers were shot in Baton Rouge?
21 A  You've asked this now twice and my answer is
22    no as it was before.
23 Q  Did your organization offer any money to pay
24    for funerals for any of these persons for whom
25    you appeared to protest?

118

1  A  We have paid for funerals.  Yes.
2  Q  Which funerals have you paid for?
3  A  We most recently -- we most recently paid for
4     the funeral of Dexter Wade in Jackson,
5     Mississippi.
6  Q  And who is we?
7  A  You asked me has your organization ever paid
8     for the funeral, that is the we.  Do you need
9     me to remind you of the organization?
10 Q  Yes, sir.  If you don't mind just to make the
11    record clear.
12 A  Campaign Zero.
13 Q  And when did that take place?
14 A  Recently.
15 Q  In 2023?
16 A  Yes.
17 Q  Now can you tell us why -- hold on a second.
18    I think I'm about done.  One second, let me
19    check off my notes.  Now who is Gloria La
20    Riva?
21 A  No clue.
22 Q  Now you wrote that you were gonna call the
23    district attorney as a witness in your case.
24    What do you think that he would have to offer
25    for your case?

119

1     MR. GIBBENS:
2        Where did we write that?
3     MS. GRODNER:
4        On your 26(a).
5     MR. GIBBENS:
6        On initial disclosures.
7     MS. GRODNER:
8        Yeah.
9     MR. GIBBENS:
10       Okay.  Yeah.  I'm sure that was
11       something that I wrote.
12 MS. GRODNER:
13 Q  If you don't know --
14 A  I don't know.  I'm okay with saying I don't
15    know.  The team knows.  I don't know.
16 Q  Who's the team?
17 A  Billy.
18 Q  Your attorney?
19 A  Yes.
20 Q  Okay.  I'm sorry.  Did you see persons with
21    weapons at the Baton Rouge protests on Airline
22    Highway?
23 A  Yes.  Every police officer had a gun.
24 Q  Okay.  Any persons other than police officers?
25    People in the crowd?

120

1  A  No.
2  Q  What time did you arrive at the protest in
3     Baton Rouge?
4  A  I don't remember.
5  Q  Was it during -- I'm sorry.
6  A  Night time.
7  Q  You got there at night.  Okay.  It was dark
8     when you arrived?
9  A  It was getting dark.
10 Q  What did you do during the day?
11 A  Ate and slept and was with Netta and Brittany.
12 Q  You were with Netta and Brittany and you all
13    didn't get there until it was dark.  Is that
14    your testimony?
15 A  At the protest.  Yeah.  The protest didn't
16    start until late.  We got there when it
17    started which was late.  We wouldn't, again,
18    we got to --
19 Q  So is it your testimony you got there when it
20    started or is your testimony you got there
21    after dark?  What is your testimony?  It
22    started at noon so.
23 A  That's not the one I knew of, so I don't know
24    what -- again, I don't know what you're
25    talking about.  The protest that I was told to

**121**

1    go to started when I got there and it was at
2    night.
3    Q  You're sure about that?
4    A  A hundred percent. The protest that I went to
5    I was -- whatever I saw said get there --
6    whatever time we got there we were out there.
7    So I don't know anything about noon. I wasn't
8    at a noon thing.
9    Q  So you weren't there during the day time
10    hours?
11    A  Said it now three times, but no.
12    Q  And you think that Ms. Johnetta Elzie and who
13    else is gonna testify to that fact for you?
14    Your witnesses.
15    A  I don't know what they're gonna tell you. I
16    don't know where they were. I just know where
17    I was which was at the police department at
18    night. That's the protest that I remember.
19    Q  Okay and you said that you arrived there with
20    Johnetta and --
21    A  Brittany.
22    Q  Was it Ms. Packnett? Brittany?
23    A  Uh-huh, (yes).
24    Q  Okay and you all didn't get there until almost
25    dark.

**122**

1    A  Like I said it was getting dark. You asked
2    and I said it was getting dark. It certainly
3    wasn't the day time.
4    Q  Okay. Do you recall getting a text from
5    Johnetta Elzie that said, have you spoken with
6    Ms. Lynch recently about the plan for summer
7    and fall leading up to the elections?
8    A  No.
9    Q  And that your response was, "We spoke two
10    weeks and they want us to start really pushing
11    how racist Trump is now instead of waiting so
12    others can start getting the protesters ready
13    to shut both conventions down." Do you recall
14    writing that?
15    A  No.
16    Q  Did you ever speak to Ms. Lynch? Loretta
17    Lynch?
18    A  At the -- although we never -- oh, yeah. I
19    met with her, but not about the conventions.
20    Q  How many times did you meet with Ms. -- or
21    speak to Ms. Loretta Lynch?
22    A  Spoke to maybe a hand full of times. We were
23    on -- we had meetings -- a couple meetings
24    with President Obama together and I met with
25    her one time.

**123**

1    Q  Isn't it correct that you represented Black
2    Lives Matter at the -- one of the meetings you
3    had with Obama?
4    A  Black Lives Matter is a movement and there's
5    no one or two people that represent it, but so
6    in that case no.
7    Q  You weren't declared the face of Black Lives
8    Matter and the representative for the movement
9    when you met with President Obama?
10    A  No. He met with a lot of activists. I was
11    one of them.
12    Q  Who were the other activists he met with?
13    A  I don't know. You'd have to ask the White
14    House. I don't know, but I assumed it wasn't
15    the only activist President Obama met with.
16    That is for sure.
17    Q  But you represented -- you were the
18    representative of the Black Lives Matter
19    Movement that met with the President.
20    Correct?
21    A  No. I don't know how to say it again to you.
22    I've already said it. I mean I can -- I don't
23    know if maybe you just don't understand it,
24    but the movement is broad. There are many
25    people who are leaders in the Black Lives

**124**

1    Matter Movement. People understood and
2    understand me as one of them. I did meet with
3    President Obama. President Obama met with
4    many more activists than me. Do I know them?
5    No. I'm sure the White House has a record of
6    those logs.
7    Q  But I'm trying to find out your personal
8    knowledge. What is your knowledge of him
9    meeting with other activists. You said he met
10    with a bunch of them while you were there. I
11    mean how do you know that?
12    A  Because I knew people in the White House who
13    said he met with activists.
14    Q  Who in the White House told you that?
15    A  Stephanie Young was our contact mostly, but
16    people -- he has definitely met with other
17    activists for sure. I wasn't the only one.
18    Q  And that's what Stephanie Young told you?
19    A  I believe her and many other people. Again,
20    it's the White House, so you know people would
21    post when they went to the White House things.
22    Q  Did you write, "If we can get both conventions
23    shut down for messing over Bernie and for
24    having race's Trump then Marshal Law declared
25    so Obama can stay in office we will win."

125

1  A  No.
2  Q  "-- when I get to my Dad's, so can use his
3      land line and we can talk more on this."
4  A  Absolutely a hundred percent no. None of
5      these texts you read about this convention
6      stuff are me. I did not write that.
7  Q  Were you in contact with your father?
8  A  About this?
9  Q  Were you in contact with your father at all?
10     You told us your mother left when you were
11     two. Were you still in contact with your
12     father?
13  A  Left when I was three as I said twice, but yes
14     I'm still in contact with my father.
15  Q  Did he have a hard line? A phone at his
16     house?
17  A  I actually hadn't been to his house where he
18     lives so I don't know, but I don't think so.
19  Q  Did he have a hard line in 2016? A house
20     phone in 2016.
21  A  Hadn't been to the house either, but I don't
22     think so. But no these texts, I never texted
23     anybody saying I met with Loretta Lynch about
24     the conventions and I didn't send these text
25     messages.

126

1  Q  Did you write, "We have to make sure that we
2      use our voices to keep people disrupting Trump
3      all summer and through the fall so Marshal Law
4      can be declared?"
5  A  Nope. I don't know where these are from.
6      Debbie, please note that I am clueless as to
7      where these text messages are from.
8  Q  Was your emergency contact Robin? Who was
9      Robin, the emergency contact?
10  A  Robin's a mentor to me and almost like a
11     second mother.
12  Q  She was your emergency contact?
13  A  That was the question you asked right?
14  Q  Yes. Was Robin your emergency contact?
15  A  I say, yes. Yeah.
16  Q  What's Robin's last name?
17  A  Williams Wood.
18  Q  And where is she? Where does she live?
19  A  She today lives in between Pasadena and into
20     Rhode Island.
21  Q  Pasadena, Texas?
22  A  Pasadena, California.
23  Q  Okay. So she has two homes? One in Pasadena
24     and one in Rhode Island?
25  A  Yes.

127

1  Q  How would we contact Ms. Robin Williams Wood?
2  A  Through the phone or e-mail.
3  Q  What's her e-mail address?
4  A  I don't recall that off the top of my head,
5      but I'm sure Billy can give it to you.
6  Q  How much money has she given to Stay Woke or
7      Campaign Zero?
8  A  None.
9  Q  Why was she your emergency contact?
10  A  I told you she's like a long time mentor and
11     like a second mother to me.
12  Q  She wasn't at the protest so why were you
13     asking them to call Robin?
14  A  I needed an emergency contact. If there was
15     an emergency she's like a second mother to me
16     and a long time mentor.
17     MS. GRODNER:
18         Okay. That's all I have. I tender
19     to your attorney if he has any questions.
20     MR. GIBBENS:
21         I've got no questions. Thank you all
22     very much.
23     MS. GRODNER:
24         Does he want to read and sign?
25     MR. GIBBENS:

128

1         Yeah. We'll read and sign please.
2     COURT REPORTER:
3         Send it to you, Billy?
4     MR. GIBBENS:
5         Yes, please. Debbie.
6     COURT REPORTER:
7         Did you want a copy or no?
8     MR. GIBBENS:
9         Yes, please. We'll take a copy.
10    COURT REPORTER:
11        Okay. So read and sign to you and a
12    copy. Okay.
13    MS. GRODNER:
14        Thank you all very much. Have a
15    wonderful Christmas.
16    MR. GIBBENS:
17        Goodbye. You all too.
18  WITNESS EXCUSED.
19  DEPOSITION CONCLUDED AT 11:25 A.M.
20
21
22
23
24
25

129

1        REPORTER'S PAGE

2        I, Debra Smith, Certified Court Reporter in

3    and for the State of Louisiana, the officer, as

4    defined in Rule 28 of the Federal Rules of Civil

5    Procedure and/or the Article 1434(B) of the

6    Louisiana Code of Civil Procedure, before whom

7    this proceeding was taken, do hereby state on the

8    Record;

9        That due to the spontaneous nature of the

10   interaction and discourse of the proceeding,

11   double-dashes (---) have been used to indicate

12   pauses, changes of thought and/or talkovers; that

13   such is the universally accepted method for a

14   court reporter's transcription of a proceeding;

15   that double-dashes (---) do not indicate that words

16   or phrases have been left out of the transcript;

17       And that the spelling of any words and/or

18   names which could not be verified through

19   reference resources have been denoted with the

20   parenthetical phrase "(spelled phonetically)."

21

22

23

24

25

130

C E R T I F I C A T E
        This certification is valid only for a
transcript accompanied by my original signature
and original required seal on this page.
        I, Debra Smith, Certified Court Reporter,
in and for the State of Louisiana, as the officer
before whom this testimony was taken REMOTELY via
videoconferencing, do hereby certify that DERAY
MCKESSON after having been duly sworn by me upon
authority of R.S. 37:2554, did testify on December
22nd, 2023 as hereinbefore set forth in the foregoing
129 pages; that this testimony was reported by me
in the Steno reporting method, was prepared and
transcribed by me or under my personal direction
and supervision, and is a true and correct
transcript to the best of my ability and
understanding; that the transcript has been
prepared in compliance with transcript format
guidelines required by statute or by rules of the
board; that I am informed about the complete
arrangement, financial or otherwise, with the
person or entity making arrangements for
deposition services; that I have acted in
compliance with the prohibition on contractual
relationships, as defined by Louisiana Code of
Civil Procedure Article 1434 and rules of the
board; that I have no actual knowledge of any
prohibited employment or contractual relationship,
direct or indirect, between a court reporting firm
and any party litigant in this matter, nor is
there any such relationship between myself and a
party litigant in this matter, that I am not
related to counsel or to any of the parties
hereto, I am in no manner associated with counsel
for any of the interested parties to this
litigation, and I am in no way concerned with the
outcome thereof.
        I have hereunto affixed my signature and
seal at Lafayette, Louisiana, on 10th day of
January, 2024.

_____
                DEBRA SMITH, (#92163)
                CERTIFIED COURT REPORTER

**Exhibits**

**McKD Exhibit 01** 93:24

**#**

**#1** 93:24
**#8cantwait** 113:21

**1**

**10** 105:24 112:8
**10031** 5:10
**10035** 5:14
**10th** 117:7
**11:00** 76:23 92:13
**11:25** 128:19
**12** 95:22
**125th** 5:12,17
**15** 10:20 11:20 40:10
**18** 36:20
**18th** 93:18 100:9
**19** 106:21
**1973** 20:21

**2**

**2014** 7:3,18,20,21 8:5,
14,20,22 18:20,21 19:2,
3,5,13 39:4,5,6,8,14,19
40:7,10,11 44:2 75:19
**2015** 9:7 10:7,10,13,20
11:20,23,25 12:1,7,8,
10,16,23 13:4,8,11,16,
20 14:3 15:12,14 17:15
22:23 23:12 25:8 31:7,
11 32:3 36:2 38:22
39:2,11,14,19 40:8 44:2
76:3,4,5 94:7 95:23
98:23 99:1,4 100:3,5,9,
24 101:8,11 105:24
**2016** 7:2 9:12 36:17,20
48:2,3,4,7,12,19,21,24
49:2,5,20 50:6,14 56:21
67:3,7 68:6,8,14 71:12
73:18 76:8,13,16
106:21 107:7,14,19
112:9 113:3,6 125:19,
20
**2017** 9:16
**2018** 9:18,20
**2019** 9:22
**2020** 9:24
**2021** 10:1
**2022** 10:3
**2023** 10:5,6 118:15

**2024** 7:15,20 8:19
**24th** 93:19
**26(a)** 119:4
**26th** 68:14
**28** 13:4 101:10

**3**

**30** 5:12

**4**

**400** 40:21

**5**

**501(c)(3)** 105:2,8,15,19,
22
**501(k)** 104:25 105:2,3,4,
9

**7**

**7** 107:14,19
**70** 105:25 106:13,17
**719** 5:9
**770** 40:21
**7th** 107:6

**8**

**85** 50:14
**8th** 107:7

**9**

**9** 39:8 71:12 113:5
**94** 49:24
**9th** 39:12 48:2 65:8
76:15,24 81:5 99:7
117:7

**A**

**A.M.** 128:19
**absence** 52:15 109:4
110:19 115:15
**absent** 103:20
**Absolutely** 47:13 80:23
91:9 103:10 125:4
**Academy** 88:18 89:2
**accessible** 30:13
**accolades** 83:17
**accomplice** 20:21
**account** 47:6 48:8,9
74:13 108:5
**accurate** 25:12

**action** 7:8,12 26:19,22
**activism** 69:10
**activist** 61:4 123:15
**activists** 55:17 100:25
107:5 123:10,12 124:4,
9,13,17
**activities** 12:20
**actor** 25:9
**actors** 26:8
**actual** 80:9 103:20
**address** 5:8,11,15,16,
17,18,22 6:2 12:12
127:3
**administering** 30:9
**admit** 8:2
**admitting** 91:11
**advancing** 114:10
**advantage** 116:8
**adversarial** 23:14
**advising** 104:19
**affiliated** 16:1
**afraid** 112:11
**African-american** 61:18,
24
**African-americans**
101:21
**agree** 20:18 27:24 70:20
91:6 107:23
**ahead** 106:19
**aired** 68:14
**Airline** 77:25 78:24 79:2,
5,15 80:14,15 84:15
86:4,10,14,19 87:9,12,
19 88:6,9 89:4 90:8,23,
24 91:10 119:21
**airport** 31:23 32:2 35:23
36:1 54:9
**airports** 37:7
**Alicia** 19:8,9 70:11,17
**aligned** 82:12
**alive** 115:18
**Alton** 55:22 56:1,3 60:18
62:16,19 114:16,23
115:9,12,18 116:6,8,11,
17,23
**America** 31:15
**amplified** 66:20,23 72:9
115:4
**Angeles** 47:20,24
**Angelle** 68:20
**angry** 83:25 84:1
**answering** 35:11
**answers** 32:22 37:12
66:18 71:19
**anticipation** 86:7
**anybody's** 116:12

**anymore** 27:17,18 68:1
69:20
**anytime** 42:22
**apartment** 73:10
**apologize** 6:14 7:21
**appeared** 117:25
**appears** 30:20
**approximate** 74:9
**Approximately** 74:5
**April** 11:23,25 12:1,7,8,
10,22 13:4,8,11,15,20
14:3 15:12,14 93:18
94:6 101:10
**area** 12:3 78:11 80:2
85:18 86:6,11 87:14
88:21,22 89:1 91:7,12
**aren't** 69:20
**argue** 24:22
**armed** 115:14,19
**arrest** 10:15 78:9 91:15,
23
**arrested** 7:16 8:16,25
9:10,14 10:16 15:11
42:14 59:18,21 60:22
76:19 77:2,8,13 78:3,7
90:16,18,22 91:1,3
92:2,4,12,17 95:7,9
107:11
**arrests** 13:3 15:8 42:11,
16 94:9,16 96:4
**arrive** 120:2
**arrived** 120:8 121:19
**article** 26:12
**articles** 31:4
**Assata** 20:6
**assaults** 99:11
**assembled** 75:13
**assumed** 123:14
**asylum** 21:1
**Ate** 120:11
**Atlanta** 50:13,16,17
**attach** 93:24
**attend** 31:23 49:23
50:17 62:15,19 63:1,5,
12,16 110:6
**attended** 38:11,15
50:20,22
**attorney** 118:23 119:18
127:19
**August** 25:8 39:8,12,22,
23 40:5,7,11 75:18 76:6
98:22 99:1,4,5,7 100:2,
5,9 105:24
**authored** 68:24 69:2
**Avenue** 5:9
**aware** 8:14 10:7,15,19,
21 11:19,23 12:22,25

13:3,7,10,14,18 20:20,
25 25:22 28:5,8,9
29:10,12,14,17,18 31:7,
10,13 32:1 35:24 36:16,
25 37:3 48:19 49:1,5,
19,21,22 50:1,5,13
51:11,13,15,18,20,23
52:5,6,9,13,25 71:7
72:18 94:6,14,16,19,22
95:3 96:1,4 97:10,13,
15,17,19 98:21,25
99:11,14,15,20,24
100:2,5,8,11,13 101:7,9
107:4,9,18
**awhile** 83:6

**B**

**back** 16:20,22 30:22,24
35:23 38:3 39:16 49:17
65:21 66:4 67:21 69:22
71:1 74:13 77:20 81:17
90:18,25 91:2,21,25
92:7 93:22 99:8 104:14
**backed** 40:17
**backing** 38:5
**bad** 114:11
**bail** 8:15
**bailed** 8:25
**balls** 46:2
**Baltimore** 11:24 12:2,
11,16,23,25 13:4,8,12,
16,19 14:3,13,19 25:23
50:23 51:1 53:25 54:3,5
93:17 94:4,25 95:15
101:19 104:21 112:16
**bank** 74:12
**barricade** 87:9,11
**base** 109:22
**basic** 39:21
**basically** 13:25
**basis** 41:17,25 42:6
**bathroom** 98:1 104:5
**Baton** 50:24 51:2 52:11,
20 53:1,6,9,13,20,24
54:18 55:15,18,19,20,
24 56:8,14,19 57:4,5,
14,20,22 58:17,18,22
59:2,18 60:23 62:13
63:25 64:18 65:22
66:12,17 71:11,15,16,
17 72:7,8,10 86:1
93:10,16 97:18 110:23
111:4,5,16,19 113:6
114:16,24 116:9 117:6,
7,19,20 119:21 120:3
**Bay** 36:17,21 37:1
**beat** 41:14

**beautiful** 34:13 81:23
**beautifully** 82:4
**began** 39:4,6,9 85:10 89:22 90:9
**begin** 114:12
**beginning** 75:18 88:7
**behalf** 116:10,22
**belief** 56:18
**benefits** 54:15
**Bernie** 124:23
**big** 83:1 93:22 110:11,13
**biggest** 101:8
**Billy** 59:13 104:4 109:12 119:17 127:5 128:3
**birthday** 76:17,20 92:24
**bit** 88:2 89:18
**black** 7:15 10:8 15:15,20 17:13,20 18:1,7 19:24 21:13 32:1,5,9,12,17, 18,25 33:15,21 34:1,12 35:2,24 36:11 48:21 52:22 60:5,11 61:22 64:16,22 65:5,12 68:9 70:10,12,18 72:19 83:18 100:13,15,16,17 101:8,19 104:3,25 105:7,14,16,17,21 107:2,5,15,19 112:17, 23 114:10 116:10 123:1,4,7,18,25
**Blitzer** 101:11 102:3 103:3 109:3,10
**BLM** 16:13
**blocked** 13:1 51:18 87:3,12 106:14 107:9
**blocking** 10:16 13:5 42:15,19 43:2,6,25 95:11,14,16 96:7 106:3
**blocks** 13:11
**blue** 90:10
**body** 62:7,8,11
**bond** 7:6,17 8:15,24 9:9, 13
**book** 69:1,8,11,14
**books** 68:24
**Bossier** 58:24
**Boston** 10:9,13 11:21
**bottle** 97:20,21 98:4,9, 11,13,15,17
**bottled** 97:24
**bottles** 50:2 98:19
**Boulevard** 82:2,5,10,24, 25 89:10 90:5,7 91:8, 14,16
**boy** 41:10
**break** 49:9,12 83:13,14 104:7

**breaking** 44:13
**breather** 92:9
**bridge** 36:17,21 37:1
**bring** 7:6 116:24 117:1
**Brittany** 54:22 55:6,7 58:5 68:20 70:21 74:24 75:7 82:25 83:3,5,6,21, 22 84:1,2,3,13,14 93:4, 15 101:5 120:11,12 121:21,22
**broad** 15:22 28:11 34:6, 11 35:3 123:24
**broadly** 82:18
**broken** 99:11,15,17
**brought** 98:11
**brown** 39:7 41:12 61:25 62:1
**build** 62:7,9
**building** 5:20 44:11,13 85:6
**buildings** 13:18
**bunch** 124:10
**burglaries** 99:12,16,18
**Burley** 58:14
**burned** 99:22,25
**burning** 99:20
**bus** 15:3 112:6
**business** 5:11,17 44:16, 19 83:14
**businesses** 36:8 42:20 43:2,7 44:1 94:10,16 97:11 98:25
**bussed** 108:19 109:24

---

**C**

**calendar** 14:9,11 99:7,9
**California** 46:15,24 47:1,11,14,17 126:22
**call** 18:1 27:6 55:19,21, 23,25 62:15 80:5 82:14, 23 84:11 118:22 127:13
**called** 9:5 55:18 57:4,19 68:9 84:10 100:9
**calls** 84:5,10
**campaign** 5:23 6:10 29:25 30:2,8,11 67:16, 17,25 69:20 70:6 105:18 112:16,22 113:2,24 118:12 127:7
**can't** 16:19,22 40:1,2, 24 45:20 48:5 51:8 61:15 62:23 67:13 74:8 84:10 99:8 109:13
**capital** 53:25 54:3,8,10, 12
**car** 96:21

**care** 116:3,22
**career** 113:14
**carried** 98:8,9
**carry** 98:19
**cars** 13:19,21 15:1 45:15 86:3,8,13 87:24 94:16 107:14
**case** 69:7 118:23,25 123:6
**cases** 52:3 115:4
**catch** 54:24
**causing** 43:7
**chains** 20:18
**Chambers** 61:3 62:12, 15 63:4 111:15 113:9 116:16,21
**chant** 20:11,12,13,14,15
**chaos** 108:14,15,23 109:23
**characterized** 112:21
**chasing** 45:14
**check** 48:24 61:14,15 67:5,13 118:19
**checked** 17:5
**chief** 37:5 53:25 54:2,3, 7,10
**choose** 87:15
**Christian** 88:17 89:2
**Christmas** 32:4 36:2,9, 11 128:15
**church** 65:24 66:3,4,9
**cinder** 13:10
**Circle** 63:19,21,23,24 87:20
**cities** 6:17 46:19,23 47:8,12,19 50:19,21 51:1,2,5,6 52:16 108:19 109:24,25
**citizen** 46:14
**city** 12:3,5,17 47:9,14 53:23 54:1,3 106:1,8 112:17
**civil** 16:2
**claim** 29:8 70:12,17 77:24 78:2
**claimed** 28:6 29:4 100:23
**claims** 29:7
**clarification** 22:8
**clarify** 15:19
**clear** 41:22 43:12 45:12 81:12 91:19,24 101:22, 24 103:2 114:2 118:11
**Cleveland** 108:21 110:2, 6,9,11,14
**close** 73:24 86:16 89:3

**closed** 43:14,15 86:19
**closer** 89:5
**clue** 27:9 48:6 70:5,19 93:13 118:21
**clueless** 126:6
**CNN** 101:11
**co-founders** 114:5
**co-founding** 112:22
**cocktails** 100:6
**code** 5:13
**Coeur** 7:3,8,10,11 8:17, 21
**coffee** 44:9,20
**Colbert** 106:22,23
**collect** 9:8
**collected** 9:13
**collecting** 8:23
**collective** 74:20,21
**collectively** 74:25
**college** 74:1
**color** 61:21,24 62:1
**comfortable** 16:7
**committee** 56:12 110:8
**common** 24:11
**communicating** 13:25 14:1
**community** 56:9 57:23 82:4
**comparison** 101:20
**complained** 112:13
**completely** 88:12
**computer** 30:21 31:4 40:2
**concerned** 103:13
**CONCLUDED** 128:19
**confident** 102:16,23 103:2,10 105:9
**confidently** 109:5
**confirm** 14:12
**confirming** 106:17
**confronting** 101:14
**confused** 15:20 39:17
**considered** 35:2,15,19
**contact** 124:15 125:7,9, 11,14 126:8,9,12,14 127:1,9,14
**contacted** 66:13,16
**continually** 41:13
**continue** 114:3
**continued** 72:25
**continuing** 9:8
**convention** 108:21 110:2,6,14,15,16,21 125:5
**conventions** 122:13,19 124:22 125:24

**convert** 105:21
**convicted** 20:20
**copy** 128:7,9,12
**corner** 6:3 89:10 90:8
**corporations** 22:22 23:12
**correct** 6:4 10:14 14:4,5, 6 36:5,20 39:15,20 40:20 43:8,19,22 44:2 48:12 51:3,9 52:7 57:25 59:12,24 61:1,11 64:14, 15,24 65:10,14,16,17 67:2 68:21 69:15,16 71:13 72:11,13,16,17 73:3,4 76:20 77:12,21 78:1,24 80:23 84:6 85:2 86:4,14 88:19 90:8,12, 14 91:18 92:13,17,18, 20 94:3 95:12,24 96:16, 17 98:7,15 99:16,17 100:24 102:1 103:18 104:23 105:8,12 108:4, 10 112:13,19,20 113:5, 12 114:2,8 115:20 117:11 123:1,20
**corrected** 105:11
**correctly** 102:6
**couldn't** 73:8
**count** 45:6 67:10
**counting** 37:18
**country** 6:12,20 9:1 47:9 71:4 72:20,22 113:23
**county** 12:18
**couple** 67:24 122:23
**court** 7:24 8:8 11:7,13 16:10,15,21 17:2 24:13, 17 33:5,9 34:3,7 49:13, 16 54:23 55:2,12 58:7, 11 82:8 93:25 104:10, 13 128:2,6,10
**coworking** 6:6
**created** 70:8 100:25
**credit** 100:14,23
**Creve** 7:3,8,10,11 8:17, 21
**cross** 85:24 86:1,2
**crowd** 74:17,19 75:6,21 76:4,8,11 119:25
**Cuba** 21:1
**cul-de-sac** 96:12,15,18, 19,22 97:2,8
**Cullors** 18:13,18,23 68:19 70:11,16
**curfew** 45:11
**current** 5:8,11 70:2,4
**cut** 7:23 8:6,9 11:6 16:9, 11,16,18

cutting 11:8 16:19

**D**

D.C. 50:5,8,10
Dad's 125:2
daily 41:17,25 42:6
45:24
Dallas 51:24 52:2,4,7,8,
12,18,23 53:4 107:19
108:2 117:10,18
damage 94:15,20,22
96:1 97:14,19 99:14,18
damaged 94:10
dark 61:23 120:7,9,13,
21 121:25 122:1,2
Darnell 68:19
Darren 87:7,15 93:24
database 113:22,25
114:1
date 36:23 106:6
dates 25:10,11 31:9
36:18,22 40:3 47:25
48:5,23 49:3,6,7,21
50:9,15 51:16 52:15,16
68:15 94:2,3 95:25
107:22 110:10 115:16
Davis 68:20
day 37:23 39:23 42:21,
22,24 60:24 72:18
106:4 111:21 120:10
121:9 122:3
days 32:3 36:2,9 37:16,
17,19 38:3,9,14 39:3,
12,13,16 40:15,23 43:1
52:9 75:12,16 76:6
81:18 93:11 97:13 99:3,
6,10
DBA 67:17
death 14:14,21 93:18
115:10 116:9,12,13
deaths 101:20 115:22
116:1
Debbie 126:6 128:5
December 31:7 32:3
39:22,24 40:5,7,11
decided 28:24 29:2
113:2
declared 108:7 123:7
124:24 126:4
dedicated 21:17
define 24:8,10 36:13
defined 18:4
defining 36:12
definition 23:1,7,9
demanding 30:3,4
demonstrating 37:3

denying 102:9,11,12
106:11,13,17
department 63:24
79:19,20,21,24 80:7,8,
10 85:5,9 88:14 91:1,3,
22 121:17
departments 113:24
deposition 30:23 115:23
128:19
Deray 5:2,7 55:4 112:20
114:3
Deray.com 69:17
describe 61:25
describing 42:5
designation 26:17
details 28:10 111:7
determine 77:11 78:5,8
determine-- 78:4
developed 113:25 114:1
device 7:12
devices 7:8
Dexter 118:4
didn't 29:19 34:23 35:5
41:18 42:16 44:24 45:1
46:5 48:15,16 54:24
57:13 62:19 63:7 64:25
78:4 79:25 83:16 97:25
98:1 102:22 105:9
108:23 109:1 111:15,21
113:9 115:9 116:5
117:9 120:13,15 121:24
125:24
difference 15:23 46:10
differently 70:15
difficult 109:9,13 114:18
dinged 115:24
direct 7:7,12
directly 92:6
disagreements 28:5,14
29:9,13,18
disclosures 119:6
disconnected 84:20,21
discovery 37:12 66:18
discussions 82:1
dispel 26:19
dispute 93:6
disrupting 126:2
distinct 16:4
district 93:19 118:23
documentary 68:8,11,
13,17
doesn't 23:23 24:4
dollars 7:6,7
domain 67:19
domains 70:7
donate 74:18 75:2,10,
14,24

donated 75:23
donating 75:22
Donna 7:25 8:9 11:8,10
16:11,16 24:20 25:2
33:6
don't 5:13 6:7 7:5 10:6
12:13 14:14 15:6,10
16:25 17:17,18 18:8,25
19:18,20 20:16 22:7,12,
18,20,24 23:9,13,14,15
24:22,23 25:10,11,12,
13,14,15,18 26:4,15
28:4,10 29:8 30:12,19,
25 31:9,12 32:5,8 33:2,
13,18 34:18,19 36:10,
15,18,24 38:5,6,16,18,
20 39:9,25 40:2,13
41:1,3 42:17 43:3,5
44:3 45:18,25 46:9,20,
23 47:4,8,25 48:5,23
49:6,11 50:9,15,21
51:6,16 52:8,15,16
53:8,11,12 55:17 56:5,
6,7,14,15,20,21 57:6,8,
9,14,21 58:1,23,25
59:7,13,21 60:3,15,16,
19,22 61:12,13,15 62:2,
4,6,10,14,17,18,22,25
63:2,3,10,14,17,18,23
64:2,4,6,12 65:1,3,15,
20 67:1,4,9,10,11 68:1,
6,15,22 70:2,4 71:15
72:7,21 73:14 74:7,8,
12,14,15,16 75:10,11
76:10,22 78:10,11 80:4
81:2,3 82:10 83:8,12,21
84:2,8,9,12,13,14 85:15
89:1,13,15 90:21,23
92:14 93:7,8,9,11,12
94:2 95:13,25 96:9,20,
24,25 97:4 98:2,17
99:5,9,23 100:15,22
101:16 102:3,4,5,7,13,
14,24 105:2,3,17 106:2,
5,6,8,15,16,18 107:25
108:2,25 109:2,7 110:4,
11,17,19,20 111:14,24
113:15 115:16,19,21
118:10 119:13,14,15
120:4,23,24 121:7,15,
16 123:13,14,21,22,23
125:18,21 126:5 127:4
door 73:24
doors 79:22
drank 98:5
drive 96:21,22 108:21
110:1
driver's 12:9
driving 88:13

drug 94:12
duly 5:3
duties 54:11

**E**

E-L-Z-I-E 55:11
e-mail 19:4 76:1 127:2,3
E-T-T 55:8
early 44:2 81:18
Earth 105:25 106:8
easiest 6:1 51:7
easily 50:25
East 5:12
edge 80:4,6
eighteen 41:10
eighth 53:14 54:18 56:2,
4 60:8,12,25 65:13
eighty 38:24
eighty-five 94:9
election 108:9
elections 122:7
eleven 92:24
Elzie 25:19 26:8 27:6,11
30:15 34:23 35:18
54:22 55:10 58:5 66:6
68:19 75:7 92:20 101:6
108:6 112:13 113:16
121:12 122:5
email 93:25
emergency 126:8,9,12,
14 127:9,14,15
employees 6:8,10,11,
17,20,21
empty 64:1,3
encounter 15:2 63:9
end 81:19 113:3
ended 76:5,20
ends 20:17
engaged 12:19
engulfed 13:19,21
entered 112:14
entire 41:16 77:19 86:6
100:21
entity 15:25 17:14,15
32:17
erasing 112:23
escaped 20:25
essentially 19:11 88:23
establish 64:9
estimate 38:17
Eugene 50:11
evening 111:21
event 9:13
exact 76:22 103:15
EXAMINATION 5:5

examined 5:3
exchanges 19:4
excuse 95:16 112:9
EXCUSED 128:18
exempt 105:1
Exhibit 93:24
expected 108:20 110:1
experience 16:5
expertise 114:4
explain 22:11,12,13,15
extend 81:14
eyes 30:23 62:1

**F**

face 30:22 123:7
Facebook 26:13
fact 13:24 29:4,19 63:4,7
76:19 83:16 105:20
108:11 113:16 121:13
fall 113:19 122:7 126:3
falling 28:6 35:21
falls 99:17
false 37:14 67:6
fame 113:16
familiar 20:6 50:12
108:15
families 115:5,25 116:14
family 55:22,23 56:2,3
73:13,19,25 74:1
113:10 116:7,17,22
fat 62:8
father 125:7,9,12,14
FBI 25:9,13,15,18,24,25
26:5
feel 83:16 102:15
feeling 112:25
feels 84:13
Felicia 68:18
felt 114:15,24
fence 85:1
Ferguson 37:16,17,20
38:10,14 39:3 41:9
42:13,20 43:19 70:21,
23 75:18 97:10,11
98:22 99:1,3,6 100:2,9
104:21
fictional 69:11
fifteen 59:4,5,8 93:5,8,
13
fifty 21:10 39:1,13,18,
22,24 40:4,10,12,13,18
94:8,11
fight 22:9
fighting 20:10
figure 74:10

**film** 68:17
**find** 34:19 53:3 116:2,5 124:7
**fine** 24:3 63:2
**fire** 15:1
**fires** 13:18 14:23 94:11
**fireworks** 50:2 100:6
**flames** 13:19,21
**fled** 21:1
**flew** 53:23
**floor** 5:20
**flowers** 116:24 117:1
**focus** 21:11
**focused** 21:13
**Foerster** 20:22
**follow** 67:10
**followers** 67:3,8 71:11 72:16
**food** 60:2 73:9 75:3
**force** 113:23
**forced** 109:7
**forty** 67:14
**forty-eight** 52:10 53:5
**forty-two** 107:10
**forward** 32:16 41:2
**found** 108:12
**Fox** 103:24 104:16
**frame** 14:20 108:3 117:15,16
**Francisco** 36:17,21,25 37:5
**Freddie** 14:8,10,14,17, 20
**Freddy** 93:18 94:4
**Freedom** 69:5
**frequent** 46:3
**Friday** 53:15 54:20 65:13 66:5 93:12
**friend** 58:15,22,25
**friends** 12:18 19:7,15, 16,21,22 48:16 53:19 73:6,9,12,13,25 74:1
**friendship** 83:13
**front** 79:22 80:25 81:4 85:16 88:13 111:4
**froze** 7:25 11:10 51:14
**full** 69:6 122:22
**functions** 54:12
**funding** 73:1,5,18 74:17, 19 75:6,21 76:4,9,12
**funds** 9:5
**funeral** 14:16 62:16,20, 21 63:1,3,7,11,13,14, 16,17 116:6,18 118:4,8
**funerals** 116:15 117:24 118:1,2

**G**

**Gabriel** 22:19
**gambit** 46:3
**game** 115:22 116:1
**Gary** 61:3,12,16 62:12, 15,17 63:4 111:15 113:9 116:16,20,21,25 117:3
**Garza** 19:8,9 68:18 70:11,17
**gas** 44:22 46:2 63:22 99:20,22,25
**gassed** 44:10,11,24 45:2,5,7,16,22 46:7
**gassing** 45:14
**gated** 80:8,10
**gathering** 7:17 8:15
**general** 6:18 42:8
**George** 73:15 74:3
**Georgia** 50:13
**GIBBENS** 17:7 23:20,25 24:15,19,25 25:5 49:10 104:6 119:1,5,9 127:20, 25 128:4,8,16
**give** 6:18 25:1 34:16 38:17 69:22 81:9 127:5
**giving** 21:17,19 22:3,6 75:6 103:24 104:16
**glad** 18:11
**glass** 50:2
**global** 70:14
**Gloria** 118:19
**good** 17:8 101:9
**Goodbye** 128:17
**Goodwood** 88:2,5,10, 18,24,25 89:9 90:5,7 91:8,14,16
**Google** 20:15 87:16
**Gotcha** 34:8
**government** 46:12
**grab** 41:14
**grade** 23:4,5
**grader** 23:6
**grass** 80:5,11
**Gray** 14:8,10,17 94:4
**Gray's** 14:14,21 93:18
**great** 103:6
**greater** 41:3
**grocery** 60:2,4 63:22
**GRODNER** 5:5 8:1,11,13 11:11,16,18 16:12,17, 24 17:4,9,11 23:22 24:2,9,21 25:3,7 33:7, 12,19 34:9 49:18 54:25 55:14 58:13 104:8,15

**H**

**hit** 50:1
**hits** 80:5 84:19
**hold** 73:23 118:17
**home** 6:17,21 46:5 48:15 54:8
**homes** 37:4 126:23
**honestly** 61:15 67:9 107:24
**Hope** 69:7
**horrific** 115:3,8
**Hosanna** 88:17
**hospital** 63:25 64:10,11, 14 87:25
**host** 12:17 57:7
**hour** 76:20 92:23 106:3, 14
**hours** 14:16 52:10 53:5 121:10
**house** 123:14 124:5,12, 14,20,21 125:16,17,19, 21
**human** 53:25 54:3,7,10, 12
**hundred** 37:15,17,19,21 38:2,9,13 39:3,11,13,16 40:14,15,16,17,18,23 41:4 43:1 67:13 76:6 94:8,9,10 97:13 99:6,10 103:10 121:4 125:4
**hundreds** 34:13,15,20 37:9,13,16,18,22,24 81:25 82:4,18
**hurt** 41:14
**hypothetical** 98:18

**I**

**I-** 49:23
**I-12** 77:12,21 78:6 80:15 81:1 85:11,13 90:19,21
**I-395** 51:18
**I-75** 50:14
**I-94** 49:20
**ideas** 69:10
**identified** 18:7 25:9,13, 15,18 26:7 65:4
**identifies** 65:3
**identify** 20:5 33:25
**identifying** 15:14,17
**identity** 69:10
**Illinois** 7:4,8,10,11 8:21
**incident** 52:14,17 91:13 109:10
**include** 38:13
**incorrect** 72:3
**incredible** 81:25

**119**:3,7,12 127:17,23 128:13
**group** 44:17 57:7 58:19, 21 80:20 81:20 82:13, 16,17 93:3,6 113:2
**Guard** 100:8
**guess** 21:15 30:18 41:6 53:15
**gun** 119:23
**gunned** 52:12

**hadn't** 125:17,21
**hair** 61:20
**half** 43:4
**hand** 9:9 34:19 75:3 97:21,24 122:22
**handful** 19:14
**handles** 111:14
**Hannity** 103:25 104:17, 20 105:6,13
**happen** 60:13 64:25
**happened** 56:24 57:1 115:11
**happening** 48:24 52:19
**hard** 125:15,19
**hasn't** 84:11
**haven't** 59:17,19,20 77:16 84:10
**head** 27:10 32:14 35:1 47:5 113:17 127:4
**headquarters** 63:20 64:19 65:9 78:23 85:20
**hear** 11:14 51:14 73:8
**heard** 33:6,11 82:22 107:13
**hearing** 89:14
**heavy** 62:8
**height** 62:5,6
**held** 117:7
**helped** 73:9
**helping** 82:19
**here's** 87:19
**High** 25:21
**highway** 10:9,24 11:2,21 42:15 77:22,25 78:11, 24 79:2,5,15 80:14,15 84:19,20 86:4,10,11,13, 14,18,20 87:10,12,19 88:7,9 89:4,5 90:8,14, 23,24 91:10 95:12,13, 14 96:8 107:15 119:22
**highways** 13:1,5 43:2 107:10
**hijacked** 70:12,18

**inexcusable** 101:14
**inflict** 81:16
**inform** 26:23
**information** 30:13
**initial** 119:6
**injured** 11:19 13:8 50:1 95:5 107:11
**injuries** 94:7
**inside** 44:9
**inspirational** 20:14
**inspire** 20:13
**inspired** 20:11
**intended** 104:24
**interested** 114:9
**internet** 7:23 8:6 11:6 16:9,23 19:4 26:11,13 61:9 74:18
**interrogatory** 71:19
**intersect** 88:8
**intersection** 89:6
**interstate** 76:25 77:1,5 90:10 105:25 106:13, 15,16
**interview** 21:3,18,20 22:3,6 102:17 103:24 104:16,19 105:13
**interviewed** 68:11,12 101:10
**interviews** 21:23,25
**introduced** 107:3
**investigate** 78:17
**invite** 111:15
**invited** 44:18 116:7
**involved** 37:9,13 39:14 93:17
**Island** 126:20,24
**isn't** 29:4 87:14 100:24 102:1 105:20 113:5,12 114:11 123:1
**it's** 5:14 6:15 7:21 18:3 29:15 34:6 40:18 44:15 47:13 61:22 67:16 82:3, 4 88:5,23,24 113:18 115:21,22,23 124:20
**I'd** 46:20 47:2 71:18 74:12
**I'll** 8:2 103:14 114:18 117:4
**I'm** 6:13 10:21 14:1 16:2,19 17:17,18 18:8, 11 22:8 23:10,14 24:10 30:4 31:1,2,3 32:9 35:11 36:13,22 39:17 40:9,10 41:1,6,21 43:13 49:6,21 51:16 52:5 53:18 54:2,24 59:14 65:2,25 67:9 72:7 73:8 76:18 77:13 78:4,5,8

79:7 81:22 82:10,11,25
87:7,12 89:13,15 93:4
102:12,21 103:13,20
105:5,9 106:19 109:2,6,
8,11,12,15 111:9 112:3
114:18 115:16 116:21
118:18 119:10,14,20
120:5 124:5,7 125:14
127:5
I've 45:6 59:24 83:5
92:21 103:13 108:13
116:13 117:16 123:22
127:21

**J**

jacket 47:22
Jackson 63:12 118:4
jail 60:21 62:22 112:2,4,
7
Jamira 58:14,20,21,22,
23 93:16
January 10:7,13,20
11:20 36:17,20 40:1
48:2,3 106:19,21
Jersey 20:22
Jesse 63:12,15 68:18
job 54:11
John 55:8,9
Johnetta 25:19 27:6,11
34:23 35:18 54:22 55:8,
9 58:5 59:3,6,10 66:6
68:19 70:20 92:19 93:4
101:6 108:6 112:13,19
113:16 114:8 121:12,20
122:5
July 48:19,20 49:1,20
50:5,14 65:8 71:2,12
76:15,24 81:5 107:6,14,
18 112:8 113:5 117:7
June 95:22
justice 102:2,10,19
103:12
justified 102:1,10,12,15,
16 103:9
justifying 101:18

**K**

keeping 9:4
Keon 107:13
killed 14:10 39:7 41:10,
11,12 52:4,6 115:12
117:10
killing 41:19 72:24
94:20,24 115:2
killings 41:21 42:3 115:3
kind 34:4

knew 34:11 36:4,6 43:6,
19,21 44:1 52:20 82:7
85:17 95:11 120:23
124:12
knowledge 17:16 25:25
124:8

**L**

La 50:23 51:1 118:19
labor 54:15
LAFAYETTE 5:1
Lakeem 107:13
land 125:3
landed 66:1
large 41:17 80:20
largely 41:15 46:7
late 76:21 106:22
120:16,17
law 108:7 124:24 126:3
laws 44:13
lawyer 30:4
lead 82:4 88:8
leader 15:15 34:23 35:2,
6,12,15 104:3 107:2
leaders 34:1,10,11
35:20 70:10 81:25
123:25
leadership 18:4
leading 34:22 80:21,23
85:12 90:13 122:7
learn 31:20 53:6
learned 111:5
leave 38:4 44:17,21,22,
24 62:12 63:8 113:2,7,
10
left 20:23 54:8 66:1
73:21 74:4 79:19 86:10
91:16 92:23 125:10,13
legal 15:25 17:14,15
32:17 67:16
legitimately 62:22 63:3
lesson 39:21
letter 30:2,4,8
letting 83:18
let's 24:16,20 25:1
28:15 32:11,13,16
35:23 41:7 48:2,19
71:1,21 77:19 88:16
97:10 116:2 117:1
liberation 114:10
license 12:9
lie 57:9
life 33:22 38:15
light 61:23 85:25 89:6,7
limited 90:2

limiting 88:11,13
link 75:9
list 30:12,18 34:14 35:17
68:22 73:14 83:1
listed 70:5 101:7
literally 63:9 85:5 88:22
106:18
litter 111:23,24
live 59:3,16,17 92:19,22
126:18
lived 53:20 77:17
lives 7:15 10:8 15:15,20
17:13,20 18:2,7 19:24
32:1,6,9,12,17,18 33:1,
15,21 34:1,12 35:2,24
48:21 52:22 68:9 70:10,
12,18 72:19 83:18
100:13,15,16,17 101:8,
19 104:3,25 105:7,14,
16,17,21 107:2,5,16,19
116:10 123:2,4,7,18,25
125:18 126:19
living 12:1,4,5
LLC 67:18,19 68:3,5
LLC'S 22:22 23:11
local 55:17 61:4 111:6,9,
10,12 114:20 115:5
locals 113:7
logs 124:6
long 5:14 7:1 66:5 83:7
127:10,16
loose 18:19
looted 94:12
looting 13:18 14:23,25
97:11,15,17
Loretta 122:16,21
125:23
Los 47:20,24
lose 20:18
lost 45:6 116:14
lot 29:12 46:2 88:10
89:25 112:5 123:10
Louis 12:2,3,6,15,17
45:8,9 70:22
LOUISIANA 5:1
lump 75:1
Lynch 122:6,16,17,21
125:23

**M**

made 13:3 26:9 60:10
69:14 71:7,14 77:14
81:16 84:11 116:8
mailing 5:22 6:2
maintain 107:21
make 6:12 8:4 26:10

33:10 67:4 74:16 90:3
93:22 105:19 113:13
115:2 118:10 126:1
makes 32:23 62:10
103:11,17
making 36:22 42:11
49:6 103:16,21 112:8
male 61:18
mall 31:8,10,13,21,22
36:5,6
managed 54:12,16
manages 70:7
Manhattan 107:6
map 78:14 86:24,25
87:2,4,8,15,20 93:23,24
mapping 100:25
maps 87:16
marched 79:15 81:1
marches 50:4
marching 76:25 77:20,
24,25 85:10,13 90:19
107:5
Marshal 108:7 124:24
126:3
mart 60:2
Marxist 20:3,4
Maryland 101:19
massive 25:21
math 39:21 40:20 41:1,5
mathematically 40:6
matter 7:15 10:8 15:15,
20 17:13,21 18:2,8
19:24 32:1,6,9,12,17,19
33:1,16,21 34:2,12
35:2,25 48:21 52:22
68:9 70:10,13,18 72:19
78:20 83:19 97:5
100:13,16,18 101:8,19
104:3,25 105:7,14,16,
18,22 107:2,5,16,19
113:18 116:10 123:2,4,
8,18 124:1
mayor 37:4
mayor's 112:14
Mckesson 5:2,7 21:16
22:2 23:10 24:23 25:8
117:4
Mckinney 95:18,19
96:24 104:21
means 18:9 22:24 23:15,
24 24:5,24 33:3,13,18
38:6 90:22 91:17
100:22
median 80:2,3,11,13
84:16,23 85:4,6,22,23,
24 88:4 89:21 90:4
medium 61:23

meet 18:18 19:19 56:1
58:21 60:5,11 61:6
64:16,22 65:7,11,15
70:23 122:20 124:2
meeting 57:16 61:8 65:5
110:8,11,14 124:9
meetings 122:23 123:2
member 15:17 18:7
23:18
members 7:16 30:11,17
64:22 65:11 73:20
memories 46:1
memory 86:22 89:24
mentioned 71:1
mentor 126:10 127:10,
16
message 66:20,23,24,25
72:9 81:17 108:24
109:1 110:3,4
messages 125:25 126:7
messing 124:23
met 18:15,19,22 19:9,12,
18,19,20 53:19,20
54:22 55:15 57:15,18
65:19,24 66:2,8 70:21,
22 93:15 116:16
122:19,24 123:9,10,12,
15,19 124:3,9,13,16
125:23
Miami 51:11,15,17,18,21
Michele 68:20
mid-town 107:6
middle 81:18 89:18
midnight 45:12
Mike 39:7 41:12
miles 107:5,6
million 67:3,8
mind 15:23 16:5 30:25
35:16 47:21 50:23,25
51:7 118:10
Minneapolis 31:8,24
32:3 36:1
Minnesota 31:8,11,16,
17,21,22 36:7 49:20
50:3
minus 40:21
minute 24:14 49:12 55:3
73:24
minutes 104:5
Mississippi 118:5
Missouri 106:1,9
misunderstood 6:13
Molotov 100:5
moment 59:22
moments 101:8
money 7:7 8:24 9:9
74:5,13,19 75:6 76:4,8,

12 113:13 117:23 127:6
**monies** 7:17 8:15 9:4,8, 12 73:15 75:21
**month** 25:12
**months** 40:1
**Moore** 68:19
**morning** 60:20 64:17
**mother** 73:19,21 74:3 116:24 117:2 125:10 126:11 127:11,15
**mouse** 89:16,17
**move** 23:24 24:5,16,24 25:4 41:2
**movement** 15:22 16:1,3, 13 17:14 18:2 19:24 32:13,19 33:1,16,21 34:2,4,6,12,21 35:3 48:22 68:10 83:19 100:17,18,21,22 105:21 113:13 114:6 123:4,8, 19,24 124:1
**multiple** 21:10 72:19
**multiples** 37:21

**N**

**N-E-T-T-A** 55:10
**named** 17:20 20:6 68:3 74:23
**names** 34:18 47:19 55:4 58:4 111:13
**nap** 66:2
**National** 100:8
**nationwide** 48:20 49:1,5
**necessarily** 43:23
**needed** 127:14
**neighborhood** 46:4 96:14
**nervous** 102:13 103:17, 20 109:3,8,11
**Netta** 74:24 93:7,9,10,15 120:11,12
**network** 70:14
**news** 75:13 94:21,22 95:4 99:22 100:1 103:25 104:17
**newsletter** 75:11,15,20, 24,25
**Nicholas** 5:9
**night** 44:8 45:8,10 57:15 60:1,4,6,11,17,19 65:16 79:13 81:3 91:12 96:25 112:1,5,7 120:6,7 121:2,18
**ninety** 38:21 75:12,16
**ninth** 61:2
**non-** 82:22

**non-profits** 22:22 23:12, 17
**noon** 120:22 121:7,8
**note** 126:6
**notes** 118:19
**notified** 66:19 70:25 71:2,3,5
**noun** 82:16
**November** 7:3
**number** 5:21 21:9,15 37:24 38:8 40:22 41:3 61:11,14 74:9
**numbers** 8:2 41:6 67:4 74:16

**O**

**Oakland** 37:4,7
**oath** 60:14 91:11
**Obama** 122:24 123:3,9, 15 124:3,25
**observe** 14:22 41:21
**observed** 41:8,20,24
**occasion** 81:5
**occasions** 45:4
**occurrence** 45:25
**October** 18:21 19:13
**offer** 82:8,9 117:23 118:24
**office** 5:23 54:8 124:25
**officer** 39:8 107:11 119:23
**officers** 13:7,11,14 14:23 50:1 52:12,21 53:4 94:8,15 95:4 107:20 108:1 117:5,9, 17,20 119:24
**offices** 6:16
**Opal** 19:17 70:11,17
**open** 87:8
**operating** 114:3
**order** 29:20,22 44:24
**ordered** 44:21
**organization** 15:22,24 17:20 18:3 105:18 117:23 118:7,9
**organizations** 18:3 23:16
**organizer** 110:8,11,13 114:20
**organizers** 57:14,18,19 115:5
**organizing** 56:9,12 57:11,12,22 100:14
**outs** 28:6 35:21
**overview** 6:18

**owned** 46:12,13 67:25 69:20 97:3,7
**owners** 70:2,4
**o'clock** 45:13 92:24

**P**

**P-A-C-K-N-** 55:7
**p.m.** 76:23 92:13
**Packnett** 55:7 58:5 68:20 70:21 82:25 83:3 101:5 121:22
**paid** 73:11 118:1,2,3,7
**Panthers** 60:5,11 64:16, 23 65:5,12
**paraphrase** 102:3 103:7, 8
**paraphrasing** 102:6 103:14 109:8,14
**Parisse** 70:10
**park** 64:17 65:8
**part** 10:11 16:2 17:21 18:1 58:19 73:22 77:17, 18 81:24 102:20 105:25
**participate** 95:19
**participated** 82:6 104:20
**party** 26:7
**Pasadena** 126:19,21,22, 23
**pass** 91:18
**passing** 86:9 107:14
**past** 27:12 28:19,21
**Patagonia** 47:22
**Patrisse** 18:12,18,23 19:11 68:18 70:16
**pattern** 109:11
**Paul** 49:19,22,23 50:2,3
**pay** 73:9 75:3,25 117:23
**Paypal** 76:12
**pelting** 13:14
**people** 10:16 18:1 21:13,23 27:5 30:19 33:25 34:22 41:12,14, 15 44:4,8,15 52:4 53:20 55:15 57:8 61:8 65:4,20 66:2,8 68:22 71:8 72:24,25 73:6,14,25 74:18,23 75:2,9,14,22, 24 79:16,19 80:3,15,17, 19,25 82:5,18,21 83:1,2 85:12,15,16 90:13 93:2, 14 94:18,20,25 96:11 101:2 108:18 109:23 110:12 112:15 113:12, 15 114:13 115:1 116:14 119:25 123:5,25 124:1, 12,16,19,20 126:2

**people's** 115:22
**pepper** 46:2
**percent** 38:22,24 39:1, 13,18,22,24 40:4,10,12, 13,18 103:10 121:4 125:4
**period** 12:15 41:16
**perpetrators** 81:13
**Perry** 22:19
**person** 27:9 44:18 59:21 71:8 82:13 100:21 114:9
**personal** 67:18,22 68:2 124:7
**personally** 57:15
**persons** 26:23 117:24 119:20,24
**Pertier** 50:11
**phone** 19:3 61:11,13 92:16,20 108:12 125:15,20 127:12
**photograph** 87:18
**photographs** 13:24
**phrase** 101:16,17 102:4
**physical** 5:23 25:21
**picked** 92:20 98:12,16
**picture** 28:12 87:14,17
**pictures** 13:21 15:1 47:2
**place** 9:1 16:23 60:1,17 72:12,15 75:14 115:1 118:13
**places** 12:17
**plan** 82:19 122:6
**plane** 66:1
**planning** 7:16 81:11,20, 24 82:1,3,13,16,17,21
**played** 112:22
**podcast** 6:22 7:1 26:12
**point** 22:8 34:21 60:20 70:24 78:5 82:5 91:7 108:2 110:9 117:18
**police** 10:21 11:2,5,19 13:3 15:2,4,5,11 37:4 39:7 41:10,11,13,15,25 42:5,13 43:8,11,15,18, 21,23 44:4,10,14,20 45:13,22 51:20,21,23, 24,25 52:1,3,6,11,21 53:3 60:10 63:20,24 64:7,9,18 65:9 72:24 77:6 78:23 79:4,8,9,10, 14,19,20,21,24 80:7,8,9 81:7,14 84:18,19,22 85:5,9,19 86:5,15,17,20 87:3,12,18,21,22,23 88:11,14 89:11 90:2,25 91:3,22 93:20 94:8,15, 19,24 95:4 100:3,6,25

107:11,15,20 111:4,20, 25 112:5,9,10 113:22 115:12 117:5,9 119:23, 24 121:17
**policies** 113:23
**pool** 96:14 97:1,2,3,7
**post** 75:25 124:21
**posts** 108:4,11
**preferred** 114:3
**presence** 43:16
**present** 13:23 14:2,7 43:22
**presented** 104:2
**president** 109:8 122:24 123:9,15,19 124:3
**pretty** 76:21 86:6 89:1 102:15
**Pride** 34:2
**prior** 81:5 91:15,16
**prioritize** 114:13
**prison** 20:25
**private** 44:9,12 46:11,13 96:18
**privilege** 21:4,19 22:5
**problem** 33:2 35:18
**problematic** 114:12
**proceeding** 90:9
**product** 30:3,5
**products** 69:21
**promote** 113:14
**promoting** 83:23
**pronounce** 28:16
**proof** 82:8,9
**proper** 70:23 82:16
**property** 44:10 46:8,11, 12,13 79:23,24,25 80:9 94:20,22 96:1 97:14,19 99:14,18
**proprietor** 44:16,19
**protest** 7:16 10:11,20 11:20 12:19,22 14:16, 20 31:7,10,20,22,23 32:2 36:5,6 37:23 39:9 46:15 47:17,23 50:3 52:22 53:5,23 63:8 64:17 66:19 71:12 72:25 73:11 75:13,17 76:5 79:15 81:19 82:20 86:7 88:2,8 89:16,22 93:17 94:4,25 95:11 96:2,8,10 97:12,17,22 98:3,22 99:1 100:14 105:25 107:19 110:23 111:3 112:9,11 114:16, 25 116:10 117:25 120:2,15,25 121:4,18 127:12

protested 38:10,14
  39:23
protesters 8:14,23 9:7,
  13 10:8,22,23 11:1
  12:25 13:4,10,14 15:3,
  4,5 20:11 35:25 37:3
  42:1,6,8,14,19 43:16,25
  82:6 96:7 99:13,16,20,
  24 100:3 107:10 111:7,
  10,12,20 112:11 122:12
protesting 10:23 11:1
  37:20 38:4,22 39:12,19
  40:10,19 45:23 51:3,5
  73:2,4
protests 8:16 11:23
  13:12,15 14:2 31:13
  36:16,21,25 37:10,13,
  18,25 38:11,15 39:15
  48:20 49:1,5,19,22,23
  50:5,8,9,13,16,17,20,22
  51:11,13,15,17 52:10
  53:9 69:9 71:2,4 72:10,
  19,22 82:5 95:19 96:5
  99:12 101:20 104:21
  117:6 119:21
provided 72:12 110:10
provocation 42:14
public 10:23 11:2 13:1,5
  26:9,10 42:8,9 43:17
  46:8,11,12 48:8 50:6
  54:1,4 95:12,16 96:7,19
  107:9 111:11
publicly 70:5
pull 30:12,18 86:25
purpose 73:2,4
purposely 84:5
purposes 7:17 73:5
pushing 122:10
put 92:24

**Q**

quarter 67:2,7
question 8:10 9:16
  11:10,15 15:19 16:3
  18:24 19:17 22:2,10,15
  23:13,16 24:20 25:14
  29:16 35:11 36:19 38:7
  39:17 41:5 42:4,18,21,
  23 49:4 51:12 62:10
  64:12 99:23 100:19
  126:13
questions 21:23 127:19,
  21
quick 14:9 104:7
quickly 8:25
quote 102:14 103:4,5,
  16,20,22

**R**

race 112:14
race's 124:24
racist 122:11
rage 71:4 108:7
ran 75:23
re-tweeted 71:24,25
  72:14
reached 56:9,12,16,19,
  22 57:23 114:20
reaction 26:16
read 26:18,21 47:23
  101:24 103:5,15
  109:16,21 125:5 127:24
  128:1,11
readily 30:13
reading 26:23 30:22
  102:7 109:6
ready 122:12
real 14:9
reason 83:24 92:8
recall 7:5 28:10,11 34:18
  37:10 45:18,19,21
  47:12 51:3,5 52:8 64:12
  65:1,15 66:14 98:2
  101:10,18 102:18,19
  103:18 104:16,19,24
  106:3,8,21 107:1
  108:17 110:24 112:8
  122:4,13 127:4
receive 73:5,15 74:5,19
  110:3
received 71:20,22 73:1
  74:11 76:12 109:1,18
recently 118:3,14 122:6
recollection 62:18 64:24
record 5:6 49:14,15,17
  104:11,12 118:11 124:5
red 78:8
reduced 113:1
refer 16:8
reference 70:24
referenced 26:3 70:16
referencing 59:9 74:22
  81:21 111:13
reflecting 30:21
reflections 69:9
refused 44:21
regard 79:21 114:4,5
region 41:13
registered 104:25 105:7,
  15
relations 54:16
relationship 17:22,23
  83:14

relive 59:22
rely 107:22
remember 12:13 14:14
  19:18,20 20:16 21:19
  22:6,7,13,18,20 26:15
  39:7 46:20 52:16,18
  56:5,6,7,14,15,20,21
  57:6,8 58:1 60:13,24
  61:8 62:17,25 63:10,15,
  18,19,25 64:3,4,6 65:20
  67:10 68:6,22 69:1
  72:21 76:5,22 79:12,13
  82:17 84:18 85:2 89:1,7
  90:6 92:15,22 93:9
  96:12,25 101:13,17,22
  103:24 104:2 110:4,20
  111:24 112:1,5 120:4
  121:18
remembering 52:14
remembrance 84:21
  88:15
remind 118:9
REMOTELY 5:1
rent 73:9
repeat 6:11 55:4 58:4
  91:25 108:13 114:19
  115:25
repeating 103:11
rephrase 105:12
replay 115:22 116:12
reply 101:25
report 60:1
REPORTED 5:1
reporter 7:24 8:8 11:7,
  13 16:10,15,21 17:2
  24:13,17 33:5,9 34:3,7
  49:13,16 54:23 55:2,12
  58:7,11 93:25 104:10,
  13 128:2,6,10
represent 123:5
representative 113:9
  123:8,18
represented 123:1,17
representing 55:23 56:3
  107:1
republican 110:16,21
required 24:10
requirement 36:23
residence 12:7,8,10
residential 5:8
respond 16:19 43:8
response 11:1 26:22
  43:18,20 122:9
rest 30:19
restate 8:10 11:9,15
restraining 29:19,22
restroom 98:6

result 11:20 15:8
results 40:22
retelling 102:13 109:3
  115:17
retirement 54:15
return 84:5,11
returning 84:9
retweeted 66:23
Reverend 63:12
Rhode 126:20,24
rid 98:10,14
rights 16:2
Riva 118:20
road 86:3,4
roads 42:19
Robin 126:8,9,14 127:1,
  13
Robin's 126:10,16
rocks 13:15 14:22,25
  15:1,6 100:3
role 112:21
room 18:20,23 19:1,10,
  14
Rouge 50:24 51:2 52:11,
  21 53:1,6,9,13,21,24
  54:19 55:16,18,19,20,
  24 56:8,15,19 57:4,5,
  14,20,22 58:17,18,22
  59:2,18 60:23 62:13
  63:25 64:18 65:23
  66:12,17 71:12,15,16,
  17 72:7,8,10 86:1
  93:10,16 97:18 110:23
  111:4,5,16,19 113:6
  114:16,24 116:9 117:6,
  7,19,20 119:21 120:3
run 75:11
rush 106:3,14

**S**

S-I-N-Y-A-N-G-W-E
  58:10
Sam 35:19 66:11 74:24
  75:8 110:4 114:1,2
Samuel 28:15 35:5 58:6
  69:21 70:8 101:5
  108:18
Samuel's 58:8
San 36:16,21,25 37:5
sat 92:9 112:6 115:25
  116:13
Saturday 52:11 64:17
  65:7 113:5
school 23:2 54:4,13,17
schools 54:1,4
Scott 107:13

screen 30:21,25 87:8
  93:22
Sean 103:25 104:17
  105:6,13
self- 83:22
send 30:2 76:1 125:24
  128:3
sense 6:12 32:23 81:16
  90:3
sentence 70:15
sentiments 82:1
separate 18:12
September 18:20,21
  19:12
set 18:3 57:13
seventeen 10:16
seventy 40:16
severity 25:21
Shakur 20:7
share 83:19 87:7 94:1
Sharhonda 58:24 93:16
Sharpton 63:16,18
she's 27:7,25 59:11
  127:10,15
shirt 75:4
shocked 44:25 45:1
shoes 47:23 78:9
shook 32:14
shoot 41:14
shooting 114:17 115:7,
  11
shop 44:9,20
short 61:20
shot 52:22 53:4 60:18
  107:14,20 108:2 114:23
  117:5,10,18,20
shouldn't 82:2
show 48:11,17 81:7
  87:1,2,9 106:22
showed 116:22
showing 80:24
shut 10:9 11:21 35:25
  36:8 43:11 49:20,21
  86:6 88:12 122:13
  124:23
shutting 44:12 88:6
  89:23
side 69:5 77:9,25
sidewalk 80:2,4,6,13
  84:16,17,23,24,25 85:2,
  3,4,7,21,23 88:4,21
  89:21,23
sidewalks 78:18,21 85:3
sign 127:24 128:1,11
signal 17:6
similar 76:11

**simple** 40:20
**Sinyangwe** 28:16,17,18 58:6,10 101:5 108:18
**sir** 5:6,15 6:13 7:21 8:18, 22 9:2 21:6 22:19 23:18 24:10 25:11 26:6 29:1, 16 32:7 34:16 35:8 36:13,19 39:18 41:7 42:4 46:17 47:10,19 54:6 61:19 64:12 73:8 76:19 77:10,19 78:4 98:12 105:11 117:13 118:10
**sister** 73:19
**sister's** 73:13
**sit** 103:19
**site** 78:15
**sixth** 23:5,6
**sixty** 94:11
**sixty-five** 40:15
**skin** 61:24,25
**skinned** 61:23
**slaying** 20:21
**sleep** 53:17,21 65:19,21 66:4
**slept** 120:11
**slim** 62:7
**small** 57:7
**social** 25:21
**sole** 22:4
**solely** 22:1
**son** 20:23
**Soros** 73:15 74:3
**sort** 81:23 89:3 96:13
**sound** 36:20 94:3
**sounds** 50:12 68:15,23 95:24 104:23 107:8,12
**source** 73:2 76:11
**sources** 73:18 74:11
**space** 6:6
**speak** 84:6,14 116:13 122:16,21
**speaking** 27:14,25 83:4 84:4
**speaks** 100:21
**special** 46:1
**specific** 12:5 25:1 71:8 85:15
**specifically** 12:3 21:17, 24 22:4 52:8,17 99:5 113:7
**spelled** 55:6
**spend** 21:12
**spent** 38:21 39:11,19 40:9,19
**split** 69:23

**spoke** 18:15 122:9,22
**spoken** 19:3 27:11,15 28:18,21,22 83:5,6 122:5
**spray** 46:3
**spread** 71:20,23
**St** 5:9 12:2,3,5,15,17 45:8,9 49:19,22,23 50:2,3 70:22
**staff** 70:6
**staffing** 54:16
**staged** 32:1 48:21
**stand** 101:23 103:22
**standing** 86:23
**start** 112:10 120:16 122:10,12
**started** 7:2 14:16 45:13 53:6 63:8 78:23 79:13 88:3 89:17,19 120:17, 20,22 121:1
**starting** 99:6
**state** 5:6 20:22 93:3
**statement** 27:24 67:6 71:14 105:11 107:23 112:8
**statements** 69:14 82:22
**States** 50:19,22 108:8
**station** 15:3,12 63:22 64:7,9 79:4,8,9,11,14 84:18,19,22 86:15,17, 20 87:18,21,22,23 89:12 93:20 95:4 99:21, 22,25 111:4
**status** 105:1
**stay** 15:18 29:22 67:15, 18,19,24 68:3,4,9 69:19 124:25 127:6
**staying** 12:14,18
**staywoke.com** 67:20 68:1 69:19 70:1
**staywoke.org** 67:25 69:25
**steady** 17:6
**Stephanie** 124:15,18
**Stephen** 106:22,23
**Sterling** 55:22 56:2,3 60:18 113:10 114:17,23 115:9,12 116:11,20,23
**Sterling's** 62:16,20 116:6,9,17
**stop** 30:3,5,9 72:24 94:1
**stopped** 84:4 92:5,8
**store** 6:3 60:2,4 63:22 64:13 65:12
**stores** 92:5,11 94:12
**strategy** 59:14
**stream** 59:16 92:19,22

**streamed** 59:3,17
**street** 5:12,17 37:15,19 45:12 64:1,5,7,13,18 65:8 77:7,8,9,15,16 79:2,6,8,14,16,18,20 81:15 84:23 85:7,20,21, 25 86:22 87:2,21 88:12 89:11,19,20,25 92:4 96:7,11,15 111:23
**streets** 42:19 43:2,7,11, 14,18,25 44:1,5 45:14 50:7 95:16
**structural** 94:11
**structure** 18:4
**stuck** 33:4,8,14
**stuff** 30:22 125:6
**subtitle** 69:7
**subtract** 38:8,9,12 40:21
**successes** 83:20
**suck** 107:15
**suggests** 72:2
**suite** 5:21,22
**sum** 75:1
**summer** 108:14,15,23 109:22 122:6 126:3
**support** 75:14,22,25
**supported** 115:4,5
**supremacy** 21:4,14,18, 22 22:5
**swat** 45:14
**sworn** 5:3
**system** 54:4,13,17

---

**T**

**T.V.** 106:22
**taking** 30:3,5
**talk** 21:3,11,13 35:23 48:3,19 61:5,7 97:10 125:3
**talked** 18:16 92:21 108:23 111:17
**talking** 6:19 8:20 15:21 24:18 25:23 29:8 32:11, 18 62:17 63:15,18 70:14 76:16 93:23 101:13 110:7 120:25
**talks** 21:21
**tall** 62:3
**tax** 105:1
**teach** 23:2,4
**teacher** 41:6
**teachers** 54:16
**team** 56:10,13 57:11,12, 13,18,23 58:1,2,3 66:13,16 114:21 119:15,16

**tear** 44:10,11,22,24 45:2,5,7,13,16,22 46:2, 7
**television** 68:8
**telling** 59:14
**ten** 7:6 30:17 41:11
**tender** 127:18
**Tennessee** 107:15
**tennis** 47:23
**tenth** 61:2
**termed** 43:17
**terminal** 32:2 35:24,25 36:1
**testify** 5:4 27:7 121:13
**testimony** 14:24 31:5 42:2,7,13 44:23 47:11 53:10,11 56:18 60:14 64:8,21 65:22 79:1,3,6 80:12,21 86:19,21 88:16,20 90:4 92:12,14 95:1 105:5 107:21 109:16,19 110:24 120:14,19,20,21
**Texas** 52:12 95:18,20 96:24 104:22 126:21
**text** 108:17,24 109:1,18 110:3,4 122:4 125:24 126:7
**texted** 125:22
**texts** 19:4 125:5,22
**that's** 6:24 17:3,24 22:13 24:3,4 25:4 27:25 40:12,16,17 41:2 43:24 59:24 63:2 72:7 75:22 76:17 78:7 79:16 81:15 82:3 87:25 90:6,19 105:10 111:25 112:4 113:20 120:23 121:18 124:18 127:18
**there's** 18:4 59:8 64:10 80:1,2,20 82:17 83:1 85:6,7 87:20,21 90:4 123:4
**they're** 73:24 121:15
**thing** 34:13 59:20 67:18 81:23 86:17 89:14 99:19 101:9 105:10 109:4 114:11 121:8
**things** 15:4,5 16:4 18:6, 12 27:19,22 28:1 61:15 67:24 72:5 73:10 76:2 81:24 82:1,19 83:15 103:9 109:13 111:20 113:18 115:16 124:21
**thinking** 65:25 81:11
**thinks** 83:21 84:2
**third-** 26:6

**third-parties** 74:6
**third-party** 25:24 26:2, 17
**thought** 79:12 87:16 113:12,15
**thousand** 7:6,7 38:19 107:4 108:18,20 109:23 110:1,12
**thousand'ish** 67:14
**threat** 25:9,16,19 26:8, 20,24 27:2,8
**threw** 92:16
**throwing** 13:10 15:4,5 100:3 111:20
**thrown** 14:22,25 15:2 100:6
**ties** 112:6
**tight** 89:1
**time** 12:15,19 14:13,18, 19,20 18:22,24,25 19:5, 12 21:13 30:10,11 31:14 33:22 38:15,22 39:14,19 40:19 42:23 45:2,7,15,17 46:6 48:15,16 57:16 62:24 64:21 72:12,15 73:16 75:9 76:22 77:1 78:5,7, 9 91:22 92:15 103:7 104:4 108:1,3 113:18 114:11 117:15,16 120:2,6 121:6,9 122:3, 25 127:10,16
**times** 19:2,14 21:8,10 45:19 81:10 112:20 113:1 114:20 117:12 121:11 122:20,22
**title** 110:10
**today** 39:2 47:11 70:7 103:19 115:18 126:19
**told** 18:11 27:2,7 32:19 36:4 37:9 38:9 41:19 46:5 47:10 53:14 56:20 57:2,3,24 58:4,20 59:5 69:19 77:15 81:6 83:24 84:15 105:6,13 107:18 120:25 124:14,18 125:10 127:10
**Tometi** 19:17 70:11,17
**ton** 111:25
**top** 20:17 35:1 47:4 127:4
**topic** 21:11 22:1,4
**touch** 109:22
**town** 106:2,6
**traditionally** 55:6
**traffic** 10:17 88:10,13 89:25 90:2 106:3,14

transpose 8:2
travel 97:25
traveling 98:3
traversing 86:3
trial 59:12,13
trigger 43:20
triggered 43:18
triggering 43:21
Triple 60:2,12,15 65:12
Trooper 20:22
true 29:4 37:14 44:15
  47:14 48:18 65:6 84:24
  98:20 105:20
Trump 122:11 124:24
  126:2
truth 28:3
truthful 69:12,13,15
turn 90:24
turned 12:23 71:10,22
  77:4,6 90:17 91:21
turning 91:2
tweet 48:15,16 71:8,20,
  22
tweeted 47:7 71:10 81:2
  82:11 105:20 110:22
tweeting 111:7,10
tweets 111:8
twelve 52:21 53:4
  107:20
twenty 8:18 94:7
twenty-seven 94:12
Twitter 26:14 47:3,6
  48:8 61:10 66:20 67:3,8
  71:2,7 72:16 81:3 82:10
  108:5 111:6,8,14
type 62:11

U

Uh-huh 47:7 72:1
  121:23
unarmed 115:20
unaware 29:7
unclear 32:9 90:20
uncomfortable 62:10
understand 17:18 18:9
  23:23 46:10 79:7
  123:23 124:2
understanding 11:3
  24:11
understood 43:16 124:1
unemployment 54:15
unheard 112:25
United 50:19,21 108:8
unmitigated 41:16
unprovoked 45:13

unshare 93:21
UPS 6:2

V

vacuuming 73:25
vandalization 98:21
vandalizing 98:25
vehicle 94:11
vehicles 98:22
vendor 25:25 26:2,7,17
verify 82:24
video 21:16 22:3 42:3
  59:3,23,25 77:10,13,14,
  17,19 80:24
videos 81:2 86:8
violence 10:19 15:9
  26:20,24 27:3 41:8,15,
  17,24 42:4,5,10 51:20,
  23,25 52:1 81:7,13,14,
  16 82:23 94:17,18
  101:1,15,18 102:2,10,
  18
violent 10:21 11:2 12:23
  14:15 42:1 43:20 44:4,
  14 81:14
vision 114:4
visited 47:9 48:16
voices 126:2

W

Wade 118:4
Wait 24:14 55:3
waiting 122:11
wake 93:18
walk 85:25 86:1,2
walked 80:14 91:10,17
walking 91:2,21,25 92:1,
  2
wanted 27:19,22 28:1
  33:10 57:4 74:10 82:23
  98:6 105:7,14,21 108:6
  109:22
warmers 75:3
warranted 115:10
Washington 50:6
wasn't 15:7 26:5 41:5
  56:16,22 58:16,19
  94:19 96:13 121:7
  122:3 123:14 124:17
  127:12
watched 21:16 59:16,19,
  20,23,24
watching 95:3
water 97:20,21,24,25
  98:3,4,5,8,16,19

ways 27:20,21,23 28:2,
  25 29:3
weapon 115:14
weapons 119:21
wear 47:22
wearing 48:1
website 30:9 67:20,22
  69:18 76:1
websites 68:1 69:25
week 71:4 108:7
weekly 6:24
weeks 122:10
weren't 26:20 52:9,13,
  25 107:18 108:11 116:6
  121:9 123:7
Werner 20:22
western 93:19
We'll 24:3,5 25:4 41:2
  93:24 128:1,9
we're 32:11,18 33:3,8,
  14 37:24 77:10 90:19
  104:14 116:2,5
we've 19:1,13 21:16
  77:10,19 86:8 92:21
  111:17
what's 5:8,21 16:6 23:1
  58:8 60:13 61:23 62:5,
  7,8 126:16 127:3
Where's 87:22
white 21:4,14,18,21 22:5
  112:15 123:13 124:5,
  12,14,20,21
whiteness 21:4,18,24
  22:4
Who's 58:24 70:3
  119:16
wife 20:23
Williams 68:18 126:17
  127:1
win 124:25
windows 44:11 99:11,
  15,17
witnessed 42:10
witnesses 59:11 121:14
woke 15:18 29:23 67:15,
  18,19,20,24 68:3,4,9
  69:19 76:24 127:6
Wolf 101:11 102:3 103:3
  109:3,9
woman 20:6 112:23
women 70:16
wonderful 31:1 128:15
won't 30:18 84:6 116:1,
  4,12
Wood 126:17 127:1
word 23:24 24:11,23
  25:1 88:24 102:12,15,

16 103:9,12
words 101:25 103:1,16,
  21
work 6:21 19:6 20:1
  27:17,18 28:24 29:2
  54:1,7 66:1 75:5 114:5
worked 19:6,16,22 20:2
  74:2
working 6:17 23:19
  112:16 114:9
worried 103:11
worries 102:5
wouldn't 108:8 120:17
write 119:2 124:22 125:6
  126:1
writing 122:14
written 32:13
wrong 40:6,21 89:15
wrote 109:17 118:22
  119:11

Y

year 8:22 20:23 27:12
  28:19,21 31:12 39:3
  40:12 41:10 67:10 68:4
  83:9
years 5:19 7:19 40:14
  52:4 83:11 112:21
  113:17
yelling 107:15
York 5:9,12 6:6 50:23
  51:1
Young 124:15,18
you'd 59:10 84:2,12
  93:7 123:13
you're 6:19 8:20 11:8,9
  13:25 16:18 17:8,19,24
  22:11 25:22,23 28:5,9
  29:7,8,16 30:20 31:4
  32:10 35:7 37:17 40:7
  41:25 51:11 52:6,17
  63:8 64:25 70:14,15
  74:21 76:16 81:20
  91:11,20 99:10,15,20
  102:6 103:4,6 110:7
  111:12 120:24 121:3
you've 18:22 37:13
  59:4,23 92:19 110:9
  117:12,21

Z

zip 5:13 112:6
Zoom 31:1,3

