









Ex 8

