Ex 4



Ex 4









