DeRay McKesson/Wolf Blitzer Interview

Wolf @ 00:34  But you want peaceful protests right?

McKesson: Yes, for sure and remember the people that have been violent since August have been the police.  We think about the 300 people that have been killed this year alone, like that is violence.  There's been property damage here that's been um, really unfortunate over the past couple, for a day or so here, but remember there have been many days of peaceful protest here in Baltimore City and in places all around the country.

W:  But at least 15 police officers have been hurt, 200 arrests, 144 vehicle fires, these are statistics, local police have put out 15 structure fires, there's no excuse for that kind of violence, right?

M: And there's no excuse for the 7 people that the Baltimore City Police Department have killed in the past year either, right?

W: We're not making comparisons, obviously we don't want anyone hurt, but I just want to hear you say that there should be peaceful protests, not violent protests in the tradition of Dr. Martin Luther King.

M: Yeah, there should be peaceful protests and I don't have to condone it to understand it right, because the pain that people feel is real and you are making a comparison you are suggesting this idea that broken windows, um, um, are worse than broken spines right, and what we know to be true is that the police are killing people everywhere, there're killing people here.  6 police officers were involved in the killing of Freddie Gray, and we're looking for justice there, um, and that's real right so like the violence that the police have been inflicting on the communities of color, has been sustained and deep.

W: But you agree I assume with President Obama who just said a few moments ago there's no excuse for the violence that erupted yesterday, there's no excuse for the stealing, no excuse for the arson you agree with the President?

M: What I agree with is that I advocate people to peacefully protest, I also know that pain manifests in different ways and I don't, again I don't have to condone it to understand it.  People are grieving and people are mourning, um, and I would advocate personally for people to do it in ways that you are calling peacefully, um, but again I also know that Freddie Gray will never be back, and that those windows will be.

W: The ah, the President also said, President Obama, he said the violence, he said distracted from the ah, peaceful protest and distracted from the mourning that the family of Freddie Gray was seeking yesterday.  ah, your reaction to that.

M: You know what distracted from, from progress is when city officials get on TV and call a black people in pain thugs, right, that's a distraction, um, so, you know I think that the unrest, the uprising, whatever you call it, is again a cry for justice here and a cry for justice across the country because the police continue to terrorize people and again the terrorizing is actually deadly.  Broken windows are not broken spines ah, people are in pain.  So I think that the President, um, I hope that he understands the, the conditions that created the unrest, and that continue the unrest not only here in Baltimore but across the country because Freddie Gray will never see another day and neither will Tamiere or Ayana or Mike Brown.

Ex 7