Ex 9
