Ex 15
