# DECLARATION

I here verify and declare under penalty of perjury that the following is true and correct under penalty of perjury this February 21, 2024.

I, Randall J. Wiedeman, retired in 2021 from Baton Rouge Police Department, with 32 years of service. In 2016, I was the Squad Lt assigned to 4th district (Scotlandville Substation). After the shooting of Alton Sterling, large crowds gathered at the corner of Airline highway and Goodwood Blvd. The crowds became aggressive and were intentionally blocking traffic.

Several uniform squads and specialized units were sent to the area to address the situation. My squad was the first to make contact with the protestors. We were met with verbal abuse, non-compliance, and subjects throwing objects in our direction. Numerous Brpd officers along with other departments were sent to the location.

On July 9, 2016, my squad was involved in attempting to control the protesters and protect the public. Besides verbal abuse and actively blocking the roadway, numerous items were thrown in our direction. Full water bottles, frozen water bottles, pieces of concrete and other items were thrown. Some of the protesters were openly carrying firearms. On several occasions, the protesters attempted to block the interstate.

/s BRPD Capt R Wiedeman (ret)

Ex 16