

POLITICS

# 21 Officers Injured as St. Paul Black Lives Matter Protest Turns Violent

Posted on July 10, 2016    by admin



**FOLLOW US!**

Ex 21

*Twenty-one officers from various Minnesota law enforcement agencies were injured and more than 102 protestors were arrested as a demonstration on the I-94 freeway in St. Paul turned violent Saturday night, with protestors hurling rocks, bottles, fireworks and bricks at law enforcement officers on the scene.*

*Hundreds of demonstrators began protesting at the Governor's Residence in St. Paul Saturday night over the police-involved shooting death of Philando Castile earlier in the week before heading onto the I-94 freeway around 8 p.m., local Fox affiliate KMSP reported.*

*The interstate was shut down in both directions for more than five hours and the protests eventually turned violent, with demonstrators hurling bricks, fireworks and at least one Molotov cocktail at officers, according to the St. Paul Police Department. – READ MORE*

## FOLLOW US!

find us on facebook    follow us twitter

Ex 21