Case 3:16-cv-00742-BAJ-RLB    Document 114-27    02/21/24    Page 1 of 16

# CHAOS IN ST. PAUL=> POLICE INJURED After #BlackLivesMatter Attacks Cops With Rocks, Rebar, Bottles, Fireworks, Molotov Cocktails

Kristinn Taylor Jul 10th, 2016 12:34 am  —  595 Comments

Several police officers have been injured by Black Lives Matter protesters who took over the I-94 freeway in St. Paul, Minnesota Saturday night over the deadly police shooting of Philando Castile, attacking police officers who tried to clear the road by throwing chunks of concrete, rebar, rocks, bottles, fireworks and Molotov Cocktails. The attacks have gone on for three hours.



 **Andy Rathbun**
@andyrathbun

Follow

More images of the protest that closed I-94 in St. Paul
#PhilandoCastile #I94closed

11:18 PM - 9 Jul 2016

374    414

Ex 24

*"More images of the protest that closed I-94 in St. Paul #PhilandoCastile #I94closed"*



*Fireworks thrown by Black Lives Matter protesters explode, injuring police, image **via Twitter/Fox9***

Video shows fireworks being thrown onto the midst of officers.

> **#Blacklivesmatter** protestors using fireworks as improvised explosive devices to attack police in Minnesota. **pic.twitter.com/IsxK5akkvU**
>
> — Just Call Me Mister (@MisterMetokur) **July 10, 2016**

*"#Blacklivesmatter protestors using fireworks as improvised explosive devices to attack police in Minnesota."*

A spokesman for the St. Paul police said via Twitter that an officer was injured by the thrown fireworks.



Ex 24

|     |     |
| --- | --- |
| 242 | 68  |

"Image of fireworks being thrown, injuring officer. #I94closed"

The St. Paul PIO also tweeted that two other officers were injured by thrown objects by Black Lives Matter protesters that have included chunks of concrete, rocks, bottles and rebar from a construction site.

The evening's protest started off peaceful.



"SPPD negotiating with protesters on I-94 to make symbolic arrests. Protesters in process of choosing those who will be arrested. #I94closed"



"SPPD has given 16 dispersal orders. Protesters still not leaving the freeway, continue to create safety hazard. #I94closed"



"Protesters throwing objects at officers. #I94closed"

"**Person with laser sight** pointing it at officers. Fireworks being fired at officers by protesters. #I94closed"

"**Officer injured** by fireworks thrown by protesters. #I94closed"

"**Protesters now arming** themselves with rebar from construction site. #I94closed"

Ex 24

"*Protesters on overpasses* throwing objects at officers, dumping liquid on officers. #I94closed"

*Officer injured* after being hit with a glass bottle thrown by protesters. #I94closed

"*Aggressors now throwing* rebar from construction zone at officers. Rocks continue to fly at officers. #I94closed"

"*Another officer* has been injured by aggressors throwing objects. Three injured so far. #I94closed"

"*Bricks now being thrown* at officers, along with more rocks and bottles. #I94closed"

"*An officer has been hit* in the head with a rock. Unclear the extent of injuries. #I94closed"

"*Another officer* hit in the head with a large piece of concrete, possibly dropped from bridge. #I94closed"

"*Molotov cocktail* thrown at officers. Unclear if anyone injured. #I94closed"

UPDATES:

"*Officers arrested* 50 people for 3rd degree riot last night on I-94. #I94closed"

"*Officers arrested* 52 people for public nuisance and unlawful assembly during an incident at 4 this morning on Grand and Dale. #I94closed"

"*Last night and this morning*, 21 officers from multiple agencies were injured on I-94 and other areas of the city. #I94closed"

f  Share 6.1K      Tweet      ✉ Mail

Get news like this in your Facebook News Feed,  [ Like ] Gateway Pundit

## Trending Today

Ads by Revcontent

**Men, Try This Tonight… You'll Never Need Viagra Again!**

**Nearly Unrecognizable! 24 Horribly Aged Celebrities**

**Do This Tonight to Make Fungus Disappear by Morning (Try Today)**

Ex 24

**She Never Mentions Her Daughter, Here's Why**  **Does This Uncovered Video Finally Prove Hillary's Guilt?**  **Malia Obama's IQ Will Make You Laugh out Loud**

**Commenting Policy**

As a privately owned web site, we reserve the right to edit or remove comments that contain spam, advertising, vulgarity, threats of violence, racism, anti-Semitism, or personal/abusive attacks on other users. The same applies to trolling, the use of multiple aliases, or just generally being a jerk. Enforcement of this policy is at the sole discretion of the site administrators and repeat offenders may be blocked or permanently banned without warning.

# Disqus Comments

**LGBT Community Shocked After Ellen Confirms She is Moving On**

The Ellen Show May Be At Jeopardy After This Leak

**Learn More**

Sponsored by **My Celebrity Insider**

Report ad

Ex 24

**595 Comments**        **The Gateway Pundit**        🔓 **Login** ▾

♡ Recommend **8**    ⬈ Share                                                       Sort by Best ▾

  Join the discussion…

**Kojak** • a year ago
Take them down! -- these aren't protesters, they are terrorists.

As Governor Reagan said to the police about the student rioters:
"Do whatever you need to do to restore law and order."

124 ⌃ ⌄ • Reply • Share ›

   **tham** → Kojak • a year ago
   They do not restore law and order in Minnesota
   26 ⌃ ⌄ • Reply • Share ›

      **一=テ━ Cankles in a landslide** → tham • a year ago
      Minnesota is a liberal bastion that votes in morons and women to run institutions.
      5 ⌃ ⌄ • Reply • Share ›

        This comment is awaiting moderation. Show comment.

      **一=テ━ Cankles in a landslide** → mg4us • a year ago
      Spot On
      1 ⌃ ⌄ • Reply • Share ›

      **Paul Joseph** → mg4us • a year ago
      those two are two worthless leftists who deserved to be beaten worse than they were in elections
      ⌃ ⌄ • Reply • Share ›

      This comment was deleted.

      **TroyGale** → Guest • a year ago
      Oh, I don't know if mg4us is wrong, I lived in Coon Rapids, for about 30 years, and I found the Swedes and Norskies to be socialist, and for the most part the exact sort of folks who would elect an Al Franken.
      Regards
      2 ⌃ ⌄ • Reply • Share ›

      This comment was deleted.

      **TroyGale** → Guest • a year ago
      All my days are great ms daisy. I didn't hate the people, just never understood how they could be so foolish.
      Regards

**Ex 24**

Regards

1 · Reply · Share ›

**patriotkat** → tham • a year ago

True- the police are not prepared to go vs the mayor or governor and are placed in dangerous situations.

· Reply · Share ›



This comment is awaiting moderation. Show comment.

**uvm73** → John (magnum) • a year ago

John, these savages are the same "peaceful protesters" who have been marching in the streets, since 2014, calling for police to be killed and to "fry 'em like bacon". The weenie governor of Minnesota basically wrote them all a permission slip! Hillary says all White people need to put on their shoes...most of the media is still trying to persuade Americans that these are "peaceful" protests, with 21 St Paul cops now reportedly injured by such "peaceful" people.

40 · Reply · Share ›

**Advent2016** → uvm73 • a year ago

"Minnesota Gov. Mark Dayton and Lt. Gov. Tina Smith proclaimed Monday, May 23, 2016, to be "Beyoncé Day" in The North Star State.

Beyoncé has influenced many Minnesota girls and women with the powerful, positive messages in her music, and her impact and success have been widely-recognized,"

Don't waste your sympathy on the people of Minnesota. They elected these vile, race-baiters, along with the likes of that nasty piece of work, Franken.

27 · Reply · Share ›

**Yale U** → Advent2016 • a year ago

the founder of BLM is a BLACK MUSLIM by the name of Yusra Khogali.

100% TRUE... Look it up!!!



16 · Reply · Share ›

This comment was deleted.

**King_Solomon1** → Guest • a year ago

THANK GOD FOR THE SECOND AMENDMENT. TIME TO LOAD UP ON AMMO. TWO CAN PLAY THIS GAME.

10 · Reply · Share ›

**DudleyQ** → King_Solomon1 • a year ago

I did years ago, beware those that would try to harm me or my family, I have guns,

Ex 24

ammo and I am extremely proficient in their use

5 ∧ ∨ • Reply • Share ›

**tickyul** → King_Solomon1 • a year ago
Cankles-Rotten is gunna do a gun-grab if she wins the Whitehouse.

4 ∧ ∨ • Reply • Share ›

This comment was deleted.

**RonHess** → Guest • a year ago
It's your duty to remove them from office, by any means necessary. They are all traitors.

10 ∧ ∨ • Reply • Share ›

**Chris** → Guest • a year ago
Agreed. The libs around Mpls/St.Paul do not represent all of MN. Here in SE MN there are many who are frustrated with the liberal track this state is on.

5 ∧ ∨ • Reply • Share ›

**Cleatus Van Damne√RealAMeri©an** → Chris • a year ago
Kieth Ellison's district likes to ruin things for the rest of the state.

3 ∧ ∨ • Reply • Share ›

This comment was deleted.

**oldjake** → Guest • a year ago
Human Libtardius Locusts. They vote for crackpot libs and ruin a place and move out. They vote the same in the new place and eventually ruin it too and move on again. They never figure out who the problem is.

∧ ∨ • Reply • Share ›

**Ginny Plagemann** → Guest • a year ago
No not all of us are lost...the cities are very very bad, and I'm thankful not to live close..I have been watching this unfold for years...The police need to be able to do their job. I have yet to see one state that has given our law enforcement the go to take care of business..Ferguson was a huge thing..law enforcement should have taken them all to jail...these are not protesters, they are thugs and babies who have lived on the backs of tax paying citizens for too long..Trump threatens their way of life...these people need to go out and get a job. While you can, get a gun and ammo and more...I look for some stores to take guns off their inventory...Look into other ways to defend yourselves...Take care everyone...

3 ∧ ∨ • Reply • Share ›

This comment was deleted.

**Ginny Plagemann** → Guest • a year ago
Thanks for the reply...I looked at a handgun the other day with a laser..wow, can't miss with those it would seem. Not sure how much kickback my old body can

Ex 24

miss with these it would seem...Not sure how much kickback my old body can stand..guess I need to do some more research. Be safe.

1 ∧ | ∨ • Reply • Share ›

This comment was deleted.

**Ginny Plagemann** → Guest • a year ago

Thank you for that valuable information. It's so helpful when people contribute like you have. I remembering shooting my grandfather's Colt 45 military issue..I was very young at the time and my brothers thought it might be funny to see how I handle the gun..It put me back on my butt. I am not afraid of guns but have a lot of respect for them. I shall take the information that you shared with me when I go "hunting". Thanks again. Be well

∧ | ∨ • Reply • Share ›

This comment was deleted.

**Ginny Plagemann** → Guest • a year ago

I have been following that story. Many questions remain about the validity of the video that Lavish had going...Sure looks like a gun sticking out of the guys shirt near the bottom. I did a little investigating of my own and it's entirely possible that these two were involved in a robbery a couple days before..that is why the policeman pulled them over...there is more to this then meets the eye, IMHO. I don't rush to judgement. Our law enforcement deserves the greatest respect. My parents taught me if I was ever lost or in trouble go to the first policeman you can find..I still follow that rule..Even had a local deputy come to my house and fix my garage door one time, true story. Okay you probably are asleep by now but nevertheless I do appreciate feedback...Be well

∧ | ∨ • Reply • Share ›

This comment was deleted.

**Ginny Plagemann** → Guest • a year ago

I couldn't agree with you more although I will say I do not call these "gatherings" protestors I call them rioters...burning cars, throwing stuff at police and hurting them..the police have been told to stand down so many times..I have a theory and it is just that and MOHO. that the powers that be want interaction between the rioters and people who attend the rallies and so on..they want this to get bad and very very violent so martial law can be put into play...like I said just MOHO. Well my cats are needing some attention so I have to go for a while. I enjoyed our chat, thanks. Be well

∧ | ∨ • Reply • Share ›

**Paul Joseph** → Guest • a year ago

A friend of mine bought the pastor of his church one of those. I have fired one he had many times.

∧ | ∨ • Reply • Share ›

**stormykitteh** → Guest • a year ago

Canada is rethinking things these days -

Ex 24

Canada is rethinking things these days -
jihadwatch.org/2016/07/surv...

2 • Reply • Share ›

**Davole** → Guest • a year ago
No, let them join Cuba!

1 • Reply • Share ›

This comment was deleted.

**Chris** → Guest • a year ago
Don't paint all of us with the same brush. There are many of us who are held hostage to the liberal population housed in Mpls/St.Paul.

5 • Reply • Share ›

**johnnyrh** → Advent2016 • a year ago
How did California happen in Minnesota? How did all the crazy progressives get such a foothold in the midwest?

3 • Reply • Share ›

**tickyul** → johnnyrh • a year ago
Too late now, the filthy commies have spread their poison everywhere. I live in Washington State, this place is as
left-wing as they come......much of it comes from the retards who bailed from California and spread their filth here.

6 • Reply • Share ›

**johnnyrh** → tickyul • a year ago
@tickul, Yeah I know, it's even happening here in Utah. Salt Lake City proper is becoming over-the-top progressive/liberal. Just elected openly gay female mayor, huge gay pride parade, big "artsy scene", love the illegals, and homeless/panhandlers everywhere coddled by the libs.

Thank God the suburbs are all pretty much still sane and conservative. The liberal disease spreads like chicken pox in the 3rd grade.

1 • Reply • Share ›

**tickyul** → johnnyrh • a year ago
If you really look, it is everywhere. I live in Spokane, Wa......they call this place right-wing, LMFAO, maybe compared to Seattle it is.....but Spokane is just another Liberal garbage heap. Blacks are listed as 2.8% of the population.....that is a LIE, they are everywhere, more like 5 to 6 percent. And yeah, there are lots of Southside-Wiggahs, sportin Bulls jerseys and blastin Hiphop from their boom-cars. Murrrca has basically gone full-turdhole. I have read that SLC has been invaded by gangs and verminous Commies......nowhere to hide.

1 • Reply • Share ›

**johnnyrh** → tickyul • a year ago
Yup. the "Latino" gangs are very busy here......3 killed just in the last few days.

1 • Reply • Share ›

Ex 24

**tickyul** → johnnyrh • a year ago
Prepare for Mad-Max!
• Reply • Share ›

**TroyGale** → johnnyrh • a year ago
LOL Swedes and Norskies! ;-)
• Reply • Share ›

**Paul Joseph** → johnnyrh • a year ago
MN produced HHH, Mondale, Franken, and McGovern.
• Reply • Share ›

**johnnyrh** → Paul Joseph • a year ago
Wow, that's a scary bunch.
• Reply • Share ›

**oldjake** → johnnyrh • a year ago
Too many Scandinavians.
• Reply • Share ›

**Paul Joseph** → Advent2016 • a year ago
Bayounce is a worthless liberal
• Reply • Share ›

Load more comments

**Subscribe**    **Add Disqus to your site**Add Disqus**Add**    **Privacy**

Ex 24

### Joanna Breaches HGTV Contract, But You'll Never Guess Why

It is truly sad, but everything must come to an end...

Learn More

Sponsored by **Freestyle Today**

Report ad

# Facebook Comments

**161 Comments**    Sort by   Newest

Add a comment...


**Doug Forbes** · University of Kentucky
Throwing rocks and concrete at police is attempted murder and should be prosecuted as such. Injured police officers should then sue BLM and each and every individual blocking traffic and neccessitating police intervention.
Like · Reply ·   2 · Jul 11, 2016 7:53am · Edited


**Emm Are Kay**
The politicians and police are directly responsible for the chaos and mayhem...these animals need to be put down like rabid dogs. The public would stand should to should with the cops...
Like · Reply ·   2 · Jul 11, 2016 6:04am


**Doug Forbes** · University of Kentucky
Your post is incoherent and nobody can understand what you are trying to say.
Like · Reply · Jul 11, 2016 7:50am


**John Cleary** · Owner at Self-Employed
Cops Prreserve order and safety , protesters want chAos, simple aS that
Like · Reply ·   1 · Jul 11, 2016 2:20am


**Jennifer Darling**
Happy to see that people making threats to cops on Facebook even using fake names are being arrested and charged by following their IP address. http://www.cnn.com/.../georgia-woman-facebook.../index.html
Like · Reply ·   2 · Jul 11, 2016 12:14am


**Emm Are Kay**

**Ex 24**


**Emm Are Kay**
The next step is to terminate all her social freebies...immediately.

Like · Reply · Jul 11, 2016 6:05am


**Craig Jacob Davis** · Fiorello H. LaGuardia HS

http://www.skipease.com/.../ip-address-identify-people/

Like · Reply · Jul 11, 2016 12:10pm


**Naveed AwAn** · Works at AUTO MECHANIC ENGINEERING
Im making over $13k a month working part time. I kept hearing other people tell me how much money they can make online so I decided to look into it. Well, it was all true and has totally changed my life.This is what I do…
>►► https://www.facebook.com/Best-job-at-home-2016.../...

Like · Reply · Jul 10, 2016 11:12pm · Edited


**Lisa Crawford** · Clayton State University
This is insanity.

There is no epidemic of police genocide or even systemic racism against blacks as claimed by the so-called civil rights movement. There was no case of Hands Up Don't Shoot. The fact that neighborhoods have more expensive homes than others is not the second coming of segregation. America does not have a white supremacy problem. It has a black racism and lynch mob mentality problem

sign the petiton to have #BLACKLIVESMATTER branded as a Terrorists organization. #BlackLivesMatter activists are not victims of racism, they are perpetrators of racism.

Every victimhood excuse m... See More

Like · Reply ·    6 · Jul 10, 2016 4:08pm


**Gabriel James** · Counseling Consultant at Self-employed
All White police officers should consider getting out of inner-cities. A pension is not worth your life. Particularly when it's tied to a thankless, low-paying job stigmatized as racist and dishonorable by the POTUS, Democrats, and the media. Give them what they want. Let African Americans police themselves.

Like · Reply ·    7 · Jul 10, 2016 3:09pm


**John Witt** · Drake University
I agree, there is no future for white officers in the inner city. Here in St. Louis one half of the academy class has to be black. Many of the black applicants are sub standard and are graduates of the city schools (which are unaccredited) and terrible.

Like · Reply ·    2 · Jul 10, 2016 3:54pm


**Robert Hannon** · Koyuk, Alaska
Now that's PANIC! What you describe is seggregation and true racism. Race policing race is not what America is about. That's the kind of crap you find in some -ghan country. Blacks don't hate white and whites don't hate blacks what we hate is that tiny ignorant and bigotted and closemined percentage of people on both sides like you who stay stuck in the confederacy and black panthers like you.

Like · Reply · Jul 12, 2016 4:35pm


**Marsha Mott Jordan**
Robert Hannon That's pretty harsh and hateful speech aimed at people who are concerned about protecting the lives of innocent police who have families to consider. If it were YOU in a position of having to work in a hostile environment every day, knowing you are hated and people want to kill you, I doubt that YOU would stay in that situation. It has nothing to do with being racist. It's about self-preservation. Nobody submits themselves to be killed for no good reason. To do so is insane. Staying in such a situation is NOT bringing about anything positive, so why continue it? Get out while you can walk out, rather than being carried in a coffin. Shame on you Robert for shaming good

Ex 24

you can walk out, rather than being carried in a coffin. Shame on you Robert for shaming good people because they want to be safe.

Like · Reply · Aug 31, 2016 8:50am


**Steve Bell** · LaSalle University
Exactly what Obama wants.

Like · Reply ·   4 · Jul 10, 2016 2:59pm


**Bert Milton** · Works at Defense industry
So when did police stop using tear gas to disperse crowds?

Like · Reply ·   5 · Jul 10, 2016 2:53pm


**Marsha Mott Jordan**
And dogs,fire hoses, rubber bullets. You do what you have to do to maintain peace and stop criminals from breaking the law, destroying property, and endangering innocent people. It's just like raising kids. Allow them to do as they please and they get worse and worse - uncontrollable, self-centered, hateful tyrants. Anarchy.

Like · Reply · Aug 31, 2016 8:51am


**Dake Blavis**
https://petitions.whitehouse.gov/.../formally-recognize...
sign it and lets get rid of these terrorists make a difference sign the petition and stay safe out there if your white its become a dangerous place for us now

Like · Reply ·   3 · Jul 10, 2016 2:26pm

**Load 10 more comments**

Facebook Comments Plugin

**Around The Web**

Ex 24



**Why Mantis From 'Guardians of the Galaxy Vol. 2' Looks Familiar**



**Why Vivian From 'Transformers: TLK' Looks So Familiar**



**Characters Killed Off Because of the Actor's Behavior**



**Popular Anime That Is Too Twisted for Hollywood**

Ex 24



**Every Version of The Joker Ranked From Worst to Best**



**'Wonder Woman' Gets Booted From the No. 1 Box Office Spot**

**Contact Gateway Pundit**

Contact Gateway Pundit
Report Ad Issues
Contact Comment Moderator
Advertise on TheGatewayPundit.com



Ex 24