

Ex 25