UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*********************************************************************

## MOTION FOR MANUAL ATTACHMENT

NOW INTO COURT through undersigned counsel comes John Ford, who respectfully represents on January 31, 2024, Mr. DeRay McKesson filed *Motion for Summary Judgment* [RD 109], to which Mr. John Ford has sought leave to file an opposition in excess of page limitation and to which brief videos should be manually attached as follows:

1)   Drone video of Airline Protests with crowd throwing objects at police making arrests on Airline Hwy as protestor crowd moves toward I-12;

2)   Dallas video showing BLM protestors blocking streets in Dallas on July 7, 2016;

3)   Wolfe Blitzer interview of DeRay McKesson; and

4)   McKesson live stream of his own arrest on Airline Hwy after he was turned away from I-12.

WHEREFORE JOHN FORD prays that this Court allow the submission of manual attachments of video.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

Denise A. Vinet (17185)
VINET & DAY, LLC
11817 Bricksome Ave., Ste A
Baton Rouge, Louisiana 70816
(225) 292-7410 FAX (225) 292-4149

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/ Donna U. Grodner<br>
Donna U. Grodner (20840)