UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FORD | * | CIVIL ACTION NO: 16-742 |
| | * | |
| v. | * | JUDGE BRIAN A. JACKSON |
| | * | |
| DeRAY McKESSON | * | MAGISTRATE JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |

*******************************************************************

### ORDER ADJUDICATING
### MOTION FOR MANUAL ATTACHMENT

CONSIDERING the *Motion for Manual Attachment*, the motion is _____.

Specifically, JOHN FORD shall be allowed to manually attache the following:

1) Drone video of Airline Protests with crowd throwing objects at police making arrests on Airline Hwy as protestor crowd moves toward I-12;

2) Dallas video showing BLM protestors blocking streets in Dallas on July 7, 2016;

3) Wolfe Blitzer interview of DeRay McKesson; and

4) McKesson live stream of his own arrest on Airline Hwy after he was turned away from I-12.

Baton Rouge, Louisiana, this ___ day of _____, 2024.

_____
Judge Brian A. Jackson