UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN FORD                                                         CIVIL ACTION

VERSUS

DERAY MCKESSON, ET AL.                               NO. 16-00742-BAJ-RLB

## ORDER

Considering Plaintiff's **Unopposed Motion To File Brief Beyond Page Limitation (Doc. 114)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED.** The Clerk of Court shall enter the Opposition to Defendant DeRay McKesson's Motion for Summary Judgment and attached exhibits as a separate docket entry.

Baton Rouge, Louisiana, this 23rd day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA