





Ex 4





