

Ex 5