

Case 3:16-cv-00742-BAJ-RLB   Document 417-7   02/23/24   Page 1 of 1

Ex 6