

Ex 9