Bulls