Ex 18