

subscribe

# Ferguson activist perfectly schools Wolf Blitzer: "You are suggesting broken windows are worse than broken spines"

"Freddy Grey will never be back and those windows will be"

By **COLIN GORENSTEIN**                    PUBLISHED APRIL 29, 2015 2:05PM (EDT)



(CNN)

☐ save



CNN's Wolf Blitzer brought activist and community organizer DeRay McKesson on the show

arrests and 44 vehicles set on fire" and, again, when Blitzer explained that Martin Luther King Jr. probably wouldn't approve. "Freddy Grey will never be back and those windows will be," he asked Blitzer to consider.

Blitzer didn't seem to buy it. "There's no excuse for that kind of violence, right?" Blitzer asked McKesson. Without missing a beat, McKesson responded: "Yeah, and there's no excuse for the seven people the Baltimore City Police Department has killed in the past year either, right?"

Blitzer vigorously denied that he was, in any way, trying to compare the damage caused by Baltimore rioters to the much more sustained damage "inflicted on communities of color" by police.

*Advertisement:*

"I don't have to condone it to understand it, right?" McKesson said. "The pain that people feel is real. And you are making a comparison. You are suggesting this idea that broken windows are worse than broken spines, right? And what we know to be true is that the police are killing people everywhere. They're killing people here."

Watch the clip below via Raw Story:

By **COLIN GORENSTEIN**

Colin Gorenstein is Salon's assistant editor of internet and viral content. Follow *@colingorenstein* or email *cgorenstein@salon.com*.

**MORE FROM COLIN GORENSTEIN**

Related Topics ------------------------------

Baltimore   Cnn   Ferguson   Video   Wolf Blitzer

## Related Articles

Home  About  Staff  Contact  Privacy  Terms of Service  Archive

Go Ad Free

Copyright © 2024 Salon.com, LLC. Reproduction of material from any Salon pages without written permission is strictly prohibited. SALON ® is registered in the U.S. Patent and Trademark Office as a trademark of Salon.com, LLC. Associated Press articles: Copyright © 2016 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

DMCA Policy