Login (https://secure.telegraph.co.uk/secure/login?redirectTo=http%3A%2F%2Fwww.telegraph.co.uk%2Fnews%2F2016%2F07%2F10%2Fhundreds-arrested-as-black-lives-matter-protests-spread-througho%2F)

Register (https://secure.telegraph.co.uk/secure/registration?WT.mc_id=tmg_headernav&redirectTo=http%3A%2F%2Fwww.telegraph.co.uk%2Fnews%2F2016%2F07%2F10%2Fhundreds-arrested-as-black-lives-matter-protests-spread-througho%2F)

Subscribe (http://www.telegraph.co.uk/subscriptions/sub-bar/?WT.mc_id=tmg_headernav)


The Telegraph (http://www.telegraph.co.uk/)

ALL SECTIONS

News                                                                                                  More

⌂ › News

# Hundreds arrested as Black Lives Matter protests spread throughout America



Members of the New Black Panther Party march in front of the Baton Rouge Police Dept headquarters. CREDIT: AP

By **Harriet Alexander,** DALLAS

10 JULY 2016 • 11:15PM

A troop of New Black Panther Party members - one brandishing a gun - marched with their fists raised through the streets of Baton Rouge on Sunday afternoon, sparking a tense stand-off between riot police and the ranks of beret-clad protesters.

The Louisiana city remained a focal point for nationwide protests for the second night running, after the killing of a black man, Alton Sterling, last week by white officers who pinned him to the floor (http://www.telegraph.co.uk/news/2016/07/06/horrifying-video-captures-final-moments-of-alton-sterling-shooti/).

And across the United States hundreds of people were arrested late on Saturday and in the early hours of Sunday, as protests organised by Black Lives Matter continued to rock the nation.

---

Paid content                                                Recommended by        (http://www.outbrain.com/what-is/default/en)


**Finally! Break In The D.B. Cooper Case**
Deposts(http://deposts.com/break-d-b-cooper-hijacking-case/?utm_campaign=817_pp2-dep-out-d-us-break-d-b-cooper-hijacking-cas_10&utm_source=outbrain&utm_medium=007084ed3baabea302c189340dc7a4588c&utm_content=007084ed3baabea302c189340dc7a4588c&utm_term=00b3e59b44cc


**Pippa Not Happy With Prince Harry For Inviting Meghan Markle to Her Wedding**
Wife Wine(http://wifewine.com/stunning-photos-from-pippa-middletons-wedding/?utm_source=outbrain&utm_campaign=57086&utm_content=blog)

---

From Florida to New York, from Philadelphia to San Francisco, from Los Angeles to Rhode Island, thousands took to the streets in anger at the deaths of the two black men – Sterling and Philando Castile, who was shot by a Hispanic officer in Minnesota last week. (http://www.telegraph.co.uk/news/2016/07/07/fatal-shooting-of-black-man-by-police-during-traffic-stop-in-min/)

The murder of five police officers in Dallas on Thursday (http://www.telegraph.co.uk/news/2016/07/08/dallas-shooting-who-is-micah-johnson/) - condemned by BLM organisers - was motivated by Micah Johnson's anger at the shooting of young black men by white officers.


A protester confronts police in front of the Baton Rouge Police Dept headquarters. CREDIT: AP

Most of the protests passed peacefully, with demonstrators in some areas stopping to take smiling photos with the police. But other cities proved to be flashpoints.

In St Paul, where Castile was killed, 102 protesters were arrested after demonstrators blocked a road, then began throwing rocks and liquids at officers. Police said on twitter that a Molotov cocktail was hurled at them, and the officers responded with smoke bombs around midnight.

In Baton Rouge, Louisiana, where Sterling was killed, one member of the New Black Panther Party – an offshoot of the 1960s original – was seen marching with an assault rifle.



**Bryn Stole**
@brynstole

Here's the moment a bit ago the touched things off. When Black Panthers marched, riot police came out to meet them.
6:39 PM - 9 Jul 2016 · Baton Rouge, LA

5,677    5,397

When stopped by police, he insisted that he was entitled to openly carry his gun in the state. The officer replied that that was true, but he was not entitled to block the road.

At least twice officers in riot gear were seen charging the protesters. One officer reportedly had teeth knocked out, and protesters were tasered.

More than 100 people were arrested, including DeRay McKesson, 31, a high-profile BLM organiser from Baltimore, who ran for mayor earlier this year.

He was attending the Baton Rouge protest in solidarity with campaigners in the Louisiana city, and was livestreaming the protest on Facebook when he was arrested.

As Mr McKesson and a group of about eight people walked down the middle of the street, an officer approached him and told him that he had been "flagged" and that he would be arrested if he left the pavement again. Moments later, said Brittany Packnett, a fellow campaigner, two officers forcefully arrested Mr McKesson.

"They tackled him. One officer hit the top of his body and another officer the bottom," she said.



A spokesman for the East Baton Rouge Parish Jail said Mr McKesson was released on $500 bond after being charged with obstructing a highway.

"There's a lot of work to be done with this police department specifically," Mr McKesson told reporters outside the jailhouse.

"The only people that were violent last night were the baton rouge police department. The protesters remain peaceful both here and across the country."



At least two journalists were also arrested.

Major Doug Cain, spokesman for the Louisiana police, said most of the charges from Saturday night and the early hours of Sunday will be obstruction of a highway.

"We've been very clear that we want them to have every opportunity to protest and voice their opinion," said Mr Cain.

"But if you move into the roadway and break the law, you're going to be arrested."

Marie Flowers came to the protest with her three children.

Pointing to the crowds along a fence surrounding the police department she said: "To me, this is just a snapshot of north Baton Rouge and how frustrated they are. They are so frustrated with this bull crap."

At one point, she gestured to her 12-year-old son and said they were there to protect men like him.

"Black boys are being killed," she said. "This is just the culmination of what has been going on for decades."

Paid content　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Recommended by　(http://www.outbrain.com/what-is/default/en)



### Found After 68 Years In the Jungle, But When They Look Inside

Post Hard - Just Post It
(http://posthard.com/restaurant-tycoon-discovers-history-in-the-jungle/?utm_source=outbrain&utm_campaign=57602&utm_content=blog)



### Paying 0% Credit Card Interest Until May 2018 Is Ingenious

NextAdvisor
(http://www.nextadvisor.com/credit_cards/discover_it_review.php?kw=out_dsk_blsy_discbrevnewhl-2-4&out_source=007084ed3baabea302c189340dc7a4588c)



### Here's the big reason why Amazon Channels might be a better value…

Business Insider
(https://amazon.com/gp/redirect.html?ref=dvm_us_kb_ob_aos_BI_dt10&location=http://www.businessinsider.com/amazons-prime-video-better-value-than-netflix-hulu-cord-cutters-2016-7&token=4B68E736171884E2BD56787EFFB0FC42BA39222E&source=standards)



### The Next Downton Abbey?

Amazon.com
(https://www.amazon.com/The-Prodigal-Daughter/dp/B00U5UMA08/?ref=dvm_us_kb_ob_aos_aptch_dl_dt2)



### Know How to Stand Your Ground? The Military Defense Quiz

HowStuffWorks
(http://quizzes.howstuffworks.com/quiz/defensive-military-tactics-quiz?utm_term=007084ed3baabea302c189340dc7a4588c&utm_source=outbrain&utm_medium=paidcontent&utm_campaign=Defensive+Military+Tactics+Quiz&utm_content=Know+How+to+Stand+Your+Ground%3F+&og_uid=V'Mxw-cmopoigh-Nxfcgriei-Mhi-hcp-Xcattci-cs3c3phigh4pt-ZoNbwIKxJasIt6q06p9qCkafs)



### Kate Middleton's Exotic Outfit Just Went Viral Online

StyleBistro
(http://www.stylebistro.com/Kate+Middleton's+Style+Diary+from+the+Royals'+Trip+to+India/articles/scQpdightq0MtxBvIKyjas/Kate-Royal-Tour-India&)



### Python Eats Crocodile And Immediately Regrets It

theBrofessional.net
(http://www.thebrofessional.net/snake-walks-bar-eats-crocodile/?utm_source=outbrain&utm_medium=CRAIG_TheBrofessional.net-Tablet-US-SA-Croc-1&utm_content=fence3.jpg&utm_campaign=Python_Eats_Crocodile_And_Immediately_Regrets_It&)



### Obama's Post Presidency Style is Infuriating to Republicans

Travelwhip - Travel Tastefully
(https://travelwhip.com/obamas-post-presidency-adventures/?utm_source=outbrain&utm_campaign=57378&utm_content=blog)



### Plane Found In Jungle, But When They Look Inside

Post Popular - Cash me Online
(http://postpopular.com/restaurant-tycoon-discovers-history-in-the-jungle/?utm_source=outbrain&utm_campaign=57773&utm_content=blog)

---

Contact us (http://www.telegraph.co.uk/topics/about-us/3489870/Contact-Telegraph-Media-Group.html)

Rewards

Archive (http://www.telegraph.co.uk/archive/)

Reader Prints (http://telegraph.newsprints.co.uk/)

Branded Content

Syndication (http://www.telegraph.co.uk/topics/syndication-services/)

Guidelines

Privacy

Terms and Conditions

Leave your feedback (http://survey.euro.confirmit.com/wix/p1850040950.aspx)

© Telegraph Media Group Limited 2017