

#SaveBaltimore | #BaltimoreRiots

# CRISIS
# MANAGEMENT

# THE FOLLOWING INFORMATION IS PROPRIETARY AND CONFIDENTIAL



# ZEROFOX CRISIS MANAGEMENT

*WHAT WE DO? ZeroFOX identifies threats and protects key assets during emergency crises. The ZeroFOX platform identifies and monitors public and private global communication channels and distills the signal from the noise to ensure that the proper resources are focused on responding to high-confidence threats.*

## Threat Identification

- Threat Actors: Physical & digital actors are identified and prioritized based upon context, threat impact, and actor attributes. Immediate Response is Recommended.

- Influencing Actors: Physical & digital influencers are creating or influencing eco-systems that could spread propaganda, misinformation, or actual information.

## Asset Protection

- People: Key individuals that are actively being targeted physically or digitally to include the attack type, risk, and actionable recommendations.

- Organizations: Key organizations that are actively being targeted physically or digitally to include the attack type, risk, and actionable recommendations.

- Systems: Key technical systems that are actively being targeted digitally to include the attack type, risk, and actionable recommendations.

**Emergency Contact Info**
Email:  asap@zerofox.com
Phone: 844-FOX-7259



# EXECUTIVE SUMMARY

## THREATS MITIGATED                    **19**

| | |
|---|---|
| **Actors Monitored** | **62** |
| **Influencers Monitored** | **187** |
| **Fraud Accounts Monitored** | **91** |

## ASSETS PROTECTED

| | |
|---|---|
| **People Monitored** | **11** |
| **Systems Monitored** | **56** |
| **Organizations Monitored** | **6** |

1.  Apply additional security resources to PROTECTED SYSTEMS immediately in the form of DDOS mitigation services, system patching, two-factor administrator authentication, and DR backups. Coordinated attacks began at 2330 2/27 and are expected to increase in volume around 1500-1700 2/28

2.  Monitor and secure all digital personal and professional accounts for PROTECTED PEOPLE. This includes but is not limited to Social Accounts, Email, Bank Accounts, and Gov Accounts. Alerts should immediately be sent to all PROTECTED PEOPLE to ensure that they are informed of their personal and professional risks by being targeted and sensitive information being disclosed.

3.  Organization-wide emails should be sent to all PROTECTED ORGANIZATIONS to alert them of the pending and in-process attacks. Additional caution should be used when opening emails and social communication given the increase in targeted phishing attacks.

4.  Alert Governor Hogan that his social and email addresses may have been compromised as of 1130 EST 2/28.

5.  Alert Baltimore PD on all monitoring threat actors and influencers.





THREAT ACTORS: #MOSTWANTED

# CRISIS
# MANAGEMENT

# THREAT ACTORS



## @AnonOlympus

**Geo**: **Unknown**
**Severity**: **MEDIUM**
**Threat Type**: **CYBER, DOX**

| REACH | HIGH |
|---|---|
| ENGAGEMENT | MEDIUM |
| ACTION | CONTINUOUS MONITORING, TAKEDOWN DOX POSTS |
| NOTES | General Anonymous account publishing PII about protected assets, inciting protestors |



## @OpBaltimore

**Geo**: **Baltimore City**
**Severity**: **HIGH**
**Threat Type**: **CYBER**

| REACH | MEDIUM |
|---|---|
| ENGAGEMENT | MEDIUM |
| ACTION | BOLSTER CYBER DEFENSE, CONTINUOUS MONITORING |
| NOTES | Dedicated #OpBaltimore account, spreading IRC channel login and inciting protests. Following relatively small (under 1K), but growing rapidly. |



# THREAT ACTORS



## DeRay McKesson
## @deray
**Geo**: **St. Louis**
(Currently Baltimore)
**Severity**: **HIGH**
**Threat Type**: **PHYSICAL**



## Johnetta "Netta" Elzie
## @nettaaaaaaaa
**Geo**: **St. Louis**
**Severity**: **HIGH**
**Threat Type**: **PHYSICAL**

| | |
|---|---|
| **REACH** | HIGH |
| **ENGAGEMENT** | HIGH |
| **ACTION** | CONTINUOUS MONITORING |
| **NOTES** | One of the main coordinators of the protests -- affiliated with nowisthemovement.org, wetheprotestors.org and baltimoreuprising.org. Massive following. Facebook Email Instagram LinkedIn Personal Vine |

| | |
|---|---|
| **REACH** | HIGH |
| **ENGAGEMENT** | HIGH |
| **ACTION** | CONTINUOUS MONITORING |
| **NOTES** | One of the main coordinators of the protests -- affiliated with nowisthemovement.org, #ferguson and baltimoreuprising.org. Massive following. Facebook Email Instagram |

ZEROFOX

# THREAT ACTORS



**terminateofficerjennifersilver**

**Geo**: **Unknown**
**Severity**: **HIGH**
**Threat Type**: **DOX**



## @KINGDACEO

**Geo**: **Baltimore City**
**Severity**: **MEDIUM**
**Threat Type**: **PHYSICAL**

| | |
|---|---|
| **REACH** | MEDIUM |
| **ENGAGEMENT** | MEDIUM |
| **ACTION** | PROFILE TAKEDOWN |
| **NOTES** | Instagram account slandering Officer Jennifer Silver and publishing PII. |

| | |
|---|---|
| **REACH** | HIGH |
| **ENGAGEMENT** | HIGH |
| **ACTION** | CONTINUOUS MONITORING |
| **NOTES** | Threat actor is coordinating supplies for protesters -- appears to be one of the main local protest organizers |



# THREAT ACTORS



## @poLicedoX

**Geo**: **Unknown**
**Severity**: **HIGH**
**Threat Type**: **DOX**

| | |
|---|---|
| **REACH** | LOW |
| **ENGAGEMENT** | HIGH |
| **ACTION** | PROFILE TAKEDOWN |
| **NOTES** | Twitter account DOXing protected entities associated with the protests. |



## @BmoreBloc

**Geo**: **Baltimore City**
**Severity**: **MEDIUM**
**Threat Type**: **PHYSICAL**

| | |
|---|---|
| **REACH** | HIGH |
| **ENGAGEMENT** | HIGH |
| **ACTION** | CONTINUOUS MONITORING |
| **NOTES** | Main Twitter account for protest coordination |



# INFLUENCERS

| Handle | Severity | Geo | Reach | Engagement | Notes |
|---|---|---|---|---|---|
| @xpuppydogx | Medium | N/A | High | Low | |
| @monstaX | Medium | N/A | High | Low | |
| @AjCool16 | Low | N/A | High | Medium | |
| @LatinaAnarchist | Medium | N/A | High | Medium | Sending supplies from NJ |
| @Slangincrack | Medium | Local | High | High | Death threats, possible troll |



ASSET PROTECTION: #DEFENDBALTIMORE

# CRISIS
# MANAGEMENT

# PROTECTED PEOPLE

| Name | Attack | Physical PII | Digital PII | Credit Info | SSN | Family PII | Associate PII | Impersonation |
|------|--------|--------------|-------------|-------------|-----|------------|---------------|---------------|
| Larry Hogan | Cyber | | | | | | | YES |
| Stephanie Rawlings-Blake | DOX | YES | YES | | | YES | YES | YES |
| Officer Jennifer Silver | DOX | YES | | | | YES | | |
| Matt Martino | DOX | | | | | | | |
| Lt. Brian Rice | NA | | | | | | | |
| Officer Caesar Goodson | NA | | | | | | | |
| Sgt. Alicia White | NA | | | | | | | |
| Officer William Porter | NA | | | | | | | |
| Officer Garrett Miller | NA | | | | | | | |
| Officer Edward Nero | NA | | | | | | | |
| Captain Eric Kowalczyk | NA | | | | | | | |



# IMPERSONATION ATTACK DETAILS

| Name | Impersonator | Profile URL | Social Network |
|---|---|---|---|
| **Stephanie Rawlings-Blake** | Stephanie.rawlingsblake.1 | https://www.facebook.com/stephanie.rawlingsblake.1?ref=br_rs | Facebook |
| | @srbforbaltimore | https://twitter.com/srbforbaltimore | Twitter |
| | @bizarrosrb | https://twitter.com/BizarroSRB | Twitter |
| | @MajorSRB | https://twitter.com/MajorSRB | Twitter |
| **Baltimore City Police** | @BaltimorePolice | https://twitter.com/BaltimorePolice | Twitter |
| | @baltimorepolice | https://twitter.com/baltimorepolice | Twitter |
| | Baltimore-City-Police-Department | https://www.facebook.com/pages/Baltimore-City-Police-Department/153395264698498 | Facebook |
| | @BaltimorePolice | https://twitter.com/BaltimorePolice | Twitter |
| | @baltimorecitypolice | https://instagram.com/baltimorecitypolice/ | Instagram |
| | @baltimorecitypolicedept | https://instagram.com/baltimorecitypolicedept/ | Instagram |
| | @cebaltimore8eea | instagram.com/cebaltimore8eea | Instagram |
| **Governor Larry Hogan** | @GovernorHogan | https://twitter.com/GovernorHogan | Twitter |
| | @LarryHogan | https://twitter.com/LarryHogan | Twitter |
| **Maryland National Guard** | @mdnationalguard | https://twitter.com/mdnationalguard | Twitter |

*ZeroFOX can mitigate / takedown with approval*



# PROTECTED ORGANIZATIONS

| Organization Name | Coordinated Cyber Attack | Coordinated Physical Attack | Key Individuals Targeted | Impersonation Attacks | Identifiable Aggressors | Notes |
|---|---|---|---|---|---|---|
| Baltimore City Police | Yes | Yes | Yes | Yes | Yes | ZeroFOX Monitoring |
| Baltimore City Government | Yes | Yes | Yes | Yes | Yes | ZeroFOX Monitoring |
| Maryland State Government | | | Yes | | Yes | ZeroFOX Monitoring |
| Maryland State Troopers | | Yes | Yes | | Yes | ZeroFOX Monitoring |
| National Guard | | | | Yes | | ZeroFOX Monitoring |
| Baltimore Fire Department | | Yes | | | | ZeroFOX Monitoring |



# Protected Systems

| Asset | Current Status | Likelihood of Impact | Findings | Recommendations |
|---|---|---|---|---|
| Baltimorecity.gov | Under Attack | Moderate | DDOS attack in progress per IRC @ 11:30PM EST 4/27<br>• Targeted directly (port 80) on IRC<br>• Server: Apache, PHP 5.3.28, Drupal 7<br>• Frames in Use (potential Click Jacking)<br>• Subscribe function allows special chars<br>• Transmits UTF-8. Highly vulnerable<br>• Suspicious email disclosed: klaus.hartl@stilbuero.de | • Apply DDoS mitigation strategies (through 3rd party provider such as CloudFlare, Prolexic, etc…)<br>• Check the existence of suspicious email addresses and address it.<br>• Remove internal server path references from application |
| Data.baltimorecity.gov | Under Attack | Moderate | • IP address, 216.227.229.150, is shared with Baltimore.socrata.com<br>• Lots of documents - potential doxing resources | • Examine what kind of documents exist on the server – scrub ones that may have sensitive information (privacy related) |
| Vpn.baltimorecity.gov | Under Attack | Low | High Value Target w/ lots of ports listening | • Verify configuration and security controls.<br>• Review login details and valid accounts, lock down any accounts that do not need access in the immediate time frame |
| Archive.baltimorecity.gov | Under Attack | HIGH | Runs ProjectDox 8.2. Known vulns on 8.1. | • Verify what kind of documents exist on the server and remove any sensitive ones<br>• Verify configuration, and apply all available patches |
| Owa.baltimorecity.gov | Unknown | HIGH | EXCHANGE 2010 NOT PATCHED<br>• Host by Godaddy.com<br>• Server: IIS 7.5, ASP.NET, OWA version 14.3.181.6 | • Apply all patches/updates to the server<br>• Restrict access if possible (based on IP address), enforce 2 factor authentication where possible. |
| Mailbackup.baltimorecity.gov | Unknown | HIGH | Isn't protected by IronPort like official mail. | • Enforce protection over all mail services (IronPort) |

\*Highest Priority Systems



# PROTECTED SYSTEMS

## Findings / Techniques

ZeroFOX Assessment:
- Probability of a coordinated attack is high
- Limited number of participants prior to Tuesday afternoon EST
- First designated start time was 11:30pm EST 8/27
- Future wave of start time is roughly 3-5pm EST 8/28
- No public endorsement on the #ddos channel or anonops IRC; however private endorsement is active

Observed Techniques:
- DDoS

Tools in use to target PROTECTED ORGANIZATIONS:
- LOIC, VDOS, Anonware, Str3ssed

## Recommendations

- Migrate sites to cloud (ex: AWS, Inherent protections)
- Establish DDoS Mitigation Service
- As seen below via a direct IRC conversation from the attackers: likelihood to drop it off if protected via DDoS mitigation services (CloudFlare, Akamai, etc...).

Digital Evidence: Private IRC Channel

```
onPastry> cloudflare??
herLulz> Okay wait not that one. XD
t> is ther cloudflare?
herLulz> Sorry. I don't believe it has cloudfare.
t> ok
t> go then
t> at 8 30
mebody> REally. Can Y'all send me a link
t> pacific
t> or now
```





COVERT RENDERINGS OF TECHNICAL SYSTEM ATTACK PLANS

# CRISIS
# MANAGEMENT














