**Charleston shooting**

ⓘ This article is more than **8 years old**

# DeRay Mckesson at centre of #GoHomeDeray Twitter storm

**Black Lives Matter activist in Charleston after church shooting
Supporters say abuse is testament to power of voice**



 People gather at a makeshift memorial outside the Emanuel AME Church in Charleston. Photograph:

## Not for sale

The Guardian is not owned by a billionaire or shareholders: we're fiercely independent, which means we can report on fact, not fiction at a time when powerful people are getting away with more and more. Vital funding from our readers allows us to continue working this way.

We are not for sale – but only thanks to your support. If you believe in open, independent journalism, please consider giving just once from $1. Thank you.



Single | **Monthly** | Annual

$5 per month | $7 per month

Other

Continue

...turning...

...relations his
comments on social media about race and the Charleston shooting sparked a hostile "hashtag" on Twitter: #GoHomeDeray.

On Sunday the subject was popular enough to be trending. It was not immediately possible to establish who generated the hashtag, which prompted race-tinged comments and then a backlash from users accusing those speaking positively about the hashtag of acting out of hatred. Other commenters praised Mckesson for having the power to rile those posting racist messages sufficiently to cause the hashtag to trend.

"I wouldn't be here [in Charleston] if those people had not been killed," Mckesson told CNN when asked about #GoHomeDeray, referring to the church shooting.

On Twitter, he said: "I continue to talk about race because race continues to impact my life and the lives of those who look like me. I'm not the enemy, racism is."

Mckesson became an outspoken figure in the Black Lives Matter movement that developed following the fatal shooting of an unarmed black teen, Michael Brown, by a white police officer in the predominantly

9/25/23, 5:20 PM
DeRay Mckesson at centre of #GoHomeDeRay Twitter storm | Charleston shooting | The Guardian
Case 3:16-cv-00742-BAJ-RLB    Document 117-29    02/23/24    Page 2 of 5

black town of Ferguson, Missouri, last August, then rippled across the country in protest at other police killings of unarmed black men.



DeRay Mckesson, in a photograph taken in Ferguson in November. Photograph: The Washington Post/Getty Images

He left his job as a school administrator in Minneapolis to join the demonstrations in Missouri and rose to prominence after starting an online newsletter with a fellow protester. Mckesson was later named by Fortune magazine as an important new popular leader.

The increasingly heated Twitter exchanges included a post that appeared to show pictures of local businesses with anti-DeRay messages spelled out on public display boards, although the veracity of the images could not

## Not for sale

The Guardian is not owned by a billionaire or shareholders: we're fiercely independent, which means we can report on fact, not fiction at a time when powerful people are getting away with more and more. Vital funding from our readers allows us to continue working this way.

We are not for sale - but only thanks to your support. If you believe in open, independent journalism, please consider giving just once from $1. Thank you.



en."

and the

ing you would

owners have a

blic about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

And we avoid the trap that befalls much US media - the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics - one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone - whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**

Case 3:16-cv-00742-BAJ-RLB    Document 117-29    02/23/24    Page 3 of 5

**Betsy Reed**
*Editor, Guardian US*



| Single | Monthly | Annual |

| $5 per month | $7 per month | Other |

Continue →     Remind me in November

---



### Not for sale

The Guardian is not owned by a billionaire or shareholders: we're fiercely independent, which means we can report on fact, not fiction at a time when powerful people are getting away with more and more. Vital funding from our readers allows us to continue working this way.

We are not for sale – but only thanks to your support. If you believe in open, independent journalism, please consider giving just once from $1. Thank you.

| Single | Monthly | Annual |

| $5 per month | $7 per month |

| Other |

Continue

### Most viewed



## Not for sale

The Guardian is not owned by a billionaire or shareholders: we're fiercely independent, which means we can report on fact, not fiction at a time when powerful people are getting away with more and more. Vital funding from our readers allows us to continue working this way.

We are not for sale – but only thanks to your support. If you believe in open, independent journalism, please consider giving just once from $1. Thank you.

Single    Monthly    Annual

$5 per month    $7 per month

Other

Continue

## Not for sale

The Guardian is not owned by a billionaire or shareholders: we're fiercely independent, which means we can report on fact, not fiction at a time when powerful people are getting away with more and more. Vital funding from our readers allows us to continue working this way.

We are not for sale - but only thanks to your support. If you believe in open, independent journalism, please consider giving just once from $1. Thank you.

Single | Monthly | Annual

$5 per month | $7 per month

Other

Continue

Ex 28

