2/15/24, 1:14 PM  'No Obama. No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 1 of 16

Ex 29

NEWS (HTTPS://WWW.BIZPACREVIEW.COM/CATEGORY/NEWS/)

# 'No Obama. No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

June 21, 2015  |  Tom Tillison (https://www.bizpacreview.com/author/tomtillison/)

Wherever **racial divisiveness** rears its ugly head, you can be sure **DeRay Mckesson** is not far away.

After "successful" stops in Ferguson, Mo., Baltimore, Md., and McKinney, Texas, the next destination on Mckesson's itinerary was **Charleston, S.C**.

2/15/24, 1:14 PM  'No Obama. No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB    Document 117-30    02/23/24    Page 2 of 16

> **deray** ✕
> @deray · Follow
>
> en route to Columbia, SC. #takedownthatflag.
>
> 
>
> 4:32 PM · Jun 20, 2015 ⓘ
>
> ♥ **667** 💬 Reply ↑ Share
>
> Read 92 replies

Few have bothered to dig into who's financing his traveling road show, which last stopped on Roosevelt Island in New York, after the Hillary Clinton campaign invited him to attend last week's relaunch, although the odds of George Soros' name cropping up are high.

2/15/24, 1:14 PM   No 'Obama,' No 'Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 3 of 16

Mckesson wasted little time pushing his message of hate, condemning an atmosphere of forgiveness in Charleston as being a result of "whiteness," even though family of the nine African-Americans killed were the first to speak of forgiveness.

**Like a boss! Ann Coulter takes on 3-lib panel,**
**Maher's whole audience, without breaking a sweat**
(https://www.bizpacreview.com/2015/06/20/like-a-boss-ann-coulter-takes-on-3-lib-panel-mahers-whole-audience-without-breaking-a-sweat-215840)

But, according to the reaction on social media, it appears that South Carolina is not quite as receptive to his antics.

In fact, the push back against the race provocateur recently featured in The New York Times has been so pervasive, a #GoHomeDeRay hashtag is now trending.

Here's sampling of responses from Twitter that suggests Mckesson and Co. are beginning to wear out their welcome, with God's love triumphing over evil:



@seanhannity (https://twitter.com/seanhannity)
#GoHomeDeray (https://twitter.com/hashtag/GoHomeDeray?src=hash)
pic.twitter.com/Nch63ojOA9 (http://t.co/Nch63ojOA9)

— space cadet niko (@spacecadetniko) June 19, 2015

Ex 29

2/15/24, 1:14 PM
No 'Obama, No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign
Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 4 of 16



Not found

*#GoHomeDeray (https://twitter.com/hashtag/GoHomeDeray?src=hash) forever and never come back.*

*— jokeronparade (@jokeronparade)*
*June 19, 2015 (https://twitter.com/jokeronparade/status/611992539223203840)*

*#GoHomeDeray (https://twitter.com/hashtag/GoHomeDeray?src=hash) Your hateful ways are not wanted in #Charleston (https://twitter.com/hashtag/Charleston?src=hash) pic.twitter.com/jDtN2lGHAa (http://t.co/jDtN2lGHAa)*

*— Franci (@LadySandersfarm) June 20, 2015*

*No one in Charleston wants @deray (https://twitter.com/deray) present. We are handling it with grace & love, not hatred. #GoHomeDeray (https://twitter.com/hashtag/GoHomeDeray?src=hash) https://t.co/VBFpcXn0fr (https://t.co/VBFpcXn0fr)*

*— Palmetto Princess ‎ (@CarolinaQueen__) June 20, 2015*



Quora45
@TTBLUstream · Follow

#Charleston Tell @deray that you don't want him earning Soros money off your grief! #GoHomeDeRay

3:35 PM · Jun 19, 2015

♥ 47    💬 Reply    ↑ Share

Read 2 replies

Ex 29

2/15/24, 1:14 PM    'No Obama, No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB    Document 117-30    02/23/24    Page 5 of 16



Not found

> *With all due respect, which is none,*
>
> *#GoHomeDeray (https://twitter.com/hashtag/GoHomeDeray?src=hash).*
>
> *— NeanderthalPrivilege (@Shgamha)*
>
> *June 19, 2015 (https://twitter.com/Shgamha/status/612035495112142848)*

Not found

> *@deray (https://twitter.com/deray) is trying as hard as he can to bring hatred & divide in #Charleston (https://twitter.com/hashtag/Charleston?src=hash) #GoHomeDeray (https://twitter.com/hashtag/GoHomeDeray?src=hash) pic.twitter.com/SoYJAgLqFs (http://t.co/SoYJAgLqFs)*
>
> *— The Daily Dish (@Daily_Dish)*
>
> *June 20, 2015 (https://twitter.com/Daily_Dish/status/612095976698810368)*



CountryBeforeParty
@commoncranium · Follow

Replying to @deray

Professional agitator @deray won't get satisfaction he wants in #Charleston In the south we stand 2gether regardless of color. #GoHomeDeray

8:34 PM · Jun 19, 2015

♥ 34    💬 Reply    ↑ Share

Read 7 replies



Not found

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 6 of 16

> *Hey @Deray (https://twitter.com/deray) you do realize that those who are forgiving Dylann Roof are the victims families RIGHT? #GoHomeDeray (https://twitter.com/hashtag/GoHomeDeray?src=hash) pic.twitter.com/hmVwkRPBQ3 (http://t.co/hmVwkRPBQ3)*
>
> *— The Patriot (@ThePatriot143) June 20, 2015 (https://twitter.com/ThePatriot143/status/612269913705680896)*

## DONATE TO BIZPAC REVIEW

Please help us! If you are fed up with letting radical big tech execs, phony fact-checkers, tyrannical liberals and a lying mainstream media have unprecedented power over your news please consider making a donation to BPR to help us fight them. Now is the time. Truth has never been more critical!

| $10 | $15 | $25 | $50 | Other |

We have no tolerance for comments containing violence, racism, profanity, vulgarity, doxing, or discourteous behavior. If a comment is spam, instead of replying to it please click the ∨ icon below and to the right of that comment. Thank you for partnering with us to maintain fruitful conversation.

Ex 29

2/15/24, 1:14 PM  No Obama. No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 7 of 16

Sponsored

ALSO ON **BIZPACREVIEW.COM**

6 hours ago • 27 comments

**National Geographic 2024 Traveler of the …**

4 hours ago • 7 co…

**Massachus… couple agr… host illegal…**

Ex 29

2/15/24, 1:14 PM  No 'Obama. No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 8 of 16

Sponsored

### The New Ariya Is A Beast - Take A Look
SearchCommons    Learn More

### All New '23-'24 Outlander Does it All (See Local Deals)
Popular Searches    Learn More

### 2024 Frontier: The Future of Trucks
CommonSearches    Learn More

### Dental Implant Offers for Seniors
FrequentSearches    Learn More

### All-New CD Rate Outlook: Top Pick For 2024 (Big Increases)
SearchTopics

### Killer New 2024 Volkswagen Tiguan is Here ( Check it Out)
2024 Tiguan    Learn More

2/15/24, 1:14 PM
No 'Obama, No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 9 of 16

Comments for this thread are now closed ✕

**204 Comments**  Login ▼

♡  Share                                                    Best  Newest  **Oldest**

 **ratizbad**
9 years ago · edited

Race baiting Thugs (Obama Hussein,Al Boy, DeRay Mckesson) Stay out of the south you are not welcomed...Never,Try Chicago,Detroit or Baltimore instead.

42        1        Share ›

Sponsored



 **John Richardson** ➤ ratizbad
9 years ago

Baltimore is in the south sorry to inform you

1        7        Share ›

 **Bessie Morro** ➤ John Richardson
9 years ago

actually Maryland was union territory. southern territory started at virginai

39        1        Share ›

 **RobRob** ➤ Bessie Morro
9 years ago · edited

Thank you for straightening this historically and geographically challenged individual out Bessie. lol

2/15/24, 1:14 PM 'No Obama, No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB Document 117-30 02/23/24 Page 10 of 16

24   1   Share ›

**MovieJay** → RobRob
9 years ago

Yeah, well you lost that war, morons, so it's in the north now.

2   11   Share ›

This comment was deleted.

This comment was deleted.

**chamuiel** → Guest
9 years ago

That is what they did with obama.

8   0   Share ›

**Jeff Simon** → Guest
9 years ago

No. His daddy used to beat him for wearing girls clothing outside.

4   0   Share ›

Sponsored



**chamuiel** → Jeff Simon
9 years ago

He is only supposed to wear his clothes inside?

Wow! another idiotic statement.

0   3   Share ›

Ex 29

**M**  **Marilyn Z** → chamuiel
9 years ago

You are really on a roll today, aren't you? I am flagging you.

5   0   Share ›

**curmudgeon VN Veteran** → Marilyn Z
9 years ago

Me too. Enough stupid for one day!

1   0   Share ›

**SusieQ** → Jeff Simon
9 years ago

Good thing Barry and Michelle are about the same height that way he doesn't have to adjust the hemline.

10   0   Share ›

This comment was deleted.

**SusieQ** → Guest
9 years ago   edited

Yep, he wants them tight so he can hope to look like his BFF Beyonce. A little padding may be necessary, he's rather frail.

1   0   Share ›

**Tish** → SusieQ
9 years ago

ooooh SusieQ, your gonna get Reggie quite jealous with that statement ; - )

2   0   Share ›

**SusieQ** → Tish
9 years ago

Could get interesting, Huh. I'm sure he'd like the new derrière though. Forgive and forget.

1   0   Share ›

**Jeff Simon** → SusieQ
9 years ago

Yes, but saving America money has never been a concern for Barry. I think part of the reason Barry's humor is so waspish is that he isn't getting any feedback on his submissive

Ex 29

wardrobe from anyone except his two dominatrixes, Valarie and Michelle.

2   0   Share ›

 **curmudgeon VN Veteran** → SusieQ
9 years ago

The biceps need to be taken in however.

2   0   Share ›

 **curmudgeon VN Veteran** → SusieQ
9 years ago

She is stouter in the chest and also has bigger guns.

0   0   Share ›

 **SusieQ** → curmudgeon VN Veteran
9 years ago

She may also have something else he does not possess.

0   0   Share ›

 **curmudgeon VN Veteran** → SusieQ
9 years ago

She has both sets. Keeps hers in her purse or in the freezer compartment of the White House refrigerator.

1   0   Share ›

 **SusieQ** → curmudgeon VN Veteran
9 years ago   edited

They're actually his, she just won't give them back. They've been gone so long he hardly remembers them.

0   0   Share ›

 **witnesstothecarnage**
→ curmudgeon VN Veteran
9 years ago

Explains his love/hate relationship with small spheres.

0   0   Share ›

 **Jeff Simon** → curmudgeon VN Veteran
9 years ago

Also a bigger package going by some of the photos I've seen.

2/15/24, 1:14 PM 'No Obama. No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 13 of 16

0    0    Share ›

— This comment was deleted.

**Marilyn Z** → Guest
9 years ago

It means *pay attention to you* if you need a translation of a colloquialism.

2    0    Share ›

**LittleRoot_48** → Guest
9 years ago

He's from the North, so he is just naturally rude.

8    0    Share ›

**curmudgeon VN Veteran** → LittleRoot_48
9 years ago

I can vouch for that. If you see a totally rude person in The Villages, Florida you can bet they are from NYC, Boston, New Jersey, Philadelphia or somewhere else in that vicinity.

0    0    Share ›

**huapakechi** → Guest
9 years ago

He lacks command of the English language.

2    0    Share ›

**curmudgeon VN Veteran** → Guest
9 years ago

I bet he still lives in her basement!

0    0    Share ›

— This comment was deleted.

**RiverRat** → Guest
9 years ago

Nope.

1    1    Share ›

**adbj102** → Guest
9 years ago

2/15/24, 1:14 PM 'No Obama. No Sharpton.' Charleston rejects racial hatemongers with #GoHomeDeray campaign

Case 3:16-cv-00742-BAJ-RLB    Document 117-30    02/23/24    Page 14 of 16

Absolutely RIGHT! Left city!

1     0     Share ›

**LittleRoot_48** ↱ Guest
9 years ago

It is below the Mason-Dixie line, so it is a Southern state. I would agree that it is a loser state.

0     0     Share ›

**timothyf7** ↱ LittleRoot_48
9 years ago   edited

Don't let history ruin your predjudice! Maryland did not seceed from the Union and fought for the Union! A small portion of its people traveled south to fight but it officially fought and supported the The Union.

5     1     Share ›

**CountryBoy** ↱ LittleRoot_48
9 years ago

They fought for the North.....

1     0     Share ›

**John Richardson** ↱ Guest
9 years ago

Just cause you guys don't want Maryland doesn't mean we gotta get stuck with it

4     0     Share ›

**adbj102** ↱ MovieJay
9 years ago

Who would want it?

3     0     Share ›

**jimshaw54** ↱ MovieJay
9 years ago

Actually, Maryland is in the United States of America. Who cares if it is north or south? Get rid of the divisive thinking and we will all be better off.

7     0     Share ›

**LittleRoot_48** ↱ jimshaw54
9 years ago

Ex 29

Case 3:16-cv-00742-BAJ-RLB   Document 117-30   02/23/24   Page 15 of 16

It isn't divisive thinking at all.

0    0    Share ›


**curmudgeon VN Veteran** → jimshaw54
9 years ago

Hasen't been the UNITED States since Obama was selected by Soro's money.

2    0    Share ›


**curmudgeon VN Veteran** → jimshaw54
9 years ago

You mean the old United States, prior to Obama? This country will never be united again and hasn't been since WWII.

0    0    Share ›


**LittleRoot_48** → MovieJay
9 years ago

It is NOT in the north. It is in the South, even though it supported the North in the WBTS. You REALLY are geographically challenged, aren't you?

3    1    Share ›


**Eddie** → MovieJay
9 years ago

We didn't lose the war...once we figured out you Yankees weren't down here trying to steal our women.....we gave up !!!!

1    0    Share ›


**SusieQ** → MovieJay
9 years ago    edited

That's right, live in the past as the president and democrats do. I lived in many northern states and would take the South any day as more progressive in job opportunities and manners, of which we are all taught from birth, also which pertains to how others are treated with kindness. Not to mention the weather is great.

Now that the old time democrats are gone our states are preferred by all. Especially the businesses taken from the North because of suffocating rules, regulations and taxes. Have fun up there.

4     0     Share ›

**E**  **emi p** → SusieQ
9 years ago

Don't forget that the South is also the biggest takers of Federal Aid. I do agree that Southerners are generally the most wonderful people...better mannered and much more hospitable but come on, they don't live in the past? LOL! Its past is something that most Southerners I know not only venerate but yearn for.

1     0     Share ›

 **SusieQ** → emi p
9 years ago    edited

There is much more to the federal funding issue than your cut and dried statement . This is a standard derogatory remark made to discredit progress in the South, that you

Sponsored



Shop now

LOAD MORE

Copyright © 2024. All Rights Reserved. BizPacReview | **Do Not Sell My Personal Information**

Ex 29