UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN FORD                                                                             CIVIL ACTION

VERSUS

DERAY MCKESSON, ET AL.                                          NO. 16-00742-BAJ-RLB

## ORDER

Considering Plaintiff's **Motion For Leave To File Manual Attachment** (Doc. 115),

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. Within 7 days, Plaintiff shall file the videos described in his Motion with the Clerk of Court. Once filed, the corresponding exhibits to Plaintiff's Memorandum in Opposition (Doc. 117) shall be supplemented with the video footage and shall be considered part of the summary judgment record.

Baton Rouge, Louisiana, this 29th day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA