

Donna U. Grodner

dgrodner@grodnerlaw.com

March 4, 2024
via mail

Middle District of Louisiana
US District Court
777 Florida Street
Suite 139
Baton Rouge, LA 70801

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED  MAR - 4 2024
CLERK

Re:   **John Ford v. Deray McKesson, et al**
      **USDC No. 3:16-CV-742**

Dear Sir/Madam:

Please find enclosed herewith the flash drive of videos on behalf of Mr. John Ford for the manual filing into the records of the above matter:

1.)   *Flash Drive - 4 videos  (Manual Attachment)*

Please return a stamped copy to us showing the date of filing in the self-addressed, envelope provided.

Thank you for your time and attention in this matter.

Your courtesies regarding this matter is appreciated.

Sincerely,

Donna U. Grodner