**RESPONSE TO ADMISSION NO. 5:**

Admitted.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Please identify all persons who may have knowledge related to or relevant to the allegations in the Complaint, or any claim or defense in the above-captioned suit, further indicating for each such person their address, phone number, and email address, as well as the relevant areas in which they are knowledgeable.

**RESPONSE:**

Witnesses has been provided. There were several agencies on scene while protesters were throwing rocks and bottles. LPSO, BRPD, LSP, EBRSO, and some federal agencies. I have provided witness information.

1. John Ford
2. Office David Kennedy          (Made arrest on DeRay)
3. Nick Collins                  (Made arrest on DeRay)
4. Troy Lawrence
5. Lorenzo Coleman
6. Ronald Norman Jr.
7. Jesse Barcelona
8. Fred Thornton
9. Brandi Hayworth
10. Joseph Hill

Treating physicians

Any witness needed to authenticate any document

Any witness listed by any other party

**INTERROGATORY NO. 2:**

EXHIBIT A