## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN FORD** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT DERAY MCKESSON'S
### UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

**NOW INTO COURT**, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court continue the pretrial conference and trial in this matter for approximately six weeks, in anticipation of a ruling by the Supreme Court on Mr. Mckesson's petition for writ of certiorari.

**I.**

As the Court is aware, this case presents an important First Amendment issue that has been litigated in a series of appeals to the United States Court of Appeals for the Fifth Circuit, the Louisiana Supreme Court, and the United States Supreme Court.

**II.**

Mr. Mckesson has filed a second petition for certiorari to the Supreme Court, which is currently pending. *See Mckesson v. Doe*, No. 23-373.

**III.**

Mr. Mckesson's petition has been scheduled and rescheduled for a conference at the Supreme Court on January 5, February 16, February 23, and most recently March 1, 2024.

**IV.**

The parties anticipate that the Supreme Court may make an announcement on the case or issue an opinion after its next scheduled conference on March 15, 2024.

**V.**

The Supreme Court's ruling on the First Amendment issue could eliminate the need for a trial.

**VI.**

Trial in this matter is scheduled for April 8, 2024.  The parties have been preparing for trial, and a motion for summary judgment is currently under submission to the Court.  In order to conserve the resources of the parties and the Court, Mr. Mckesson respectfully requests that the trial in this matter be continued for a period of six weeks, to a date convenient to the Court, so that the parties may have the benefit of the Supreme Court's decision before proceeding to trial.

**VII.**

Counsel for the plaintiff has been consulted about this request and agrees that a six-week continuance would be beneficial.

Accordingly, defendant DeRay Mckesson respectfully requests that the Court continue the pretrial conference and the trial in this matter for a period of six weeks. The parties also request that the deadline for submitting a pretrial order be reset for 30 days before the new trial date.

          Respectfully submitted,

          */s/ William P. Gibbens*
          William P. Gibbens, 27225
          SCHONEKAS, EVANS, McGOEY
          & McEACHIN, LLC
          909 Poydras Street, Suite 1600
          New Orleans, Louisiana 70112
          Telephone: (504) 680-6050
          Facsimile: (504) 680-6051
          billy@semmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 8th day of March, 2024, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

          */s/ William P. Gibbens*
          WILIAM P. GIBBENS