UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN FORD** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Having considered the foregoing unopposed motion to continue the pretrial conference and trial,

IT IS ORDERED that the trial is this matter, currently set for April 8, 2024 as 8:30 a.m., is continued until _____ at _____ a.m.

IT IS FURTHER ORDERED that the pretrial conference in this matter, currently set for March 18, 2024 at 2:30 p.m., is continued until _____ at _____ a.m./p.m.

IT IS FURTHER ORDERED that the parties' pretrial order shall be filed on _____.

Signed in Baton Rouge, Louisiana, on the \_\_\_\_\_ day of March, 2024.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE