# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN FORD** | **CIVIL ACTION** |
| **VERSUS** | |
| **DERAY MCKESSON, ET AL.** | **NO. 16-00742-BAJ-RLB** |

## ORDER

Considering Defendant DeRay McKesson's **Unopposed Motion to Continue Pretrial Conference and Trial (Doc. 121)**, which advises the Court that a decision is expected imminently by the U.S. Supreme Court on McKesson's petition for writ of certiorari, *see McKesson v. Doe*, No. 23-373, and accordingly requests a six-week continuance of the March 18, 2024 pretrial conference, the April 8–12 trial, and related deadlines,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED IN PART**.[1]

**IT IS FURTHER ORDERED** that the pretrial conference currently set for March 19, 2024, be and is hereby **CONTINUED** to Monday, April 29, 2024, at 2:00 P.M. in chambers.

**IT IS FURTHER ORDERED** that the trial of this matter currently set for April 8–12, 2024, be and is hereby **CONTINUED** to May 13–17, 2024, beginning each day at 8:30 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that the deadline to submit a proposed joint

---

[1] Defendant requests a six-week continuance. (Doc. 121 at 2). Because of scheduling issues, however, the Court is only able to continue the trial by five weeks.

JURY

pretrial order be and is hereby **CONTINUED** to April 19, 2024.

    **IT IS FURTHER ORDERED** that defense counsel shall notify the Court within 3 days of the Supreme Court's decision on McKesson's petition for writ of certiorari.

Baton Rouge, Louisiana, this 13ᵗʰ day of March, 2024

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**