# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN FORD** | * | **CIVIL NO.:** |
| | * | |
| v. | * | 16-CR-742-BAJ-RLB |
| | * | |
| **DERAY MCKESSON** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT DERAY MCKESSON'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO STAY PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully requests that this Honorable Court stay this matter until after the Supreme Court rules on Mr. Mckesson's pending petition for writ of certiorari.

On March 8, 2024, Mr. Mckesson filed an unopposed motion to continue the trial in this matter in anticipation of a Supreme Court conference on his cert petition scheduled for March 15, 2024.

Since that time, the conference on Mckesson's petition has been rescheduled to March 22 and then to March 28. Although the parties cannot predict with certainty when a ruling might be issued, the parties' Supreme Court practitioners anticipate a ruling in April or May, 2024. Both parties agree that the Supreme Court's ruling in this matter could obviate the need for a trial or substantially change the nature of the trial.

Because of the uncertainty as to the timing of the Supreme Court's ruling, both parties respectfully request that the current trial date be vacated, that the proceedings in this Honorable

1

Court be stayed, and that a new trial date be selected after the Supreme Court acts on Mckesson's cert petition.

Discovery has been completed and Mckesson has filed a potentially dispositive motion for summary judgment, but both parties are concerned about the time and resources that could be needlessly expended by both the parties and the Court if the Supreme Court issues an opinion shortly before the May 13 trial.

Accordingly, the parties respectfully request that the current trial date be vacated, that the case be stayed, and that a new trial date be selected after the Supreme Court disposes of Mckesson's cert petition.

Mr. Mckesson has consulted counsel for Officer Ford about this request, and Officer Ford does not oppose it.

>Respectfully submitted,
>
>*/s/ William P. Gibbens*
>William P. Gibbens, 27225
>SCHONEKAS, EVANS, McGOEY
>  & McEACHIN, LLC
>909 Poydras Street, Suite 1600
>New Orleans, Louisiana 70112
>Telephone: (504) 680-6050
>Facsimile: (504) 680-6051
>billy@semmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 26th day of March, 2024, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

>*/s/ William P. Gibbens*
>WILLIAM P. GIBBENS