**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **OFFICER JOHN FORD** | * | **CIVIL NO.:** |
| | * | |
| v. | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON** | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Having considered the foregoing unopposed motion to stay proceedings pending the Supreme Court's ruling on defendant DeRay Mckesson's petition for writ of certiorari,

IT IS ORDERED that this action is STAYED pending the Supreme Court's ruling on Mr. Mckesson's petition for writ of certiorari.

IT IS FURTHER ORDERED that the pretrial conference scheduled for Monday, April 29, 2024 is CONTINUED WITHOUT DATE.

IT IS FURTHER ORDERED that the trial scheduled for May 13-17, 2024 is CONTINUED WITHOUT DATE.

IT IS FURTHER ORDERED that defense counsel shall notify the Court within 3 days of the Supreme Court's decision on Mckesson's petition for writ of certiorari and that, if necessary, the parties request a scheduling conference to reschedule the trial.

Baton Rouge, Louisiana, on the _____ day of _____, 2024.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA