UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN FORD | CIVIL ACTION |
| VERSUS | |
| DERAY MCKESSON, ET AL. | NO. 16-00742-BAJ-RLB |

### ORDER

Considering Defendant DeRay McKesson's **Unopposed Motion to Stay Proceedings (Doc. 123)**, which requests that this matter be stayed until the U.S. Supreme Court rules on McKesson's petition for writ of certiorari, *see McKesson v. Doe*, No. 23-373, and represents that the Supreme Court's "ruling in this matter could obviate the need for a trial or substantially change the nature of the trial,"

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending the Supreme Court's ruling on McKesson's petition for writ of certiorari. Defense counsel shall notify the Court within 7 days of the Supreme Court's decision on the petition, at which point the Court will consider either extending the stay or setting a new trial date.

Baton Rouge, Louisiana, this 27th day of March, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

jury