# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2024

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 17-30864   Doe v. Mckesson
                           USDC No. 3:16-CV-742

Dear Mr. McConnell,

We have received the Supreme Court order denying certiorari.  We previously sent you the judgment issued as mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca Andry, Deputy Clerk

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 15, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: DeRay Mckesson
        v. John Doe
        No. 23-373
        (Your No. 17-30864)

U.S. COURT OF APPEALS
RECEIVED
APR 15 2024
FIFTH CIRCUIT

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied. Statement of Justice Sotomayor respecting the denial of certiorari.

Sincerely,

Scott S. Harris, Clerk