UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICER JOHN FORD** | * | **CIVIL NO.:** |
| | * | |
| **v.** | * | **16-CR-742-BAJ-RLB** |
| | * | |
| **DERAY MCKESSON AND** | * | |
| **BLACK LIVES MATTER** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT DERAY MCKESSON'S EXHIBIT LIST FOR HIS NOTICE REGARDING THE SUPREME COURT'S CERTIORARI DECISION

INTO COURT, through undersigned counsel, comes defendant DeRay Mckesson, who respectfully submits the following list of exhibits to his motion for summary judgment:

Exhibit "A" – Statement of Justice Sotomayor in *McKesson v. John Doe*, 601 U.S. \_\_\_\_\_ (2024).

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
& McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
billy@semmlaw.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 18th day of April, 2024, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

<u>*/s/ William P. Gibbens*</u>
WILIAM P. GIBBENS
