UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN FORD                                              CIVIL ACTION

VERSUS

DERAY MCKESSON, ET AL.                                 NO. 16-00742-BAJ-RLB

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's sole remaining claim against Defendant be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 10th day of July, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA